AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YOR

| | | |
|---|---|---|
| JACOB FRYDMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   14 civ. 8084 (JGK) |
| ELI VERSCHLEISER, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Prime United Holdings, LLC and United Realty Advisors, L.P., to be joined as plaintiffs                                    .

Date:   12/29/2014                                                        *[signature]*
                                                                          *Attorney's signature*

                                                        Lewis S. Fischbein (LF3349)
                                                        *Printed name and bar number*

                                                        Lewis S. Fischbein, P.C.
                                                        6 East 39th Street, 6th floor
                                                        New York, New York 10016
                                                        *Address*

                                                        lfischbein@wsmblaw.com
                                                        *E-mail address*

                                                        (212) 752-3374
                                                        *Telephone number*

                                                        (914) 235-2937
                                                        *FAX number*