# EXHIBIT 1

Frydman Lawsuits
*revised as of December 30, 2014*

*******************************************************************************

### A. Litigation Between Frydman and Verschleiser

1. *JFURTI v. Verschleiser*, No. 650803/2014 (Sup. Ct. N.Y. County Mar. 12, 2014)
2. *Winter Investors, LLC v. Panzer*, No. 14-cv-6852 (S.D.N.Y. Aug. 22, 2014)
3. *United Realty v. Verschleiser*, No. 14-cv-5903, ECF No. 1 (S.D.N.Y Jul. 30, 2014)
4. *Frydman v. Rosen*, No. 159833/2014, ECF No. 1 (Sup. Ct. N.Y. County Oct. 7, 2014)
5. *Frydman v. Verschleiser,* 14-cv-8084 (S.D.N.Y Oct. 7, 2014)
6. *EVUNP v. Frydman*, 650841/2014 (Sup. Ct. N.Y. County Mar. 14, 2014)
7. *DJZV Holdings LLC v. Jacob Frydman*, No. 654346/2013  (Sup. Ct. N.Y. County)

### B. Diamond Litigation (re: 500 Tenth Ave DHL Building)

8. *Scott Diamond v. Tunnel Associates and Jacob Frydman* (NY Sup. Ct. NY Co. Index No. 156620-2012) (declaratory judgment, injunction re ownership of DHL Building)
9. *Warren Diamond v. Jacob Frydman* (NY Sup. Ct. NY Co. Index No. 653332-2014)(active)
10. *Diamond v. Frydman*, 14 CV 8742 (SDNY Nov. 3, 2014) (Frydman removed state court case to federal court, improperly; case remanded to state court)
11. *Jack Guttman v. Warren Diamond et al* (NY Sup. Ct. NY Co. Index No. 650592-2010)(disposed)
12. *Telco Associates, Member & on Behalf of 636 Eleventh v White Acre Capital* (NY Sup. Ct. NY Co. Index No. 601349-2004)
13. *White Acre Capital v. Telco Associates, LLC* (Sup. Ct. NY Co. Index No. 109814-2004)
14. *Tunnel Associates, LLC v. Diamond* (NY Sup. Ct. NY Co. Index No. 109815-2004)
15. *Corem Capital Partners LLC v, Tunnel Associates, LLC* (NY Sup. Ct. NY Co. Index No. 601350-2004)

### C. Ledgerock House Litigation

16. *Atlantic Concrete Foundation Inc. v. White Acre Equities LLC.*, (N.Y. Sup. Ct. Ulster Co. Index No. 1406-2013)
17. *APF Fire Protection v. Ledgerock LLC*,  Dutchess Co. 6641-2013
18. *Ledgerock LLC v. APF Fire Protection, Inc., Dutchess Co.* 1261-2013
19. *Vineyard Avenue Electric v. Ledgerock LLC, Dutchess Co.* 3297-2011
20. *Vineyard Avenue Electric v. Ledgerock, LLC.*, Dutchess Co. 3493-2011
21. *White Acre Equities, LLC v. Doors in Motion* (NY Sup. Ct. NY Co. Index No. 115507-2010)
22. *White Acre Equities, LLC v. Doors in Motion* (NY Sup. Ct. NY Co. Index No. 652155-

    2011)
23. *John White v. White Acres Equities, LLC* (Poughkeepsie City Ct. CV-10-3782)
24. *Paulus Sokolowski v. White Acre Equities* (NY Sup. Ct. NY Co. Index No. 602807-2008)
25. *Stracher Roth Gilmore Architects v. White Acre Equities*, LLC (NY Sup. Ct. Schenectady Co. Index No. 2816-2009)
26. *Cuddy & Feder LLP v. White Acre Equities, LLC* (NY Sup. Ct. Westch. Co. Index No. 15438-2009)
27. *White Acre Equities, LLC v. Fuss* (NY Sup. Ct. NY Co. Index No. 113565-2008)
28. *White Acre Equities, LLC v. Fuss and O'Neill of New York* (NYC Civ. Ct. TS-300667/09)
29. *Golden & Golden Building v. Ledgerock Extension, LLC* (NY Sup. Ct. Dutchess Co. Index No. 7496-2010)
30. *Monica Frydman v Harriet M. Young and Raymond et al (*NY Sup. Ct. Dutchess Co. Index No. 5827-2004)
31. *White Acre Equities, LLC v. Casa Collection, Inc*. (NY Sup. Ct. NY Co. Index No. 602996-2007)
32. *Saccardi & Schiff, Inc. v. White Acre Equities, LLC* (NY Sup. Ct. Westch. Co. Index No. 20374-2009)
33. *Ledgerock, LLC v. Advanced Radiant Design, Inc.,* (Sup. Ct. Dutchess Co. Index No. 11649/2010)
34. *Ledgerock, LLC v. American Architectural, Inc*., (NY Sup. Ct. Dutchess Co. Index No. 7979/2010)

