USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacob Frydman
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

14 Civ. 8084 ( ) ( )

- against -

Eli Verschleiser, Multi Capital Group of Companies, LLC, Eric Fischgrund, Ron Del Forno, Ophir Parnnis, Alex Onica, Frank Chandler, Caesers Entertainment Corp, & Does 1-10

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

NOTICE OF APPEARANCE

Please take notice that I, __Eric Fischgrund__, a defendant in
                                         *(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: __New York__, __NY__
         *(town/city)*   *(state)*

__Feb. 23__, 20__15__

_____
Signature of Defendant

__102 Christopher Columbus Drive__
Address

__Jersey City, Apt. 302, NJ, 07302__
City, State & Zip Code

__215-820-0185__
Telephone Number

_____
Fax Number (if you have one)

Rev. 05/2007                                   3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacob Frydman
_____

(List the name(s) of the plaintiff(s)/petitioner(s).)

14 Civ. 8084 (__)(__)

- against -

**AFFIRMATION OF SERVICE**

Eric Fischgrund
_____

(List the name(s) of the defendant(s)/respondent(s).)

I, (print your name) Eric Fischgrund, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): Notice of Service + Letter for requesting a request for dismissal

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) Mail to the following persons (list the names and addresses of the people you served): Jacob Frydman 60 Broad Street, New York, New York, 10004 CC: United Realty

on (date you served the document(s)) 2.25.2015.

2.25.2015
Dated

Signature
Address: 102 Christopher Columbus Drive
City, State: Jersey City, NJ, 07302
Zip: 07302
Telephone Number: 217-870-0185
E-Mail Address: eric.fischgrund@gmail.com

Rev. 01/2013