```
 1                    E. VERSCHLEISER
 2        A.     I don't know.  You had have to
 3   ask me.  There are a lot of --
 4        Q.     Do you know David Rosenfeld?
 5        A.     Not off the top of my head.
 6        Q.     Do you know Sam Jacobs?
 7        A.     Not off the top of my head.
 8        Q.     Do you know Bruno Goldberg?
 9        A.     Yes, I do.
10        Q.     Do you have any conversations
11   with Bruno Goldberg about me since
12   December 3, 2013?
13        A.     Many.
14        Q.     Did you say anything
15   disparaging in any of those conversations?
16               MR. COOPER:  Objection to form.
17        A.     Not to my recollection.
18        Q.     Do you remember Scott, do you
19   know Scott Padolski?
20        A.     Not familiar with the name.
21        Q.     Do you know Saul Feldman?
22        A.     Not familiar with the name.
23        Q.     Do you know Seymour Sammel?
24        A.     Not familiar with the name.
25        Q.     Do you know Joseph Herari?
```

```
 1                  E. VERSCHLEISER
 2       A.    Yes, I do.
 3       Q.    Do you have any conversations
 4  with Mr. Herari about me since December 3,
 5  2013?
 6       A.    I don't recall.
 7       Q.    Do you know Gerald Browser?
 8       A.    Name rings a bell.
 9       Q.    Did you have any conversations
10  with Mr. Browser since December 3, 2013,
11  about me?
12       A.    Not off the top of my head.
13       Q.    Do you know Ari Baum?
14       A.    Name does not ring a bell.
15       Q.    Do you know Jason Schulman?
16       A.    The name does not ring a bell.
17       Q.    Do you know Gerard Lernower?
18       A.    Name does not ring a bell.
19       Q.    Do you know Armand Lindenbaum?
20       A.    Name does not ring a bell.
21       Q.    Do you recall filing a lawsuit
22  against me on December 18, 2013?
23       A.    Do I recall filing a lawsuit
24  against you?  Vaguely.
25       Q.    Do you remember your
```

                          E. VERSCHLEISER

1
2    allegations in that lawsuit?
3              MR. COOPER:  What does this
4         have to do with defamation?
5              MR. FRYDMAN:  Disparagement.
6         It's not defamation.  I'm not seeking
7         anything with respect to defamation;
8         this is all about disparagement.
9         A.    What was your question?
10        Q.    What was the, what were your
11   assertions against me in that lawsuit?
12             MR. COOPER:  No, we're not
13        going there.  You can bring that up
14        with the judge.  We're not going
15        through his lawsuit.
16        A.    It's all publicly filed.
17             MR. COOPER:  Yeah, you know
18        what's in there.
19        Q.    At any time since December 3,
20   2013, did you solicit Barry Funt to
21   undertake transactions with you outside of
22   United Realty Trust?
23             MR. COOPER:  What does that
24        have to do with defamation?
25             MR. FRYDMAN:  This has to do

1                    E. VERSCHLEISER

2          with solicitation.

3                    MR. COOPER:  Of what?

4                    MR. FRYDMAN:  This is about two

5          things.  This is an injunction

6          against disparaging comments and

7          soliciting United Realty employees.

8                    MR. COOPER:  Not that I know

9          of.

10                   MR. FRYDMAN:  Yeah, well, then

11         read the papers.

12                   MR. COOPER:  Okay.  That's not

13         what you said in your papers in front

14         of the judge.

15                   MR. FRYDMAN:  Sorry?

16                   MR. COOPER:  That's not what

17         you said in your papers.

18                   MR. FRYDMAN:  Yes, it is.

19         You'll read them and you'll see.

20         Q.    As of December 3rd --

21         A.    If you show them to me in the

22    papers then you can --

23         Q.    It's not in the papers, I

24    agree.

25                   Since December 3, 2013, did you

```
 1                    E. VERSCHLEISER
 2    solicit Barry Funt to work with you outside
 3    of United Realty Trust?
 4                MR. COOPER:  You don't have to
 5            answer the question based on that
 6            explanation.
 7        Q.    I'm waiting for an answer.
 8                MR. COOPER:  You got your
 9            answer.
10                MR. FRYDMAN:  I don't have an
11            answer.  Are you instructing him not
12            to answer?
13                MR. COOPER:  Yes.
14                MR. FRYDMAN:  Okay.  Would you
15            mark that.  We're going to take it up
16            at the summation.
17        Q.    At any time --
18                MR. FRYDMAN:  You know what,
19            let's just do this.
20        Q.    At any time since December 3rd
21    of 2013, did you solicit Steven Tober to
22    either access the United Realty e-mail
23    exchange server or for any other purpose?
24        A.    Could you define the word
25    "solicit."
```

1               E. VERSCHLEISER

2        Q.     No.  Do you not understand the

3   word?

4        A.     I could look it up if you want.

5        Q.     You can look it up if you'd

6   like.

7        A.     Okay, sure.  Could you repeat

8   the question.

9        Q.     I asked you if since

10  December 3rd of 2013 you solicited Steven

11  Tober either to secretly access the United

12  Realty e-mail exchange server or for any

13  other purpose.

14             MR. COOPER:  Objection to form.

15        This has been gone over many times.

16        A.     I don't know anything technical

17  other than e-mail exchange servers send and

18  receive e-mails.

19        Q.     At what point did Ahuva

20  Slomowitz become an employee of Multi Group

21  after December 1st of 2013?

22        A.     I don't know what Multi Group

23  is.

24        Q.     When did she become one of your

25  employees?

220

                              E. VERSCHLEISER

1

2          A.     She's not my employee.

3          Q.     Whose employee is she, to your

4     knowledge?

5          A.     You have to ask her.

6          Q.     You don't know who she works

7     for?

8          A.     She works for one of the

9     companies that I work for.

10         Q.     Which one?

11         A.     Multi Capital.

12         Q.     Okay.  When did Ahuva Slomowitz

13    become an employee of Multi Capital?

14         A.     I think in 2005 or 2004.  I

15    have to double-check.

16         Q.     After December 1st of 2013, did

17    she again become an employee of Multi

18    Capital?

19         A.     Yes, she did.

20         Q.     When?

21         A.     A specific date, you're looking

22    for?

23         Q.     Yes.

24         A.     Offhand, I don't know.

25         Q.     Was it before December 20,

```
 1                    E. VERSCHLEISER
 2    2013?
 3         A.     Offhand, I don't know.
 4              MR. FRYDMAN:  Well, these
 5         shouldn't be together, but can you
 6         mark that, please.
 7              (Whereupon, the aforementioned
 8         three-page e-mail dated December 20,
 9         2013, was marked as E.V. Exhibit 23
10         for identification as of this date by
11         the Reporter.)
12         Q.     Handing you what's been marked
13    Exhibit 23 for identification, can you
14    identify that?
15              MR. COOPER:  Can you tell me
16         what this has to do with
17         disparagement?
18              MR. FRYDMAN:  You can ask me
19         that tomorrow.
20              MR. COOPER:  Mm-mm, no, we're
21         not going to talk about any e-mails
22         not to do with your claims.
23         Q.     Can you identify this e-mail?
24              MR. COOPER:  Unless we get an
25         answer, you don't have to answer the
```

```
 1                   E. VERSCHLEISER

 2         questions.  We're not going to waste

 3         time.

 4                   MR. FRYDMAN:  Are you

 5         instructing him not to answer?

 6                   MR. COOPER:  I am.

 7         Q.    You were pretty clear in your

 8   testimony multiple times today that there

 9   was never a time after December 3, 2013,

10   that you employed Raul Del Forno; is that

11   right?

12                   MR. COOPER:  Objection to form.

13         A.    I would have to look at my

14   testimony.

15         Q.    Great.

16                   MR. FRYDMAN:  Oh, two minutes,

17         so why don't we take a break.  We'll

18         come back and do this after the

19         break.

20                   THE VIDEOGRAPHER:  We are now

21         off the record at 5:23 p.m.

22                   (Whereupon, a short recess was

23         taken.)

24                   THE VIDEOGRAPHER:  This is Tape

25         4.  We are now on the record at 5:30
```

1           E. VERSCHLEISER

2       p.m.

3           MR. FRYDMAN:  Would you mark

4       that, please.  Thank you.

5           (Whereupon, the aforementioned

6       seven-page e-mail chain dated

7       December 10, 2013, was marked as E.V.

8       Exhibit 24 for identification as of

9       this date by the Reporter.)

10   Q.    So --

11           MR. FRYDMAN:  Where's another

12       copy?  Oh.

13   Q.    Handing you what's been marked

14   24 for identification, can you identify

15   that, please?

16           MR. COOPER:  20 what?

17           MR. FRYDMAN:  4.

18           MR. COOPER:  Okay.  Hold on a

19       second.

20           MR. FRYDMAN:  Oh, wait.  There

21       may be --

22           Steve, can I just see that for

23       a second?  Eli, let me see that.  I

24       just want to make sure it's the same

25       document.

224

1                    E. VERSCHLEISER
2                    THE WITNESS:  (Handing.)
3                    MR. FRYDMAN:  So you got it?
4                    MR. EDELMAN:  I have this.
5          This is different from that.
6                    MR. FRYDMAN:  So let's go
7          though there.  We just marked this
8          one.
9          Q.    Can you identify this document?
10         A.    Let me just read it.  Looks
11    like an e-mail to an e-mail chain.
12         Q.    From whom to whom to whom and
13    about what?
14                   MR. COOPER:  There's multiple
15         e-mails here.  Are you asking about a
16         particular one?
17                   MR. FRYDMAN:  Yeah.  Let's
18         start --
19         Q.    Let's start from the top.
20                   MR. COOPER:  What top?
21         Q.    What's the date on the top?
22         A.    December 10, 2013.
23         Q.    Who is it from?
24         A.    From Ahuva.
25         Q.    To?

```
 1                  E. VERSCHLEISER
 2       A.    Might have, it seems like, Kate
 3  Johnson, seem like, Raul Del Forno, seems
 4  like, and it copies Raul Del Forno, it
 5  seems like, and it copies myself, seems
 6  like.
 7       Q.    By the way, do you, do you know
 8  why it's copying you and Raul?
 9       A.    You would have to ask her.  I
10  have no idea.
11       Q.    You're not aware that on
12  December 10th that -- strike that.
13            Did you cause e-mails coming
14  from anyone with a URPA e-mail address to
15  be replicated and forwarded or copied to
16  you and Raul Del Forno after December 3,
17  2013?
18            MR. COOPER:  Objection to form.
19       I don't understand the question.
20            MR. FRYDMAN:  I'll try it
21       again.  It was very inartful [sic].
22       A.    If it has something to do with
23  exchange server, then I could put up this
24  answer so you can see it.
25       Q.    What's the answer; that you
```

1                    E. VERSCHLEISER
2    don't know how to do it, right?
3         A.    The answer is if it's related
4    to exchange server, I don't know anything
5    technical related to them other than they
6    send and receive e-mails and store it as
7    data.
8         Q.    And again, because you never,
9    you don't have that technical skill and you
10   never went into Host Pilot and did any of
11   the things I asked you about, right?
12             MR. COOPER:   Objection to form.
13        You asked and answered the question.
14        You don't have to repeat it.
15        Q.    So is it, do you know if the
16   reason there are copies of e-mails to you
17   and to Raul because you or someone acting
18   on your behalf caused all United Realty
19   e-mails to be replicated and sent to you
20   and Raul?
21        A.    Not to my knowledge.
22        Q.    Okay.  Now, do you know what
23   this e-mail is about?
24        A.    No.
25        Q.    Don't know.  Do you know

                    E. VERSCHLEISER

1
2    whether or not Multi Groups was, on or
3    about December 10th, working on
4    establishing a new domain on Intermedia?
5        A.    I have no idea.
6        Q.    Well, let's go to the bottom of
7    these e-mail, then, work our way up.  So on
8    December 10th at 10:56 a.m. what appears to
9    be an e-mail from Raul Del Forno to
10   Catherine Johnson, who we can see above is
11   at Intermedia copying Ahuva and talking
12   about a new account.  Raul writes:
13            "Kay, we need a new account.
14        Let me introduce you to Ahuva.  She
15        will be the admin with
16        Eli Verschleiser.  It will be the
17        basic account with five e-mail
18        addresses.  The domain will be
19        migrated into you guys from a
20        physical local server."
21            Do you have any idea what that
22   means?
23       A.    Yes, I do.  I actually remember
24   this.
25       Q.    What does that mean?

1                    E. VERSCHLEISER

2          A.     I think at the time we were --

3     we wanted to host Multi's e-mails was

4     Intermedia and Raul had a relationship with

5     the account manager so he introduced Ahuva

6     to them.

7          Q.     Other than make the

8     introduction, did he do anything else?

9          A.     I don't know.  You would have

10    to ask him.

11         Q.     Did you ask him to set up the

12    Multi Group e-mail exchange server?

13         A.     Not to my recollection.

14         Q.     Well, take a look at the first

15    e-mail.  Does that help you refresh your

16    recollection at all as to whether he

17    actually set is it up or not?

18         A.     First page?

19         Q.     Yes.

20         A.     No.  It actually is from Ahuva

21    to other people.

22                MR. FRYDMAN:  Do you have one

23          beyond that where he's thanking him

24          for setting up --

25                Here.  I want to find out --

1                  E. VERSCHLEISER

2         Q.    On December 26, 2013, was Raul

3    involved with you in setting up blogs?

4         A.    As I stated earlier, I'm not

5    sure how blogs work or any of that, so not

6    to my knowledge.

7         Q.    We marked an exhibit earlier,

8    Exhibit -- Exhibit 20.  I don't think I

9    asked you to explain it.  Would you be kind

10   enough to explain it?

11        A.    Could you be specific?

12        Q.    What is this -- what is this

13   about?

14             MR. COOPER:  What is what

15         about?

16             MR. FRYDMAN:  Exhibit 20.

17             MR. COOPER:  The whole thing?

18        I mean, you've got --

19             MR. FRYDMAN:  Yes, yes.

20        A.    It looks like an e-mail from a

21   guy, DDH Rush to Raul.D@URPA slash

22   Eli.V@URPA slash RPA.

23        Q.    Do you have any idea what blogs

24   they were talking about?

25        A.    I do not.

```
 1                    E. VERSCHLEISER
 2         Q.     Do you know Rush Corp.?
 3         A.     Who?
 4         Q.     Rush Corp.
 5         A.     Not to my -- no, not -- I'm not
 6  familiar with it.  Like, Rush Corporation?
 7         Q.     Did you at any time have Nick
 8  C. --
 9         A.     Who is Nick C.?
10         MR. EDELMAN:  Constantinescu.
11         Q.     -- Constantinescu work as the
12  webmaster of Magenu after December 13th --
13  after December 3, 2013?
14         MR. COOPER:  What does this
15         have to do with the disparagement?
16         MR. FRYDMAN:  Has to do with
17         solicitation.
18         MR. COOPER:  I don't know what
19         that means.
20         You don't have to answer unless
21         you have a reason.  At this point
22         we're not going to just go on with
23         every possible internet and technical
24         move that was ever made here.
25         MR. FRYDMAN:  Can you mark
```

```
 1                  E. VERSCHLEISER
 2          this, please, as --
 3                  (Whereupon, the aforementioned
 4          ten-page e-mail chain dated
 5          December 10, 2013, was marked as E.V.
 6          Exhibit 25 for identification as of
 7          this date by the Reporter.)
 8                  MR. FRYDMAN:  Thank you.
 9          Q.     Do you or any of your companies
10     have a 718 or a 305 phone that is
11     redirected to an Israeli phone number?
12                  MR. COOPER:  What does that
13          have to do with the disparagement?
14                  MR. FRYDMAN:  I'll get to it.
15                  MR. COOPER:  No.  We've spent
16          too much, you know, fishing going on
17          here.  Just if you have a question --
18                  MR. FRYDMAN:  Are you not going
19          to allow him to answer the question?
20                  MR. COOPER:  Unless you can
21          link it somehow, because I don't
22          remember any of the disparagement
23          being made by phone, from what I've
24          read.
25                  MR. FRYDMAN:  No.  Well --
```

```
 1                    E. VERSCHLEISER
 2        Q.     Did Raul Del Forma [sic], Forno
 3   on December 10, 2013 set up telephones for
 4   you and for your companies?
 5             MR. COOPER:  What does that
 6        have to do with disparagement?
 7             MR. FRYDMAN:  It has to do with
 8        solicitation.
 9        A.     You asked that question
10   already.  You can refer to your answer.
11             MR. COOPER:  Solicitation of
12        what?
13             THE WITNESS:  Wait, what is
14        solicitation?
15             MR. COOPER:  I don't know.
16             MR. FRYDMAN:  This is the last
17        exhibit for today.
18             (Whereupon, the aforementioned
19        four-page affidavit of
20        Eli Verschleiser dated April 28,
21        2014, was marked as E.V. Exhibit 26
22        for identification as of this date by
23        the Reporter.)
24        Q.     By the way, do you know the IP
25   addresses at your house?
```

```
 1                    E. VERSCHLEISER
 2          A.    I'm not sure what an IP address
 3    is.  I know it --
 4          Q.    Handing you what's been marked
 5    as Exhibit 26 for identification --
 6                MR. FRYDMAN:  Sorry, did I give
 7            you one?
 8                MR. COOPER:  You gave me one.
 9          Q.    -- can you identify that?
10          A.    Looks like an affidavit from
11    myself.
12          Q.    Is that your signature?
13          A.    It is.
14          Q.    Was this an affidavit that you
15    submitted for the purpose that it's
16    asserted to have been submitted for?
17                MR. COOPER:  Objection to form.
18          A.    Uh --
19          Q.    Is this your affidavit --
20                MR. COOPER:  He said yes.
21          A.    It looks like it.
22          Q.    Was it truthful when you made
23    it?
24          A.    I believe so.
25          Q.    On Paragraph 7 you assert that
```

```
 1                    E. VERSCHLEISER
 2     there are dozens, if not hundreds, of
 3     individuals who had the motive and
 4     opportunity to make the statements
 5     identified in the amended complaint which
 6     you assert you did not make, right?
 7          A.    Correct.
 8          Q.    You make this from your
 9     knowledge; is that correct?
10          A.    That's correct.
11          Q.    Who are these dozens, if not
12     hundreds, of individuals?
13          A.    If you look at all the lost
14     hundreds of lawsuits you've been involved
15     in your lifetime --
16          Q.    Well, which ones are they?
17          A.    -- then you can just identify
18     them.  Each lawsuit probably has a handful
19     of people.
20          Q.    Can you name a dozen of people?
21          A.    Off the top of my head?
22          Q.    Well, you asserted this in a
23     sworn affidavit under penalties of perjury.
24          A.    Correct.  It's public record --
25          Q.    I'm asking you, who are --
```

```
1                    E. VERSCHLEISER
2          A.      -- that you have multitudes of
3    lawsuits and involving fraud and -- and
4    deceptive practices all the way back to
5    your running away from Ohio.  I'd read,
6    spent a month reading some of them.  I've
7    been briefed on all of them by my attorneys
8    and I made that affidavit after I've gotten
9    that information.
10         Q.      All right, so --
11         A.      I should have checked you out
12   prior to going into business with you,
13   but --
14         Q.      Can you name a dozen?  Can you
15   name five?  Let's start there.  Can you
16   name five individuals?
17         A.      Jacob, you're not on my mind so
18   I can't name anything to do with you.
19         Q.      So you made this affidavit --
20         A.      But I can -- I can put together
21   a list of a hundred.
22         Q.      Okay, but as we sit here --
23         A.      It would take me about an hour.
24         Q.      But as we sit here today, you
25   can't identify five; is that correct?
```

1                    E. VERSCHLEISER

2          A.     David Lichtenstein; Warren

3    Diamond, your ex CFO.  One second.  Give me

4    one second.  I'll -- all your ex-employees

5    that used to be -- work for us that have

6    all called me, and actually --

7          Q.     Who, which ones?

8          A.     -- actually about ten of your

9    current employees that still call me.

10   Write down all those names.

11         Q.     Go ahead.  Who?

12                MR. COOPER:  Okay.  He answered

13         your question.

14         A.     I'm not going to go into -- I'm

15   not going to have you go on a fishing

16   expedition and have you fire half of your

17   employees, the poor people who need a

18   living, because you're looking to find out

19   who talks about you for the true nature

20   that you are, but it's public knowledge.

21   You have just have to go into

22   Lexis-Nexis --

23                MR. COOPER:  Okay.  You

24         answered the question.

25         A.     -- and read the lawsuits

1                    E. VERSCHLEISER

2    against you.

3                    MR. COOPER:  Okay.

4         Q.    From January 12th to

5    February 14, 2004, did you access my e-mail

6    account?

7                    MR. COOPER:  It's the next

8         page.

9         A.    I think you asked me that

10   question.  I'm not going to answer it

11   again.

12        Q.    I'm asking it again.  I'm

13   asking whether Paragraph 8 of your

14   affidavit is true.

15        A.    Everything in my affidavit is

16   true.

17                    Actually, as I read it, No. 12

18   says I have never travelled to Buffalo.  I

19   may have travelled through Buffalo on my

20   way to Niagara Falls with my wife, I think,

21   in 2004, so --

22        Q.    Thank you for clarifying that.

23                    Did you delete any United

24   Realty data from the United Realty e-mail

25   exchange server at any time after

```
 1                   E. VERSCHLEISER
 2     December 3, 2013?
 3                   MR. COOPER:  You don't have to
 4              answer that.  It's beyond the scope.
 5              Q.    Does your driver maintain a hot
 6     spot in his car?
 7              A.    My driver?
 8                   MR. COOPER:  What does that
 9              have to do with the claims?
10                   MR. FRYDMAN:  Has to -- a part
11              of my trial strategy.  I'm sorry,
12              can't reveal that to you.
13                   MR. COOPER:  Okay, then we
14              can't answer it.
15                   MR. FRYDMAN:  Oh, I have to
16              reveal my trial strategy to you, my
17              work product in order for him to
18              answer a question?
19                   MR. COOPER:  It has to --
20                   MR. FRYDMAN:  I asked him
21              whether his driver has a hot spot in
22              the car.
23                   MR. COOPER:  Right, and for the
24              life of me --
25                   MR. FRYDMAN:  It's a yes or no.
```

239

1                    E. VERSCHLEISER

2              MR. COOPER:  -- I cannot see

3         how that's relevant to your

4         disparagement claims.

5              MR. FRYDMAN:  All right, that's

6         fine.  I'm gonna prove it to you with

7         that.

8              MR. COOPER:  You do that.

9              MR. FRYDMAN:  So let him

10        answer.  Big deal, yes or no.

11             MR. COOPER:  No.  You're going

12        way, way far afield.  You're asking

13        every imaginal [sic] technical

14        question instead of sticking to your

15        allegations, and the judge was very

16        clear.  This is about your

17        disparagement allegations.  You can

18        ask your other questions when it's

19        the plenary deposition.

20        Q.    We received a list of machines

21   from you in response to one of our

22   discovery requests and on it there is a

23   Lenovo X1 with serial number 129126 U.  Is

24   that the only Lenovo that you have had

25   other than the past two years?

                    E. VERSCHLEISER
1
2                   MR. COOPER:  Do you know the
3           answer to that?
4      A.    I have no idea.
5      Q.    Sorry?
6      A.    I have no -- we have many
7  Lenovos in our company.
8      Q.    You do?
9      A.    Yes.
10     Q.    As of now?
11     A.    I don't know as of now.
12     Q.    Well, then, I think you have to
13  speak to your lawyers about --
14     A.    Let me rephrase that.  Over the
15  years we've had many Lenovos in our
16  company.
17     Q.    I'm asking you, today, do you
18  have more than one Lenovo X1?
19     A.    I don't know.  If we submitted
20  it to you, then that's what we have.
21                  MR. FRYDMAN:  I'm just waiting
22           for one more thing and we'll be done
23           pretty quickly.  I think we'll be
24           another five minutes or so.
25                  THE WITNESS:  Do you want to go

241

E. VERSCHLEISER

1
2        off the record?
3        Q.    I do actually want to go back
4    to one area of inquiry.  I asked you at the
5    beginning of this deposition if you've ever
6    been in the online poker business and you
7    said that you were not.  Do you want to
8    reconsider that answer?
9        A.    Do I want to reconsider the
10   answer?
11       Q.    Right.  Have you ever been in
12   the online poker business?
13       A.    I answered that question
14   earlier.
15       Q.    Right, and you said no?
16       A.    Right.
17       Q.    You're staying, sticking by
18   that answer?
19       A.    I -- I have no --
20       Q.    Okay.
21       A.    I'm not sure what that means.
22   I don't lie to the world as other people
23   that we know.
24            MR. COOPER:  Are we still on
25        the record?

242

```
 1                    E. VERSCHLEISER
 2              THE VIDEOGRAPHER:
 3         (Indicating.)
 4              MR. COOPER:  Okay.
 5              MR. FRYDMAN:  We can go off the
 6         record for --
 7              THE VIDEOGRAPHER:  We are now
 8         off the record at 5:55 p.m.
 9              (Whereupon, a recess was
10         taken.)
11              THE VIDEOGRAPHER:  We are now
12         on the record at 5:58 p.m.
13              MR. FRYDMAN:  Mr. Verschleiser,
14         thank you very much.  I have no
15         further questions for you.
16              MR. COOPER:  Thank you, no
17         questions.
18              (Continued on next page to
19         include jurat.)
20
21
22
23
24
25
```

Case 1:14-cv-08084-JGK   Document 47-6   Filed 03/13/15   Page 30 of 70

243

```
 1              E. VERSCHLEISER
 2              THE VIDEOGRAPHER:  We are now
 3         off the record at 5:58 p.m.
 4              (Whereupon, at 5:58 P.M., the
 5         Examination of this Witness was
 6         concluded.)
 7
 8
 9                    ELI VERSCHLEISER
10
11
12    Subscribed and sworn to before me
13    this _____ day of _____ 20___.
14
15         _____
16         NOTARY PUBLIC
17
18
19
20
21
22
23
24
25
```

244

```
 1                    E. VERSCHLEISER
 2                  E X H I B I T S
 3
 4   E.V. EXHIBITS:
 5
 6   EXHIBIT    EXHIBIT                    PAGE
 7   NUMBER     DESCRIPTION
 8   1          Two-page e-mail chain      37
                  dated February 11, 2014
 9
            2    E-mail dated              38
10                 February 10, 2014
11   3          E-mail                     46
12   4          Scamguard.com screen shot 48
13   5          Two-page scamguard.com     48
                  article "Flipping
14                 Houses 101"
15   6          Two-page scamguard.com     49
                  article "Medicaid/
16                 Medicare Plans"
17   7          Complaint Board screen     52
                  shot
18
            8    Congoo screen shot        53
19
            9    Two-page reitwrecks.com   55
20                 article
21   10         reitwrecks.com post        56
                  titled "United Realty
22                 Trust Jacob Frydman Fraud"
23   11         Two-page ripoffreport.com 58
                  article
24
25
```

```
 1                    E. VERSCHLEISER

 2    EXHIBIT    EXHIBIT                    PAGE

 3    NUMBER     DESCRIPTION

 4    12         ripoffreport.com          59
                    complaint review
 5
      13         Jacob Frydman Fraud       62
 6                  screen shot

 7    14         Six-page e-mail chain     64
                    dated December 5, 2013
 8
      15         E-mail dated April 14,    71
 9                  2014

10    16          Summons and Complaint    74
                    dated April 14, 2014
11
      17         11-page e-mail chain      74
12                  dated April 18, 2014

13    17A        Six-page notice of        76
                    removal dated
14                  November 29, 2013

15    17A        Remarked as a four-page   80
                    document
16
      17B        Four-page termination of  76
17                  employment letter dated
                    November 29, 2013
18
      18         Eight-page notice of      98
19                  removal for cause dated
                    December 2, 2013
20
      19         E-mail dated December 4,  176
21                  2013

22    20         Two-page e-mail chain     183
                    dated December 26, 2013
23
      21         Four-page "Real Deal"     205
24                  article

25
```

```
 1                    E. VERSCHLEISER

 2    EXHIBIT     EXHIBIT                      PAGE

 3    NUMBER      DESCRIPTION

 4    22          Two-page e-mail chain      207
                      dated December 20, 2013
 5
      23          Three-page e-mail chain    221
 6                    dated December 20, 2013

 7    24          Seven-page e-mail chain    223
                      dated December 10, 2013
 8
      25          Ten-page e-mail chain      231
 9                    dated December 10, 2013

10    26          Five-page affidavit of     232
                      Eli Verschleiser dated
11                    April 28, 2014

12

13

14                    I N D E X

15

16    EXAMINATION BY                         PAGE

17    MR. FRYDMAN                             6

18

19

20

21

22

23

24

25
```

247

```
 1                        E. VERSCHLEISER

 2           INFORMATION AND/OR DOCUMENTS REQUESTED

 3      INFORMATION AND/OR DOCUMENTS            PAGE

 4      Whether wife is the manager of any    9
        of the entities that are a party
 5      to the lawsuit

 6

 7              QUESTIONS MARKED FOR RULINGS

 8      PAGE LINE QUESTION

 9      93    10   Paragraph 2, you allege,
                   breaches by me of Section 310 of
10                 our agreement by failing to
                   devote at least 90 percent of my
11                 normal professional time to the
                   business affairs of our joint
12                 enterprise.  What's that based
                   on?
13
        101   24   Did you type, did you type those
14                 letters, the November 29th
                   letters?
15
        160   8    What fraud is it that you assert
16                 I commit?

17      217   25   Since December 3, 2013, did you
                   solicit Barry Funt to work with
18                 you outside of United Realty
                   Trust?
19

20

21

22

23

24

25
```

248

```
 1                    E. VERSCHLEISER
 2                C E R T I F I C A T E
 3
    STATE OF NEW YORK      )
 4                         :  SS.:
    COUNTY OF KINGS        )
 5
 6          I, KIYOKO Y. PANZELLA, a Notary
 7    Public for and within the State of New
 8    York, do hereby certify:
 9          That the witness whose examination is
10    hereinbefore set forth was duly sworn and
11    that such examination is a true record of
12    the testimony given by that witness.
13          I further certify that I am not
14    related to any of the parties to this
15    action by blood or by marriage and that I
16    am in no way interested in the outcome of
17    this matter.
18          IN WITNESS WHEREOF, I have hereunto
19    set my hand this 28th day of July 2014.
20
21                     _____
22                        KIYOKO Y. PANZELLA
23
24
25
```

| $ | | | |
|---|---|---|---|

**$50,000** [3] - 91:24, 92:14, 92:17

**'**

**'95** [1] - 18:19
**'cause** [1] - 188:11
**'kay** [1] - 83:13
**'The** [2] - 206:3, 208:13

**0**

**08701** [1] - 10:10

**1**

**1** [9] - 37:10, 37:19, 79:9, 162:3, 167:5, 167:11, 167:17, 169:5, 244:8
**10** [12] - 38:23, 56:23, 156:21, 223:7, 224:22, 231:5, 232:3, 244:10, 244:21, 246:7, 246:9, 247:9
**10004** [3] - 1:20, 2:6, 2:10
**10022** [1] - 2:14
**101** [3] - 48:22, 244:14, 247:13
**1017** [1] - 13:23
**106** [1] - 98:11
**10:56** [1] - 227:8
**10th** [3] - 225:12, 227:3, 227:8
**11** [4] - 37:14, 59:2, 244:8, 244:23
**11-page** [2] - 74:16, 245:11
**12** [5] - 53:17, 54:5, 60:5, 237:17, 245:4
**129126** [1] - 239:23
**12th** [1] - 237:4
**13** [7] - 62:22, 128:6, 134:10, 160:9, 205:7, 205:17, 245:5
**13th** [2] - 143:6, 230:12
**14** [13] - 10:8, 64:21, 71:18, 73:16, 74:11, 90:11, 95:25, 97:2, 169:17, 237:5, 245:7, 245:8, 245:10
**14th** [1] - 91:8
**15** [7] - 33:23, 70:25, 71:23, 75:8, 156:22, 201:12, 245:8
**16** [10] - 33:24, 34:18, 74:21, 77:24, 77:25, 78:2, 78:12, 78:15, 80:7, 245:10
**160** [1] - 247:15