**D. Canada Note Litigation**

35. *8430985 Canada, Inc. v. United Realty Advisors, L.P., Frydman and Verschleiser*, 653564-2014 (NY Sup. Ct. NY Co) (suit on $2 million loan)

**E. PAF Litigation - Brooklyn and Poughkeepsie Projects**

36. WA Route 9, LLC v. PAF Capital LLC, (NY Sup. Ct. New York Co. Index No. 651688-2012)
37. PAF Capital LLC v. Jacob Frydman et al (NY Sup Ct. New York Co. Index No. 590475-2012)
38. Jacob Frydman v. David Lichtenstein (NY Sup. Ct. New York Co. Index No. 590603-2012)
39. WA Route 9, LLC v. Fuss & O'Neill Consulting (NY Sup Ct. NY Co. Index No. 101180-2010)

**F. Parker Note Litigations**

40. *Parker Avenue Associates v. 70 Parker Avenue et al* (NY Sup. Ct. Dutchess Co. Index No. 6519-2011) (settled 11-3-2014)
41. *Parker Note Acquisition LLC v. Parker Avenue Associates et al* (NY Sup. Ct. Dutchess Co. Index No. 3020-2012) (active)
42. *Hudson Commercial Real Estate v. Parker Avenue Note Acquisition* (NY Sup. Ct.

Dutchess Co. Index No. 0391-2013) (disposed)
43. *Parker Note Acquisition, LLC v. 70 Parker Avenue Properties et al (*NY Sup. Ct. NY Co. Index No. 652405-2014)(active)

### G. Savoy - Little Neck Litigation

44. *Peckar & Abramson, PC v. Savoy Little Neck Associates, LP et al* (NY Sup. Ct. NY Co. Index No. 105261-2004)
45. *Peckar & Abramson, PC v. Lyford Holdings Ltd., Jacob Frydman et al* (NY Sup. Ct. NY Co. Index No. 100005-2009)(fraudulent conveyance)
46. *Peckar & Abramson, PC v. White Acre Equities, LLC* (NY Sup. Ct. NY Co. Index No. 152560-2012)
47. *Savoy Senior Housing Corp (Frydman) v. TRBC Ministries, LLC.*, 1:08-cv-08874 (S.D.N.Y. Oct 16, 2008)

### H. Litigation - Albany Project

48. *Sunmark FCU v. CW Montgomery et al* (NY Sup. Ct. Albany Co. Index No. 2218-2010) (foreclosure on Albany property)

### I. Uncategorized Litigation

49. *Travelers Indemnity v Jacob Frydman and White Acre Equities, LLC*, (NY Sup. Ct. Onondaga Co. Index No. 2010-2802)
50. *Capital One, N.A. v. Surrey Equities,* (Frydman) 11-CV-01798 (S.D.N.Y. Mar. 15, 2011)
51. *Capital One, N.A. v. Frydman* 11-CV-02231 (S.D.N.Y. Mar. 31, 2011)
52. *Capital One, N.A. v. White Acre Equities, LLC* 11-CV-02233 SDNY March 31, 2011
53. *Surrey Equities LLC v. Capital One NA,* 11 CV 2247 SDNY April 1, 2011
54. *Andrew Sutton v. Lambdastar Infrastructure Partners LLC et al.* (NY Sup. Ct. NY Co. Index No. 653453-2011) also Arbitration (AAA) case no. 13 116 0303110 - Judgment for $352,949
55. *Barnes & Thornburg LLP v. Jacob A. Frydman*, 108532/2010
56. *Elyse Frydman v Jacob Frydman* (NY Sup. Ct. Nassau Co. Index No. 29904-1994)(extensive post-judgment litigation 2002 - 2005)(matrimonial)
57. *Monica Libin Frydman v. Great Northern Ins. Co*. (NY Sup. Ct. NY Co. 103235-2009)
58. *Empire Merchants North LLC v. Bull & Buddha LLC et al* (NY Sup. Ct. Monroe Co. Index No. 5498-2014)
59. *Frydman v. Equifax*, No. 14-cv-9015, ECF No. 1 (S.D.N.Y. Nov. 12, 2014)
60. *Frydman v. Transunion Risk*, No. 14-cv-9016, ECF No. 1 (S.D.N.Y. Nov. 12, 2014)
61. *Frydman v. Experian*, No. 14-cv-9013, ECF No. 1 (S.D.N.Y. Nov. 12, 2014);
62. *White Acre Equities, LLC v. Maximiliaan's House* (NY Sup. Ct. NY Co. Index No. 602222-2008)
63. *White Acre Equities, LLC v. Matovu Foundation, Inc*. (NY Sup. Ct. NY Co. Index No. 111818-2009)