**161** [2] - 176:11
**167** [1] - 207:5
**17** [6] - 74:21, 74:24, 74:25, 75:6, 75:7, 245:11
**176** [1] - 245:20
**17A** [16] - 75:22, 75:24, 77:17, 78:3, 78:6, 78:12, 78:19, 78:21, 80:7, 83:14, 83:17, 91:17, 91:19, 100:21, 245:13, 245:15
**17B** [13] - 77:18, 78:4, 78:6, 78:12, 78:20, 80:7, 83:14, 83:18, 91:17, 91:19, 99:18, 100:21, 245:16
**18** [6] - 74:16, 77:19, 77:22, 215:22, 245:12, 245:18
**183** [1] - 245:22
**18th** [3] - 89:4, 95:8, 95:17
**19** [1] - 245:20
**1994** [1] - 18:19
**1:23** [3] - 1:12, 5:4, 8:8
**1:35** [1] - 8:7
**1:51** [1] - 33:12
**1:53** [1] - 33:16
**1and1** [5] - 35:18, 35:22, 69:12, 69:20, 70:19
**1and1.com** [1] - 63:18
**1st** [4] - 199:3, 210:10, 219:21, 220:16

**2**

**2** [9] - 38:21, 39:4, 71:13, 79:10, 93:10, 98:18, 244:9, 245:19, 247:9
**20** [8] - 183:10, 207:9, 220:25, 221:8, 223:16, 245:22, 246:4, 246:6
**2004** [3] - 220:14, 237:5, 237:21
**2005** [1] - 220:14
**2010** [1] - 37:3
**2013** [119] - 13:19, 27:16, 28:6, 28:14, 28:21, 42:10, 43:16, 43:24, 44:2, 45:21, 45:24, 61:20, 64:17, 65:20, 69:19, 76:14, 76:19, 86:19, 98:18, 105:18, 106:3, 106:19, 109:15, 110:4, 115:16, 117:22, 121:13, 125:24, 128:2, 129:6, 130:15, 130:25, 131:24, 132:10, 133:6, 134:10, 135:10, 135:19,

**138**:3, 143:7, 143:14, 144:19, 145:8, 145:14, 147:24, 150:4, 150:9, 157:11, 158:11, 161:14, 161:19, 162:3, 167:5, 167:11, 167:17, 169:5, 169:25, 172:6, 173:12, 173:18, 173:23, 176:21, 183:10, 183:25, 184:22, 189:4, 191:3, 192:19, 198:11, 199:4, 200:18, 201:10, 201:24, 202:5, 202:15, 203:6, 205:8, 205:17, 207:10, 210:11, 210:21, 211:9, 211:22, 212:6, 212:23, 213:5, 214:12, 215:5, 215:10, 216:22, 216:20, 217:25, 218:21, 219:10, 219:21, 220:16, 221:2, 221:9, 222:9, 223:7, 224:22, 225:17, 229:2, 230:13, 231:5, 232:3, 238:2, 245:7, 245:14, 245:17, 245:19, 245:21, 245:22, 246:4, 246:6, 246:7, 246:9, 247:17
**2014** [32] - 1:11, 5:5, 37:3, 37:14, 38:16, 38:23, 44:14, 45:15, 45:18, 45:20, 46:20, 53:17, 54:5, 71:18, 73:16, 74:12, 74:17, 89:5, 90:11, 94:5, 95:25, 97:2, 97:16, 185:5, 232:21, 244:8, 244:10, 245:9, 245:10, 245:12, 246:11, 248:19
**205** [1] - 245:23
**207** [1] - 246:4
**20___** [1] - 243:13
**21** [2] - 8:17, 245:23
**217** [1] - 247:17
**22** [4] - 186:24, 188:2, 207:14, 246:4
**221** [3] - 3:2, 4:2, 246:5
**221.1** [1] - 3:3
**221.2** [2] - 3:17, 4:7
**221.3** [1] - 4:3
**223** [1] - 246:7
**2294** [3] - 13:23, 186:25, 187:2
**23** [4] - 1:11, 5:5, 94:4, 246:5
**231** [1] - 246:8
**232** [1] - 246:10
**2392** [1] - 187:24
**24** [3] - 223:14, 246:7, 247:13
**25** [2] - 246:8, 247:17

**26** [3] - 229:2, 245:22, 246:10
**28** [2] - 232:20, 246:11
**28th** [1] - 248:19
**29** [7] - 76:14, 78:19, 86:14, 86:19, 99:18, 245:14, 245:17
**29th** [17] - 84:18, 84:23, 84:25, 85:8, 85:17, 86:10, 86:21, 87:4, 88:7, 91:9, 94:6, 94:12, 99:19, 100:10, 101:21, 101:25, 247:14
**2:36** [1] - 71:9
**2:44** [1] - 71:14
**2:55** [1] - 79:23
**2:57** [1] - 80:6
**2nd** [4] - 101:6, 101:12, 101:15, 101:17

**3**

**3** [67] - 28:5, 28:13, 28:20, 46:14, 47:5, 79:10, 105:18, 106:3, 106:18, 109:15, 110:4, 121:13, 127:25, 129:6, 130:15, 130:25, 132:9, 133:6, 135:9, 135:19, 138:3, 143:6, 143:14, 144:18, 145:7, 145:13, 147:14, 147:23, 150:4, 157:11, 161:14, 161:19, 169:24, 172:6, 173:12, 173:18, 173:23, 183:25, 184:22, 185:5, 189:4, 191:3, 192:19, 198:11, 199:4, 200:18, 201:10, 201:24, 202:5, 202:15, 203:6, 210:20, 211:9, 211:21, 212:23, 213:5, 214:12, 215:4, 215:10, 216:19, 217:25, 222:9, 225:16, 230:13, 238:2, 244:11, 247:17
**305** [1] - 231:10
**30th** [1] - 87:7
**31** [1] - 3:10
**31.13** [1] - 32:11
**310** [2] - 93:11, 247:9
**3115** [3] - 3:5, 3:14, 3:22
**34th** [3] - 1:19, 2:6, 2:10
**3501** [1] - 9:25
**35th** [2] - 14:2, 14:10
**37** [1] - 244:8
**38** [1] - 244:9
**3:56** [1] - 147:8
**3rd** [16] - 27:15, 29:5, 43:12, 43:23, 101:13, 115:16, 117:21, 125:23,

131:23, 158:10, 190:3,
210:11, 212:6, 217:20,
218:20, 219:10

## 4

4 [1] - 42:10, 44:14,
48:14, 49:9, 79:10,
176:21, 222:25, 223:17,
244:12, 245:20
40 [1] - 139:18
44 [5] - 13:12, 14:5,
85:19, 87:3, 87:7
46 [1] - 244:11
4741 [1] - 14:2
48 [2] - 244:12, 244:13
49 [1] - 244:15
4:06 [1] - 147:14
4:12 [1] - 152:20
4:24 [1] - 164:24
4:37 [1] - 179:13
4:42 [1] - 179:17
4th [9] - 43:24, 44:2,
45:18, 45:20, 45:23,
46:20, 61:20, 117:21,
158:11

## 5

5 [7] - 48:19, 49:24,
64:17, 65:20, 69:19,
244:13, 245:7
52 [1] - 244:17
53 [1] - 244:18
55 [1] - 244:19
56 [1] - 244:21
58 [1] - 244:23
580 [1] - 18:6
59 [1] - 245:4
599 [1] - 2:14
5:23 [1] - 222:21
5:29 [1] - 66:7
5:30 [1] - 222:25
5:55 [1] - 242:8
5:58 [3] - 242:12, 243:3,
243:4
5th [1] - 66:7

## 6

6 [4] - 48:25, 51:13,
244:15, 246:17
60 [4] - 1:19, 2:6, 2:10,
5:12
62 [1] - 244:17
63 [1] - 37:7
64 [1] - 245:7
650803/2014 [2] - 1:6,
5:17
6th [1] - 14:17

## 7

7 [4] - 52:10, 52:17,
233:25, 244:17
71 [1] - 245:8
718 [1] - 231:10
74 [2] - 245:10, 245:11
76 [2] - 245:13, 245:16
7th [1] - 14:17

## 8

8 [4] - 53:12, 237:13,
244:18, 247:15
80 [1] - 245:15
866 [3] - 1:4, 2:5, 6:3

## 9

9 [4] - 55:22, 94:4,
244:19, 247:4
90 [2] - 93:16, 247:10
93 [1] - 247:9
98 [1] - 245:18

## A

a.m [1] - 227:8
Abe [2] - 210:17, 210:20
abilities [1] - 8:21
ability [3] - 22:20, 117:6,
153:21
able [6] - 36:13, 113:4,
115:21, 126:13, 137:6,
137:8
absolutely [2] - 192:2,
196:2
accept [3] - 89:18, 153:2,
153:5
access [37] - 68:16, 97:4,
106:8, 107:8, 107:13,
107:16, 107:21, 107:22,
108:18, 109:9, 109:17,
110:24, 112:8, 112:13,
112:25, 115:17, 115:19,
117:22, 128:2, 136:20,
137:7, 147:25, 148:4,
148:13, 150:7, 150:12,
152:21, 154:4, 166:14,
167:13, 167:19, 174:5,
174:14, 218:22, 219:11,
237:5
accessed [11] - 106:4,
106:11, 109:23, 110:10,
110:16, 111:7, 117:12,
118:8, 128:5, 136:17,
153:8
accessing [2] - 148:20,
176:14
accompanied [1] - 3:23
account [29] - 35:22,

36:3, 41:7, 72:18,
104:8, 113:3, 120:8,
121:10, 121:17, 123:3,
128:20, 128:22, 129:8,
141:6, 154:14, 154:18,
173:13, 173:24, 174:6,
175:22, 177:7, 178:10,
178:15, 178:20, 227:12,
227:13, 227:17, 228:5,
237:6
accountant [1] - 211:18
accountants [2] - 93:8,
211:19
accounts [4] - 136:25,
169:11, 174:15, 175:21
accusations [1] - 35:11
accused [2] - 35:5,
182:11
acted [5] - 192:6, 198:16,
200:21, 201:15, 203:22
acting [9] - 12:20, 46:4,
165:23, 166:12, 167:6,
167:12, 167:18, 169:25,
226:17
action [1] - 248:15
actions [2] - 205:21,
206:10
active [6] - 121:6, 129:22,
130:3, 130:10, 130:18,
130:22, 131:3, 131:5,
131:6
activities [5] - 157:4,
168:7, 168:8, 168:12,
168:15
actual [1] - 121:10
add [3] - 126:2, 127:2,
168:23
added [2] - 162:7, 162:9
addition [1] - 21:12
address [38] - 14:9,
103:11, 103:14, 103:22,
104:19, 104:22, 105:2,
108:2, 108:4, 108:8,
108:11, 108:14, 108:21,
108:22, 109:12, 109:13,
110:18, 110:20, 110:21,
111:2, 111:4, 112:10,
112:14, 142:2, 144:16,
154:21, 163:9, 164:2,
180:12, 180:21, 180:23,
186:19, 186:24, 187:21,
207:21, 225:14, 233:2
addresses [5] - 82:22,
105:6, 162:2, 227:18,
232:25
admin [1] - 227:15
administer [1] - 116:16
administrative [6] -
117:5, 140:17, 150:13,
151:13, 151:22, 151:24

administrator [12] -
116:10, 116:18, 116:19,
117:10, 117:14, 117:18,
117:24, 118:10, 152:22,
152:24, 153:9, 164:17
advisement [1] - 9:24
Advisors [6] - 25:4,
155:13, 155:25, 156:23,
158:9, 203:4
affairs [2] - 93:17, 247:11
affidavit [10] - 232:19,
233:10, 233:14, 233:19,
234:23, 235:8, 235:19,
237:14, 237:15, 246:10
affiliate [1] - 13:2
affiliated [4] - 13:6,
27:13, 46:10, 78:22
affiliates [8] - 92:14,
92:18, 156:20, 156:23,
158:7, 158:10
affirm [2] - 6:17, 7:13
affirmed [1] - 7:10
afield [3] - 22:7, 136:13,
239:12
aforementioned [29] -
37:12, 38:22, 46:15,
48:15, 48:20, 49:3,
52:11, 53:7, 55:16,
56:14, 58:20, 59:23,
62:16, 64:15, 71:17,
74:10, 74:15, 76:12,
76:17, 80:2, 98:16,
176:20, 183:8, 205:2,
207:8, 221:7, 223:5,
231:3, 232:18
afternoon [1] - 8:9
agency [2] - 35:7
agents [1] - 136:20
agree [1] - 217:24
AGREED [4] - 4:10, 4:13,
4:16, 4:20
agreement [4] - 8:15,
93:12, 190:3, 247:10
Ahuva [12] - 65:8, 65:23,
65:25, 66:7, 66:25,
219:19, 220:12, 224:24,
227:11, 227:14, 228:5,
228:20
Ahuva.S@multigroups.
com [1] - 172:4
al [2] - 5:15, 5:16
Alex [8] - 65:11, 66:15,
67:15, 68:22, 69:24,
70:18, 123:25, 189:2
Alexandro [6] - 199:22,
199:25, 200:3, 200:5,
200:8, 200:17
Alias [1] - 169:2
Allan [1] - 200:24
allegation [2] - 58:12,

91:25
**allegations** [7] - 137:16, 137:17, 137:21, 196:11, 216:2, 239:15, 239:17
**allege** [2] - 93:10, 247:9
**alleged** [4] - 91:9, 92:21, 137:5, 191:14
**allegedly** [2] - 100:20, 137:4
**alleging** [1] - 138:21
**allen** [1] - 201:6
**allow** [2] - 116:22, 231:19
**allows** [1] - 116:21
**alone** [5] - 27:16, 28:6, 28:14, 28:21, 29:6
**ALSO** [1] - 2:17
**alter** [2] - 132:10, 133:4
**amended** [1] - 234:5
**American** [2] - 12:20, 12:23
**amount** [3] - 92:14, 92:17, 115:25
**Amy** [2] - 38:12, 38:16
**AND** [5] - 4:10, 4:13, 4:16, 4:20, 63:25
**and/or** [4] - 19:16, 19:25, 117:14, 178:11
**AND/OR** [2] - 247:2, 247:3
**Andrew** [1] - 180:16
**anonymous** [1] - 105:11
**anonymously** [7] - 105:14, 105:19, 105:22, 106:20, 106:24, 109:12, 137:4
**answer** [132] - 3:8, 3:12, 3:17, 3:17, 3:21, 3:22, 3:23, 3:24, 8:4, 12:14, 14:19, 15:2, 22:12, 28:3, 29:23, 30:4, 31:17, 31:23, 33:17, 34:5, 34:21, 36:17, 40:23, 43:7, 43:9, 44:5, 51:22, 62:7, 62:14, 68:4, 68:5, 81:5, 81:22, 89:19, 90:5, 93:24, 97:19, 100:25, 102:3, 109:3, 109:4, 112:4, 119:23, 126:14, 127:18, 129:14, 132:17, 133:2, 133:8, 133:15, 133:17, 133:19, 133:24, 134:7, 134:15, 134:20, 134:24, 135:8, 135:17, 135:25, 140:20, 141:16, 141:18, 141:23, 142:3, 142:9, 143:25, 145:11, 146:3, 146:9, 146:24, 148:7, 148:9, 149:2, 152:6, 153:11, 156:19, 157:15,

159:21, 159:25, 161:10, 161:18, 161:24, 168:9, 172:7, 172:10, 172:14, 172:15, 172:20, 174:3, 174:11, 174:12, 181:13, 181:15, 185:7, 192:10, 193:2, 193:22, 194:9, 195:2, 195:24, 196:6, 196:15, 198:7, 200:12, 203:18, 204:17, 210:4, 218:5, 218:7, 218:9, 218:11, 218:12, 221:25, 222:5, 225:24, 225:25, 226:3, 230:20, 231:19, 232:10, 237:10, 238:4, 238:14, 238:18, 239:10, 240:3, 241:8, 241:10, 241:18
**answered** [16] - 3:20, 4:6, 81:5, 100:23, 101:2, 107:11, 128:9, 143:9, 146:4, 148:16, 151:20, 184:23, 226:13, 236:12, 236:24, 241:13
**answering** [4] - 51:11, 152:14, 157:21, 160:11
**anybody** [8] - 56:6, 59:12, 60:15, 63:12, 123:19, 132:9, 154:13, 156:16
**anybody's** [2] - 131:25, 132:11
**anyhow** [1] - 108:18
**anyone's** [1] - 155:5
**anywhere** [1] - 194:2
**aonica@gmail.com** [2] - 65:9, 65:10
**apart** [1] - 77:13
**Apel** [5] - 190:14, 190:16, 190:19, 191:2
**apologies** [1] - 6:18
**apologize** [4] - 6:20, 77:25, 90:8, 164:14
**apparent** [2] - 72:8, 90:14
**apparently** [4] - 68:8, 90:23, 115:24, 172:25
**appeared** [1] - 8:16
**appears** [1] - 227:8
**application** [1] - 116:24
**apply** [1] - 3:9
**appreciate** [1] - 80:18
**appropriate** [6] - 3:9, 4:18, 71:3, 146:6, 146:25, 199:11
**approximately** [1] - 18:19, 57:23
**April** [21] - 53:17, 54:5, 71:18, 73:16, 74:11, 74:16, 88:24, 89:4, 90:11, 91:8, 95:8,

95:17, 95:25, 97:2, 97:16, 232:20, 245:8, 245:10, 245:12, 246:11
**archive** [1] - 140:13
**archived** [1] - 141:7
**archives** [1] - 140:10
**archiving** [3] - 140:8, 143:3, 144:14
**are there** [3] - 19:13, 23:4, 162:16
**area** [5] - 140:17, 150:13, 191:18, 191:23, 241:4
**aren't** [1] - 168:11
**argument** [2] - 88:3, 94:17
**Ari** [1] - 215:13
**Armand** [1] - 215:19
**arrest** [1] - 35:6
**arrested** [2] - 31:11, 35:13
**art** [2] - 126:20, 126:21
**Article** [1] - 3:10
**article** [13] - 35:11, 48:21, 49:4, 55:17, 58:21, 205:3, 208:17, 209:12, 244:13, 244:15, 244:20, 244:23, 245:24
**articles** [3] - 62:4, 62:10, 204:19
**asking** [80] - 7:3, 27:9, 27:10, 29:16, 34:24, 39:20, 40:9, 40:20, 54:17, 54:19, 65:3, 66:11, 92:5, 94:25, 95:5, 95:13, 97:12, 97:14, 100:7, 100:19, 103:24, 110:3, 111:18, 111:19, 111:21, 118:17, 122:4, 123:19, 127:11, 128:16, 137:12, 147:2, 149:19, 152:12, 156:11, 157:16, 165:20, 168:16, 170:19, 172:12, 172:24, 173:2, 173:8, 177:24, 178:15, 181:11, 188:11, 193:7, 197:8, 200:8, 208:20, 209:17, 224:15, 234:25, 237:12, 237:13, 239:12, 240:17
**asks** [2] - 209:4, 209:5
**assert** [11] - 91:23, 160:9, 196:11, 199:8, 210:14, 210:24, 211:13, 211:25, 233:25, 234:6, 247:15
**asserted** [4] - 14:14, 192:5, 233:16, 234:22
**asserting** [1] - 205:9
**assertions** [1] - 216:11
**assign** [3] - 129:7, 158:6
**assist** [5] - 27:18, 28:8,

28:16, 28:23, 29:8
**Assistant** [1] - 2:19
**assistant** [3] - 6:5, 66:2, 72:19
**association** [1] - 12:11
**associations** [4] - 20:5, 20:14, 20:17, 20:20
**assume** [8] - 83:12, 107:23, 116:17, 119:13, 123:13, 129:25, 131:23, 207:24
**assumed** [1] - 143:11
**assumes** [1] - 129:13
**assuming** [2] - 117:8, 207:20
**assure** [2] - 51:9, 101:17
**attach** [1] - 73:18
**attached** [3] - 75:17, 77:16, 91:12
**attachment** [1] - 95:25
**attachments** [9] - 74:5, 78:7, 80:8, 80:14, 81:10, 91:7, 95:21, 96:13, 97:16
**attendance** [1] - 3:15
**attention** [1] - 37:20
**Attorney** [1] - 2:4
**attorney** [8] - 3:12, 3:21, 4:4, 8:10, 97:20, 146:6, 199:20, 200:15
**attorney/client** [1] - 33:3
**attorneys** [5] - 4:20, 4:22, 15:3, 156:10, 235:7
**Attorneys** [1] - 2:12
**August** [1] - 14:17
**author** [1] - 48:10
**authored** [1] - 48:6
**authorization** [2] - 136:17, 154:19
**authorized** [1] - 175:8
**Avenue** [11] - 2:14, 9:25, 13:23, 18:6, 185:4, 186:16, 186:18, 186:20, 187:2, 187:20, 187:24
**Avram** [1] - 180:18
**award** [1] - 206:6
**aware** [18] - 7:22, 8:5, 11:4, 24:13, 24:15, 25:10, 26:9, 26:19, 27:12, 32:3, 59:16, 70:17, 112:7, 112:20, 117:2, 117:3, 140:21, 225:11

| **B** |
| --- |

**B-L-E-A** [1] - 28:18
**background** [2] - 22:4, 22:5
**backup** [6] - 136:3,

137:25, 138:6, 138:17, 139:7, 144:11
backups [2] - 137:22, 143:2
bank [1] - 34:16
Bariarki [1] - 197:17
Barry [6] - 26:17, 26:19, 27:4, 29:10, 44:24, 216:20, 218:2, 247:17
Base [2] - 164:8, 164:9
Based [1] - 167:9
based [4] - 83:11, 93:18, 218:5, 247:12
basic [1] - 227:17
basically [1] - 29:17
basis [5] - 3:13, 3:23, 119:14, 159:16, 193:17
Baum [1] - 215:13
BEFORE [1] - 1:15
behalf [22] - 5:22, 38:7, 41:10, 46:5, 109:19, 117:20, 118:2, 148:2, 148:14, 148:23, 149:16, 150:2, 165:24, 166:13, 166:25, 167:6, 167:12, 167:18, 168:18, 169:4, 170:2, 226:18
behind [3] - 112:10, 112:14, 160:23
believe [16] - 21:23, 25:24, 30:13, 42:21, 65:11, 67:2, 78:6, 103:9, 126:13, 127:16, 156:7, 156:13, 156:17, 162:22, 164:11, 233:24
bell [11] - 25:19, 186:14, 188:15, 188:25, 201:19, 213:11, 215:8, 215:14, 215:16, 215:18, 215:20
belong [4] - 20:4, 20:13, 20:16, 20:20
belonged [1] - 20:8
belongs [1] - 163:10
Benjamin [1] - 192:15
Berlin [2] - 15:7, 15:11
Binko [1] - 196:19
bit [2] - 6:18, 85:14
black [2] - 104:25, 105:7
blatantly [1] - 158:22
Blea [6] - 25:18, 26:2, 28:18, 29:18, 29:23, 45:4
block [1] - 187:10
blog [11] - 60:19, 61:2, 61:9, 61:21, 61:22, 61:23, 62:23, 62:24, 63:5, 63:9, 63:14
blogs [17] - 60:21, 60:22, 60:24, 60:25, 61:5, 61:12, 61:15, 61:17,

62:6, 62:8, 62:13, 179:24, 180:3, 182:3, 229:3, 229:5, 229:23
blood [1] - 248:15
Board [13] - 20:23, 52:18, 52:21, 52:24, 53:4, 53:17, 54:4, 54:12, 54:16, 54:20, 54:25, 55:2, 244:17
board [7] - 13:4, 72:8, 83:2, 90:14, 190:23, 191:15, 192:23
boat [1] - 23:20
boating [1] - 23:9
books [1] - 192:7
Botkins [1] - 182:9
box [2] - 35:18, 54:3
boxes [1] - 153:16
breaches [2] - 93:11, 247:9
break [8] - 55:4, 147:5, 147:12, 177:21, 178:2, 179:7, 222:17, 222:19
brief [1] - 15:3
briefed [1] - 235:7
bringing [1] - 191:13
Broad [4] - 1:19, 2:6, 2:10, 5:12
Brock [1] - 83:9
brockcapital.com [1] - 82:9
broker/dealer [1] - 46:2
Brooklyn [3] - 10:2, 13:23, 15:8
browse [11] - 105:13, 106:21, 106:24, 107:2, 107:4, 107:7, 107:12, 107:25, 160:21, 161:3, 161:8
browsed [2] - 105:19, 105:23
Browser [1] - 215:7
browser [3] - 102:15, 161:2, 215:10
browsing [6] - 102:9, 102:14, 105:11, 160:20, 161:5, 161:7
Bruno [2] - 214:8, 214:11
Buffalo [2] - 237:18, 237:19
Bug [2] - 185:15, 185:17
BUG [1] - 185:17
Bug-Off [2] - 185:15, 185:17
bunch [1] - 143:11
business [10] - 18:24, 51:4, 93:17, 185:20, 186:11, 198:2, 235:12, 241:6, 241:12, 247:11
buying [1] - 185:3

BY [4] - 2:7, 2:15, 6:22, 246:16

## C

call [5] - 44:12, 75:22, 75:23, 203:15, 236:9
Callow [1] - 168:25
can you [39] - 11:25, 12:6, 12:9, 17:12, 20:19, 20:22, 37:19, 47:5, 64:21, 66:8, 71:24, 74:21, 78:19, 99:10, 116:13, 136:5, 141:8, 170:7, 177:3, 178:7, 180:7, 183:6, 183:14, 201:5, 204:24, 207:14, 208:4, 221:5, 221:13, 221:15, 221:23, 223:14, 224:9, 230:25, 233:9, 234:20, 235:14, 235:15
capacity [2] - 117:24, 169:14
Capital [9] - 10:16, 10:17, 11:11, 26:24, 27:5, 83:10, 220:11, 220:13, 220:18
capital.com [1] - 162:9
car [4] - 17:18, 17:20, 238:6, 238:22
card [1] - 34:16
case [6] - 5:15, 42:24, 87:18, 93:5, 151:5, 182:9
cases [1] - 51:7
catch [1] - 142:7
catch-all [1] - 142:7
Catherine [1] - 227:10
caught [1] - 6:19
caused [3] - 204:2, 204:9, 226:18
cc'ed [1] - 82:19
CEO [4] - 46:2, 157:4, 159:15, 159:19
certify [2] - 248:8, 248:13
cetera [1] - 114:11
CFO [1] - 236:3
Chaim [4] - 15:7, 15:10, 186:3, 212:25
chain [3] - 37:13, 64:16, 65:6, 65:22, 70:3, 70:4, 70:5, 74:16, 90:22, 90:24, 91:6, 183:9, 223:6, 224:11, 231:4, 244:8, 245:7, 245:11, 245:22, 246:4, 246:5, 246:7, 246:8
chains [2] - 74:4, 81:20
chairman [2] - 168:5,

169:8
change [20] - 29:23, 58:7, 67:19, 67:21, 71:2, 125:24, 127:2, 129:8, 130:10, 130:17, 131:2, 132:10, 133:4, 134:11, 135:14, 135:21, 136:21, 144:21, 145:9, 145:15
changed [2] - 130:2, 131:25
Chanukah [2] - 85:9, 85:14
charge [2] - 4:22, 25:15
charitable [3] - 13:8, 21:2, 21:3
check [4] - 9:18, 83:21, 92:20, 220:15
checked [2] - 83:24, 235:11
Chicago [1] - 169:3
childlessly [1] - 68:14
children [1] - 20:2
chop [1] - 110:9
chronological [1] - 17:10
circle [1] - 126:7
circumvent [1] - 42:2
Civil [1] - 3:5
claim [3] - 43:10, 85:20, 139:9
claims [4] - 136:7, 221:22, 238:9, 239:4
Clancy [1] - 196:19
clarify [1] - 42:2
clarifying [1] - 237:22
clear [10] - 3:13, 3:23, 42:7, 42:25, 43:14, 89:21, 158:15, 158:19, 222:7, 239:16
clerk [1] - 4:11
client [3] - 32:18, 140:10, 172:11
Cloud [1] - 169:2
Coast [2] - 23:11, 23:12
Code [1] - 10:10
college [1] - 16:10
com [1] - 162:24
comfortable [1] - 7:17
coming [1] - 225:13
commence [1] - 8:15
comment [1] - 94:19
comments [2] - 3:16, 217:6
Commission [1] - 24:8
commit [2] - 160:9, 247:16
committed [4] - 159:15, 159:19, 192:6, 198:16
committee [1] - 82:2
communicating [1] - 4:4
Communication [1] - 4:3

communication [9] - 4:5,
4:8, 33:4, 88:17, 95:7,
95:15, 96:2, 138:5,
138:16
communications [1] -
189:25
Companies [1] - 11:14
companies [11] - 65:15,
67:8, 99:16, 160:20,
161:7, 169:4, 169:17,
199:9, 220:9, 231:9,
232:4
company [39] - 11:9,
11:10, 17:19, 17:21,
18:4, 18:10, 24:12,
42:6, 64:4, 64:10, 67:7,
91:24, 92:25, 99:14,
143:2, 155:4, 155:5,
155:7, 155:12, 155:15,
156:14, 157:3, 157:6,
157:7, 164:12, 165:4,
165:10, 165:15, 166:3,
166:17, 167:21, 168:5,
169:8, 185:14, 185:21,
198:18, 211:7, 240:7,
240:16
company-wide [1] -
143:2
Complaint [7] - 52:23,
53:16, 54:4, 54:20,
74:11, 244:17, 245:10
complaint [5] - 59:24,
78:15, 137:6, 234:5,
245:4
Complaints [7] - 52:18,
52:20, 53:4, 54:12,
54:16, 54:25, 55:2
complaintsboard.com
[2] - 52:8, 52:12
complete [1] - 3:25
completely [6] - 7:20,
157:23, 158:23, 171:3,
171:6
compliance [1] - 3:6
computer [10] - 29:25,
30:6, 30:10, 30:12,
30:25, 31:6, 31:7,
125:17, 154:14, 171:9
computers [3] - 30:8,
30:14, 31:5
concerned [1] - 204:3
concert [5] - 27:16, 28:6,
28:14, 28:21, 29:6
concluded [1] - 243:6
CONDUCT [2] - 3:2, 4:2
confidentiality [1] - 3:18
Congoo [4] - 53:8, 53:14,
54:15, 244:18
Congress [2] - 12:20,
12:23

connection [4] - 61:5,
138:20, 182:8, 193:18
consent [1] - 4:5
considered [1] - 21:14
consisted [1] - 77:13
Constance [1] - 28:25
CONSTANIT [1] - 29:2
Constantinescu [5] -
26:6, 28:25, 29:18,
230:10, 230:11
CONSTANTINESCU [1] -
29:3
contact [3] - 128:21,
128:22, 129:9
contained [2] - 94:11
content [1] - 91:8
contention [1] - 136:15
contents [1] - 91:12
context [4] - 124:14,
124:16, 126:8, 131:10
contexts [1] - 125:8
contingency [1] - 174:20
continue [5] - 42:18,
146:5, 146:7, 155:7,
176:8
Continued [1] - 242:18
continued [1] - 162:8
contract [1] - 43:11
contractor [3] - 65:14,
65:17, 70:18
control [1] - 136:19
controlling [1] - 4:18
conversation [1] - 81:21
conversations [36] -
91:4, 191:2, 192:4,
197:22, 198:10, 199:2,
199:5, 199:7, 200:7,
200:16, 200:20, 201:9,
201:23, 202:4, 202:8,
202:14, 202:18, 203:7,
203:10, 203:14, 210:9,
210:13, 210:19, 210:23,
211:8, 211:12, 211:24,
212:7, 212:14, 212:21,
213:4, 213:8, 214:10,
214:15, 215:3, 215:9
COOPER [362] - 2:15,
6:6, 8:3, 9:23, 11:13,
11:18, 12:5, 14:8,
14:12, 14:18, 14:25,
21:25, 22:6, 22:9,
22:19, 25:6, 27:10,
27:21, 28:2, 28:11,
29:16, 29:21, 30:3,
31:16, 31:22, 32:17,
33:2, 33:9, 33:17,
34:10, 35:15, 40:23,
41:16, 42:12, 43:7,
43:13, 44:3, 44:18,
50:13, 50:15, 51:20,