64. *Kiphart Richard P v. Frydman, Jacob*, 2012-L-010840 (Ill. Cir. Ct. Sept. 24, 2012)
65. *Jacob A. Frydman v Sarasota, Inc*. USDC SDNY 94 CV 2884
66. *White Acres Equities, LLC v. Town of Rhinebeck* (NY Sup. Ct. Dutchess Co. Index No. 1994-2006)
67. *Central States, et al v. Joseph Feldman, et al.,* 1:90-cv-01920 (N.D. Ill. Mar. 06, 1990)
68. *JC Studios Brooklyn II, LLC and Jacob Frydman v. Chase Home Finance LLC*, (NY Sup. Ct. NY Co. Index No. 115626/2010)
69. *JC Studios Brooklyn III, LLC v. Car-Go Center, Inc.* (NY Sup. Ct. Kings Co. Index No. 974-2008)
70. *JC Studios Brooklyn, LLC v. Lillo Brothers, LLC* (NY Sup. Ct. Kings Co. Index No. 23737-2005)
71. *Bank of America, N.A. v. J.C.S. Realty,* LLC, 30596/2010
72. *Wells Fargo Bank v. JC Studios LLC, Jacob A. Frydman et al,* USDC SDNY 04 CV 0983
73. *Stephen J. Fein v Jacob A. Frydman*, SCQ 2089/98
74. *Ganfer & Shore v Frydman* (AAA Case No. 13194174011)
75. *Philips Credit Co v. Jacob Frydman*, 1987-042915-CA-01 (Fla. Cir. Ct. Oct. 01, 1987)
76. *Willis Trevor v. Pier House Motel Inc*., 1988-042078-CA-01 (Fla. Cir. Ct. Oct. 05, 1988)
77. *Federal Savings v. Frydman*, 9:94-mc-00011 (E.D.N.Y. Jan 25, 1994)
78. *Sunny Isle Dvlmt, Corp. v. Frydman, Jacob*, (NY Sup. Ct. NY Co. Index No. 602854/1997)
79. *Doral Money Inc. v. Savoy at Staten Island LP.,* 602854/2003 (N.Y. Sup. Ct. Sept. 10, 2003)
80. *Home Design Services v. Lake Diamond Association*, (Frydman) 5:03-cv-00347 (M.D. Fla.)
81. *Sheldon Feldman v. Jacob A. Frydman*, Docket No. 1986-1407 (OH. Sup. Ct. Aug. 1986)
82. *NYS Department of Taxation and Finance v. Lambdastar Infrastructure Partners LLC,* Docket No. 3124659
83. *NYC Department of Finance v. Lambdastar Infrastructure Partners LLC,* Docket No. 2619560
84. *Frydman and Co. v. AAA Auto Carriers* Docket No. 603924/2001 (NY Sup Ct. Aug. 2001)
85. *Frydman and Co. v. Corbett Towing* Docket No. 124043/2001
86. *Frydman and Co. v. Credit Suisse First Boston,* Docket No. 605549/1998 (N.Y. Sup. Ct. Nov. 1998)
87. *Lo-Temp, Inc. v. Jacob Frydman, d/b/a Jacob Frydman TV Enterprises* Index No.26386/95
88. *Kenneth Sustin v. Jacob A. Frydman*
89. *700 North Delaware, LLC (Frydman) v. Weinstein*, 07-CV-02252 (E.D. Pa. Jun 04, 2007)
90. *General Electric Capital Corp. v. Frydman and Company*, 05100709/2005
91. *Rosenman & Colin, LLP v. Jacob A. Frydman*, Index No. 604674/1998 (NY Sup. Ct. Sept 1998)
92. *BDO Seidman, LLP v. Frydman & Co., Index No*. 603077/1998 (NY Sup.Ct. June 1997)