51:22, 53:18, 53:21,
53:23, 58:5, 58:16,
59:17, 61:6, 63:7,
63:15, 63:21, 64:2,
64:23, 67:23, 68:3,
69:17, 69:22, 70:6,
70:10, 70:13, 73:8,
73:14, 74:23, 75:3,
75:21, 76:7, 76:23,
77:7, 77:11, 77:22,
77:24, 78:5, 79:3,
79:12, 79:18, 80:10,
81:4, 81:13, 81:22,
83:15, 83:21, 84:2,
84:6, 84:13, 85:2, 86:5,
86:11, 86:15, 87:19,
88:2, 88:11, 89:11,
89:17, 90:4, 93:19,
93:23, 94:10, 95:10,
95:16, 95:23, 96:9,
96:14, 96:20, 98:5,
98:8, 98:14, 99:6,
99:23, 100:17, 100:22,
101:19, 102:10, 105:21,
107:10, 107:14, 108:5,
108:24, 109:3, 109:20,
111:9, 111:14, 111:19,
112:15, 112:18, 113:11,
113:25, 114:7, 115:6,
119:15, 119:18, 120:3,
120:11, 123:6, 124:12,
124:14, 124:22, 126:5,
127:5, 127:9, 128:7,
128:11, 128:18, 128:24,
129:11, 129:14, 130:6,
130:13, 130:20, 131:14,
131:17, 132:4, 132:13,
132:22, 133:7, 133:11,
133:23, 134:4, 134:6,
134:14, 134:18, 134:25,
135:11, 136:5, 136:9,
136:12, 137:12, 137:19,
137:24, 138:4, 138:13,
138:20, 139:2, 139:6,
139:13, 139:17, 139:23,
141:2, 142:14, 142:17,
143:8, 143:19, 143:24,
144:22, 146:8, 146:16,
146:23, 147:19, 147:22,
148:8, 148:15, 149:3,
149:8, 149:18, 150:19,
150:24, 151:8, 151:15,
151:19, 152:2, 153:4,
154:20, 155:10, 157:12,
157:18, 158:3, 158:12,
158:18, 159:5, 159:10,
159:20, 160:3, 160:6,
160:10, 160:13, 160:16,
161:17, 164:19, 167:22,
167:24, 171:5, 171:25,
172:12, 172:18, 172:20,

172:22, 174:17, 174:25,
175:4, 176:5, 176:17,
177:16, 177:22, 177:25,
178:18, 179:4, 181:4,
181:7, 181:10, 181:16,
181:25, 182:19, 183:5,
185:6, 185:16, 185:22,
186:4, 186:7, 188:4,
188:9, 188:13, 189:9,
190:5, 191:10, 191:17,
191:22, 192:9, 192:13,
192:25, 193:8, 193:12,
193:15, 193:20, 193:25,
194:7, 194:10, 194:15,
194:20, 194:25, 195:5,
195:8, 195:13, 195:16,
195:22, 196:4, 196:14,
196:20, 197:2, 197:5,
197:9, 197:12, 197:15,
198:6, 198:20, 199:12,
200:11, 200:25, 204:18,
204:22, 205:10, 205:14,
205:15, 208:18, 208:22,
209:3, 209:22, 210:3,
213:13, 213:17, 214:16,
216:3, 216:12, 216:17,
216:23, 217:3, 217:8,
217:12, 217:16, 218:4,
218:8, 218:13, 219:14,
221:15, 221:20, 221:24,
222:6, 222:12, 223:16,
223:18, 224:14, 224:20,
225:18, 226:12, 229:14,
229:17, 230:14, 230:18,
231:12, 231:15, 231:20,
232:5, 232:11, 232:15,
233:8, 233:17, 233:20,
236:12, 236:23, 237:3,
237:7, 238:3, 238:8,
238:13, 238:19, 238:23,
239:2, 239:8, 239:11,
240:2, 241:24, 242:4,
242:16
Cooper [2] - 6:6, 32:3
copied [3] - 82:12, 139:6,
225:15
copies [5] - 180:8, 180:9,
225:4, 225:5, 226:16
copy [5] - 4:21, 77:14,
94:16, 144:20, 223:12
copying [3] - 138:17,
225:8, 227:11
Corp [2] - 230:2, 230:4
corporate [1] - 68:25
corporation [3] - 12:2,
12:10, 27:8
Corporation [1] - 230:6
correctly [1] - 112:4
correspondence [1] -
69:20

counsel [2] - 5:18, 127:17
count [1] - 191:6
COUNTY [2] - 1:2, 248:4
couple [4] - 13:15, 18:13, 129:19, 175:24
course [2] - 3:15, 210:8
COURT [1] - 1:2
court [5] - 3:19, 4:12, 6:8, 97:22, 206:5
Court [1] - 1:17
cousin [7] - 202:22, 203:2, 203:8, 204:2, 204:8, 208:2, 208:16
cousins [1] - 202:24
CPLR [7] - 3:10, 3:14, 3:22, 4:15, 4:17, 4:18, 32:10
Craig [4] - 45:8, 45:11, 46:5, 46:19
creat [1] - 143:18
create [32] - 36:18, 41:23, 61:22, 62:7, 62:8, 62:13, 79:7, 104:3, 104:7, 116:22, 125:24, 127:2, 129:7, 130:9, 130:17, 131:2, 132:10, 133:3, 135:21, 136:24, 137:25, 141:21, 144:5, 144:20, 145:8, 145:15, 170:2, 170:14, 170:20, 171:10, 171:15, 172:2
created [9] - 36:9, 36:12, 36:15, 41:20, 61:21, 103:21, 130:2, 131:24, 137:22
creating [3] - 62:12, 138:6, 144:7
creative [2] - 25:21, 26:14
credibility [2] - 22:17, 22:22
credit [1] - 34:16
Crossing [1] - 168:25
crystal [1] - 158:19
current [1] - 236:9
currently [1] - 29:25
Cybase [1] - 169:2

**D**

Daily [1] - 35:10
DANIEL [2] - 2:4, 2:7
Daniel [3] - 2:20, 5:24, 95:18
Danielle [1] - 6:4
DANIELLE [1] - 2:19
data [6] - 114:11, 137:2, 164:10, 164:11, 226:7, 237:24

date [40] - 37:16, 38:25, 42:19, 44:4, 44:6, 44:16, 44:17, 46:17, 48:18, 48:24, 49:7, 52:14, 53:10, 55:19, 56:18, 58:23, 60:2, 62:19, 64:19, 65:19, 71:20, 74:13, 74:18, 76:16, 76:21, 87:14, 92:7, 98:20, 101:4, 101:7, 176:23, 183:12, 205:5, 207:11, 220:21, 221:10, 223:9, 224:21, 231:7, 232:22
DATE [1] - 1:11
dated [36] - 37:13, 38:23, 43:11, 64:16, 71:18, 74:11, 74:16, 76:13, 76:19, 84:16, 98:18, 99:18, 176:21, 183:9, 207:9, 221:8, 223:6, 231:4, 232:20, 244:8, 244:9, 245:7, 245:8, 245:10, 245:12, 245:13, 245:17, 245:19, 245:20, 245:22, 246:4, 246:6, 246:7, 246:9, 246:10
dates [8] - 43:21, 99:2, 110:2, 110:6, 110:9, 115:22, 117:25, 176:2
David [13] - 68:23, 82:5, 82:7, 82:8, 82:11, 82:13, 82:17, 82:20, 82:25, 83:4, 94:14, 214:4, 236:2
Davis [3] - 198:22, 198:24, 199:5
day [14] - 45:18, 68:14, 84:17, 84:19, 85:16, 168:6, 168:8, 169:9, 207:3, 243:13, 248:19
day-to-day [3] - 168:6, 168:8, 169:9
days [1] - 61:3
DDA [1] - 183:21
DDH [2] - 183:17, 229:21
Deal [11] - 205:3, 206:4, 206:16, 206:18, 206:21, 206:24, 208:17, 209:11, 209:12, 209:15, 245:23
deal [3] - 60:23, 185:3, 239:10
Deal' [1] - 208:13
dealer [1] - 35:12
dealing [1] - 35:13
dealings [2] - 185:21, 198:2
December [139] - 27:15, 28:5, 28:13, 28:20, 29:5, 42:10, 43:12,

43:16, 43:23, 43:24, 44:2, 44:14, 45:18, 45:20, 45:23, 46:20, 61:20, 64:17, 65:20, 66:7, 69:19, 95:7, 98:18, 101:6, 101:10, 101:12, 101:13, 101:15, 101:17, 105:18, 106:3, 106:18, 109:15, 110:4, 115:16, 117:21, 121:13, 125:23, 127:25, 128:6, 129:6, 130:15, 130:25, 131:11, 131:23, 132:9, 133:6, 134:10, 135:9, 135:19, 138:3, 143:6, 143:14, 144:18, 145:7, 145:13, 147:23, 150:4, 150:9, 157:2, 157:11, 158:10, 161:14, 161:19, 162:3, 167:5, 167:11, 167:17, 169:5, 169:24, 172:6, 173:12, 173:18, 173:23, 176:21, 183:10, 183:25, 184:22, 185:5, 189:4, 190:3, 191:3, 192:19, 198:11, 199:3, 199:4, 200:18, 201:10, 201:24, 202:5, 202:15, 203:6, 205:7, 205:17, 207:9, 210:10, 210:20, 211:9, 211:21, 212:6, 212:23, 213:5, 214:12, 215:4, 215:10, 215:22, 216:19, 217:20, 217:25, 218:20, 219:10, 219:21, 220:16, 220:25, 221:8, 222:9, 223:7, 224:22, 225:12, 225:16, 227:3, 227:8, 229:2, 230:12, 230:13, 231:5, 232:3, 238:2, 245:7, 245:19, 245:20, 245:22, 246:4, 246:6, 246:7, 246:9, 247:17
deceptive [1] - 235:4
decided [2] - 157:2, 206:7
deemed [1] - 4:17
defamation [13] - 136:7, 139:9, 157:19, 160:14, 160:17, 174:18, 189:10, 196:21, 196:23, 216:4, 216:6, 216:7, 216:24
defamatory [1] - 181:23
defect [1] - 3:13
Defendant [1] - 1:16
defendants [1] - 6:7
Defendants [1] - 2:12
DEFENDANTS [1] - 1:9
define [11] - 11:25, 12:3,

12:7, 12:9, 118:24, 119:4, 153:25, 156:2, 156:10, 204:16, 218:24
defining [1] - 153:7
definitely [1] - 44:7
definition [7] - 102:13, 102:18, 153:3, 153:6, 153:20, 190:2, 190:7
Del [26] - 24:10, 27:20, 41:22, 42:4, 43:17, 43:25, 44:9, 123:21, 123:24, 148:2, 148:13, 148:25, 149:15, 149:25, 177:5, 183:23, 184:19, 184:24, 185:2, 185:10, 222:10, 225:3, 225:4, 225:16, 227:9, 232:2
delete [10] - 125:25, 126:2, 127:2, 129:8, 130:10, 130:17, 131:2, 133:4, 134:11, 135:14, 135:21, 136:21, 144:20, 145:9, 145:16, 237:23
deleted [3] - 130:3, 131:25, 137:23
deliver [1] - 100:2
delivered [2] - 99:21, 100:20
department [2] - 24:18, 26:15
depends [2] - 116:15, 116:24
deponent [6] - 3:12, 3:17, 3:21, 3:24, 4:3, 4:5
deposing [1] - 6:25
deposition [24] - 3:4, 3:7, 3:8, 3:8, 3:11, 3:18, 3:25, 4:4, 5:7, 5:11, 6:12, 7:2, 7:23, 8:14, 9:22, 14:24, 32:13, 35:10, 97:25, 152:20, 160:7, 164:24, 239:19, 241:5
DEPOSITIONS [2] - 3:2, 4:2
Depositions [1] - 3:3
derivation [1] - 88:18
derogatory [1] - 181:23
DESCRIPTION [3] - 244:7, 245:3, 246:3
Designs [2] - 167:14, 168:22
desk [9] - 85:7, 85:23, 85:24, 86:8, 86:10, 86:13, 86:18, 87:11, 100:12
detect [1] - 113:4
determined [1] - 158:2
determining [1] - 4:6
devote [2] - 93:15,

247:10
Diamond [4] - 2:18, 5:6, 6:10, 236:3
diamond [1] - 18:4
Diamonds [1] - 18:11
did he - 228:8
did it [4] - 50:12, 50:17, 50:24, 110:20
did she [1] - 220:16
did you [200] - 13:22, 13:25, 15:4, 15:6, 15:10, 15:13, 15:20, 16:10, 16:12, 17:14, 18:17, 27:16, 28:6, 28:14, 28:21, 29:6, 31:4, 36:18, 38:2, 38:4, 38:6, 38:9, 38:16, 39:13, 39:16, 39:20, 39:23, 40:2, 40:5, 41:22, 43:24, 47:14, 47:16, 47:22, 48:9, 49:13, 49:16, 50:3, 50:6, 51:16, 51:24, 52:20, 52:23, 54:10, 55:8, 56:2, 56:4, 57:2, 57:5, 59:6, 59:9, 60:9, 60:12, 63:5, 63:9, 67:9, 72:21, 72:24, 73:18, 82:3, 83:13, 83:17, 84:4, 86:18, 93:13, 99:15, 101:5, 101:24, 106:7, 106:19, 107:8, 108:18, 109:7, 109:15, 110:17, 110:24, 112:23, 112:25, 113:8, 113:16, 114:14, 115:16, 117:22, 118:12, 120:12, 121:13, 122:25, 123:21, 123:25, 124:4, 124:7, 125:24, 126:25, 127:22, 127:25, 129:6, 130:9, 130:15, 130:25, 133:3, 135:13, 135:19, 137:25, 143:13, 144:18, 145:4, 145:7, 145:13, 146:21, 147:24, 148:12, 148:22, 149:15, 149:25, 150:6, 154:25, 155:7, 158:5, 162:23, 165:14, 165:23, 166:8, 166:12, 166:24, 167:5, 167:11, 167:17, 169:4, 169:13, 169:15, 169:25, 170:20, 171:14, 172:2, 172:17, 173:12, 173:17, 173:22, 174:4, 174:13, 184:19, 185:2, 189:13, 191:12, 192:4, 192:17, 192:21, 193:16, 194:21, 196:3, 197:21, 197:24, 198:14, 199:8, 200:7,

200:16, 200:21, 201:14, 201:22, 202:9, 202:14, 202:19, 203:6, 203:11, 203:20, 203:25, 204:7, 205:8, 205:16, 206:14, 206:18, 206:19, 210:9, 210:14, 210:19, 210:24, 211:8, 211:13, 211:20, 211:25, 212:6, 212:21, 213:4, 213:7, 214:14, 215:9, 216:20, 217:25, 218:21, 225:13, 228:11, 230:7, 237:5, 237:23, 247:13, 247:17
difference [1] - 181:8
difficult [2] - 36:16, 119:23
Digital [1] - 168:24
diminish [1] - 8:20
dinner [2] - 172:17, 172:23
direct [23] - 3:21, 22:11, 31:16, 31:23, 36:18, 38:9, 40:5, 48:9, 93:24, 106:19, 108:8, 109:16, 121:14, 122:21, 122:25, 130:16, 135:20, 143:5, 143:14, 144:19, 145:8, 145:14, 159:21
directed [7] - 36:2, 40:13, 41:9, 122:17, 159:25, 161:20, 182:7
directing [4] - 37:20, 62:12, 181:12, 181:14
direction [14] - 3:22, 26:16, 49:20, 50:10, 50:21, 52:3, 53:2, 55:12, 56:7, 57:9, 59:13, 60:15, 63:12, 170:2
director [2] - 11:21, 25:21
directories [1] - 136:24
directors [3] - 83:2, 191:15, 192:24
directory [8] - 129:23, 130:3, 130:11, 130:18, 130:23, 131:3, 131:6
disable [9] - 125:25, 129:8, 130:10, 130:18, 131:3, 134:12, 135:14, 135:22, 145:16
disabled [2] - 130:3, 131:25
disagree [5] - 80:19, 88:10, 88:12, 94:23, 97:5
disagreeing [1] - 88:13
disciplinary [1] - 23:24
disclose [2] - 35:6, 163:15

discovery [8] - 88:6, 138:25, 161:25, 162:7, 191:23, 194:4, 194:5, 239:22
discuss [5] - 100:6, 101:23, 102:3, 155:21, 191:13
discussion [2] - 33:4, 79:25
discussions [4] - 188:8, 189:3, 192:18, 211:21
disks [1] - 71:2
disparaged [1] - 193:5
disparagement [18] - 22:14, 57:22, 94:21, 160:7, 190:2, 190:7, 191:21, 193:14, 193:24, 216:5, 216:8, 221:17, 230:15, 231:13, 231:22, 232:6, 239:4, 239:17
disparagements [2] - 87:24, 87:25
disparaging [12] - 88:17, 94:19, 95:13, 97:15, 137:3, 160:5, 182:3, 189:14, 212:11, 213:8, 214:15, 217:6
distribution [24] - 92:21, 93:3, 124:11, 124:18, 124:21, 124:25, 125:6, 125:8, 125:14, 125:19, 125:25, 126:3, 126:11, 126:17, 127:3, 143:18, 170:3, 170:8, 170:14, 170:20, 171:15, 171:17, 172:2, 172:3
distributions [2] - 92:13, 92:17
DnewLnew@AOL.com [1] - 82:17
do you [232] - 7:6, 9:25, 10:4, 10:7, 13:10, 14:21, 16:4, 16:7, 16:23, 16:25, 17:20, 17:23, 18:9, 19:2, 19:5, 20:4, 20:11, 20:13, 20:16, 21:10, 21:13, 21:18, 24:10, 24:16, 25:8, 25:13, 25:18, 25:20, 26:5, 26:12, 26:17, 27:8, 29:25, 30:9, 30:15, 30:21, 33:7, 36:22, 37:2, 38:12, 45:8, 45:12, 45:14, 45:17, 45:24, 50:23, 54:24, 56:20, 57:20, 58:11, 63:18, 66:24, 67:14, 68:9, 69:4, 70:2, 73:16, 73:21, 74:6, 75:4,

75:21, 76:5, 76:6, 81:11, 82:5, 82:8, 82:24, 85:3, 85:15, 86:23, 90:9, 90:13, 91:24, 92:19, 92:20, 98:3, 98:6, 98:9, 100:19, 101:11, 102:16, 102:21, 103:10, 103:13, 103:23, 104:11, 104:18, 104:21, 104:24, 105:13, 108:3, 108:7, 108:10, 115:12, 119:25, 120:7, 120:11, 120:16, 121:8, 123:18, 124:10, 124:18, 124:20, 125:5, 128:10, 128:20, 129:22, 130:22, 131:11, 132:8, 132:19, 134:21, 136:3, 140:4, 141:4, 141:20, 141:25, 142:5, 142:6, 142:10, 147:16, 151:12, 154:7, 154:10, 156:4, 156:8, 157:16, 165:13, 166:17, 166:20, 169:19, 171:11, 176:4, 177:18, 178:19, 179:4, 179:24, 180:11, 180:15, 180:20, 181:5, 183:21, 184:3, 184:5, 184:7, 184:14, 185:11, 185:14, 185:20, 185:22, 186:2, 187:9, 187:16, 187:18, 187:21, 188:18, 189:6, 189:18, 189:20, 190:9, 190:14, 190:25, 191:8, 192:15, 196:11, 197:12, 197:16, 197:19, 198:8, 198:22, 199:14, 199:18, 199:21, 199:22, 200:24, 201:18, 202:2, 202:4, 202:12, 202:22, 203:2, 204:14, 206:23, 207:19, 208:23, 209:8, 209:22, 210:7, 210:17, 211:3, 211:16, 212:4, 212:15, 212:17, 212:19, 212:25, 214:4, 214:6, 214:8, 214:10, 214:18, 214:21, 214:23, 214:25, 215:3, 215:7, 215:13, 215:15, 215:17, 215:19, 215:21, 215:25, 219:2, 225:7, 226:15, 226:22, 226:25, 227:21, 228:22, 229:23, 230:2, 231:9, 232:24, 240:2, 240:17, 240:25, 241:7
document [5] - 65:4, 160:12, 223:25, 224:9, 245:15
documentary [1] - 158:24

| | E | | |
|---|---|---|---|
| documentations [1] - 39:9 | **E** | 123:3, 124:17, 126:4, 127:4, 129:3, 129:4, 129:9, 130:4, 130:11, 130:19, 131:4, 131:13, 132:2, 132:12, 132:20, 133:5, 133:21, 134:13, 134:22, 135:5, 135:16, 135:23, 136:4, 136:18, 136:25, 138:2, 140:8, 140:9, 140:16, 140:17, 141:21, 142:2, 142:8, 142:13, 144:9, 144:10, 144:11, 144:13, 144:14, 144:15, 144:17, 145:10, 145:18, 147:25, 148:5, 148:10, 148:13, 148:18, 148:19, 148:24, 149:11, 149:17, 150:3, 150:8, 151:14, 151:23, 152:23, 153:8, 153:16, 153:18, 154:14, 154:18, 154:21, 162:2, 162:23, 163:9, 164:21, 170:4, 170:9, 170:11, 172:5, 172:8, 173:13, 173:19, 173:24, 174:6, 174:7, 174:14, 174:15, 175:21, 175:22, 176:21, 177:4, 177:12, 179:3, 180:12, 180:21, 180:22, 180:23, 183:9, 183:15, 184:4, 184:20, 204:7, 206:19, 207:9, 207:16, 207:21, 208:19, 218:22, 219:12, 219:17, 221:8, 221:23, 223:6, 224:11, 225:14, 226:23, 227:7, 227:9, 227:17, 228:12, 228:15, 229:20, 231:4, 237:5, 237:24, 244:8, 245:7, 245:11, 245:22, 246:4, 246:5, 246:7, 246:8 | 39:4, 46:13, 46:16, 47:5, 48:14, 48:17, 48:19, 48:23, 48:25, 49:6, 49:9, 49:24, 51:13, 52:10, 52:13, 52:17, 53:8, 53:12, 55:18, 55:22, 56:17, 56:23, 58:22, 59:2, 59:25, 60:5, 62:18, 62:22, 64:17, 64:21, 71:19, 71:23, 74:12, 74:17, 74:21, 76:14, 76:20, 98:19, 176:22, 183:10, 205:4, 207:10, 207:14, 221:9, 223:7, 231:5, 232:21, 244:4 |
| DOCUMENTS [2] - 247:2, 247:3 | **E-L-F-A-S-S-Y** [1] - 147:21 | | |
| documents [9] - 42:13, 73:18, 75:11, 75:13, 75:17, 76:3, 77:14, 88:19, 99:5 | **E-L-I-V-M-U-L-T-I@ gmail.com** [1] - 162:12 | | |
| does he [3] - 197:10, 201:21, 205:10 | **E-L-I-V.com** [2] - 163:10, 163:13 | | easier [5] - 66:3, 129:19, 149:4, 150:17, 153:15 |
| does it [1] - 116:22 | **E-L-I-V@UnitedRealty** [1] - 162:24 | | easiest [1] - 151:9 |
| does that [11] - 85:11, 90:17, 138:4, 139:8, 196:20, 216:23, 227:25, 228:15, 231:12, 232:5, 238:8 | **E-L-I-V@unitedrealty. com** [1] - 163:2 | | Easy [5] - 165:5, 165:10, 165:16, 165:25, 168:20 |
| does this [4] - 157:18, 183:3, 216:3, 230:14 | **E-L-I.V** [1] - 163:22 | | eat [1] - 172:17 |
| doesn't [12] - 111:10, 111:20, 137:14, 146:25, 149:22, 186:13, 188:13, 188:25, 195:8, 195:10, 196:8, 213:11 | **E-L-I.V1@unitedrealty. com** [1] - 163:5 | | eating [1] - 172:23 |
| | **E-L-I.V@E-L-I-V.com** [1] - 163:8 | | economic [1] - 157:7 |
| | **E-L-I.V@ ourplacenework.com** [1] - 162:13 | | Edelman [4] - 2:20, 5:25, 147:11, 164:23 |
| dollars [2] - 156:22, 209:7 | **E-L-I.V@unitedRBETA. com** [1] - 163:20 | | EDELMAN [9] - 2:4, 2:7, 5:24, 37:8, 56:12, 186:25, 207:6, 224:4, 230:10 |
| domain [7] - 11:5, 150:20, 163:11, 163:12, 164:17, 227:4, 227:18 | **e-mail** [249] - 11:4, 35:18, 35:22, 36:3, 37:13, 37:21, 37:23, 38:2, 38:4, 38:7, 38:10, 38:23, 39:6, 39:14, 39:16, 39:21, 39:24, 40:3, 40:6, 40:14, 41:7, 41:11, 46:5, 46:16, 47:6, 47:14, 47:16, 47:19, 47:21, 47:23, 47:25, 64:16, 65:6, 65:19, 65:22, 66:7, 68:7, 68:11, 68:21, 69:12, 69:23, 70:3, 70:4, 70:5, 70:7, 70:14, 70:16, 71:18, 72:2, 72:12, 73:10, 73:11, 73:19, 73:20, 73:22, 74:4, 74:6, 74:16, 75:7, 75:10, 76:4, 77:15, 80:8, 80:12, 80:15, 81:9, 81:20, 82:12, 82:14, 83:6, 88:16, 88:25, 89:21, 89:23, 90:22, 90:24, 91:6, 91:12, 94:14, 95:20, 96:4, 96:8, 102:21, 103:10, 103:11, 103:14, 103:21, 103:22, 103:23, 104:4, 104:5, 104:4, 106:21, 106:9, 109:11, 109:17, 110:17, 112:8, 112:9, 113:3, 113:9, 115:17, 116:2, 116:10, 117:5, 117:10, 117:13, 117:23, 118:9, 118:15, 118:20, 118:23, 120:8, 120:9, 121:10, 121:16, | | effect [4] - 4:11, 20:25, 64:11, 68:17 |
| domains [5] - 66:20, 66:25, 67:9, 114:17, 150:17 | | | eight [1] - 98:17 |
| dot [1] - 154:22 | | | Eight [1] - 245:18 |
| double [3] - 9:18, 125:3, 220:15 | | | eight-page [1] - 98:17 |
| double-check [2] - 9:18, 220:15 | | | Eight-page [1] - 245:18 |
| doubt [4] - 73:4, 81:12, 81:15, 101:11 | | | EL.hostpilot.com [1] - 163:23 |
| dozen [4] - 62:3, 234:20, 235:14 | | | Elan [3] - 187:16, 187:18, 191:8 |
| dozens [2] - 234:2, 234:11 | | | Elfassy [1] - 147:17 |
| Dr [7] - 9:7, 199:22, 199:25, 200:3, 200:5, 200:8, 200:17 | | | Eli [27] - 5:8, 5:11, 5:15, 8:24, 30:2, 41:18, 72:4, 94:13, 151:12, 165:18, 169:14, 177:5, 177:7, 182:8, 183:19, 202:23, 202:25, 203:3, 203:8, 207:22, 207:23, 208:2, 208:14, 223:23, 227:16, 232:20, 246:10 |
| draft [1] - 94:10 | | | |
| Drive [1] - 10:9 | | | |
| driver [3] - 238:5, 238:7, 238:21 | | | |
| driver's [4] - 21:11, 21:12, 23:6, 23:20 | | | |
| drop [2] - 15:13, 15:18 | | | ELI [4] - 1:7, 1:16, 2:13, 243:9 |
| dropped [1] - 15:16 | | E-mail [4] - 244:9, 244:11, 245:8, 245:20 | Eli.V@Magenu.org [1] - 162:5 |
| drug [1] - 35:12 | | e-mailed [1] - 37:4 | Eli.V@Multi [1] - 162:9 |
| drugs [2] - 8:19, 35:14 | | e-mails [42] - 37:4, 38:17, 66:17, 66:21, 68:16, 72:15, 103:4, 116:2, 116:6, 121:15, 132:16, 132:25, 137:4, 137:20, 139:11, 139:15, 140:11, 140:13, 141:6, 142:21, 145:22, 148:6, 149:12, 153:13, 153:22, 153:24, 154:2, 155:5, 162:16, 162:20, 164:22, 170:12, 182:3, 219:18, 221:21, 224:15, 225:13, 226:6, 226:16, 226:19, 228:3 | Eli.V@Multi-capital. com [1] - 162:9 |
| duces [1] - 162:7 | | | Eli.V@MultiGroups [1] - 162:4 |
| due [3] - 112:16, 205:21, 206:9 | | | Eli.V@multigroups. |
| duly [2] - 6:14, 248:10 | | E.V [53] - 37:10, 37:14, 37:19, 38:21, 38:24, | |

com [4] - 162:8, 170:4, 170:15, 170:21
ELI.V@sidebase.com [1] - 164:6
ELI.V@unitedrealty. com [1] - 164:2
Eli.V@URPA [2] - 183:20, 229:22
Eli.V@URPA.com [1] - 162:5
Eli@AOL.com [1] - 104:9
Eli@gmail.com [1] - 104:15
Elia [1] - 8:25
EliV@ATT.net [1] - 162:11
Eliversch@AOL.com [1] - 207:18
Ellis [4] - 199:14, 199:16, 199:17
employ [5] - 27:17, 28:7, 28:15, 28:22, 29:7
employed [23] - 9:9, 10:13, 10:15, 10:21, 10:24, 11:2, 24:14, 24:17, 25:11, 25:14, 26:10, 26:13, 26:20, 26:21, 26:23, 27:5, 27:13, 42:5, 42:9, 42:15, 42:17, 42:21, 222:10
employee [7] - 24:11, 44:13, 219:20, 220:2, 220:3, 220:13, 220:17
employees [5] - 217:7, 219:25, 236:4, 236:9, 236:17
employing [5] - 27:19, 28:9, 28:17, 28:24, 29:9
employment [15] - 16:13, 24:22, 27:18, 27:20, 28:8, 28:9, 28:16, 28:17, 28:23, 28:24, 29:8, 29:9, 76:18, 91:21, 245:17
enable [3] - 177:7, 178:10, 178:15
enabled [3] - 69:3, 69:9, 178:21
encourage [2] - 106:19, 109:16
encrypt [2] - 108:8, 108:14
encrypting [3] - 108:22, 109:13, 161:9
end [3] - 119:16, 119:17, 197:15
ending [1] - 71:7
enforce [1] - 3:19
engine [1] - 144:8

English [2] - 43:6, 177:8
enter [1] - 18:17
enterprise [3] - 93:18, 159:14, 247:12
entities [7] - 9:10, 9:14, 9:17, 20:17, 27:13, 78:18, 247:4
entitled [3] - 88:6, 97:7, 193:10
entity [2] - 10:22, 78:22
environment [2] - 69:4, 69:10
equity [1] - 156:4
ER [1] - 186:7
Eric [5] - 25:8, 26:15, 28:10, 61:11, 61:17
error [1] - 3:13
Esq [2] - 2:20
ESQ [3] - 2:4, 2:7, 2:15
establish [6] - 36:2, 41:11, 104:3, 134:11, 135:14, 198:22
established [2] - 35:21, 41:6
establishes [1] - 196:24
establishing [1] - 227:4
estate [4] - 18:15, 18:18, 18:21, 51:3
Estate [1] - 20:23
et [4] - 5:15, 5:16, 114:11
EVE [2] - 1:7, 2:13
event [2] - 4:7, 89:4
everybody's [1] - 140:13
evidence [2] - 92:20, 158:24
EVUNP [2] - 1:8, 2:13
EVURTI [2] - 1:7, 2:13
ex [4] - 205:22, 206:10, 236:3, 236:4
ex-employees [1] - 236:4
ex-partner [2] - 205:22, 206:10
exact [1] - 94:17
exactly [13] - 34:4, 69:8, 99:15, 104:20, 122:10, 124:19, 124:23, 125:2, 139:5, 172:13, 178:15, 182:15, 209:4
Examination [1] - 243:5
examination [6] - 3:15, 4:14, 4:21, 32:12, 248:9, 248:11
EXAMINATION [3] - 1:15, 6:22, 246:16
examined [1] - 6:16
examining [1] - 3:24
examples [1] - 116:14
except [5] - 3:4, 3:6, 3:18, 3:21, 132:23
Except [1] - 3:14

exchange [120] - 68:11, 102:22, 103:22, 105:20, 106:5, 106:21, 107:2, 107:7, 107:8, 107:16, 108:19, 108:20, 108:25, 109:10, 109:11, 109:18, 110:17, 110:25, 112:8, 113:2, 113:9, 115:18, 116:11, 117:6, 117:10, 117:13, 117:23, 118:9, 118:15, 118:21, 118:23, 120:8, 121:16, 123:4, 124:17, 126:4, 127:4, 129:3, 129:4, 129:10, 129:23, 130:4, 130:12, 130:19, 131:4, 131:13, 132:3, 132:12, 132:15, 132:21, 132:24, 133:5, 133:22, 134:13, 134:23, 135:6, 135:16, 135:23, 136:4, 136:18, 138:2, 139:20, 140:2, 140:18, 141:5, 141:22, 142:2, 142:8, 142:13, 142:20, 142:22, 144:9, 144:10, 144:11, 144:13, 144:14, 144:16, 144:17, 145:10, 145:18, 145:20, 145:25, 148:2, 148:5, 148:10, 148:13, 148:18, 148:24, 149:11, 149:17, 150:3, 150:8, 150:11, 151:14, 151:23, 152:23, 153:9, 153:12, 161:16, 161:22, 164:18, 164:21, 170:9, 170:11, 172:5, 172:8, 173:19, 173:25, 174:7, 174:15, 180:22, 184:20, 184:21, 218:23, 219:12, 219:17, 225:23, 226:4, 228:12, 237:25
Exchange [1] - 103:2
exclude [1] - 116:5
excluded [1] - 96:19
excluding [2] - 23:4, 116:6
exclusively [4] - 18:21, 18:22, 19:15, 61:17
excuse [3] - 138:19, 140:16, 155:23
exhaustive [1] - 162:19
exhibit [10] - 39:10, 71:6, 75:12, 78:8, 80:4, 177:24, 178:3, 205:11, 229:7, 232:17
Exhibit [2] - 207:14, 229:8
EXHIBIT [6] - 244:6, 245:2, 246:2
Exhibit 1 [1] - 37:15

Exhibit 10 [1] - 56:17
Exhibit 11 [1] - 58:22
Exhibit 12 [1] - 59:25
Exhibit 13 [1] - 62:18
Exhibit 14 [1] - 64:18
Exhibit 15 [4] - 71:19, 71:23, 80:9, 80:20
Exhibit 16 [2] - 74:12, 81:10
Exhibit 17 [3] - 74:17, 77:13, 83:6
Exhibit 17A [4] - 76:15, 80:3, 81:10, 99:17
Exhibit 17B [2] - 76:20, 81:11
Exhibit 18 [4] - 98:19, 98:23, 99:3, 101:5
Exhibit 19 [2] - 176:22, 177:2
Exhibit 2 [1] - 38:24
Exhibit 20 [4] - 183:11, 183:14, 229:8, 229:16
Exhibit 21 [3] - 205:4, 205:25, 209:13
Exhibit 22 [1] - 207:10
Exhibit 23 [2] - 221:9, 221:13
Exhibit 24 [1] - 223:8
Exhibit 25 [1] - 231:6
Exhibit 26 [2] - 232:21, 233:5
Exhibit 3 [1] - 46:16
Exhibit 4 [1] - 48:17
Exhibit 5 [1] - 48:23
Exhibit 6 [1] - 49:6
Exhibit 7 [2] - 52:13, 54:23
Exhibit 8 [1] - 53:9
Exhibit 9 [1] - 55:18
exhibit 1 [1] - 98:25
Exhibits [3] - 83:14, 83:17, 100:20
EXHIBITS [1] - 244:4
exhibits [8] - 75:19, 77:15, 77:17, 77:18, 77:19, 78:11, 80:7, 80:12
expect [1] - 97:8
expectation [1] - 83:10
expected [1] - 7:24
expedition [1] - 236:16
experience [1] - 102:8
expired [1] - 21:19
explain [13] - 43:6, 66:8, 89:22, 98:10, 126:12, 127:15, 150:10, 155:17, 170:7, 177:10, 178:7, 229:9, 229:10
explained [1] - 126:7
explanation [1] - 218:6

extent [1] - 3:14
Exterminating [1] - 185:15
extremely [1] - 115:25

**F**

face [1] - 193:24
fact [3] - 62:24, 96:3, 145:21
facts [2] - 112:24, 126:16
failing [3] - 35:6, 93:15, 247:10
fair [9] - 24:19, 112:5, 112:6, 123:12, 133:20, 134:9, 142:24, 146:10, 149:23
fairly [3] - 89:21, 104:17, 122:5
Falls [1] - 237:20
familiar [44] - 10:19, 14:13, 35:17, 41:3, 48:2, 52:7, 55:5, 57:12, 57:15, 60:19, 60:21, 60:22, 61:15, 63:18, 78:11, 102:9, 105:10, 116:9, 117:9, 119:10, 119:11, 140:6, 140:7, 140:12, 140:21, 141:3, 160:19, 161:6, 161:11, 163:7, 163:21, 163:24, 163:25, 164:4, 164:5, 164:7, 165:4, 166:3, 180:11, 196:18, 214:20, 214:22, 214:24, 230:6
family [3] - 19:8, 19:17, 87:2
Family [1] - 19:11
faster [1] - 42:3
fault [1] - 152:8
February [9] - 37:2, 37:3, 37:14, 38:15, 38:23, 45:15, 237:5, 244:8, 244:10
Feder [1] - 189:22
Federman [3] - 189:18, 189:19, 190:4
feel [2] - 72:9, 90:15
Feldman [1] - 214:21
Fifth [1] - 18:6
figure [4] - 76:8, 104:14, 104:16, 121:3
file [16] - 19:6, 42:24, 92:24, 94:7, 94:9, 94:15, 94:23, 94:24, 95:2, 95:4, 97:11, 143:2, 144:15, 169:20, 169:21
filed [8] - 14:22, 34:3, 39:11, 42:25, 78:17,

92:2, 216:16
files [5] - 94:25, 97:5, 97:7, 97:13, 141:21
filing [2] - 215:21, 215:23
financials [1] - 193:18
find [8] - 105:17, 137:10, 141:13, 151:4, 179:19, 228:25, 236:18
fine [9] - 33:10, 75:21, 120:4, 128:15, 139:24, 176:11, 183:2, 210:6, 239:6
finish [3] - 53:24, 94:11, 178:3
finished [4] - 22:9, 71:4, 165:2, 184:17
fire [2] - 99:15, 236:16
fired [4] - 98:4, 99:13, 101:18, 101:20
firm [4] - 196:11, 196:19, 197:11, 197:13
first [15] - 6:14, 16:20, 17:16, 54:3, 70:12, 70:15, 77:2, 85:8, 85:13, 85:21, 86:3, 95:16, 100:9, 228:14, 228:18
Fishgrund [5] - 25:8, 28:10, 29:18, 61:11, 61:18
Fishgrund's [1] - 26:15
fishing [2] - 231:16, 236:15
Fishoff [3] - 192:15, 192:18, 192:22
fishoff [3] - 194:22, 195:19, 196:9
Fit [1] - 169:2
Five [1] - 246:10
five [8] - 20:22, 139:25, 147:5, 227:17, 235:15, 235:16, 235:25, 240:24
five-minute [1] - 147:5
Five-page [1] - 246:10
fix [1] - 178:11
Flare [1] - 169:3
Flipping [2] - 48:22, 244:13
Floor [3] - 1:19, 2:6, 2:10
Florida [4] - 14:3, 14:11, 24:7, 185:4
follow [1] - 130:7
followed [1] - 143:21
following [6] - 87:8, 144:7, 147:24, 148:23, 150:7, 178:12
follows [1] - 6:16
FOR [3] - 3:2, 4:2, 247:7
force [1] - 4:11
forensic [1] - 93:8

forget [1] - 91:14
forgot [2] - 163:16, 163:18
form [107] - 3:13, 8:3, 11:13, 11:17, 12:5, 14:18, 14:25, 25:6, 27:21, 28:2, 30:3, 34:10, 34:13, 35:15, 41:16, 42:12, 43:13, 44:3, 44:18, 53:19, 58:5, 58:16, 61:6, 63:3, 63:7, 63:15, 67:23, 69:7, 73:8, 73:14, 81:13, 83:15, 83:23, 84:2, 84:6, 84:13, 85:2, 86:5, 86:11, 86:16, 98:5, 99:23, 102:10, 108:5, 108:24, 109:20, 112:15, 113:11, 113:25, 114:7, 115:6, 119:15, 123:6, 124:12, 124:22, 126:5, 128:24, 129:11, 130:6, 130:13, 130:20, 131:14, 131:18, 132:4, 132:13, 132:22, 133:7, 133:11, 133:23, 134:4, 134:6, 134:14, 143:8, 144:22, 146:16, 148:8, 148:15, 150:24, 151:15, 152:2, 153:4, 154:20, 155:10, 157:12, 161:17, 171:5, 172:18, 176:17, 177:16, 178:18, 185:6, 190:5, 190:8, 192:9, 192:13, 192:25, 194:25, 198:20, 199:12, 206:15, 209:3, 214:16, 219:14, 222:12, 225:18, 226:12, 233:17
Forma [1] - 232:2
formed [1] - 36:9
Forno [26] - 24:10, 27:20, 41:23, 42:4, 43:17, 43:25, 44:9, 123:21, 123:24, 148:3, 148:13, 148:25, 149:16, 150:2, 177:5, 183:23, 184:19, 184:24, 185:2, 185:10, 222:10, 225:3, 225:4, 225:16, 227:9, 232:2
Forte [1] - 212:25
Fortgang [1] - 213:2
forth [4] - 3:19, 4:7, 95:14, 248:10
forward [5] - 51:18, 110:4, 120:7, 121:15, 123:2
forwarded [4] - 96:13, 120:9, 121:9, 225:15
forwarding [2] - 96:6,

96:7
forwards [1] - 136:25
foundation [7] - 19:6, 19:8, 19:10, 19:21, 19:22, 19:24
Foundation [1] - 19:12
foundations [3] - 19:2, 19:5, 19:13
four [5] - 76:18, 80:4, 205:3, 232:19, 245:15
Four [2] - 245:16, 245:23
four-page [5] - 76:18, 80:4, 205:3, 232:19, 245:15
Four-page [2] - 245:16, 245:23
framed [1] - 3:11
Fraud [5] - 56:16, 60:20, 62:17, 244:22, 245:5
fraud [13] - 34:17, 51:7, 159:15, 159:19, 160:8, 191:14, 192:6, 193:18, 198:16, 205:21, 206:10, 235:3, 247:15
fraudulent [1] - 157:3
frequent [1] - 61:24
Friday [4] - 84:21, 85:13, 85:16, 100:13
friend [1] - 94:13
friends [1] - 41:18
friendsofEli@GMX.com [3] - 41:15, 41:24, 46:6
front [1] - 217:13
FRYDMAN [203] - 1:4, 2:9, 5:21, 6:21, 6:23, 8:6, 9:20, 14:10, 22:4, 22:8, 22:15, 31:20, 32:2, 32:23, 33:7, 33:10, 33:19, 37:7, 37:9, 38:20, 46:13, 48:14, 48:19, 48:25, 52:10, 53:6, 53:20, 54:24, 55:15, 56:10, 56:13, 56:20, 58:19, 59:20, 62:15, 63:24, 64:14, 64:25, 69:6, 70:24, 71:6, 71:15, 74:8, 75:14, 75:23, 76:9, 77:9, 77:12, 77:23, 77:25, 79:6, 79:16, 79:20, 80:17, 87:21, 88:9, 88:23, 93:21, 94:8, 94:22, 95:5, 95:12, 95:22, 96:3, 98:11, 96:16, 96:25, 97:21, 98:11, 98:15, 99:7, 102:5, 107:12, 111:12, 111:16, 112:5, 120:17, 127:8, 127:13, 128:15, 135:3,

136:8, 136:11, 136:14,
137:17, 137:21, 138:7,
138:19, 138:22, 139:4,
139:10, 139:14, 139:21,
139:25, 142:15, 142:18,
143:23, 144:2, 147:4,
147:21, 149:23, 154:22,
157:20, 158:16, 158:20,
159:8, 159:12, 159:22,
160:15, 167:23, 172:9,
172:15, 174:23, 175:2,
175:6, 176:10, 176:19,
177:23, 179:10, 179:18,
180:7, 181:9, 181:14,
181:19, 182:2, 182:15,
183:6, 184:11, 185:17,
186:8, 186:23, 188:11,
188:17, 189:12, 190:12,
191:20, 191:25, 193:7,
193:10, 193:13, 193:23,
194:3, 194:8, 194:13,
194:18, 195:10, 196:8,
196:22, 197:4, 197:7,
197:10, 201:3, 204:24,
205:12, 207:5, 207:7,
208:21, 210:5, 213:15,
213:19, 216:5, 216:25,
217:4, 217:10, 217:15,
217:18, 218:10, 218:14,
218:18, 221:4, 221:18,
222:4, 222:16, 223:3,
223:11, 223:17, 223:20,
224:3, 224:6, 224:17,
225:20, 228:22, 229:16,
229:19, 230:16, 230:25,
231:8, 231:14, 231:18,
231:25, 232:7, 232:16,
233:6, 238:10, 238:15,
238:20, 238:25, 239:5,
239:9, 240:21, 242:5,
242:13, 246:17
**Frydman** [11] - 5:22,
6:25, 32:22, 56:16,
60:20, 62:17, 196:2,
205:22, 206:11, 244:22,
245:5
**fully** [1] - 196:17
**function** [7] - 69:3, 69:9,
139:19, 142:12, 142:16,
144:14, 174:10
**functions** [2] - 132:15,
145:24
**fundamental** [1] - 149:19
**fundamentally** [1] - 127:6
**Funt** [8] - 26:17, 26:20,
27:5, 29:10, 29:19,
216:20, 218:2, 247:17
**furnished** [1] - 4:21
**FURTHER** [4] - 4:10,
4:13, 4:16, 4:20

**future** [4] - 72:7, 80:25,
90:10, 92:6
**FW** [2] - 96:6, 96:7

## G

**G-L-A-T-Z-E-R** [1] - 186:8
**G-L-A-T-Z-R** [1] - 186:6
**gave** [7] - 78:8, 87:20,
101:2, 145:11, 180:20,
205:14, 233:8
**Gaza** [1] - 207:2
**Gelbach** [3] - 36:23, 37:4,
37:23
**gentleman** [1] - 185:11
**Gerald** [1] - 215:7
**Gerard** [1] - 215:17
**germane** [1] - 88:20
**ghostwriting** [1] - 61:18
**give** [9] - 30:7, 42:19,
92:3, 92:5, 116:13,
136:19, 205:12, 233:6,
236:3
**given** [7] - 3:8, 22:7,
22:10, 22:25, 88:19,
139:17, 248:12
**gives** [2] - 117:6, 153:21
**glad** [2] - 173:7, 201:8
**Glanz** [1] - 186:3
**Glatzer** [9] - 185:12,
185:21, 186:2, 186:6,
187:24, 188:5, 188:8,
188:18
**glossary** [1] - 137:13
**GMX.com** [4] - 41:4,
41:7, 41:12, 41:18
**goes** [1] - 22:22
**Goldberg** [3] - 196:19,
214:8, 214:11
**gonna** [3] - 190:12,
190:13, 239:6
**Google** [1] - 125:22
**gotta** [1] - 139:16
**gotten** [2] - 196:12, 235:8
**Gould** [4] - 45:8, 45:11,
46:5, 46:19
**governmental** [1] - 35:7
**graduate** [2] - 15:10,
15:18
**graduated** [3] - 16:3,
16:8, 16:15
**grandfather** [1] - 19:20
**granted** [1] - 175:11
**great** [4] - 19:22, 62:11,
172:21, 222:15
**Greed** [1] - 51:19
**Greenwald** [2] - 201:18,
201:23
**Gross** [1] - 212:17
**grounds** [1] - 4:7

**Group** [7] - 10:18, 10:20,
11:11, 11:14, 219:20,
219:22, 228:12
**Groups** [7] - 11:5,
114:20, 150:20, 174:6,
174:7, 184:20, 227:2
**guarantee** [1] - 69:12
**Guard** [2] - 23:11, 23:12
**guess** [6] - 69:16, 89:10,
89:11, 103:19, 145:22,
175:15
**guy** [3] - 103:16, 103:18,
229:21
**guys** [2] - 67:11, 227:19

## H

**half** [4] - 62:3, 146:5,
156:13, 236:16
**hand** [3] - 85:25, 98:22,
248:19
**handed** [5] - 84:10,
84:14, 85:6, 85:21,
100:10
**handful** [1] - 234:18
**handing** [39] - 37:8,
37:17, 39:3, 47:4, 49:8,
49:23, 51:12, 52:16,
53:6, 53:11, 55:15,
55:21, 56:13, 56:22,
58:19, 58:25, 59:22,
60:4, 62:15, 62:21,
64:14, 64:20, 71:22,
74:9, 74:20, 86:2, 86:6,
98:15, 99:2, 176:19,
176:25, 183:13, 205:24,
207:7, 207:13, 221:12,
223:13, 224:2, 233:4
**Handing** [2] - 56:12,
207:6
**handled** [1] - 70:19
**happens** [3] - 63:6,
63:10, 63:14
**happy** [3] - 127:18,
174:23, 175:2
**hard** [1] - 122:11
**Harman** [1] - 30:2
**have you** [59] - 8:23,
18:20, 23:19, 23:23,
24:3, 30:24, 31:11,
31:13, 33:20, 35:5,
35:21, 35:25, 36:5,
37:23, 39:5, 41:6, 41:9,
41:14, 46:4, 46:19,
48:5, 49:10, 49:24,
51:13, 52:17, 54:7,
56:23, 58:14, 59:2,
60:6, 61:8, 61:21,
62:22, 63:2, 64:3, 99:9,
103:21, 104:4, 105:19,

106:2, 106:3, 115:7,
117:12, 121:5, 151:23,
153:8, 154:17, 161:14,
161:19, 187:5, 189:3,
189:24, 197:3, 198:10,
199:4, 201:9, 236:15,
236:16, 241:11
**haven't** [4] - 61:25, 62:2,
193:25, 197:4
**he'll** [2] - 76:7, 76:8
**he's** [24] - 27:10, 29:16,
40:9, 45:11, 65:14,
128:8, 128:16, 137:6,
147:2, 149:21, 157:20,
157:21, 182:16, 182:22,
184:3, 189:11, 190:22,
199:20, 209:6, 209:10,
209:25, 211:6, 211:19,
228:23
**head** [23] - 23:16, 24:24,
25:4, 26:4, 30:23,
35:20, 41:5, 48:4,
57:21, 70:21, 104:13,
105:15, 166:19, 180:14,
186:22, 187:4, 208:3,
212:16, 212:18, 214:5,
214:7, 215:12, 234:21
**headed** [1] - 24:20
**hear** [3] - 106:15, 120:12,
138:8
**heard** [10] - 36:5, 41:14,
64:3, 64:13, 102:11,
104:23, 107:24, 120:13,
165:10, 193:8
**hearing** [5] - 14:16,
22:24, 32:16, 94:5,
138:9
**held** [5] - 1:18, 5:12,
17:17, 21:21, 79:25
**help** [1] - 228:15
**Herari** [2] - 214:25, 215:4
**hereby** [1] - 248:8
**herein** [1] - 4:22
**hereinbefore** [1] - 248:10
**hereto** [2] - 4:18, 4:21
**hereunto** [1] - 248:18
**hi** [1] - 71:25
**hide** [6] - 106:8, 107:9,
107:17, 108:13, 110:20,
113:14
**hiding** [10] - 106:12,
107:22, 108:10, 108:21,
109:12, 110:18, 110:21,
111:2, 111:3, 113:10
**high** [10] - 15:4, 15:14,
15:15, 15:20, 15:23,
16:2, 16:5, 16:12,
16:15, 16:22
**highest** [1] - 117:5
**highlighted** [1] - 206:2

260

hire [2] - 192:22, 193:17
hired [3] - 24:15, 45:9, 196:10
history [1] - 160:23
hmm [3] - 79:3, 169:22, 194:7
hold [7] - 17:14, 21:10, 21:13, 21:18, 23:5, 183:5, 223:18
holding [1] - 25:4
HOLDINGS [2] - 1:8, 2:13
Hollywood [2] - 14:3, 14:11
home [1] - 86:25
Homeland [1] - 23:14
honest [2] - 7:20, 7:25
horais [1] - 72:10
host [1] - 228:3
Host [25] - 113:17, 113:18, 113:20, 113:23, 115:14, 118:25, 119:3, 119:7, 120:2, 125:10, 125:11, 125:14, 125:20, 126:23, 127:16, 127:23, 128:2, 128:3, 128:5, 128:12, 128:13, 128:23, 128:25, 150:14, 226:10
hosted [1] - 103:5, 103:6, 103:7
hosting [7] - 64:10, 66:16, 67:6, 67:16, 68:11, 69:4, 69:10
Hosting [2] - 167:9, 168:22
hosts [1] - 102:25
hot [2] - 238:5, 238:21
hour [4] - 8:17, 70:25, 146:5, 235:23
hours [2] - 152:16, 181:11
house [1] - 232:25
Houses [2] - 48:22, 244:14
how do [2] - 147:19, 154:4
how is [3] - 11:7, 15:17, 57:15
how many [2] - 75:13, 191:5
HR@multigroups.com [1] - 162:10
huge [1] - 114:10
hundred [3] - 158:6, 199:10, 235:21
hundreds [7] - 109:24, 110:11, 110:12, 118:5, 234:2, 234:12, 234:14
hyphen [1] - 185:18
hypothetical [1] - 152:4

**I**

I'd [9] - 8:6, 75:15, 75:17, 102:7, 114:4, 127:18, 155:16, 235:5
I've [15] - 22:7, 22:10, 22:25, 61:14, 62:2, 80:19, 88:19, 102:11, 109:23, 115:24, 139:17, 175:23, 231:23, 235:6, 235:8
I.V [1] - 163:22
I.V1@unitedrealty.com [1] - 163:5
I.V@E [1] - 163:8
I.V@ourplacenework.com [1] - 162:13
I.V@unitedRBETA.com [1] - 163:20
I@gmail.com [1] - 162:12
IBM [3] - 30:12, 30:15, 30:17
idea [21] - 66:24, 73:21, 73:25, 90:13, 108:13, 120:21, 120:25, 131:10, 170:23, 177:14, 184:3, 184:9, 191:6, 196:12, 196:13, 204:5, 225:10, 227:5, 227:21, 229:23, 240:4
Identical [1] - 79:17
identification [53] - 37:11, 37:15, 37:19, 38:25, 39:5, 46:17, 47:5, 48:17, 48:23, 49:6, 49:10, 49:24, 51:13, 52:14, 52:17, 53:9, 53:13, 55:19, 55:22, 56:18, 56:23, 58:23, 59:2, 60:2, 60:6, 62:19, 62:22, 64:18, 64:21, 71:20, 71:24, 74:13, 74:18, 74:21, 76:15, 76:21, 98:20, 98:23, 99:4, 176:23, 177:3, 183:11, 205:5, 205:25, 207:11, 207:14, 221:10, 221:13, 223:8, 223:14, 231:6, 232:22, 233:5
identified [3] - 37:18, 162:4, 234:5
identify [21] - 5:19, 47:6, 64:22, 65:3, 65:5, 71:24, 74:22, 78:19, 89:3, 99:10, 162:2, 177:3, 183:14, 207:15, 221:14, 221:23, 223:14, 224:9, 233:9, 234:17, 235:25

identities [1] - 107:22
identify [7] - 106:9, 106:13, 107:9, 107:17, 113:10, 113:15, 161:9
iI [1] - 3:18
iIi [1] - 3:19
Im [1] - 158:16
imaginal [1] - 239:13
imagine [4] - 20:7, 20:9, 108:17, 120:22
IMAP [3] - 142:12, 142:15, 142:17
IMAPs [1] - 142:25
impeachment [2] - 22:18, 31:21
impossible [1] - 107:2
improper [2] - 3:20, 111:24
IN [1] - 248:18
inappropriate [9] - 195:23, 197:25, 202:10, 202:20, 203:12, 210:15, 210:25, 211:14, 212:2
inappropriately [7] - 192:7, 194:23, 198:17, 199:8, 200:22, 201:16, 203:23
inartful [1] - 225:21
Inc [2] - 167:15, 168:22
include [2] - 3:13, 242:19
included [1] - 81:9
incorrect [3] - 86:4, 157:22, 158:22
incorrectly [1] - 20:25
independent [3] - 65:14, 65:16, 70:18
index [2] - 1:6, 5:16
indicates [2] - 95:20, 95:24
Indicating [5] - 59:17, 77:23, 98:14, 120:3, 242:3
indicating} [1] - 75:2
indication [4] - 80:11, 80:13, 96:10, 96:12
indicted [5] - 31:13, 33:20, 34:15, 35:3, 35:13
indictment [1] - 35:2
indirectly [5] - 27:17, 28:7, 28:15, 28:22, 29:7
individually [1] - 144:24
individuals [4] - 51:3, 234:3, 234:12, 235:16
industry [4] - 20:4, 20:13, 20:16, 20:20
influence [1] - 8:19
INFORMATION [2] - 247:2, 247:3
information [2] - 92:4,

235:9
informedconsumer@mail.com [3] - 36:6, 36:20, 37:22
infrastructure [2] - 164:10, 164:11
initial [1] - 90:24
initially [1] - 162:4
initiate [1] - 200:9
injunction [4] - 14:16, 22:24, 206:7, 217:5
inquiring [2] - 139:18, 181:9
inquiry [1] - 241:4
instruct [21] - 38:9, 39:23, 40:2, 41:22, 43:24, 47:22, 47:24, 48:9, 72:21, 106:20, 109:8, 109:16, 121:14, 122:20, 122:25, 130:16, 135:20, 143:14, 144:19, 145:14, 148:12
instructed [9] - 35:25, 40:12, 41:10, 42:4, 43:17, 44:9, 44:2, 122:17, 161:20
instructing [4] - 62:12, 123:11, 218:11, 222:5
instruction [9] - 50:10, 52:4, 53:3, 55:12, 56:7, 57:9, 59:13, 60:16, 63:13
intend [6] - 84:4, 84:7, 110:24, 111:9, 112:25, 196:17
intended [4] - 111:8, 111:17, 111:23, 123:4
intending [1] - 121:17
intention [1] - 97:12
intentionally [3] - 171:15, 171:19, 171:20
interest [3] - 62:11, 157:7, 158:7
interested [2] - 42:20, 248:16
interesting [1] - 122:5
interests [1] - 156:5
interfere [1] - 3:16
Intermedia [13] - 67:3, 67:5, 67:6, 67:9, 114:17, 114:20, 114:23, 115:2, 150:18, 164:17, 227:4, 227:11, 228:4
intermedia.com [1] - 114:15
Intermedia.net [5] - 114:15, 115:8, 115:13, 119:9, 184:21
internet [20] - 61:3, 102:9, 102:14, 102:15,

102:17, 102:18, 102:20,
105:14, 107:5, 114:8,
115:18, 119:8, 139:20,
140:2, 144:8, 160:22,
161:3, 161:5, 182:4,
230:23
**Internet** [1] - 166:4,
166:10, 166:15, 168:21
**interposed** [1] - 3:6
**interrupt** [1] - 4:4
**introduce** [1] - 227:14
**introduced** [1] - 228:5
**introduction** [1] - 228:8
**invested** [2] - 156:20,
203:3
**investigation** [2] - 24:4,
24:7
**investments** [1] - 204:3
**investor** [2] - 190:22,
211:6
**INVESTORS** [2] - 1:3, 2:5
**investors** [1] - 6:2
**Involve** [1] - 198:15
**involved** [8] - 19:23,
105:5, 157:5, 168:6,
169:9, 182:5, 229:3,
234:14
**involves** [1] - 33:3
**involving** [1] - 235:3
**IP** [23] - 104:18, 104:22,
104:25, 105:6, 108:2,
108:4, 108:8, 108:10,
108:14, 108:21, 108:22,
109:12, 109:13, 110:18,
110:20, 110:21, 111:2,
111:3, 112:10, 112:14,
232:24, 233:2
**irregularity** [1] - 3:14
**irrelevant** [1] - 100:24
**irrespective** [2] - 126:25,
127:10
**IS** [4] - 4:10, 4:13, 4:16,
4:20
**is it your** [2] - 119:6,
155:23
**Is that** [42] - 13:12, 26:25,
27:7, 36:9, 39:11,
42:10, 54:14, 58:4,
64:8, 65:23, 75:19,
80:11, 82:11, 83:4,
86:4, 96:12, 99:24,
105:7, 106:15, 107:17,
114:17, 114:21, 125:15,
130:5, 133:10, 134:5,
143:7, 150:21, 151:2,
157:9, 157:13, 175:18,
187:25, 188:3, 193:23,
195:11, 208:19, 222:10,
233:12, 234:9, 235:25,
239:23

**Is there** [4] - 7:11, 19:24,
73:3, 160:17
**Is this** [6] - 59:21, 73:11,
87:17, 158:20, 233:19
**Israel** [5] - 16:17, 16:21,
17:8, 17:19, 207:2
**Israeli** [1] - 231:11
**issue** [2] - 23:13, 23:15
**issues** [3] - 32:4, 51:2,
189:10
**IT** [5] - 4:10, 4:13, 4:16,
4:20, 70:19

## J

**Jack** [1] - 197:19
**JACOB** [2] - 1:4, 2:9
**Jacob** [1] - 56:16, 60:20,
62:17, 127:5, 154:21,
165:17, 205:22, 206:11,
235:17, 244:22, 245:5
**Jacob.F@URPA.com** [1]
- 154:18
**Jacobs** [1] - 214:6
**Jaffa** [8] - 187:16, 187:18,
191:8, 191:13, 192:5,
194:21, 195:20, 196:10
**Jaffe** [1] - 187:16
**Jake** [2] - 5:21, 6:25
**January** [1] - 237:4
**Jason** [1] - 215:15
**Jay** [2] - 185:12, 185:25
**Jeffrey** [3] - 188:18,
213:12, 213:21
**Jennifer** [1] - 9:7
**Jerry** [1] - 147:17
**Jersey** [2] - 10:9, 167:21
**Jewish** [2] - 12:20, 12:23
**Jfurti** [2] - 5:15, 6:2
**JFURTI** [2] - 1:3, 2:5
**job** [2] - 17:14, 17:16
**Joel** [1] - 202:2
**John** [1] - 210:7
**Johnson** [2] - 225:3,
227:10
**joint** [2] - 93:17, 247:11
**Joseph** [1] - 214:25
**Judaism** [1] - 7:12
**judge** [13] - 88:4, 88:14,
88:21, 94:20, 97:6,
97:20, 158:14, 158:18,
194:11, 206:6, 216:14,
217:14, 239:15
**Judge** [1] - 4:12
**judge's** [2] - 93:25, 94:23
**July** [3] - 1:11, 5:5,
248:19
**June** [1] - 94:4
**jurat** [1] - 242:19

## K

**Kaballah** [1] - 46:3
**Kastamides** [1] - 210:7
**Kate** [1] - 225:2
**Kay** [1] - 227:13
**keep** [8] - 97:24, 128:16,
128:17, 140:24, 152:17,
173:8, 181:4, 198:6
**Kevin** [1] - 124:7
**Kiki** [1] - 6:9
**kindly** [1] - 34:6
**KINGS** [1] - 248:4
**Kingsfield** [1] - 10:8
**Kinsey** [3] - 36:23, 37:4,
37:22
**Kirschenbaum** [3] -
194:22, 195:20, 196:10
**Kiyoko** [1] - 1:21
**KIYOKO** [2] - 248:6,
248:21
**knowing** [5] - 42:21,
120:10, 121:11, 123:5,
176:15
**knowingly** [3] - 149:20,
149:25, 150:6
**knowledge** [41] - 8:22,
9:3, 20:3, 24:9, 27:4,
29:4, 29:11, 29:24,
35:8, 35:16, 36:25,
37:6, 38:15, 38:19,
48:8, 48:13, 49:19,
52:6, 53:5, 55:11,
55:14, 56:9, 57:11,
59:15, 60:18, 63:16,
106:6, 109:6, 121:6,
121:8, 142:22, 161:4,
166:5, 166:7, 167:16,
171:13, 220:4, 226:21,
229:6, 234:9, 236:20
**Kuperman** [1] - 18:11

## L

**L-I-N-O-D-E** [1] - 167:23
**laid** [1] - 93:9
**Lakewood** [1] - 10:9
**laptop** [2] - 30:15, 30:25
**large** [4] - 110:14,
110:15, 115:25
**last** [42] - 40:8, 40:16,
46:24, 47:12, 61:25,
118:7, 118:8, 118:12,
118:15, 118:19, 133:8,
133:14, 133:24, 134:7,
134:15, 134:24, 135:8,
135:17, 135:25, 141:19,
141:23, 142:3, 142:11,
147:20, 152:5, 152:17,
157:14, 158:21, 161:10,

161:18, 172:7, 172:17,
174:2, 174:12, 185:7,
200:25, 201:12, 203:19,
213:13, 213:15, 213:18,
232:16
**late** [2] - 6:19, 8:17
**latest** [1] - 42:10
**latitude** [2] - 22:11, 23:2
**Law** [1] - 3:5
**law** [4] - 196:10, 196:18,
197:11, 197:13
**laws** [1] - 7:18
**lawsuit** [19] - 9:11, 9:15,
9:17, 14:14, 14:23,
78:17, 92:2, 98:13,
100:5, 157:25, 158:14,
200:9, 215:21, 215:23,
216:2, 216:11, 216:15,
234:18, 247:5
**lawsuits** [5] - 193:6,
206:12, 234:14, 235:3,
236:25
**lawyer** [3] - 192:22,
193:17, 197:16
**lawye** [ ] - :0:13
**leads** [1] - 179:21
**learn** [1] - 194:6
**learning** [1] - 61:3
**leave** [3] - 90:16, 112:10,
112:14
**leaving** [1] - 160:22
**leeway** [2] - 88:20, 101:3
**Lefcowitz** [2] - 212:19,
212:22
**Legal** [4] - 2:18, 2:19,
5:7, 6:10
**legal** [3] - 6:5, 78:16,
190:7
**Lenovo** [7] - 30:18,
30:19, 30:25, 31:4,
239:23, 239:24, 240:18
**Lenovos** [2] - 240:7,
240:15
**Lernower** [1] - 215:17
**Lesser** [2] - 210:17,
210:20
**let's** [21] - 32:17, 75:23,
76:10, 90:16, 91:22,
104:8, 106:2, 110:9,
116:4, 116:5, 116:17,
160:16, 174:25, 175:5,
188:5, 218:19, 224:6,
224:17, 224:19, 227:6,
235:15
**letter** [5] - 76:19, 196:23,
197:3, 206:19, 245:17
**letters** [8] - 84:5, 84:8,
91:9, 101:21, 101:25,
247:14, 247:14
**levels** [1] - 119:18

Levine [1] - 95:19
Levono [2] - 30:9, 30:16
Lexington [1] - 2:14
Lexis [1] - 236:22
Lexis-Nexis [1] - 236:22
license [11] - 21:11,
   21:13, 21:15, 23:6,
   23:9, 23:13, 23:15,
   23:19, 23:20, 23:21,
   23:25
licenses [3] - 21:10,
   21:13, 23:5
Lichtenstein [1] - 236:2
lie [1] - 241:22
life [3] - 17:11, 175:23,
   238:24
lifetime [1] - 234:15
limitation [1] - 3:19
limited [3] - 12:12, 94:21,
   142:21
limiting [1] - 61:16
Lindenbaum [1] - 215:19
LINDO [1] - 167:22
LINE [1] - 247:8
line [1] - 165:3
link [1] - 231:21
Linode [2] - 167:20,
   168:22
LINODE [1] - 167:21
Linux [2] - 69:2, 69:9
list [31] - 12:15, 13:9,
   20:21, 21:4, 81:15,
   104:21, 104:25, 124:11,
   124:18, 124:21, 124:25,
   125:6, 125:14, 125:20,
   125:25, 126:3, 126:11,
   126:17, 127:3, 142:7,
   143:18, 162:19, 170:3,
   170:8, 170:14, 170:20,
   171:17, 172:3, 235:21,
   239:20
listed [4] - 91:10, 105:7,
   169:12
listen [1] - 200:14
lists [1] - 125:8
live [1] - 9:25
living [3] - 187:11,
   199:19, 236:18
LLC [19] - 1:3, 1:4, 1:7,
   1:8, 2:5, 2:5, 2:13,
   2:13, 5:15, 6:2, 6:3,
   11:14, 12:10, 27:7
LLP [1] - 2:12
local [1] - 227:20
locked [3] - 68:9, 68:12,
   68:15
log [12] - 113:16, 144:12,
   148:23, 149:16, 150:2,
   150:7, 152:22, 154:10,
   154:14, 173:18, 173:23,

174:5
log-in [1] - 144:12
logged [2] - 115:24,
   118:25
logging [3] - 115:13,
   115:19, 150:11
login [1] - 115:20
logins [1] - 140:5
looks [17] - 65:5, 69:24,
   70:5, 72:2, 75:7, 78:17,
   177:4, 178:14, 183:15,
   183:17, 206:16, 207:16,
   208:7, 224:10, 229:20,
   233:10, 233:21
loop [1] - 144:3
lost [2] - 206:5, 234:13
lot [9] - 22:24, 101:3,
   129:18, 170:16, 176:13,
   191:4, 206:25, 209:9,
   214:3
lots [2] - 22:7, 22:10
Louis [2] - 15:24, 197:17
LP [2] - 155:13, 155:25

## M

machines [1] - 239:20
Magenu [10] - 10:24,
   12:24, 12:25, 13:2,
   114:23, 174:15, 186:15,
   186:17, 189:20, 230:12
Magenu's [1] - 187:6
mail [254] - 11:4, 35:18,
   35:22, 36:3, 37:13,
   37:21, 37:23, 38:2,
   38:4, 38:7, 38:10,
   38:23, 39:6, 39:14,
   39:16, 39:21, 39:24,
   40:3, 40:6, 40:14, 41:7,
   41:11, 46:5, 46:16,
   47:6, 47:14, 47:16,
   47:19, 47:21, 47:23,
   47:25, 64:16, 65:6,
   65:19, 65:22, 66:7,
   68:7, 68:11, 68:21,
   69:12, 69:23, 70:3,
   70:4, 70:5, 70:7, 70:14,
   70:16, 71:18, 72:2,
   72:12, 73:10, 73:11,
   73:19, 73:20, 73:22,
   74:4, 74:6, 74:16, 75:7,
   75:10, 76:4, 77:15,
   80:8, 80:12, 80:15,
   81:9, 81:20, 82:12,
   82:14, 83:6, 88:16,
   88:25, 89:21, 89:23,
   90:22, 90:24, 91:6,
   91:12, 94:14, 95:20,
   96:4, 96:8, 102:21,
   103:10, 103:11, 103:14,
   103:21, 103:22, 103:23,

104:4, 104:5, 106:4,
   106:21, 109:9, 109:11,
   109:17, 110:17, 112:8,
   112:9, 113:3, 113:9,
   115:17, 116:2, 116:10,
   117:5, 117:10, 117:13,
   117:23, 118:9, 118:15,
   118:20, 118:23, 120:8,
   120:9, 121:10, 121:16,
   123:3, 124:17, 126:4,
   127:4, 129:3, 129:4,
   129:9, 130:4, 130:11,
   130:19, 131:4, 131:13,
   132:2, 132:12, 132:20,
   133:5, 133:21, 134:13,
   134:22, 135:5, 135:16,
   135:23, 136:4, 136:18,
   136:25, 138:2, 140:8,
   140:9, 140:16, 140:17,
   141:21, 142:2, 142:8,
   142:13, 144:9, 144:10,
   144:11, 144:13, 144:14,
   144:15, 144:17, 145:10,
   145:18, 147:25, 148:5,
   148:10, 148:13, 148:18,
   148:19, 148:24, 149:11,
   149:17, 150:3, 150:8,
   151:14, 151:23, 152:23,
   153:8, 153:16, 153:18,
   154:14, 154:18, 154:21,
   162:2, 162:23, 163:9,
   164:21, 170:4, 170:9,
   170:11, 172:5, 172:8,
   173:13, 173:19, 173:24,
   174:6, 174:7, 174:14,
   174:15, 175:21, 175:22,
   176:21, 177:4, 177:12,
   179:3, 180:12, 180:21,
   180:22, 180:23, 183:9,
   183:15, 184:4, 184:20,
   204:7, 206:19, 207:9,
   207:16, 207:21, 208:19,
   218:22, 219:12, 219:17,
   221:8, 221:23, 223:6,
   224:11, 225:14, 226:23,
   227:7, 227:9, 227:17,
   228:12, 228:15, 229:20,
   231:4, 237:5, 237:24,
   244:8, 244:9, 244:11,
   245:7, 245:8, 245:11,
   245:20, 245:22, 246:4,
   246:5, 246:7, 246:8
mail.com [4] - 35:19,
   35:23, 36:3, 63:18
mailbox [32] - 35:18,
   35:22, 36:2, 36:8,
   36:11, 36:19, 41:7,
   41:11, 41:19, 41:23,
   46:6, 46:9, 103:11,
   103:15, 103:23, 104:4,
   104:6, 108:19, 109:10,

109:18, 109:24, 111:2,
   112:9, 113:17, 116:10,
   141:21, 143:2, 144:15,
   153:2, 153:18, 184:21
mailboxes [1] - 116:23
mailed [1] - 37:4
mails [42] - 37:4, 38:17,
   66:17, 66:21, 68:16,
   72:15, 103:4, 116:2,
   116:6, 121:15, 132:16,
   132:25, 137:4, 137:20,
   139:11, 139:15, 140:11,
   140:13, 141:6, 142:21,
   145:22, 148:6, 149:12,
   153:13, 153:22, 153:24,
   154:2, 155:5, 162:16,
   162:20, 164:22, 170:12,
   182:3, 219:18, 221:21,
   224:15, 225:13, 226:6,
   226:16, 226:19, 228:3
maintain [5] - 13:10,
   13:17, 13:22, 13:25,
   238:5
maintained [2] - 13:20,
   14:6
major [1] - 62:4
manager [10] - 9:13,
   134:21, 134:25, 135:4,
   135:15, 135:22, 144:9,
   145:16, 226:5, 247:4
managers [1] - 136:22
Mann [1] - 212:15
Mantor [1] - 18:11
mark [17] - 37:10, 38:21,
   46:13, 71:15, 75:16,
   75:18, 97:21, 102:5,
   160:15, 160:16, 183:6,
   184:12, 204:25, 218:15,
   221:6, 223:3, 230:25
Mark [4] - 190:14, 190:16,
   190:19
marked [63] - 37:14,
   37:18, 38:24, 39:4,
   46:16, 47:4, 48:16,
   48:22, 49:5, 49:9,
   49:23, 51:12, 52:13,
   52:16, 53:8, 53:12,
   55:18, 55:22, 56:17,
   56:22, 58:22, 58:25,
   59:25, 60:5, 62:18,
   62:21, 64:17, 64:20,
   71:19, 71:23, 74:12,
   74:17, 74:20, 76:14,
   76:20, 77:17, 77:18,
   77:19, 78:2, 78:3, 78:4,
   80:3, 80:9, 98:19, 99:3,
   176:22, 177:2, 183:10,
   183:13, 184:14, 205:4,
   205:24, 207:10, 207:13,
   221:9, 221:12, 223:7,

E. VERSCHLEISER                263

| | | | |
|---|---|---|---|
| 223:13, 224:7, 229:7, 231:5, 232:21, 233:4 | Microsoft [1] - 103:2 | Mr [82] - 6:24, 8:9, 8:16, 8:18, 32:3, 32:22, | 74:23, 75:3, 75:14, 75:21, 75:23, 76:7, |
| MARKED [1] - 247:7 | mid [2] - 43:16, 44:7 | 37:17, 39:3, 49:8, | 76:9, 76:23, 77:7, 77:9, |
| marketing [3] - 25:16, 61:18 | mid-December [1] - 43:16 | 53:11, 60:4, 71:22, 72:22, 72:25, 73:4, | 77:11, 77:12, 77:22, 77:23, 77:24, 77:25, |
| Markets [2] - 26:24, 27:6 | migrated [1] - 227:19 | 73:7, 80:8, 80:15, | 78:5, 79:3, 79:6, 79:12, |
| marking [1] - 77:6 | million [2] - 156:22, 209:7 | 80:16, 80:20, 81:3, 81:9, 81:18, 81:21, | 79:16, 79:18, 79:20, 80:10, 80:17, 81:4, |
| marriage [1] - 248:15 | mind [1] - 235:17 | 81:25, 82:4, 89:8, | 81:13, 81:22, 83:15, |
| married [1] - 9:4 | mine [1] - 190:22 | 90:25, 91:7, 91:15, | 83:21, 84:2, 84:6, |
| mask [2] - 107:25, 108:14 | minute [4] - 85:22, | 95:8, 95:9, 96:4, 98:3, | 84:13, 85:2, 86:5, |
| masking [2] - 108:3, 108:21 | 141:13, 147:5, 177:21 | 112:7, 136:16, 142:24, 147:11, 147:16, 149:15, | 86:11, 86:15, 87:19, 87:21, 88:2, 88:9, |
| material [4] - 21:4, 23:17, 94:3, 94:6 | minutes [11] - 8:17, 33:9, 70:25, 139:18, 139:24, | 149:25, 164:23, 167:25, | 88:11, 88:23, 89:11, 89:17, 90:4, 93:19, |
| matter [6] - 14:24, 21:6, | 139:25, 173:7, 179:5, | 176:25, 182:5, 182:11, | 93:21, 93:23, 94:8, |
| 35:3, 98:25, 182:6, 248:17 | 201:13, 222:16, 240:24 | 182:14, 182:18, 185:21, 186:2, 187:24, 188:8, | 94:10, 94:22, 95:5, 95:10, 95:12, 95:16, |
| matters [3] - 14:14, | Mir [4] - 16:19, 16:20, 17:7, 17:17 | 189:4, 189:14, 191:2, | 95:22, 95:23, 96:3, |
| 34:15, 91:10 | misleading [1] - 77:8 | 191:13, 192:5, 192:18, | 96:9, 96:11, 96:14, |
| Mayer [2] - 211:16, 212:17 | Miss [1] - 200:17 | 192:22, 194:21, 194:22, 195:15, 195:19, 195:20, | 96:16, 96:20, 96:25, 97:21, 98:5, 98:8, |
| mean [15] - 90:17, 92:11, | Mississippi [1] - 15:24 | 196:2, 196:9, 196:10, | 98:11, 98:14, 98:15, |
| 92:12, 105:21, 105:22, | misstated [1] - 100:23 | 197:22, 197:24, 198:15, | 99:6, 99:7, 99:23, |
| 109:4, 115:19, 122:2, | mistaken [1] - 77:3 | 200:8, 200:17, 201:10, | 100:17, 100:22, 101:19, |
| 126:9, 136:2, 174:20, | mister [1] - 189:15 | 201:23, 202:5, 202:19, | 102:5, 102:10, 105:21, |
| 178:9, 209:2, 227:25, | mm [2] - 221:20 | 205:22, 206:11, 208:15, | 107:10, 107:12, 107:14, |
| 229:18 | mm-mm [1] - 221:20 | 215:4, 215:10, 242:13 | 108:5, 108:24, 109:3, |
| meaning [1] - 178:12 | mmm [3] - 79:3, 169:22, 194:7 | MR [559] - 5:21, 5:24, 6:6, | 109:20, 111:9, 111:12, |
| means [27] - 54:12, | mmm-hmm [3] - 79:3, | 6:21, 6:23, 8:3, 8:6, | 111:14, 111:16, 111:19, |
| 67:15, 69:5, 69:8, 86:7, | 169:22, 194:7 | 9:20, 9:23, 11:13, | 112:5, 112:15, 112:18, |
| 102:14, 105:25, 106:23, | model [2] - 30:11, 30:22 | 11:18, 12:5, 14:8, | 113:11, 113:25, 114:7, |
| 108:4, 108:8, 108:11, | modified [2] - 130:2, | 14:10, 14:12, 14:18, | 115:6, 119:15, 119:18, |
| 110:19, 111:4, 118:22, | 131:24 | 14:25, 21:25, 22:4, | 120:3, 120:11, 120:17, |
| 122:10, 123:8, 126:22, | modify [16] - 125:24, | 22:6, 22:8, 22:9, 22:15, | 123:6, 124:12, 124:14, |
| 126:23, 126:25, 127:11, | 126:2, 127:2, 129:7, | 22:19, 25:6, 27:10, | 124:22, 126:5, 127:5, |
| 150:11, 152:22, 161:12, | 130:9, 130:17, 131:2, | 27:21, 28:2, 28:11, | 127:8, 127:9, 127:13, |
| 209:23, 227:22, 230:19, | 132:10, 133:3, 134:11, | 29:16, 29:21, 30:3, | 128:7, 128:11, 128:15, |
| 241:21 | 135:13, 135:21, 136:21, | 31:16, 31:20, 31:22, | 128:18, 128:24, 129:11, |
| meant [6] - 73:22, 80:21, | 144:20, 145:9, 145:15 | 32:2, 32:17, 32:23, | 129:14, 130:6, 130:13, |
| 89:23, 90:14, 178:8, | Moishe [1] - 68:23 | 33:2, 33:7, 33:9, 33:10, | 130:20, 131:14, 131:17, |
| 209:20 | moment [1] - 63:4 | 33:17, 33:19, 34:10, | 132:4, 132:13, 132:22, |
| media [5] - 25:15, 25:17, | Monday [1] - 73:15 | 35:15, 37:7, 37:8, 37:9, | 133:7, 133:11, 133:23, |
| 205:8, 205:17, 207:2 | money [7] - 67:25, | 38:20, 40:23, 41:16, | 134:4, 134:6, 134:14, |
| Medicaid [1] - 244:15 | 156:21, 156:24, 194:23, | 42:12, 43:7, 43:13, | 134:18, 134:25, 135:3, |
| Medicaid/Medicare [1] - | 195:21, 198:17, 209:9 | 44:3, 44:18, 46:13, | 135:11, 136:5, 136:8, |
| 49:5 | monies [1] - 199:9 | 48:14, 48:19, 48:25, | 136:9, 136:11, 136:12, |
| Medicare [1] - 244:16 | monitor [1] - 5:4 | 50:13, 50:15, 51:20, | 136:14, 137:12, 137:17, |
| medications [1] - 8:19 | month [1] - 235:6 | 51:22, 52:10, 53:6, | 137:19, 137:21, 137:24, |
| meet [1] - 189:25 | moon [1] - 195:17 | 53:18, 53:20, 53:21, | 138:4, 138:7, 138:13, |
| member [2] - 82:25, | Moore [1] - 124:7 | 53:23, 54:24, 55:15, | 138:19, 138:20, 138:22, |
| 126:2 | Morty [3] - 198:22, | 56:10, 56:12, 56:13, | 139:2, 139:4, 139:6, |
| members [2] - 136:22, | 198:24, 199:5 | 56:20, 58:5, 58:16, | 139:10, 139:13, 139:14, |
| 191:15 | mostly [1] - 18:22 | 58:19, 59:17, 59:20, | 139:17, 139:21, 139:23, |
| membership [2] - 156:5, | motion [1] - 14:15 | 61:6, 62:15, 63:7, | 139:25, 141:2, 142:14, |
| 158:6 | motive [1] - 234:3 | 63:15, 63:21, 63:24, | 142:15, 142:17, 142:18, |
| mental [1] - 8:21 | mouth [1] - 100:16 | 64:2, 64:14, 64:23, | 143:8, 143:19, 143:23, |
| mentioned [4] - 29:13, | move [1] - 42:3, 68:18, | 64:25, 67:23, 68:3, | 143:24, 144:2, 144:22, |
| 44:21, 114:16, 159:9 | 88:24, 128:14, 146:9, | 69:6, 69:17, 69:22, | 146:8, 146:16, 146:23, |
| Michael [4] - 25:18, 26:2, | 174:23, 174:25, 175:2, | 70:6, 70:10, 70:13, | 147:4, 147:19, 147:21, |
| 28:18, 45:4 | 175:5, 186:6, 230:24 | 70:24, 71:6, 71:15, | 147:22, 148:8, 148:15, |
| | MPST [1] - 143:2 | 73:8, 73:14, 74:8, | |

E. VERSCHLEISER

149:3, 149:8, 149:18,
149:23, 150:19, 150:24,
151:8, 151:15, 151:19,
152:2, 153:4, 154:20,
154:22, 155:10, 157:12,
157:18, 157:20, 158:3,
158:12, 158:16, 158:18,
158:20, 159:5, 159:8,
159:10, 159:12, 159:20,
159:22, 160:3, 160:6,
160:10, 160:13, 160:15,
160:16, 161:17, 164:19,
167:22, 167:23, 167:24,
171:5, 171:25, 172:9,
172:12, 172:15, 172:18,
172:20, 172:22, 174:17,
174:23, 174:25, 175:2,
175:4, 175:6, 176:5,
176:10, 176:17, 176:19,
177:16, 177:22, 177:23,
177:25, 178:18, 179:4,
179:10, 179:18, 180:7,
181:4, 181:7, 181:9,
181:10, 181:14, 181:16,
181:19, 181:25, 182:2,
182:15, 182:19, 183:5,
183:6, 184:11, 185:6,
185:16, 185:17, 185:22,
186:4, 186:7, 186:8,
186:23, 186:25, 188:4,
188:9, 188:11, 188:13,
188:17, 189:9, 189:12,
190:5, 190:12, 191:10,
191:17, 191:20, 191:22,
191:25, 192:9, 192:13,
192:25, 193:7, 193:8,
193:10, 193:12, 193:13,
193:15, 193:20, 193:23,
193:25, 194:3, 194:7,
194:8, 194:10, 194:13,
194:15, 194:18, 194:20,
194:25, 195:5, 195:8,
195:10, 195:13, 195:16,
195:22, 196:4, 196:8,
196:14, 196:20, 196:22,
197:2, 197:4, 197:5,
197:7, 197:9, 197:10,
197:12, 197:15, 198:6,
198:20, 199:12, 200:11,
200:25, 201:3, 204:18,
204:22, 204:24, 205:10,
205:12, 205:14, 206:15,
207:5, 207:6, 207:7,
208:18, 208:21, 208:22,
209:3, 209:22, 210:3,
210:5, 213:13, 213:15,
213:17, 213:19, 214:16,
216:3, 216:5, 216:12,
216:17, 216:23, 216:25,
217:3, 217:4, 217:8,
217:10, 217:12, 217:15,

217:16, 217:18, 218:4,
218:8, 218:10, 218:13,
218:14, 218:18, 219:14,
221:4, 221:15, 221:18,
221:20, 221:24, 222:4,
222:6, 222:12, 222:16,
223:3, 223:11, 223:16,
223:17, 223:18, 223:20,
224:3, 224:4, 224:6,
224:14, 224:17, 224:20,
225:18, 225:20, 226:12,
228:22, 229:14, 229:16,
229:17, 229:19, 230:10,
230:14, 230:16, 230:18,
230:25, 231:8, 231:12,
231:14, 231:15, 231:18,
231:20, 231:25, 232:5,
232:7, 232:11, 232:15,
232:16, 233:6, 233:8,
233:17, 233:20, 236:12,
236:23, 237:3, 237:7,
238:3, 238:8, 238:10,
238:13, 238:15, 238:19,
238:20, 238:23, 238:25,
239:2, 239:5, 239:8,
239:9, 239:11, 240:2,
240:21, 241:24, 242:4,
242:5, 242:13, 242:16,
246:17
**Ms** [6] - 147:11, 152:19,
190:4, 194:22, 195:20,
196:10
**MS** [1] - 6:4
**Multi** [21] - 10:16, 10:17,
10:18, 10:19, 11:5,
11:10, 11:11, 11:12,
11:14, 114:20, 150:20,
174:6, 174:7, 184:20,
219:20, 219:22, 220:11,
220:13, 220:17, 227:2,
228:12
**Multi's** [1] - 228:3
**multiple** [4] - 114:17,
128:8, 222:8, 224:14
**multitudes** [1] - 235:2
**Murski** [6] - 199:14,
199:16, 199:17, 200:8,
200:17
**myself** [6] - 5:23, 65:8,
74:4, 92:13, 225:5,
233:11

**N**

**Naftali** [1] - 213:10
**name** [47] - 5:5, 5:14,
5:21, 5:24, 6:25, 8:24,
9:6, 15:25, 16:4, 18:9,
19:9, 20:19, 20:22,
25:19, 30:5, 61:12,
61:13, 73:13, 147:20,

172:4, 185:12, 186:5,
186:13, 188:24, 189:23,
201:2, 201:5, 201:19,
213:11, 213:14, 213:16,
213:18, 213:22, 213:24,
214:20, 214:22, 214:24,
215:8, 215:14, 215:16,
215:18, 215:20, 234:20,
235:14, 235:15, 235:16,
235:18
**named** [7] - 11:5, 30:2,
36:22, 38:12, 165:10,
180:15, 197:16
**names** [9] - 9:2, 9:16,
30:7, 30:8, 30:13,
61:12, 160:24, 169:11,
236:10
**narrow** [2] - 192:10,
195:2
**native** [14] - 69:2, 94:7,
94:9, 94:15, 94:24,
95:2, 95:3, 97:4, 97:7,
97:11, 97:13, 169:19,
169:21
**nature** [2] - 156:5, 236:19
**Nebibzal** [1] - 211:16
**negated** [1] - 158:23
**negative** [1] - 125:3
**nervous** [5] - 209:6,
209:10, 209:21, 209:24,
210:2
**nervousness** [1] - 204:10
**NEW** [3] - 1:2, 1:2, 248:3
**newman** [1] - 72:22
**Newman** [27] - 72:25,
73:4, 73:7, 80:8, 80:16,
81:3, 81:9, 81:18,
81:21, 81:25, 82:4,
82:5, 82:8, 82:11,
82:13, 82:17, 82:25,
83:5, 83:9, 89:8, 90:25,
91:7, 91:15, 94:14,
95:9, 95:18, 96:4
**Newmans** [2] - 82:7,
82:20
**News** [1] - 35:10
**Nexis** [1] - 236:22
**Niagara** [1] - 237:20
**nice** [1] - 62:10
**Nick** [8] - 25:23, 26:5,
26:7, 28:25, 45:2,
230:7, 230:9
**night** [3] - 85:9, 85:13,
172:17
**non** [1] - 13:7
**non-for-profits** [1] - 13:7
**nonetheless** [2] - 97:10
**noon** [2] - 8:13, 8:16
**normal** [2] - 93:16,
247:11

**north** [1] - 14:10
**North** [1] - 14:2
**Nostrand** [8] - 13:23,
185:4, 186:16, 186:18,
186:19, 187:2, 187:20,
187:24
**not-for-profit** [2] - 12:6,
12:13, 82:2
**not-for-profits** [3] -
11:23, 12:16, 68:15
**Notary** [4] - 1:21, 4:11,
6:15, 248:6
**NOTARY** [1] - 243:15
**noted** [3] - 3:7, 32:12,
206:4
**notes** [2] - 26:4, 101:9
**notice** [9] - 7:8, 76:13,
78:21, 91:20, 91:22,
98:17, 206:23, 245:13,
245:18
**noticed** [1] - 206:25
**notices** [4] - 78:25,
79:13, 94:12, 96:23
**November** [24] - 13:19,
76:14, 76:19, 84:18,
84:23, 84:25, 85:8,
85:17, 86:14, 86:19,
86:21, 87:4, 88:7, 91:9,
94:6, 94:12, 99:18,
99:19, 100:9, 101:21,
101:25, 245:14, 245:17,
247:14
**NUMBER** [3] - 244:7,
245:3, 246:3
**number** [6] - 63:22,
110:13, 110:15, 150:17,
231:11, 239:23
**numeral** [3] - 63:22,
63:24, 63:25
**numerous** [6] - 17:15,
20:18, 21:2, 51:2, 125:7

**O**

**O-D-E** [1] - 167:24
**O-F-F** [1] - 185:18
**OA** [1] - 113:17
**oath** [3] - 7:14, 7:24,
157:9
**object** [9] - 11:16, 22:2,
28:2, 32:5, 32:15,
88:25, 93:22, 93:24,
96:17
**objection** [107] - 3:11,
3:17, 8:3, 11:13, 12:5,
14:18, 14:25, 25:6,
27:21, 28:11, 30:3,
31:16, 32:10, 34:10,
35:15, 41:16, 42:12,
43:13, 44:3, 44:18,

58:5, 58:16, 61:6, 63:7,
63:15, 67:23, 69:6,
73:8, 73:14, 81:13,
83:15, 83:23, 84:2,
84:6, 84:13, 85:2, 86:5,
86:11, 86:16, 98:5,
99:23, 102:10, 108:5,
108:24, 109:20, 112:15,
113:11, 113:25, 114:7,
115:6, 119:15, 123:6,
124:12, 124:22, 126:5,
128:24, 129:11, 130:6,
130:13, 130:20, 131:14,
131:17, 132:4, 132:13,
132:22, 133:7, 133:11,
133:23, 134:4, 134:6,
134:14, 143:8, 144:22,
146:16, 148:8, 148:15,
150:24, 151:15, 152:2,
153:4, 154:20, 155:10,
157:12, 161:17, 171:5,
172:18, 176:17, 177:16,
178:18, 185:6, 190:5,
192:3, 192:9, 192:13,
192:25, 194:25, 196:14,
198:20, 199:12, 206:15,
209:3, 214:16, 219:14,
222:12, 225:18, 226:12,
233:17
**Objections** [2] - 3:3, 3:3
**objections** [5] - 3:3, 3:7,
3:9, 3:10, 32:11
**Observation** [1] - 168:24
**observation** [1] - 150:19
**obtain** [6] - 32:9, 103:14,
137:2, 167:7, 167:13,
167:19
**obviously** [3] - 106:12,
137:8, 170:17
**occurred** [1] - 44:14
**OF** [7] - 1:2, 1:2, 3:2, 4:2,
248:3, 248:4
**off-the-record** [1] - 79:24
**offered** [1] - 166:9
**offhand** [2] - 220:24,
221:3
**office** [14] - 13:10, 13:12,
13:14, 13:22, 14:2,
14:6, 31:10, 85:19,
87:3, 87:6, 100:13,
186:15, 186:17, 187:6
**officer** [3] - 3:7, 11:20,
12:24
**offices** [7] - 1:18, 5:14,
13:16, 13:18, 13:20,
185:3, 187:19
**officing** [1] - 187:12
**Ofir** [1] - 124:4
**oh** [13] - 51:21, 78:24,
78:25, 92:9, 99:7,

100:12, 150:25, 191:12,
209:15, 222:16, 223:12,
223:20, 238:15
**Ohio** [1] - 235:5
**Okay** [1] - 141:14
**okay** [113] - 23:3, 24:23,
25:25, 31:22, 40:24,
40:25, 43:21, 50:14,
50:18, 53:21, 53:25,
54:7, 64:2, 65:7, 68:6,
74:24, 75:3, 75:9,
77:11, 78:19, 81:24,
85:10, 88:23, 91:22,
92:19, 92:23, 93:2,
94:21, 95:10, 95:16,
95:22, 98:8, 99:2,
100:2, 100:8, 100:22,
101:19, 102:8, 102:16,
103:8, 109:5, 110:8,
112:12, 116:6, 116:9,
116:13, 116:17, 119:5,
119:21, 120:22, 123:9,
125:13, 126:10, 126:15,
127:13, 127:20, 129:25,
132:8, 132:19, 135:9,
140:3, 140:7, 141:20,
142:23, 143:23, 145:2,
145:3, 147:4, 148:22,
153:14, 154:4, 154:25,
155:6, 158:12, 158:24,
160:19, 165:2, 165:19,
168:11, 169:13, 171:7,
171:18, 175:6, 181:4,
181:25, 183:2, 183:5,
187:23, 188:22, 189:12,
190:11, 193:15, 193:20,
194:3, 194:20, 197:5,
197:15, 201:14, 210:3,
217:12, 218:14, 219:7,
220:12, 223:18, 226:22,
235:22, 236:12, 236:23,
237:3, 238:13, 241:20,
242:4
**old** [3] - 33:23, 33:24,
34:18
**one's** [1] - 91:20
**ones** [3] - 12:18, 234:16,
236:7
**ongoing** [1] - 159:15
**Onica** [9] - 65:11, 68:22,
69:24, 70:18, 123:25,
189:2, 189:4, 189:14,
189:16
**online** [4] - 18:24,
107:25, 241:6, 241:12
**OP** [3] - 66:15, 67:16,
67:17
**open** [1] - 97:25
**opened** [1] - 76:25
**opportunity** [2] - 61:19,

234:4
**opposed** [4] - 7:10, 19:7,
29:24, 91:3
**Order** [1] - 1:18
**order** [6] - 3:19, 17:10,
32:15, 76:24, 94:2,
238:17
**orders** [1] - 32:8
**ordinary** [1] - 119:13
**org** [2] - 162:14, 162:15
**Organization** [1] - 201:4
**organization** [4] - 11:25,
12:4, 140:14, 205:9
**organizational** [8] -
134:22, 135:5, 135:15,
135:22, 136:22, 136:23,
144:10, 145:17
**organizations** [6] -
11:21, 11:22, 11:24,
21:3, 181:6, 190:23
**organizes** [1] - 103:3
**original** [5] - 54:20,
77:14, 78:7, 94:7, 94:15
**originally** [1] - 54:16
**Ornsenz** [1] - 95:18
**ourplacenewyork.org** [1]
- 68:25
**outcome** [1] - 248:16
**outlet** [1] - 205:18
**outlined** [1] - 206:11
**Outlook** [7] - 140:5,
140:10, 144:12, 153:19,
154:2, 154:5, 154:11
**outside** [7] - 32:19,
191:19, 193:21, 194:16,
216:21, 218:2, 247:18
**OWA** [2] - 113:17, 113:19
**owned** [2] - 157:11,
158:7
**owner** [10] - 117:4,
117:14, 117:18, 117:24,
118:10, 152:22, 152:24,
153:10, 155:24, 156:3
**ownership** [9] - 116:18,
116:20, 151:13, 151:22,
151:25, 155:3, 155:7,
155:11, 155:14
**owns** [3] - 11:9, 11:11,
11:15

# P

**P.M** [2] - 1:12, 243:4
**p.m** [17] - 5:4, 33:12,
33:16, 71:9, 71:14,
79:23, 80:6, 147:8,
147:15, 164:25, 179:13,
179:17, 222:21, 223:2,
242:8, 242:12, 243:3
**package** [1] - 99:4

**Packnet** [1] - 168:25
**Padolski** [1] - 214:19
**page** [42] - 37:13, 37:21,
48:21, 49:4, 55:17,
58:21, 64:16, 70:12,
70:15, 76:13, 76:18,
79:2, 79:5, 80:4, 98:17,
183:9, 205:3, 207:9,
221:8, 223:6, 228:18,
231:4, 232:19, 237:8,
242:18, 244:8, 244:13,
244:15, 244:19, 244:23,
245:7, 245:13, 245:15,
245:16, 245:18, 245:22,
245:23, 246:4, 246:5,
246:7, 246:8, 246:10
**PAGE** [6] - 244:6, 245:2,
246:2, 246:16, 247:3,
247:8
**Page** [5] - 79:9, 79:10,
94:4
**pages** [1] - 75:10
**PANZELLA** [2] - 248:6,
248:21
**papers** [7] - 14:22, 194:2,
217:11, 217:13, 217:17,
217:22, 217:23
**Paragraph** [4] - 93:10,
233:25, 237:13, 247:9
**Parnasi** [1] - 124:4
**part** [11] - 23:11, 23:14,
24:21, 37:20, 62:7,
65:22, 72:3, 72:4,
72:16, 152:23, 238:10
**participate** [1] - 159:14
**participated** [1] - 61:4
**parties** [5] - 4:5, 4:17,
4:21, 8:15, 248:14
**partner** [2] - 205:22,
206:10
**partnership** [3] - 12:12,
12:13
**party** [6] - 3:24, 5:19,
9:10, 9:14, 9:17, 247:4
**pass** [1] - 136:23
**Pass** [1] - 72:2
**password** [4] - 154:7,
154:10, 154:15, 178:10
**passwords** [4] - 132:20,
133:4, 136:21, 160:23
**patient** [1] - 175:5
**payments** [1] - 68:24
**PDF** [1] - 94:16
**penalties** [2] - 8:2,
234:23
**people** [17] - 8:10, 30:6,
36:14, 44:20, 80:13,
96:5, 137:5, 147:25,
148:23, 150:7, 181:22,

203:13, 228:21, 234:19, 234:20, 236:17, 241:22
percent [4] - 93:16, 158:6, 199:11, 247:10
perfectly [1] - 146:24
period [4] - 43:18, 60:22, 68:13, 162:21
perjury [3] - 7:19, 8:2, 234:23
permission [2] - 175:11, 175:14
permissions [7] - 131:12, 131:22, 132:2, 132:11, 136:24, 177:18, 178:11
permit [7] - 21:14, 21:18, 21:22, 22:13, 22:15, 23:3, 139:16
permits [1] - 23:4
permitted [1] - 3:14
person [17] - 3:9, 3:21, 25:20, 48:10, 82:22, 109:17, 121:14, 123:2, 130:16, 135:20, 143:15, 144:20, 145:8, 145:15, 161:20, 166:24, 178:22
personal [1] - 173:23
personally [3] - 20:6, 20:8, 20:11
persons [1] - 3:15
perspective [1] - 106:25
pertaining [4] - 145:24, 148:9, 169:11, 172:8
petition [1] - 182:6
PETULLA [1] - 2:18
Petulla [1] - 5:6
philanthropic [1] - 13:8
phone [3] - 231:10, 231:11, 231:23
phones [1] - 185:3
phonetic [2] - 72:10, 167:8
photocopied [1] - 184:13
physical [1] - 227:20
physically [1] - 31:8
pictures [1] - 179:20
Pilot [25] - 113:17, 113:18, 113:20, 113:24, 115:14, 118:25, 119:3, 119:8, 120:2, 125:10, 125:11, 125:14, 125:20, 126:24, 127:16, 127:24, 128:2, 128:3, 128:6, 128:12, 128:13, 128:23, 128:25, 150:14, 226:10
Piny [3] - 211:3, 211:5, 211:9
pistol [7] - 21:14, 21:18, 21:22, 22:13, 22:15, 23:3, 23:4
Place [7] - 11:2, 12:19,

12:22, 13:3, 67:3, 67:17, 114:25
plainly [1] - 3:20
Plaintiff [2] - 1:17, 2:9
plaintiff's [1] - 8:11
PLAINTIFFS [1] - 1:5
Plaintiffs [1] - 2:4
plans [1] - 194:15
Plans [2] - 49:5, 244:16
plausible [2] - 138:18, 138:22
Please [1] - 159:6
please [46] - 5:18, 5:20, 6:11, 7:4, 9:21, 37:9, 38:20, 46:14, 48:14, 49:2, 64:22, 66:8, 71:16, 80:21, 89:19, 120:15, 133:8, 133:24, 134:7, 134:15, 134:24, 135:7, 135:17, 135:25, 140:19, 141:11, 146:19, 152:5, 153:11, 159:6, 160:15, 161:10, 161:18, 161:23, 162:25, 172:7, 174:2, 183:7, 185:7, 200:9, 204:24, 207:15, 221:6, 223:4, 223:15, 231:2
plenary [1] - 239:19
plenty [1] - 51:9
point [6] - 21:21, 42:14, 112:6, 156:25, 219:19, 230:21
pointed [1] - 176:7
poker [3] - 18:24, 241:6, 241:12
poor [1] - 236:17
POP [3] - 142:12, 142:14, 142:25
portion [1] - 206:2
position [2] - 25:4, 25:14
post [27] - 48:11, 49:16, 49:21, 50:6, 50:10, 51:24, 52:4, 52:23, 53:3, 55:8, 55:13, 56:4, 56:7, 56:15, 57:5, 57:9, 59:9, 59:14, 60:12, 60:16, 61:2, 61:23, 63:5, 63:9, 63:13, 244:21
posted [8] - 54:19, 57:17, 58:15, 61:8, 61:11, 61:12, 61:14, 61:21
posting [42] - 49:11, 49:13, 49:16, 49:21, 49:25, 50:3, 50:6, 50:11, 51:14, 51:17, 51:24, 52:5, 52:18, 52:21, 52:24, 53:4, 53:16, 54:8, 54:10,

54:15, 54:20, 55:24, 56:2, 56:4, 56:8, 56:24, 57:2, 57:5, 57:10, 58:13, 58:17, 59:3, 59:7, 59:10, 59:14, 60:6, 60:9, 60:12, 60:17, 62:23, 62:25, 181:23
postings [1] - 58:18
potentially [1] - 121:3
Practice [1] - 3:5
practices [1] - 235:4
preceded [1] - 78:6
precisely [2] - 111:13, 111:15
prejudice [1] - 3:20
preliminary [2] - 14:15, 22:23
prep [1] - 138:10
PRESENT [1] - 2:17
Presently [1] - 97:18
preserve [1] - 3:18
president [4] - 25:3, 25:22, 205:19, 206:8
press [7] - 204:9, 204:11, 204:13, 204:14, 204:15, 204:16, 204:20
press@multigroups. com [1] - 162:10
presume [1] - 212:10
presumptive [1] - 108:17
pretty [3] - 17:12, 222:7, 240:23
previous [1] - 161:23
printed [1] - 54:18
prior [2] - 50:25, 235:12
private [4] - 160:20, 161:7, 163:10, 163:12
privately [1] - 160:21
privilege [1] - 3:18
pro [1] - 5:22
Pro [1] - 2:9
problem [2] - 79:12, 149:19
proceed [4] - 3:8, 32:7, 32:13, 78:9
proceeded [1] - 136:19
proceeding [2] - 23:24, 88:21
process [2] - 42:3, 68:23
produce [1] - 9:21
produced [3] - 53:19, 64:24, 197:3
product [6] - 138:11, 165:25, 166:9, 167:2, 167:8, 167:14, 167:20, 238:17
products [5] - 166:14, 166:21, 168:19, 169:7, 169:16

professional [2] - 93:16, 247:11
profit [3] - 12:6, 12:13, 82:2
profits [4] - 11:23, 12:16, 13:7, 68:15
prominent [1] - 51:3
prospectus [2] - 34:14, 34:22
protective [2] - 32:7, 32:15
prove [3] - 139:11, 139:15, 239:6
proven [1] - 138:23
provide [4] - 93:4, 160:20, 161:7, 162:17
provided [4] - 3:21, 4:14, 4:17, 162:6
provider [4] - 35:18, 102:17, 102:19
proxies [1] - 161:15
proxy [4] - 141:25, 144:16, 161:12, 161:21
PST [2] - 141:21, 144:15
Public [4] - 1:21, 4:11, 6:15, 248:7
public [7] - 34:5, 72:7, 80:24, 90:10, 160:12, 234:24, 236:20
PUBLIC [1] - 243:15
publications [1] - 62:5
publicly [2] - 34:2, 216:16
published [1] - 62:4
pulled [1] - 77:12
purchase [12] - 165:14, 165:24, 166:8, 166:13, 166:20, 166:25, 167:7, 167:12, 167:18, 168:18, 169:5, 169:15
purchased [1] - 168:17
purported [2] - 88:17, 89:3
purportedly [1] - 80:16
purpose [9] - 4:4, 4:6, 70:20, 89:7, 89:10, 115:10, 218:23, 219:13, 233:15
purposes [2] - 4:14, 31:21
pursuant [5] - 1:17, 3:4, 3:10, 32:10, 101:20
putting [3] - 86:7, 100:15, 107:3

---

**Q**

Quadranet [1] - 168:25
question [107] - 3:20, 3:24, 4:6, 7:6, 20:10,

E. VERSCHLEISER

22:17, 22:18, 22:20, 26:25, 27:2, 27:3, 27:24, 29:17, 31:17, 33:18, 34:5, 36:16, 40:8, 40:10, 40:16, 40:18, 40:21, 43:8, 53:24, 62:9, 65:2, 66:12, 89:19, 90:6, 98:6, 107:18, 110:4, 111:13, 111:15, 111:25, 112:4, 112:22, 113:7, 113:13, 119:16, 119:17, 120:19, 121:20, 121:22, 122:6, 122:23, 122:24, 126:24, 127:7, 127:11, 127:12, 128:8, 129:13, 138:14, 141:19, 141:24, 142:4, 142:11, 143:11, 143:22, 145:19, 146:24, 149:14, 149:15, 151:9, 151:11, 152:17, 156:19, 159:11, 160:11, 165:21, 177:17, 178:2, 178:4, 178:6, 188:10, 192:10, 193:3, 193:22, 194:9, 195:2, 195:24, 196:5, 196:7, 196:15, 197:8, 200:12, 203:17, 204:17, 216:9, 218:5, 219:8, 225:19, 226:13, 231:17, 231:19, 232:9, 236:13, 236:24, 237:10, 238:18, 239:14, 241:13
**QUESTION** [1] - 247:8
**questioning** [2] - 3:12, 3:16
**QUESTIONS** [1] - 247:7
**questions** [35] - 3:17, 7:4, 22:22, 29:13, 29:14, 46:7, 47:13, 51:23, 77:21, 96:18, 96:21, 97:19, 111:22, 129:20, 137:15, 138:18, 142:6, 143:20, 146:3, 152:13, 165:3, 168:10, 168:11, 172:13, 172:24, 173:3, 173:11, 174:10, 174:21, 176:7, 208:24, 222:2, 239:18, 242:15, 242:17
**Quickbooks** [1] - 92:24
**quickly** [1] - 240:23
**quote** [4] - 205:18, 206:5, 206:20
**quote/unquote** [1] - 94:4
**quoted** [1] - 97:4
**quoting** [1] - 205:21

## R

**Rabbi** [9] - 180:17,

180:21, 180:25, 181:2, 181:12, 181:20, 182:9, 182:10
**raised** [1] - 3:11
**Rand** [3] - 211:3, 211:5, 211:9
**Raul** [35] - 24:10, 24:11, 27:20, 41:22, 42:4, 43:17, 43:25, 44:9, 44:22, 123:21, 123:24, 148:2, 148:12, 148:25, 177:4, 177:13, 177:19, 178:7, 183:23, 184:19, 184:24, 185:2, 185:10, 222:10, 225:3, 225:4, 225:8, 225:16, 226:17, 226:20, 227:9, 227:12, 228:4, 229:2, 232:2
**Raul.D.CL** [1] - 177:8
**Raul.D@URPA** [2] - 183:19, 229:21
**re** [2] - 80:3, 178:4
**re-marked** [1] - 80:3
**re-read** [1] - 178:4
**read** [34] - 14:21, 27:22, 27:24, 29:14, 34:23, 40:15, 40:18, 47:7, 59:18, 60:25, 66:10, 120:12, 120:14, 120:17, 120:19, 121:22, 133:17, 140:22, 141:9, 141:16, 153:22, 154:2, 157:14, 177:9, 178:4, 190:9, 208:18, 217:11, 217:19, 224:10, 231:24, 235:5, 236:25, 237:17
**reading** [3] - 208:4, 208:16, 235:6
**real** [4] - 18:15, 18:18, 18:20, 51:3
**Real** [13] - 20:23, 205:3, 206:4, 206:16, 206:18, 206:21, 206:23, 208:13, 208:17, 209:11, 209:12, 209:15, 245:23
**Realty** [101] - 1:19, 5:14, 24:14, 25:3, 25:5, 25:11, 25:14, 25:22, 26:10, 26:20, 26:22, 26:24, 27:5, 42:9, 42:16, 42:18, 42:22, 44:14, 45:19, 56:16, 57:25, 61:10, 61:19, 83:2, 98:4, 105:20, 106:4, 106:21, 108:19, 108:20, 108:25, 109:9, 109:11, 109:17, 109:23, 110:16, 110:25, 113:2, 113:9, 117:13, 117:23, 118:9, 118:15, 118:20,

121:15, 123:3, 126:3, 127:3, 129:9, 130:4, 130:11, 130:19, 131:4, 132:2, 132:11, 133:5, 134:12, 135:16, 135:23, 136:18, 138:2, 145:10, 145:17, 145:18, 147:25, 148:24, 149:17, 150:3, 150:8, 155:13, 155:25, 156:22, 158:9, 161:15, 161:21, 164:3, 170:3, 172:5, 173:19, 173:24, 180:22, 191:16, 192:8, 192:23, 193:19, 194:23, 195:21, 203:4, 204:4, 205:20, 206:9, 216:22, 217:7, 218:3, 218:22, 219:12, 226:18, 237:24, 244:21, 247:18
**Realty's** [2] - 115:17, 116:2
**reason** [7] - 4:7, 7:11, 73:3, 81:11, 101:11, 226:16, 230:21
**reasons** [1] - 31:15
**recall** [68] - 16:23, 17:10, 17:20, 18:8, 18:9, 21:8, 25:7, 25:16, 25:20, 25:25, 34:8, 45:24, 51:2, 51:6, 57:20, 58:11, 63:19, 67:24, 72:14, 72:23, 73:2, 73:9, 73:20, 74:6, 81:7, 81:19, 81:25, 85:4, 85:15, 86:20, 87:5, 87:9, 87:10, 87:13, 89:9, 90:22, 98:3, 98:9, 99:21, 115:11, 115:12, 115:15, 117:25, 118:18, 118:20, 121:12, 121:24, 121:25, 122:3, 122:12, 122:14, 122:19, 123:10, 162:17, 173:16, 173:21, 176:2, 179:24, 195:9, 195:11, 196:8, 212:9, 212:10, 212:13, 212:24, 215:6, 215:21, 215:23
**recalled** [1] - 201:8
**recanted** [1] - 100:11
**receive** [4] - 101:5, 115:25, 219:18, 226:6
**received** [3] - 101:8, 101:9, 239:20
**receives** [11] - 103:3, 132:16, 132:24, 142:21, 145:22, 148:6, 148:19, 149:11, 153:13, 164:22, 170:12
**receiving** [2] - 116:5, 153:23

**recent** [2] - 46:22, 88:5
**recess** [6] - 33:13, 71:10, 147:9, 179:14, 222:22, 242:9
**recipient** [4] - 120:10, 121:11, 121:17, 123:5
**recollection** [60] - 23:22, 24:2, 34:24, 34:25, 35:24, 36:21, 36:25, 37:5, 37:25, 38:8, 38:11, 39:17, 50:2, 52:19, 55:10, 64:9, 85:12, 93:7, 109:14, 109:21, 123:18, 147:18, 165:12, 165:22, 166:2, 166:11, 166:16, 166:23, 167:4, 167:10, 169:18, 180:24, 186:9, 189:6, 189:17, 192:11, 192:14, 195:3, 198:3, 198:21, 199:13, 200:6, 200:23, 201:17, 201:25, 202:11, 202:21, 203:21, 203:24, 204:12, 205:23, 206:22, 210:16, 211:2, 211:15, 212:3, 213:9, 214:17, 228:13, 228:16
**reconsider** [3] - 97:9, 241:8, 241:9
**record** [41] - 4:8, 5:3, 8:7, 32:6, 32:18, 32:21, 32:25, 33:6, 33:12, 33:16, 34:7, 34:23, 43:15, 47:8, 71:9, 71:13, 77:10, 78:10, 79:20, 79:23, 79:24, 80:6, 100:8, 109:23, 147:8, 147:14, 180:5, 179:9, 179:11, 179:13, 179:17, 222:21, 222:25, 234:24, 241:2, 241:25, 242:6, 242:8, 242:12, 243:3, 248:11
**records** [1] - 192:7
**redirected** [1] - 231:11
**REED** [1] - 2:12
**Reed** [1] - 188:20
**refer** [22] - 34:6, 34:13, 46:7, 133:8, 133:24, 134:7, 134:15, 134:24, 135:7, 135:17, 135:25, 140:19, 150:13, 152:5, 153:11, 161:10, 161:18, 161:23, 172:7, 174:2, 185:7, 232:10
**reference** [1] - 76:25
**referenced** [1] - 94:13
**referred** [6] - 27:23, 40:17, 120:18, 121:21, 133:16, 141:15

E. VERSCHLEISER

referred-to [6] - 27:23, 40:17, 120:18, 121:21, 133:16, 141:15
referring [3] - 26:8, 43:10, 152:17
refers [1] - 68:10
refresh [2] - 85:11, 228:15
Refusal [1] - 3:17
refusal [1] - 3:22
regarding [3] - 7:19, 69:20, 88:7
regards [1] - 149:6
regulatory [3] - 24:4, 24:7, 35:7
Reit [1] - 56:11
reitwrecks.com [11] - 55:6, 55:9, 55:13, 55:17, 56:15, 56:24, 57:3, 57:6, 57:10, 244:19, 244:21
rejected [1] - 88:4
related [9] - 11:7, 34:16, 94:6, 132:18, 145:20, 148:10, 226:3, 226:5, 248:14
relating [1] - 137:15
relationship [3] - 65:12, 190:20, 228:4
relevant [10] - 22:23, 31:19, 42:23, 87:17, 87:21, 87:22, 155:18, 181:17, 181:20, 239:3
relief [1] - 3:9
rely [1] - 93:25
remainder [1] - 3:25
remains [1] - 174:12
Remarked [1] - 245:15
remember [13] - 15:23, 15:25, 16:4, 16:7, 17:23, 34:2, 34:19, 117:17, 122:4, 214:18, 215:25, 227:23, 231:22
remind [2] - 44:11, 74:4
removal [8] - 76:13, 78:21, 79:14, 91:20, 91:23, 98:17, 245:13, 245:19
remove [1] - 99:16
removed [1] - 99:14
remover [1] - 75:25
rent [1] - 17:20
rent-a-car [1] - 17:20
rental [1] - 17:18
repeat [9] - 7:21, 27:3, 40:7, 113:7, 162:25, 178:5, 201:5, 219:7, 226:14
repeated [2] - 141:10, 168:4

repeatedly [1] - 147:3
repeating [1] - 140:24
rephrase [2] - 7:5, 240:14
replicated [2] - 225:15, 226:19
replied [1] - 91:2
Report [2] - 57:14, 59:7
report [2] - 58:3, 58:8
Reporter [34] - 27:25, 37:16, 39:2, 40:19, 46:18, 48:18, 48:24, 49:7, 52:15, 53:10, 55:20, 56:19, 58:24, 60:3, 62:20, 64:19, 71:21, 74:14, 74:19, 76:16, 76:22, 98:21, 120:20, 121:23, 133:18, 141:17, 176:24, 183:12, 205:6, 207:12, 221:11, 223:9, 231:7, 232:23
REPORTER [1] - 141:12
reporter [2] - 6:9, 6:11
Reporting [3] - 2:18, 5:6, 6:10
Reports [2] - 59:3, 59:10
represent [3] - 5:20, 81:8, 81:16
representations [1] - 89:18
represented [1] - 200:4
representing [4] - 4:22, 5:25, 6:7, 89:14
represents [5] - 199:21, 199:22, 199:24, 200:3, 200:5
reprint [2] - 53:15, 54:11
reprinted [2] - 54:13, 54:15
request [12] - 3:12, 47:18, 49:20, 50:9, 52:4, 53:3, 55:12, 56:6, 57:8, 59:13, 60:16, 63:13
REQUESTED [1] - 247:2
requested [1] - 47:20
requests [2] - 162:7, 239:22
required [1] - 32:13
reread [1] - 121:19
rescission [3] - 43:2, 43:4, 43:11
researching [1] - 35:9
reserve [1] - 97:24
reside [2] - 10:7, 10:8
residences [2] - 10:5, 10:11
resides [1] - 170:8
resign [1] - 206:8
resignation [1] - 44:13
resigned [5] - 25:3,

25:22, 45:19, 157:6, 205:19
resolve [1] - 97:25
respect [13] - 4:18, 14:23, 23:24, 104:22, 104:25, 112:17, 131:12, 132:20, 146:11, 183:24, 189:2, 197:25, 216:7
respectfully [6] - 80:19, 88:9, 88:12, 88:13, 94:22, 97:5
respective [1] - 4:21
responded [1] - 83:5
response [5] - 32:9, 141:9, 158:21, 168:3, 239:21
rest [1] - 170:17
restricted [1] - 3:10
return [1] - 147:12
returned [2] - 152:19, 164:24
returns [1] - 19:6
reveal [2] - 238:12, 238:16
review [3] - 14:22, 59:24, 245:4
revoked [1] - 23:21
Rex [2] - 167:8, 168:21
Rick [1] - 95:19
right [59] - 3:9, 3:18, 3:24, 11:19, 32:5, 32:8, 32:14, 39:11, 39:19, 55:3, 58:4, 64:8, 68:19, 72:3, 75:10, 75:19, 83:4, 84:25, 86:4, 96:18, 97:24, 99:24, 101:21, 103:6, 114:9, 114:18, 114:21, 117:4, 117:7, 130:5, 149:8, 150:18, 153:16, 153:17, 157:13, 163:16, 171:22, 175:17, 176:16, 179:23, 180:4, 180:6, 184:14, 188:3, 188:17, 195:12, 204:21, 208:12, 209:14, 222:11, 226:2, 226:11, 234:6, 235:10, 238:23, 239:5, 241:11, 241:15, 241:16
rights [15] - 4:17, 116:15, 116:18, 116:19, 116:20, 117:5, 140:17, 161:13, 151:22, 151:23, 151:24, 151:25, 152:25, 155:4
ring [9] - 25:19, 186:14, 188:15, 188:25, 213:11, 215:14, 215:16, 215:18, 215:20
rings [2] - 201:19, 215:8
RipOff [4] - 57:14, 59:3,

59:6, 59:9
ripoffreport.com [11] - 57:13, 57:16, 58:4, 58:9, 58:14, 58:15, 58:18, 58:21, 59:24, 244:23, 245:4
ripoffreports.com [5] - 59:14, 60:7, 60:10, 60:13, 60:17
road [1] - 158:13
Robert [1] - 95:18
Rochester [1] - 16:2
Rosen [3] - 197:19, 197:22, 197:24
Rosenfeld [1] - 214:4
RPA [1] - 229:22
Rule [3] - 3:5, 3:14, 3:22
rule [3] - 3:6, 3:15, 14:21
ruled [3] - 96:24, 97:2, 97:3
RULES [2] - 3:2, 4:2
rules [1] - 4:7
Rules [1] - 3:5
RULINGS [1] - 247:7
running [1] - 235:5
Rush [4] - 183:17, 229:21, 230:2, 230:6
rush [1] - 183:21, 230:4

**S**

S-T-A-H-L-E-R [1] - 201:3
Saks [3] - 198:8, 198:11, 198:15
Sam [1] - 214:6
Sammel [1] - 214:23
Sammy [2] - 212:4, 212:7
Sarah [4] - 189:18, 189:19, 189:22
Saturday [1] - 87:7
Saul [1] - 214:21
save [2] - 66:20, 67:25
saying [5] - 42:8, 66:13, 76:4, 149:9, 171:14, 209:20
ScamGuard [2] - 51:14, 51:16
Scamguard.com [1] - 244:12
scamguard.com [18] - 48:3, 48:7, 48:12, 48:16, 48:21, 49:4, 49:11, 49:14, 49:17, 49:21, 49:25, 50:4, 50:7, 50:11, 51:25, 52:5, 244:13, 244:15
scheduled [2] - 8:14, 14:16
school [11] - 15:4, 15:14, 15:16, 15:19, 15:20,

15:24, 16:2, 16:5,
16:12, 16:15, 16:22
**Schulman** [1] - 215:15
**scope** [3] - 193:21,
194:17, 238:4
**Scott** [2] - 214:18, 214:19
**screen** [8] - 48:16, 52:12,
53:8, 62:17, 244:12,
244:17, 244:18, 245:6
**se** [1] - 5:22
**Se** [1] - 2:9
**search** [3] - 105:6, 144:8,
160:23
**second** [8] - 14:9, 65:21,
76:10, 79:21, 99:11,
223:19, 223:23, 236:3,
236:4
**secretly** [2] - 136:16,
219:11
**Section** [2] - 93:11, 247:9
**section** [1] - 4:7
**sections** [1] - 4:18
**securely** [1] - 160:22
**Securities** [2] - 24:8, 46:3
**Security** [1] - 23:14
**seek** [1] - 32:14
**seeking** [3] - 107:9,
107:17, 216:6
**sell** [1] - 156:15
**selling** [1] - 35:13
**send** [23] - 38:4, 38:7,
38:10, 38:16, 39:16,
39:18, 39:21, 39:24,
40:6, 40:13, 47:16,
47:19, 47:21, 47:23,
47:25, 80:16, 82:4,
84:4, 84:7, 137:3,
139:11, 219:17, 226:6
**sending** [5] - 89:8, 89:9,
116:5, 138:15, 153:24
**sends** [11] - 103:3,
132:16, 132:24, 142:20,
145:21, 148:5, 148:18,
149:11, 153:13, 164:21,
170:11
**sense** [4] - 111:15,
124:20, 126:12, 209:8
**separate** [2] - 75:16,
75:18
**separated** [1] - 58:2
**separation** [2] - 44:8,
44:12
**serial** [1] - 239:23
**series** [2] - 77:2, 111:22
**server** [124] - 68:11,
102:22, 102:25, 103:22,
105:20, 106:5, 106:22,
107:2, 107:7, 107:9,
107:17, 108:19, 108:20,
109:2, 109:10, 109:11,

109:18, 109:19, 110:17,
110:25, 112:9, 113:2,
113:3, 113:9, 113:14,
115:18, 116:11, 117:6,
117:10, 117:13, 117:23,
118:9, 118:15, 118:21,
118:23, 120:8, 121:16,
123:4, 124:17, 126:4,
127:4, 129:3, 129:4,
129:10, 129:23, 130:4,
130:12, 130:19, 131:4,
131:13, 132:3, 132:12,
132:15, 132:21, 132:24,
133:5, 133:22, 134:13,
134:23, 135:6, 135:16,
135:24, 136:4, 136:18,
138:2, 139:20, 140:2,
140:18, 141:5, 141:22,
142:2, 142:8, 142:13,
142:20, 142:22, 144:9,
144:11, 144:12, 144:13,
144:15, 144:16, 144:17,
145:10, 145:18, 145:20,
145:25, 148:2, 148:5,
148:11, 148:14, 148:18,
148:25, 149:11, 149:17,
150:3, 150:8, 150:11,
151:14, 151:23, 152:24,
153:9, 153:13, 161:16,
161:22, 164:18, 164:21,
170:4, 170:9, 170:11,
172:5, 172:8, 173:19,
173:25, 174:7, 174:16,
180:22, 184:21, 218:23,
219:12, 225:23, 226:4,
227:20, 228:12, 237:25
**servers** [3] - 109:24,
116:3, 219:17
**service** [8] - 102:17,
102:19, 165:25, 166:9,
167:2, 167:14, 167:20
**services** [11] - 140:4,
144:12, 160:21, 161:8,
165:15, 166:14, 166:21,
167:8, 168:19, 169:6,
169:16
**setting** [5] - 144:5, 144:7,
161:12, 228:24, 229:3
**settings** [4] - 133:21,
134:3, 134:12, 145:9
**seven** [1] - 223:6
**Seven** [1] - 246:7
**seven-page** [1] - 223:6
**Seven-page** [1] - 246:7
**Seymour** [1] - 214:23
**Shani** [1] - 66:22
**Shany** [1] - 9:7
**share** [5] - 53:13, 72:5,
73:23, 80:23, 89:24
**sharing** [3] - 81:2, 81:18,

81:23
**Shaul** [2] - 201:18,
201:20
**she's** [3] - 66:11, 66:13,
220:2
**Shehan** [2] - 212:19,
212:22
**Shmay** [1] - 208:6
**shortcut** [1] - 129:21
**shot** [9] - 48:16, 52:12,
53:8, 62:17, 168:24,
244:12, 244:17, 244:18,
245:6
**show** [9] - 51:19, 70:7,
137:8, 138:7, 138:24,
139:2, 159:24, 179:2,
217:21
**sic** [11] - 30:9, 44:15,
45:18, 68:15, 128:6,
134:10, 143:6, 185:5,
187:12, 232:2, 239:13
**sic]** [1] - 225:21
**sign** [1] - 83:17
**Sign** [2] - 167:14, 168:22
**signature** [3] - 73:12,
83:19, 233:12
**signatures** [1] - 83:25
**signed** [2] - 4:10, 4:11
**significant** [1] - 3:20
**signing** [1] - 150:12
**silly** [2] - 122:23, 122:24
**simple** [2] - 104:17, 116:4
**sit** [5] - 93:7, 155:24,
157:3, 235:22, 235:24
**sits** [1] - 190:23
**sitting** [2] - 34:22, 181:11
**six** [3] - 64:16, 76:13,
171:24
**Six** [2] - 245:7, 245:13
**six-page** [2] - 64:16,
76:13
**Six-page** [2] - 245:7,
245:13
**skill** [2] - 103:24, 226:9
**Skirowitz** [10] - 180:16,
180:17, 180:18, 180:21,
180:25, 181:2, 181:3,
181:12, 181:21, 182:10
**slash** [5] - 142:15,
183:19, 183:20, 229:21,
229:22
**Slomowitz** [4] - 65:23,
65:25, 219:20, 220:12
**SMITH** [1] - 2:12
**Smith** [1] - 188:20
**software** [5] - 103:2,
140:10, 153:19, 154:3,
154:5
**solely** [1] - 97:14
**solicit** [10] - 27:18, 28:8,

28:16, 28:23, 29:7,
216:20, 218:2, 218:21,
218:25, 247:17
**solicitation** [5] - 217:2,
230:17, 232:8, 232:11,
232:14
**solicited** [1] - 219:10
**soliciting** [6] - 27:19,
28:9, 28:17, 28:24,
29:9, 217:7
**Soloman** [1] - 213:10
**somebody** [9] - 25:23,
57:17, 59:16, 117:19,
123:16, 146:13, 146:17,
147:2, 209:5
**somehow** [2] - 94:19,
231:21
**someone** [10] - 50:20,
61:22, 69:2, 72:17,
115:20, 122:21, 146:21,
175:13, 180:15, 226:17
**someone's** [2] - 121:10,
121:16
**sophisticated** [1] -
152:10
**sorry** [25] - 26:13, 29:2,
29:12, 37:3, 45:21,
51:21, 74:8, 75:15,
99:7, 117:22, 131:16,
131:19, 141:8, 144:8,
152:7, 162:15, 165:7,
170:7, 191:12, 199:3,
204:23, 217:15, 233:6,
238:11, 240:5
**sort** [2] - 23:13, 23:15
**sorts** [1] - 173:3
**sought** [3] - 43:2, 43:4,
191:23
**sounds** [1] - 66:13
**Space** [1] - 168:22
**speak** [1] - 240:13
**Speaking** [1] - 3:10
**speaking** [1] - 64:12
**special** [1] - 152:23
**specific** [19] - 16:14,
17:6, 17:13, 21:8, 43:8,
44:4, 44:6, 61:7, 72:15,
93:6, 104:6, 122:5,
124:13, 126:8, 126:23,
168:14, 177:17, 220:21,
229:11
**specifically** [23] - 7:9,
14:15, 34:9, 34:20,
43:5, 61:20, 86:2,
104:2, 110:7, 115:11,
115:23, 117:9, 117:17,
118:2, 123:7, 129:5,
156:20, 164:15, 176:3,
178:14, 187:22, 199:23,
200:2

E. VERSCHLEISER

specifics [2] - 34:2, 133:2
speculate [4] - 50:13, 50:19, 68:3, 90:5
spell [2] - 63:23, 147:19
spend [2] - 13:7, 152:15
spent [2] - 231:15, 235:6
split [3] - 44:8, 44:12, 50:25
spoke [3] - 13:13, 35:11, 46:23
spoken [1] - 46:19
spot [3] - 121:3, 238:6, 238:21
squash [1] - 182:6
SS [1] - 248:4
St [1] - 15:24
Stahler [4] - 200:24, 201:4, 201:6, 201:10
standard [1] - 152:25
stapled [2] - 78:8, 79:8
stapler [3] - 75:25, 76:10
start [9] - 16:20, 66:4, 66:6, 75:4, 75:6, 106:3, 224:18, 224:19, 235:15
started [6] - 8:8, 19:20, 19:21, 19:22, 127:10, 208:18
starting [1] - 43:23
state [2] - 21:24, 78:9
STATE [2] - 1:2, 248:3
State [3] - 1:22, 6:15, 248:7
stated [4] - 3:11, 4:8, 88:22, 229:4
statement [9] - 3:13, 3:23, 86:3, 112:19, 149:7, 158:21, 160:4, 206:3, 206:20
statements [4] - 3:16, 95:14, 97:15, 234:4
stating [2] - 20:24, 206:19
staying [1] - 241:17
stenographer [1] - 8:13
Steve [5] - 80:18, 99:8, 112:6, 149:24, 223:22
STEVEN [1] - 2:15
Steven [7] - 6:6, 45:6, 182:9, 202:12, 202:15, 218:21, 219:10
sticking [2] - 239:14, 241:17
STIPULATED [4] - 4:10, 4:13, 4:16, 4:20
stole [2] - 91:24, 195:21
stop [5] - 70:25, 151:5, 158:4
store [1] - 226:6
stores [1] - 145:22
story [3] - 72:7, 80:24,

90:10
straight [1] - 99:2
strategy [2] - 238:11, 238:16
Street [10] - 1:19, 2:6, 2:10, 5:13, 13:13, 14:2, 14:11, 85:20, 87:4, 87:7
Street's [1] - 14:5
strike [2] - 58:12, 225:12
stuff [2] - 57:22, 59:19
sub [1] - 91:23
subdivision [3] - 3:4, 3:6, 3:22
subject [16] - 3:9, 7:18, 7:25, 14:23, 23:23, 24:3, 24:6, 32:9, 32:14, 58:8, 96:7, 98:24, 182:4, 208:9, 208:12
submit [2] - 23:18, 48:11
submits [1] - 204:19
submitted [5] - 30:13, 48:6, 233:15, 233:16, 240:19
subpoena [1] - 182:7
subscribe [12] - 165:14, 165:24, 166:9, 166:13, 166:21, 166:25, 167:7, 167:13, 167:19, 168:19, 169:6, 169:15
subscribed [1] - 168:17
Subscribed [1] - 243:12
subscriptions [1] - 169:10
subsidiary [1] - 13:3
substance [3] - 95:6, 96:22, 96:25
substances [1] - 8:20
substantial [1] - 186:13
succinct [1] - 3:23
succinctly [2] - 3:11, 4:8
sue [4] - 192:23, 193:17, 194:15
suggest [6] - 3:12, 192:21, 193:16, 200:21, 202:9, 203:11
suggested [1] - 201:15
suggesting [1] - 204:8
suggestion [1] - 198:15
suit [1] - 191:13
Suite [1] - 13:23
summation [1] - 218:16
SUMMER [2] - 1:3, 2:5
Summer [1] - 6:2
summons [1] - 78:15
Summons [2] - 74:11, 245:10
sun [1] - 195:16
Sunday [1] - 87:8
supplemental [1] - 162:7
support [2] - 19:3, 91:25

supposed [2] - 194:12, 204:6
SUPREME [1] - 1:2
Surf [5] - 165:5, 165:10, 165:15, 165:25, 168:20
surf [5] - 165:6, 165:8, 165:9, 165:17, 165:18
surprised [1] - 159:3
Susan [1] - 212:15
suspended [1] - 23:21
swear [3] - 6:11, 7:10, 7:13
swearing [1] - 7:15
switch [2] - 66:15, 67:16
switches [1] - 66:20
switching [1] - 66:25
sworn [4] - 6:14, 234:23, 243:12, 248:10

**T**

table [1] - 34:22
takes [1] - 98:2
talk [8] - 32:18, 51:10, 135:11, 159:6, 159:7, 203:16, 204:13, 221:21
talked [2] - 142:25, 169:17
talking [11] - 22:10, 62:11, 66:25, 94:8, 112:2, 144:6, 177:19, 182:22, 182:23, 227:11, 229:24
talks [1] - 236:19
Tape [3] - 71:12, 147:13, 222:24
tax [1] - 19:6
team [1] - 8:11
tech [3] - 67:10, 103:16, 103:17
technical [21] - 102:8, 103:23, 114:10, 122:5, 160:25, 161:4, 164:20, 165:3, 168:7, 169:10, 170:5, 170:10, 171:12, 172:23, 172:24, 176:15, 219:16, 226:5, 226:9, 230:23, 239:13
technically [1] - 174:9
technicians [1] - 120:6
technologically [1] - 152:9
technology [6] - 24:18, 24:20, 24:25, 25:5, 65:18, 164:11
tecum [1] - 182:7
telephones [1] - 232:3
telling [4] - 91:13, 122:22, 128:17, 149:21
ten [3] - 173:7, 231:4,

236:8
Ten [1] - 246:8
ten-page [1] - 231:4
Ten-page [1] - 246:8
term [6] - 102:9, 105:10, 105:22, 105:25, 126:20, 126:21
termination [4] - 76:18, 91:21, 96:23, 245:16
terminologies [2] - 144:25, 146:2
terminology [5] - 78:16, 86:7, 131:9, 137:13, 145:23
terribly [1] - 152:7
testament [1] - 122:15
testified [7] - 6:16, 99:20, 100:8, 115:23, 123:23, 139:12, 150:23
testify [1] - 91:15
testifying [1] - 4:22
testimony [20] - 7:19, 7:23, 84:11, 85:5, 100:24, 115:5, 119:6, 119:7, 151:2, 151:6, 151:7, 151:10, 155:23, 157:8, 157:9, 157:15, 176:13, 222:8, 222:14, 248:12
text [1] - 34:4
thank [16] - 6:21, 14:12, 27:14, 33:19, 43:19, 45:23, 46:12, 64:2, 102:6, 141:14, 147:22, 223:4, 231:8, 237:22, 242:14, 242:16
thanking [1] - 228:23
THE [98] - 1:2, 3:2, 4:2, 5:2, 5:8, 5:10, 6:8, 6:17, 11:16, 11:19, 29:12, 29:20, 29:22, 32:20, 33:11, 33:15, 40:7, 40:15, 40:25, 50:14, 51:21, 53:25, 59:18, 68:6, 69:18, 70:9, 71:4, 71:8, 71:12, 74:25, 76:2, 77:5, 79:4, 79:9, 79:15, 79:22, 80:5, 81:24, 87:17, 89:13, 90:7, 93:13, 95:3, 97:18, 98:7, 98:12, 102:2, 109:5, 112:20, 112:24, 119:25, 120:13, 121:19, 124:15, 127:23, 129:16, 133:14, 135:7, 140:22, 141:8, 141:12, 141:14, 143:16, 144:4, 145:5, 147:7, 147:13, 149:6, 157:24, 159:4, 173:6, 177:20,

178:5, 179:6, 179:8,
179:12, 179:16, 182:13,
182:17, 182:21, 183:3,
184:17, 185:23, 188:2,
188:23, 197:14, 209:25,
222:20, 222:24, 224:2,
232:13, 240:25, 242:2,
242:7, 242:11, 243:2
them's [1] - 78:2
there's [10] - 54:25,
65:22, 75:17, 80:13,
90:23, 95:23, 96:9,
129:20, 172:22, 224:14
therefor [1] - 3:23
thereon [1] - 111:2
they're [6] - 19:7, 79:15,
79:16, 82:21, 168:12,
182:4
third [1] - 56:21
thousands [4] - 109:25,
110:11, 110:12, 118:5
three [8] - 74:5, 76:3,
77:14, 77:15, 81:10,
99:4, 108:23, 221:8
Three [1] - 246:5
three-page [1] - 221:8
Three-page [1] - 246:5
Thursday [1] - 65:20
tie [1] - 138:11
TIME [1] - 1:12
times [14] - 88:3, 109:25,
110:10, 110:12, 110:16,
118:6, 141:10, 154:24,
168:4, 171:24, 175:24,
192:20, 219:15, 222:8
tinker [1] - 119:14
titled [2] - 56:15, 244:21
Tober [3] - 45:6, 218:21,
219:11
today's [1] - 14:24
togoodtobefore@at&t
[1] - 174:5
togoodtobefore@at&t.
net [4] - 173:14, 174:14,
175:8, 175:18
togoodtobefore@att.
net [1] - 162:11
tomorrow [4] - 127:18,
127:24, 173:10, 221:19
ton [2] - 174:21, 181:18
transacted [1] - 186:10
transactions [1] - 216:21
transcript [3] - 4:10,
88:5, 102:6
transition [1] - 69:13
transmission [2] - 88:16,
95:17
travelled [2] - 237:18,
237:19
treasurer [3] - 12:21,

205:20, 206:8
Trencher [2] - 212:4,
212:8
trial [4] - 4:14, 138:10,
238:11, 238:16
TRIAL [1] - 1:15
trivial [1] - 121:2
true [5] - 207:3, 236:19,
237:14, 237:16, 248:11
Trust [15] - 56:16, 83:2,
98:4, 191:16, 192:8,
192:23, 193:19, 194:24,
195:21, 205:20, 206:9,
216:22, 218:3, 244:22,
247:18
Trusted [1] - 169:2
truthful [2] - 7:25, 233:22
tune [1] - 156:21
tup [1] - 72:11
turning [1] - 79:18
twice [1] - 187:8
two-minute [1] - 177:21
Two-page [7] - 244:8,
244:13, 244:15, 244:19,
244:23, 245:22, 246:4
two-page [7] - 37:13,
48:21, 49:4, 55:17,
58:21, 183:9, 207:9
type [8] - 91:10, 101:24,
103:17, 168:7, 169:10,
247:13
types [1] - 168:14
typically [4] - 67:25,
173:15, 173:20, 174:11

**U**

U.S [2] - 23:11, 23:12
uh [2] - 183:25, 233:18
ultimately [1] - 206:7
um [1] - 58:6
un [1] - 129:7
UN [3] - 1:4, 2:5, 6:3
un-assign [1] - 129:7
unable [1] - 198:4
unanswerable [2] -
152:3, 152:4
unauthorized [4] - 92:13,
92:16, 92:21, 93:3
unaware [2] - 72:8, 90:15
unbeknownst [1] -
110:22
uncle [2] - 19:21, 19:22
understand [36] - 7:4,
7:6, 7:18, 32:24, 42:8,
43:21, 67:8, 67:15,
96:14, 98:6, 102:7,
111:11, 111:21, 111:24,
113:6, 113:12, 114:4,
114:6, 116:3, 119:6,

119:19, 120:14, 125:4,
126:9, 127:21, 143:10,
145:23, 148:19, 148:20,
152:14, 152:15, 173:2,
173:5, 208:25, 219:2,
225:19
understanding [3] -
112:2, 122:12, 209:18
understands [2] - 112:3,
137:10
understood [1] - 178:9
undertake [1] - 216:21
unfamiliar [2] - 163:3,
163:4
UNIFORM [2] - 3:2, 4:2
unincorporated [1] -
12:11
unintelligible [1] - 127:6
unit [6] - 134:22, 135:5,
135:15, 135:23, 136:22,
144:10
United [104] - 1:18, 5:13,
24:14, 25:3, 25:5,
25:11, 25:14, 25:22,
26:10, 26:20, 26:22,
26:23, 27:5, 42:9,
42:16, 42:18, 42:22,
44:14, 45:19, 56:15,
57:24, 61:10, 61:19,
83:2, 98:4, 105:20,
106:4, 106:21, 108:18,
108:20, 108:25, 109:9,
109:11, 109:17, 109:23,
110:25, 111:7,
113:2, 113:9, 115:17,
116:2, 117:13, 117:22,
118:9, 118:14, 118:20,
121:15, 123:3, 126:3,
127:3, 129:9, 130:4,
130:11, 130:18, 131:4,
132:2, 132:11, 133:5,
134:12, 135:16, 135:23,
136:17, 138:2, 145:10,
145:17, 147:25, 148:24,
149:17, 150:3, 150:8,
155:13, 155:25, 156:22,
158:9, 161:15, 161:21,
164:3, 170:3, 172:5,
173:19, 173:24, 180:22,
191:15, 192:8, 192:23,
193:19, 194:23, 195:21,
203:3, 204:4, 205:20,
206:9, 216:22, 217:7,
218:3, 218:22, 219:11,
226:18, 237:23, 237:24,
244:21, 247:18
units [1] - 136:23
unlike [1] - 24:5
unresponsive [1] -
149:13

unstapled [1] - 79:7
URPA [1] - 225:14
URPA.com [1] - 154:23
user [5] - 130:23, 131:3,
131:6, 160:24, 172:3
users [1] - 153:2
utilized [1] - 4:14

**V**

V.com [3] - 163:8,
163:10, 163:13
V@UnitedRealty [1] -
162:24
V@unitedrealty.com [1]
- 163:2
vague [2] - 17:12, 125:9
vaguely [3] - 180:5,
201:20, 215:24
vasts [1] - 114:10
Vay [3] - 202:12, 202:15,
202:19
Versch [1] - 207:22
Verschleiser [51] - 5:9,
5:11, 5:16, 6:24, 8:16,
8:18, 8:24, 8:25, 9:8,
9:11, 37:17, 39:3,
49:8, 53:11, 60:4,
71:22, 72:4, 80:15,
80:20, 94:14, 95:8,
98:3, 112:7, 136:16,
142:24, 147:16, 151:12,
167:25, 169:14, 176:25,
177:5, 182:5, 182:8,
182:11, 182:14, 182:18,
183:20, 195:15, 202:23,
202:25, 203:3, 203:8,
206:4, 207:23, 208:2,
208:14, 208:15, 227:16,
232:20, 242:13, 246:10
VERSCHLEISER [4] -
1:7, 1:16, 2:13, 243:9
Verschleiser's [1] - 8:9
version [2] - 79:7, 79:8
versus [1] - 5:15
VI.com [3] - 166:6,
166:10, 166:15
victim [1] - 58:3
Video [3] - 2:18, 5:7, 6:10
video [1] - 5:3
videographer [3] - 8:12,
70:24, 147:6
VIDEOGRAPHER [21] -
5:2, 5:10, 6:8, 32:20,
33:11, 33:15, 71:8,
71:12, 79:22, 80:5,
147:7, 147:13, 179:8,
179:12, 179:16, 222:20,
222:24, 242:2, 242:7,
242:11, 243:2

Videographer [1] - 2:18
VIDEOTAPED [1] - 1:15
view [3] - 97:9, 157:22, 157:25
VINCENZO [1] - 2:18
Vincenzo [1] - 5:5
Virtual [4] - 166:4, 166:10, 166:15, 168:21
Vitali [1] - 95:19
Volpe [3] - 6:4, 147:11, 152:19
VOLPE [2] - 2:19, 6:4
VPS.com [1] - 169:3

**W**

wait [7] - 70:6, 135:11, 158:3, 223:20, 232:13
waiting [2] - 218:7, 240:21
waived [2] - 3:5, 4:17
Wall [5] - 13:13, 14:5, 85:20, 87:4, 87:7
wanted [3] - 32:21, 104:7, 228:3
Warren [1] - 236:2
was he [1] - 25:4
was it [3] - 84:18, 220:25, 233:22
was that [4] - 18:7, 57:23, 85:5, 122:15
was there [2] - 67:21, 68:10
waste [1] - 222:2
wasted [1] - 181:18
wasting [1] - 128:19
watching [1] - 51:19
ways [4] - 45:22, 105:13, 114:11, 128:8
we'll [17] - 51:8, 76:9, 91:15, 93:4, 97:21, 97:22, 97:23, 100:5, 145:2, 153:14, 155:21, 173:10, 180:9, 222:17, 240:22, 240:23
we're [30] - 23:2, 32:24, 79:18, 87:24, 93:19, 96:21, 100:4, 110:8, 126:6, 137:7, 138:8, 138:23, 143:16, 147:4, 152:15, 158:12, 159:20, 174:19, 176:5, 176:7, 181:10, 191:17, 193:5, 197:5, 216:12, 216:14, 218:15, 221:20, 222:2, 230:22
we've [6] - 147:3, 175:4, 176:13, 181:18, 231:15, 240:15
web [1] - 68:16

webmaster [1] - 230:12
webmaster@Magenu. org [1] - 180:13
website [13] - 41:4, 48:2, 52:8, 53:14, 54:15, 55:5, 57:12, 57:19, 66:16, 67:16, 68:9, 68:10, 68:25
websitewelcome.com [4] - 166:18, 166:22, 167:3, 168:21
Wednesday [1] - 5:4
week [3] - 84:20, 118:12, 118:15
weekend [4] - 86:22, 86:24, 100:14
weeks [1] - 46:24
Weins [2] - 38:13, 38:16
were you [13] - 18:12, 18:23, 24:6, 34:15, 35:3, 35:12, 58:7, 69:21, 70:17, 85:19, 87:3, 87:6, 118:17
what are [2] - 78:14, 91:19
what did [9] - 16:16, 17:4, 17:8, 18:2, 18:14, 92:11, 208:15, 208:25
what is [18] - 30:16, 59:20, 65:12, 65:16, 69:15, 73:21, 73:23, 81:2, 81:17, 92:23, 102:24, 164:9, 177:10, 184:4, 229:12, 229:14, 232:13
what was [13] - 14:9, 17:16, 65:2, 89:7, 90:9, 117:3, 133:14, 178:12, 208:8, 208:12, 216:9, 216:10
what were [1] - 216:10
what's [42] - 9:6, 19:9, 37:18, 39:4, 49:9, 49:23, 51:12, 52:16, 53:12, 56:22, 58:25, 60:5, 62:21, 64:20, 65:19, 71:23, 74:20, 93:18, 95:3, 99:2, 105:21, 105:22, 154:21, 181:7, 183:13, 185:16, 186:23, 190:20, 200:25, 205:24, 207:13, 209:5, 213:13, 213:17, 216:18, 221:12, 223:13, 224:21, 225:25, 233:4, 247:12
whatsoever [1] - 156:6
when did [6] - 16:20, 100:2, 154:25, 175:25, 219:24, 220:12
when were [1] - 83:20

when you [12] - 11:16, 16:15, 92:6, 92:12, 99:21, 100:20, 112:8, 112:13, 127:9, 178:9, 233:22
where is [2] - 31:7, 56:10
where were [1] - 73:15
where's [2] - 207:5, 223:11
WHEREOF [1] - 248:18
Whereupon [46] - 27:23, 33:13, 37:12, 38:22, 40:17, 46:15, 48:15, 48:20, 49:3, 52:11, 53:7, 55:16, 56:14, 58:20, 59:23, 62:16, 64:15, 71:10, 71:17, 74:10, 74:15, 76:12, 76:17, 79:24, 80:2, 98:16, 120:18, 121:21, 133:16, 141:15, 147:9, 152:19, 164:23, 176:20, 179:14, 183:8, 205:2, 207:8, 221:7, 222:22, 223:5, 231:3, 232:18, 242:9, 243:4
white [2] - 104:21, 105:7
who are [3] - 10:15, 234:11, 234:25
who is [9] - 45:10, 65:10, 65:25, 180:25, 190:18, 199:16, 208:6, 224:23, 230:9
who was [1] - 25:20
whoa [2] - 159:5
wide [1] - 143:2
wife [4] - 19:16, 19:25, 237:20, 247:4
wife's [2] - 9:6, 213:15
Winter [1] - 6:3
WINTER [2] - 1:4, 2:5
wish [1] - 152:10
wished [1] - 159:14
Witness [1] - 243:5
witness [5] - 4:22, 6:12, 6:14, 248:9, 248:12
WITNESS [72] - 5:8, 6:17, 11:16, 11:19, 29:12, 29:20, 29:22, 40:7, 40:15, 40:25, 50:14, 51:21, 53:25, 59:18, 68:6, 69:18, 70:9, 71:4, 74:25, 76:2, 77:5, 79:4, 79:9, 79:15, 81:24, 87:17, 89:13, 90:7, 93:13, 95:3, 97:18, 98:7, 98:12, 102:2, 109:5, 112:20, 112:24, 119:25, 120:13, 121:19, 124:15, 127:23, 129:16,

133:14, 135:7, 140:22, 141:8, 141:14, 143:16, 144:4, 145:5, 149:6, 157:24, 159:4, 173:6, 177:20, 178:5, 179:6, 182:13, 182:17, 182:21, 183:3, 184:17, 185:23, 188:2, 188:23, 197:14, 209:25, 224:2, 232:13, 240:25, 248:18
wonderful [1] - 72:11
word [5] - 107:13, 162:24, 164:2, 218:24, 219:3
words [8] - 100:15, 102:11, 102:13, 107:4, 119:22, 156:3
work [12] - 13:9, 138:10, 183:23, 201:21, 218:2, 220:9, 227:7, 229:5, 230:11, 236:5, 238:17, 247:17
worked [2] - 17:18, 18:3
working [7] - 17:24, 57:24, 61:2?, 62:2, 70:19, 70:22, 227:3
works [5] - 181:5, 188:20, 189:20, 220:6, 220:8
world [7] - 18:16, 18:18, 18:21, 51:4, 59:16, 170:17, 241:22
wouldn't [8] - 7:14, 36:15, 122:19
wrap [1] - 139:23
Wrecks [1] - 56:11
writ [1] - 34:3
write [50] - 38:2, 38:6, 39:14, 39:18, 40:3, 40:6, 40:13, 47:14, 47:19, 47:21, 47:23, 47:25, 48:10, 49:13, 49:20, 50:3, 50:10, 51:16, 52:4, 52:20, 53:3, 54:10, 55:8, 55:13, 56:2, 56:7, 57:2, 57:9, 58:17, 59:6, 59:13, 60:9, 60:16, 62:10, 63:5, 63:13, 72:15, 72:21, 72:24, 83:13, 140:24, 204:14, 204:15, 204:20, 205:8, 205:17, 206:14, 206:18, 206:20, 236:10
writer [1] - 61:24
writes [1] - 227:12
writing [5] - 72:18, 73:9, 88:8, 153:23, 168:2
written [6] - 34:13, 46:10, 48:5, 51:6, 58:14, 62:3, 206:3, 206:20

E.  VERSCHLEISER

| | |
|---|---|
| **wrong** [2] - 137:9, 198:19 **wrote** [13] - 34:4, 61:11, 72:13, 73:4, 73:7, 80:22, 83:5, 90:19, 92:6, 92:7, 92:9, 92:12, 206:17 | **Z** |
| | Z-O-L-D-A-N [1] - 213:19 **Zeigelbaum** [2] - 202:2, 202:5 **zero** [1] - 112:17 **ZIP** [1] - 10:9 **Zoldan** [3] - 9:7, 213:12, 213:21 **ZR** [1] - 186:7 |
| **X** | |
| X1 [6] - 30:2, 30:9, 30:21, 31:4, 239:23, 240:18 | |
| **Y** | |
| **Yahoo** [3] - 114:12, 114:13, 125:22 **Yanki** [2] - 198:8, 198:11 **yeah** [23] - 13:14, 30:20, 31:22, 64:7, 67:2, 77:5, 77:7, 79:9, 79:16, 105:24, 112:16, 124:15, 179:6, 179:10, 187:7, 187:17, 189:19, 191:12, 208:21, 209:25, 216:17, 217:10, 224:17 **year** [8] - 15:13, 16:8, 16:23, 17:3, 18:7, 18:17, 31:2, 31:3 **years** [8] - 13:15, 18:13, 33:23, 33:24, 34:18, 65:15, 239:25, 240:15 **yep** [1] - 201:22 **yeshiva** [2] - 16:17, 16:18 **Yeshiva** [3] - 16:21, 17:7, 17:17 **yom** [1] - 72:11 **YORK** [3] - 1:2, 1:2, 248:3 **York** [20] - 1:20, 1:22, 2:6, 2:10, 2:14, 5:13, 6:15, 12:19, 12:23, 13:3, 15:8, 16:2, 20:24, 115:2, 248:8 **Yorten** [1] - 208:6 **you'd** [5] - 34:21, 66:10, 146:4, 177:9, 219:5 **you'll** [3] - 51:9, 217:19 **you's** [2] - 47:4, 177:2 **you've** [22] - 14:6, 22:25, 43:2, 43:4, 47:9, 83:24, 88:2, 105:5, 107:24, 110:10, 113:23, 120:22, 128:7, 132:9, 139:16, 162:20, 165:9, 169:12, 174:21, 229:18, 234:14, 241:5 **yours** [3] - 19:7, 19:14, 175:16 **yourself** [2] - 24:5, 34:13 | |

# EXHIBIT G



# EXHIBIT H

United Realty Partners | 866 UN Plaza

# THE REAL DEAL
NEW YORK CITY REAL ESTATE NEWS

## Feud between United Realty CEO and ex-president turning ugly

*Frydman claims "disparagement campaign" being waged by Verschleiser, who denies assertion*

April 17, 2014 02:45PM
By Zachary Kussin

« PREVIOUS        NEXT »



*Jacob Frydman and Eli Verschleiser*

The ongoing war between United Realty Partners' Chairman and CEO Jacob Frydman and his onetime business associate, Eli Verschleiser, is getting even nastier. Now, Frydman is claiming that the former United Realty president is orchestrating a "disparagement campaign" against him.

In a request for a temporary restraining order filed this week, the United Realty chairman alleges that Verschleiser is behind a smear campaign that includes anonymous email attacks and an unflattering post about him on consumer reporting site Ripoff Report.

"Jacob Frydman will wine you, dine you, then screw you," the review reads, which is still posted on the site. "He does not pay his bills, even the smallest of them.."

One of the emails allegedly sent on Verschleiser's behalf was mailed in February from an anonymous address to a company Frydman had contacted about a potential sublease. "As an informed consumer we wish you to be one as well," the message reads. "You are about to enter into an agreement with an individual who [allegedly] does anything and everything NOT to pay his vendors and or circumvent any written agreement he or his affiliated entities have … "

The broker handling the sublease contacted Frydman to tell him about the message, informing him that the sublandlord was "very concerned about proceeding," according to the court filing, which is an amendment to a lawsuit filed by Frydman in March.

Verschleiser claims that the judge hearing the case already denied Frydman's request for the restraining order. In a written statement to *The Real Deal*, Verschleiser noted: "He lost in court and the judge did not award him the injunction. I ultimately decided to resign as the President and Treasurer of United Realty Trust due to the fraud and actions of my ex-partner Mr. Jacob Frydman as outlined in my the lawsuits against him."

Frydman, however, says the request has not been denied, and that the matter will be dealt with at a hearing later this month.

The disagreement over something as basic as the disposition of the restraining order request is hardly surprising. Indeed, Frydman and Verschleiser have been at loggerheads ever since United Realty's attempt to purchase 866 United Nations Plaza fell through last year. The property was ultimately purchased by Meadow Partners.

On December 18, Verschleiser sued Frydman for allegedly transferring funds improperly — a move Verschleiser claims disqualified United Realty as a prospective buyer of the building. In the complaint, Verschleiser says that Frydman moved nearly $7 million of investors' funds after Verschleiser resigned from his post at the company. The suit alleges that Frydman still had control of the funds even though they were not used in the failed bid to purchase 866 United Nations Plaza.

But Frydman told *The Real Deal* at the time of the suit: "All investor money was returned immediately, and before [Verschleiser's] lawsuit was ever filed."

Court records show a communication authorizing the transfer of $4.9 million was made on December 17 — a day before the Verschleiser suit was filed. Documents obtained by *The Real Deal* indicate that the next day, an attorney representing Verschleiser apparently messaged Frydman seeking to block any monetary transfer, claiming that such a move required Verschleiser's approval.

Sources with knowledge of the deal say that the money was not transferred to investors, but to Frydman's personal business account. Other sources, however, claim that the account was not Frydman's but had been set up for investors.

For his part, the former United Realty executive insists that Frydman's current lawsuit is an attempt to deflect attention from his own allegations. "Jacob Frydman simply copies my complaints and lawsuits and files the same, in an apparent act to mislead the public and avoid filing the required 8-K notifying them of my allegation."

In a complaint filed on March 14 of this year, Verschleiser did accuse Frydman of making defamatory remarks about him and instructing others to do the same in an email message about the disputed transfer of funds. According to the suit, Frydman also sent the message to an independent broker with nearly 200 representatives and Verschleiser's affiliates in the real estate business.

"Frydman's email did not disclose that he only returned the funds to investors after being sued by Verschleiser, thereby confirming that Frydman understood Verschleiser's claims to be true and accurate," the suit reads.

Frydman denies the allegation, claiming that the former United Realty president knew the funds had been transferred prior to the December 18 filing of Verschleiser's suit.

In January, Justice Eileen Bransten ruled that the dispute over the funds should be sent to arbitration.

Verschleiser appealed this decision in February, court records show.

Tags: United Realty Partners

Like   One person likes this. Sign Up to see what your friends like.

## Now Trending on The Real Deal

by Taboola

**New York City real estate bigwigs rank among world's richest Jewish peopleNew York City real estate bigwigs rank among world's richest Jewish people**

EXHIBIT I

User Name UnitedRealty
Item __ALL__
Action __ALL__
Start Date 12/2/2013 0:00
End Date 12/10/2013 0:00

| Date | Account | Login | Host name Windows\IP Address Source | EventID | Affected | Item | Action | Details |
|---|---|---|---|---|---|---|---|---|
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | Ahona.s@Ur | Users | Delete | Active Directory User "Ahona.s@urpa.com" was deleted |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | | Exchange | Mailbox | The mailbox was not created because the e-mail address "Ahona.s@urpa.com" is already assigned to some other object |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | Ahona.s@u | Exchange A | Create | Cannot create Mailbox 'Ahona.s@urpa.com' (Enabling Exchange on AD user) |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | Ahona.s@urpa.com | | Create | Active Directory User "Ahona.s@urpa.com" has been successfully created |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | Asher@urp | Email Archi | Enable | Email Archiving was enabled for user "Asher@urpa.com" |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | Asher@urp | Token Auth | Enable | My services logins to Outlook has been enabled for "Asher@urpa.com" |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | Asher@urp | ActiveSync | Create | ActiveSync service for ActiveSync "Asher@urpa.com" has been enabled |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | Asher@urp | Exchange | Create | Mailbox 'Asher@urpa.com' has been successfully created |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | Asher@urp | Users | Create | Active Directory User "Asher@urpa.com" has been successfully created |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 108.14.1.14 | 1.12E+08 | | | | User is logged in (public) |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | JChandler | Users | Disable | Active Directory User "JChandler@URSecurities.com" has been disabled |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Sam.A@ur | User Permi | Delete | User Permissions were deleted |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Account | Account | Modify | Billing Information was successfully changed on accounts: UnitedRealty |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Account | Company | Modify | Company Information was successfully changed () |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Abc.c@urp | Users | Disable | Active Directory User "Abc.c@urpa.com" has been disabled |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | | | | Account is logged in (public) |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | | | | Account is logged in (not specified) |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Jacob.f@ur | Contact | Modify | Settings of Contact 'Jacob.f@urpa.com' were successfully changed (Password:b*****) |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | | | | Administrator 'jurice' logged in |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Hosting.Pu | Account | Get | Cannot get Account Contact 'Hosting.Public.Data.Contacts.ContactsInfo' (Access denied) |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | | | | Account is logged in (not specified) |
| 12/10/2011 UnitedRealty | jacob.f@urpa.com | jacob.f@urpa.com | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Hosting.Pu | Contact | Modify | Security questions of contact 'jacob.f@urpa.com' were updated |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Hosting.Lib | Contact | Modify | Settings of Contact 'Hosting.Library.Contacts.Public.Data.ContactsInfo' were successfully changed () |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Intermedia | Account | Modify | Contact 'intermediatestcontact123@intermedia.net' was successfully unassigned from account |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Jacob Fryd | Account | Modify | Settings of Account Contact 'Jacob Frydman' were successfully changed () |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Jacob Fryd | Account | Create | Account Contact 'Jacob Frydman' has been successfully created |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | | | | Account is logged in (not specified) |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Eli vercchie | Account | Modify | Contact 'Eli vercchie' was successfully unassigned from account |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Intermedia | Account | Modify | Settings of Account Contact 'intermediatestcontact123@intermedia.net' were successfully changed () |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Intermedia | Account | Create | Account Contact 'intermediatestcontact123@intermedia.net' has been successfully created |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | 2govd2b4 | Users | Delete | Contact '2govd2b4@att.net' was deleted |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Asher.G@u | Exchange | Delete | Mailbox 'Asher.G@urpa.com' was deleted |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Asher.G@u | Token Auth | Disable | My services logins to Outlook has been disabled for "Asher.G@urpa.com" |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Asher.G@u | ActiveSync | Delete | ActiveSync service for ActiveSync "Asher.G@urpa.com" has been disabled |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | | Distribution | Modify | Distribution List settings have been successfully changed for "(Members)" |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | ahuva.s@n | Contacts | Create | Contact 'ahuva.s@multigroups.com' has been successfully created |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Ahuva.s@u | Distribution | Modify | Distribution List settings have been successfully changed for "Ahuva.s@urpa.com" (Visibility) |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Ahuva.s@u | Distribution | Create | Distribution List 'Ahuva.s@urpa.com' has been successfully created |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Ahona.S@u | Exchange | Delete | Mailbox 'Ahona.S@urpa.com' was deleted |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Ahuva.S@u | Token Auth | Disable | My services logins to Outlook has been disabled for "Ahuva.S@urpa.com" |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Ahona.S@u | ActiveSync | Delete | ActiveSync service for ActiveSync "Ahona.S@urpa.com" has been disabled |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | | | | Account is logged in (public) |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | | | | Account is logged in (public) |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | | | | Account is logged in (not specified) |
| 12/10/2011 UnitedRealty | jurice (adm) | jurice (adm) | WEHOST2 \ INTERMED 10.16.195.64 | 1.12E+08 | Hosting.Pu | Contact | Modify | Contact '2govd2b4@att.net' was locked |
| 12/10/2011 UnitedRealty | 2govd2b4@att.net | 2govd2b4@att.net | WEHOST2 \ INTERMED 38.104.167.138 | 1.12E+08 | Jacob_Fryd | MailboxPst | Delete | File 'Jacob_Frydman_12-09-2013.pst' was deleted |
| 12/10/2011 UnitedRealty | joedavis (adm) | joedavis (adm) | WEHOST2 \ INTERMED 10.16.194.136 | 1.12E+08 | | | | Administrator 'joedavis' logged in |
| 12/10/2011 UnitedRealty | joedavis (adm) | joedavis (adm) | WEHOST2 \ INTERMED 10.16.194.136 | 1.12E+08 | | | | Account is logged in (not specified) |

| Date | Account | Host / Server | Operation | Description |
|---|---|---|---|---|
| 12/10/2011 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | Distribution Modify | Account is logged in (Members) |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | Distribution Modify | Distribution List settings have been successfully changed for "" (Members) |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | Hosting,Pui Contacts Modify | Settings of Exchange Contact 'Hosting.Public.Data.HostingServices.MSExchange.MSExchangeContactInfo' were successfully changed (Visibility) |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | elV@urpa Distribution Modify | Distribution List settings have been successfully changed for 'elv.@urpa.com' (Visibility) |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | elV@urpa Distribution Create | Distribution List 'elv.@urpa.com' has been successfully created |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | 1.12E+08 | Account is logged in (public) |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | ElV@urpa Users Delete | Active Directory User 'ELV@urpa.com' was deleted |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | ElV@urpa Exchange A Delete | Mailbox 'ELV@urpa.com' was deleted |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | ElV@urpa Token Auf Disable | My services logins to Outlook has been disabled for 'ELV@urpa.com' |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | ElV@urpa ActiveDrive Delete | ActiveSync service for ActiveDrive 'ELV@urpa.com' has been disabled |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | 1.12E+08 | Account is logged in (public) |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 70.208.68.246 | elV@urpa,it Contacts Create | Contact 'elv@mail.urpa.com' has been successfully created |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 70.208.68.246 | 1.12E+08 | Account is logged in (public) |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | URPA_Bad MailboxPst Delete | File 'URPA_Backup_Joseph_Santacruz_12-01-2013.pst' was deleted |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | Ahava_Sta MailboxPst Delete | File 'Ahava_Stamonis_12-06-2013.pst' was deleted |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | Asher_Gol MailboxPst Delete | File 'Asher_Goldfarb_12-06-2013.pst' was deleted |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | EL_Vreszh MailboxPst Delete | File 'ElJ_Verszfelder_12-06-2013.pst' was deleted |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | Jacob_Fryd MailboxPst Delete | File 'Jacob_Frydman_12-06-2013.pst' was deleted |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | Monica_Fr MailboxPst Delete | File 'Monica_Frydman_12-06-2013.pst' was deleted |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | Cathy_Lars MailboxPst Delete | File 'Cathy_Larson_12-06-2013.pst' was deleted |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | Backup sch Pst Backup Create | Backup for mailboxes 'jacob.6@urpa.com' has been created |
| 12/9/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 38.104.167.138 | 1.12E+08 | Account is logged in (public) |
| 12/9/2013 UnitedRealty | joe6wis (adm) | WEHOST2 - INTERMED 10.16.194.136 | 1.12E+08 | Account is logged in (not specified) |
| 12/9/2013 UnitedRealty | jacob.6@urpa.com | WEHOST2 - INTERMED 38.104.167.138 | jacob.6@ur Users Modify | Password for Jacob Frydman has been successfully changed |
| 12/8/2013 UnitedRealty | tuxloc (adm) | TASKSC2 - INTERMED 10.254.240.50 | 1.12E+08 | Account is logged in (not specified) |
| 12/8/2013 UnitedRealty | tuxloc (adm) | TASKSC2 - INTERMED 10.254.240.50 | 1.12E+08 | Account is logged in (not specified) |
| 12/7/2013 UnitedRealty | tuxloc (adm) | TASKSC2 - INTERMED 127.0.0.1 | 1.12E+08 | Email about increasing of PstManager disk quota was sent to 2good2b4@att.net |
| 12/7/2013 UnitedRealty | tuxloc (adm) | TASKSC2 - INTERMED 127.0.0.1 | 1.12E+08 | PstManager disk quota was increased from 20000MB to 81000MB |
| 12/7/2013 UnitedRealty | tuxloc (adm) | TASKSC2 - INTERMED 127.0.0.1 | 1.12E+08 | Email sent for PstManager Disk Quota Exceeded event (send to: 2good2b4@att.net from: "Intermedia Billing Dept" <BillingNotifications@intermedia.net>) |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | 1.12E+08 | Account is logged in (public) |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | Adher.6@u Email Archi Disable | Email Archiving was successfully disabled for user 'Asher.6@urpa.com' |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | Ahava.5@u User Permi Create | User Permissions were created |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | Ahava.5@u Email Archi Disable | Email Archiving was successfully disabled for user 'Ahava.5@urpa.com' |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | Ahava.5@u Email Archi Enable | Email Archiving was successfully enabled for user 'Ahava.5@urpa.com' |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | Abx.6@urp Email Archi Disable | Email Archiving was successfully disabled for user 'Abx.6@urpa.com' |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | 1.12E+08 Account | Outlook Da Send notifi | Account is logged in (public) |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 10.254.240.50 | 1.12E+08 Account | Outlook Da Modify | Account is logged in (not specified) |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | 1.12E+08 | Account is logged in (public) |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | 1.12E+08 | Account is logged in (public) |
| 12/6/2013 UnitedRealty | tuxloc (adm) | TASKSC2 - INTERMED 127.0.0.1 | 1.12E+08 | Email sent for PstManager Disk Quota Exceeded event (send to: notifications@intermedia.net from: 2good2b4@att.net) |
| 12/6/2013 UnitedRealty | tuxloc (adm) | TASKSC2 - INTERMED 127.0.0.1 | 1.12E+08 | Account is logged in (not specified) |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | 1.12E+08 | Account is logged in (public) |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | Backup sch Pst Backup Create | Backup for PstManager Disk Quota Exceeded event (send to: 2good2b4@att.net, "Asher.6@urpa.com", "jacob.6@urpa.com", "monica.6@urpa.com" has been created |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | ElV@urpa Email Archi Enable | Email Archiving was enabled for user 'ELV@urpa.com' |
| 12/6/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 108.25.11.176 | 1.12E+08 | Account is logged in (public) |
| 12/6/2013 UnitedRealty | jetler (adm) | WEHOST2 - INTERMED 10.16.195.64 | 1.12E+08 | Account is logged in (not specified) |
| 12/6/2013 UnitedRealty | jetler (adm) | WEHOST2 - INTERMED 10.16.195.64 | 1.12E+08 | Account is logged in (not specified) |
| 12/6/2013 UnitedRealty | prazdukow (adm) | WEHOST2 - INTERMED 10.3.1.101 | 1.12E+08 | Administrator 'prazdukow' logged in |
| 12/6/2013 UnitedRealty | prazdukow (adm) | WEHOST2 - INTERMED 10.3.1.101 | 1.12E+08 | Account is logged in (not specified) |
| 12/6/2013 UnitedRealty | jetler (adm) | WEHOST2 - INTERMED 10.16.195.64 | 1.12E+08 | Account is logged in (not specified) |
| 12/6/2013 UnitedRealty | monica.4@urpa.com | WEHOST2 - INTERMED 38.104.167.138 | monica.4@ Users Modify | Password for Monica Frydman has been successfully changed |
| 12/6/2013 UnitedRealty | jacob.6@urpa.com | WEHOST2 - INTERMED 38.104.167.138 | jacob.6@ur Users Modify | Password of contact 'jacob.6@urpa.com' was reset |
| 12/6/2013 UnitedRealty | Jacob.6@urpa.com | WEHOST2 - INTERMED 38.104.167.138 | jacob.6@ur Contact Modify | Password of contact 'jacob.6@urpa.com' was reset |
| 12/6/2013 UnitedRealty | tuxloc (adm) | TASKSC2 - INTERMED 127.0.0.1 | | Email sent for PstManager Disk Quota Exceeded event (send to: notifications@intermedia.net from: 2good2b4@att.net) |
| 12/5/2013 UnitedRealty | tuxloc (adm) | TASKSC2 - INTERMED 127.0.0.1 | | Email sent for PstManager Disk Quota Exceeded event (send to: 2good2b4@att.net from: "Intermedia Billing Dept" <BillingNotifications@intermedia.net>) |
| 12/5/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 70.208.66.208 | monica.4@ User Permi Delete | User Permissions were deleted |
| 12/5/2013 UnitedRealty | 2good2b4@att.net | WEHOST2 - INTERMED 70.208.66.208 | jacob.6@ur User Permi Delete | User Permissions were deleted |

| Date | Entity | Account | Server / IP | Object | Action | Code | Description |
|---|---|---|---|---|---|---|---|
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.66.208 | | | 1.2E+08 | Account is logged in (public) |
| 12/4/2013 | UnitedRealty | jetce (adm) | WEHOST2-INTERMEDO 10.16.195.64 | | | 1.2E+08 | Administrator "Jerice" logged in |
| 12/4/2013 | UnitedRealty | jetce (adm) | WEHOST2-INTERMEDO 10.16.195.64 | | | 1.2E+08 | Account is logged in (not specified) |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.98.208 | 2good2b4 Users | Modify | 1.2E+08 | Password for Monica Frydman has been successfully changed |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.98.208 | 2good2b4 Users | Modify | 1.2E+08 | Password for Jacob Frydman has been successfully changed |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.98.208 | | | 1.2E+08 | Account is logged in (not specified) |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.98.208 | | | 1.2E+08 | Account is logged in (public) |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 38.104.167.138 | monica.f@ User Perml | Modify | 1.2E+08 | User Permissions were changed |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 38.104.167.138 | Sam.A@ User Perml | Modify | 1.2E+08 | User Permissions were changed |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 38.104.167.138 | Sam.A@urs Users | Enable | 1.2E+08 | Active Directory User 'Sam.A@urpa.com' has been enabled |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 38.104.167.138 | Jacob.f@urs User Perml | Modify | 1.2E+08 | User Permissions were changed |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 38.104.167.138 | Jacob.f@urs Users | Enable | 1.2E+08 | Active Directory User 'jacob.f@urpa.com' has been enabled |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 38.104.167.138 | Cathy.L@ur User Perml | Create | 1.2E+08 | User Permissions were created |
| 12/4/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 38.104.167.138 | Cathy.L@ur Users | Enable | 1.2E+08 | Active Directory User 'Cathy.L@urpa.com' has been enabled |
| 12/4/2013 | UnitedRealty | jetce (adm) | WEHOST2-INTERMEDO 38.104.167.138 | | | 1.2E+08 | Account is logged in (public) |
| 12/4/2013 | UnitedRealty | jetce (adm) | WEHOST2-INTERMEDO 10.16.195.64 | Hosting-Psl Contact | Modify | 1.2E+08 | Contact "2good2b4@att.net' was unlocked |
| 12/4/2013 | UnitedRealty | mpaitisn (adm) | WEHOST2-INTERMEDO 10.16.195.64 | | | 1.2E+08 | Account "2good2b4@att.net' was unlocked |
| 12/4/2013 | UnitedRealty | mpaitisn (adm) | WEHOST2-INTERMEDO 10.16.194.11 | | | 1.2E+08 | Account is logged in (public) |
| 12/4/2013 | UnitedRealty | tasicc (adm) | TASICC1 INTERMEDO 127.0.0.1 | | | 1.2E+08 | Email was sent for PstManager Disk Quota Exceeded event (send to: notifications@intermedia.net from: 2good2b4@att.net) |
| 12/3/2013 | UnitedRealty | tasicc (adm) | TASICC1 INTERMEDO 127.0.0.1 | | | 1.2E+08 | Email was sent for PstManager Disk Quota Exceeded event (send to: 2good2b4@att.net from: "Intermedia Billing Dept" <billingnotifications@intermedia.net>) |
| 12/3/2013 | UnitedRealty | jetce (adm) | WEHOST2-INTERMEDO 76.220.33.216 | | | 1.1E+08 | Account is logged in (not specified) |
| 12/3/2013 | UnitedRealty | jeedavis (adm) | WEHOST2-INTERMEDO 10.16.194.136 | | | 1.1E+08 | Account is logged in (not specified) |
| 12/3/2013 | UnitedRealty | jetce (adm) | WEHOST2-INTERMEDO 10.16.195.64 | | | 1.1E+08 | Account is logged in (not specified) |
| 12/3/2013 | UnitedRealty | jetce (adm) | WEHOST2-INTERMEDO 10.16.195.64 | | | 1.1E+08 | Account is logged in (not specified) |
| 12/3/2013 | UnitedRealty | gcitirigno (adm) | WEHOST2-INTERMEDO 10.16.194.89 | Hosting-Psl Contact | Modify | 1.1E+08 | Contact "2good2b4@att.net' was locked |
| 12/3/2013 | UnitedRealty | gcitirigno (adm) | WEHOST2-INTERMEDO 10.16.194.89 | | | 1.1E+08 | Account is logged in (not specified) |
| 12/3/2013 | UnitedRealty | mpaitisn (adm) | WEHOST2-INTERMEDO 10.16.194.11 | | | 1.1E+08 | Administrator "mpaitisn" logged in |
| 12/3/2013 | UnitedRealty | mpaitisn (adm) | WEHOST2-INTERMEDO 10.16.194.11 | | | 1.1E+08 | Account is logged in (not specified) |
| 12/3/2013 | UnitedRealty | tasicc (adm) | TASICC1 INTERMEDO 127.0.0.1 | | | 1.1E+08 | Email was sent for PstManager Disk Quota Exceeded event (send to: notifications@intermedia.net from: 2good2b4@att.net) |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | Sam.A@urs Users | Disable | 1.1E+08 | Active Directory User 'Sam.A@urpa.com' has been disabled |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | Cathy.L@u Users | Disable | 1.1E+08 | Active Directory User 'Cathy.L@urpa.com' has been disabled |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | Jacob.f@ur Users | Disable | 1.1E+08 | Active Directory User 'Jacob.f@urpa.com' has been disabled |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | | | 1.1E+08 | Account is logged in (public) |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | raul.d@ur PC Backup | Disable | 1.1E+08 | PC Backup for raul.d@urpa.com has been successfully disabled |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | 2good2b4 Contact | Modify | 1.1E+08 | Settings of Contact "2good2b4@att.net' were successfully changed () |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | 2good2b4 Contact | Modify | 1.1E+08 | Settings of Contact "2good2b4@att.net' were successfully changed (MarketingOptout=False) |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | monica.f@ User Perml | Modify | 1.1E+08 | User Permissions were changed |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | Alex.C@urs Users | Enable | 1.1E+08 | Active Directory User 'Alex.C@urpa.com' has been enabled |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | | | 1.1E+08 | Account is logged in (public) |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | Nick.c@urs User Perml | Create | 1.1E+08 | User Permissions were created |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | jacob.f@ur Token Auth | Disable | 1.1E+08 | My services login to Outlook has been disabled for 'jacob.f@urpa.com' |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | Jacob.f@ur Exchange | Modify | 1.1E+08 | Settings have been successfully changed for 'jacob.f@urpa.com' () |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | EILV@urpa Exchange | Modify | 1.1E+08 | Settings have been successfully changed for 'EILV@urpa.com' (Visibility) |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | EILV@urpa PC Backup | Disable | 1.1E+08 | PC Backup for EILV@urpa.com has been successfully disabled |
| 12/2/0UnitedRealty | | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | | | 1.1E+08 | Account is logged in (public) |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | raul.d@urs Email Arckl | Modify | 1.1E+08 | Permissions for user 'raul.d@urpa.com' were successfully changed from 'EndUser,SearchUser,SearchAdmin,SearchAdminPlus' to 'EndUser' |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | Jacob.f@ur Email Arckl | Modify | 1.1E+08 | Permissions for user 'Jacob.f@urpa.com' were successfully changed from 'EndUser,SearchUser,SearchAdmin,SearchAdminPlus' to 'EndUser' |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 38.x44.167.138 | | | 1.xxE+08 | Account is logged in (public) |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.76.205 | Sam.A@urs User Perml | Create | 1.1E+08 | User Permissions were created |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.76.205 | monica.f@ User Perml | Create | 1.1E+08 | User Permissions were created |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.76.205 | jacob.f@ur User Perml | Create | 1.1E+08 | User Permissions were created |
| 12/2/2013 | 0UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.76.205 | EILV@urpa User Perml | Create | 1.1E+08 | User Permissions were created |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.76.205 | 2good2b4 Users | Modify | 1.1E+08 | Password for EILVerschleiser has been successfully changed |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.76.205 | EILV@urpa Users | Enable | 1.1E+08 | Active Directory User 'EILV@urpa.com' has been enabled |
| 12/2/2013 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 70.208.76.205 | | | 1.1E+08 | Account is logged in (public) |
| 12/2/2011 | UnitedRealty | 2good2b4@att.net | WEHOST2-INTERMEDO 100.2.2.26 | Eli Verschle Account | Modify | 1.1E+08 | Contact 'Eli Verschleiser' was successfully unassigned from account |

| Date | Org | User | Server | Code | Object | Operation | Target | Description |
|---|---|---|---|---|---|---|---|---|
| 12/7/2013 | UnitedRealty | 2good2be@att.net | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | | | | Account is logged in (public) |
| 12/7/2013 | UnitedRealty | gcitrigno (adm) | WEHOST2-INTERMED0 10.16.194.89 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | Hosting Pu/Contact | Modify | | Security questions of contact '2good2b@att.net' were updated |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | Eli verschile Account | Modify | | Settings of Account Contact 'Eli verschiler' were successfully changed () |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | Eli verschile Organisatie | Modify | | Manager(s) for Organizational Unit have been successfully set |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | Eli verschile Account | Modify | | Settings of Account Contact 'Eli verschile Organisatie' were successfully changed () |
| 12/7/2013 | UnitedRealty | gcitrigno (adm) | WEHOST2-INTERMED0 10.16.194.89 | 1.11E+08 | 2good2b4 Account | Modify | | Contact '2good2b4@att.net' was successfully assigned to account |
| 12/7/2013 | UnitedRealty | gcitrigno (adm) | WEHOST2-INTERMED0 10.16.194.89 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | gcitrigno (adm) | WEHOST2-INTERMED0 10.16.194.89 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | gcitrigno (adm) | WEHOST2-INTERMED0 10.16.194.89 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | gcitrigno (adm) | WEHOST2-INTERMED0 10.16.194.89 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | gcitrigno (adm) | WEHOST2-INTERMED0 10.16.194.89 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | gcitrigno (adm) | WEHOST2-INTERMED0 10.16.194.89 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | gcitrigno (adm) | WEHOST2-INTERMED0 10.16.194.89 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | elsv@urpa Contact | Modify | | Contact 'elsv@urpa.com' were successfully changed (Password=*****, SmsGateway=Verizon) |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Hosting.Lib Get Contac | Get | | Cannot get Get Contact options 'Hosting.Library.Contacts.Public.Data.ContactInfo' (Access denied) |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | Virginia He Account | Modify | | Contact 'Virginia Hernandez' was successfully unassigned from account |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | Raul Del Fo Account | Modify | | Contact 'Raul Del Forno' was successfully unassigned from account |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | | | | Manager(s) for Organizational Unit have been successfully set |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | | | | Account is logged in (private) |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Account | Cloud Serve | Get | Cannot get Cloud Server (Access denied; Code: 0x0002) |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Account | Cloud Serve | Get | Cannot get Cloud Server (Access denied; Code: 0x0002) |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Account | Cloud Serve | Get | Cannot get Cloud Server (Access denied; Code: 0x0002) |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Account | Cloud Serve | Get | Cannot get Cloud Server (Access denied; Code: 0x0002) |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Account | Contacts | Get | Cannot get Contacts (Access denied; Code: 0x0002) |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | URPA P2 | Pst Backup | Delete | Backup 'URPA P2' has been deleted |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | URPA Back | Pst Backup | Delete | Backup 'URPA Backup' has been deleted |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | | | | Account is logged in (private) |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | Jacob Fryh Account | Modify | | Contact 'Jacob Fryhman' was successfully unassigned from account |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | Raul Del Fo Organisatie | Modify | | Manager(s) for Organizational Unit have been successfully set |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Raul Del Fo Account | Modify | | Settings of Account Contact 'Raul Del Forno' were successfully changed () |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Temry.t@u Users | Disable | | Active Directory User 'Temry.t@urpa.com' has been disabled |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Eli.V@urpa Users | Disable | | Active Directory User 'Eli.v@urpa.com' has been disabled |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Abac.f@urp Users | Disable | | Active Directory User 'Abac.f@urpa.com' has been disabled |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | Eli Verschil Account | Modify | | Settings of Account Contact 'Eli Verschiler' were successfully changed () |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | | | | Account is logged in (private) |
| 12/7/2013 | UnitedRealty | eli.v@urpa.com | WEHOST2-INTERMED0 100.2.2.26 | 1.11E+08 | | | | Account is logged in (private) |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | RDeAgaio-Exchange | Modify | | Settings have been successfully changed for 'RDeAgaio@urenfunds.com' (ForwardingAddress, DeliverToMailboxAndForward=True) |
| 12/7/2013 | UnitedRealty | jacob.f@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | RDeAgaio-Exchange | Modify | | Settings have been successfully changed for 'RDeAgaio@urenfunds.com' (ForwardingAddress, DeliverToMailboxAndForward=False) |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | RDeAgaio-Exchange | Modify | | Settings have been successfully changed for 'RDeAgaio@urenfunds.com' (Visibility) |
| 12/7/2013 | UnitedRealty | virginia.h@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | RDeAgaio-Exchange | Modify | | Settings have been successfully changed for 'RDeAgaio@urenfunds.com' (ForwardingAddress, DeliverToMailboxAndForward=True) |
| 12/7/2013 | UnitedRealty | virginia.h@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | RDeAgaio Users | Distribution | | Distribution List settings have been successfully changed for '' (Members) |
| 12/7/2013 | UnitedRealty | virginia.h@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | virginia.h@ Users | | | Password for 'Richard Deagaio' has been successfully changed |
| 12/7/2013 | UnitedRealty | virginia.h@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | RDeAgaio Users | Disable | | Active Directory User 'RDeAgaio@urenfunds.com' has been disabled |
| 12/7/2013 | UnitedRealty | virginia.h@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | | | | Account is logged in (not specified) |
| 12/7/2013 | UnitedRealty | virginia.h@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | | | | Account is logged in (private) |
| 12/7/2013 | UnitedRealty | raul.d@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | raul.d@urp Users | Modify | | Password for Michael Bisa has been successfully changed |
| 12/7/2013 | UnitedRealty | virginia.h@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | | | | Account is logged in (private) |
| 12/7/2013 | UnitedRealty | virginia.h@urpa.com | WEHOST2-INTERMED0 38.104.167.138 | 1.11E+08 | | | | Account is logged in (not specified) |