# EXHIBIT J

| | |
|---|---|
| **From:** | Raul Del Forno <raul.d@urpa.com> |
| **Sent:** | Wednesday, December 04, 2013 6:11 PM |
| **To:** | Eli Verschleiser |
| **Subject:** | not done right |
| **Attachments:** | image001.png |

Eli enable my account by using
raul.d@clsecurities.com   Password UNITEDr3@lty

or fix their permitions to the following.

| | | | |
|---|---|---|---|
| ↳ Password Field | | ◉ | ◉ |
| ↳ All Settings excluding Password Field | ◉ | ○ | ◉ |
| **Exchange** | | | |
| ↳ Email settings | | | |
| ↳ Email Addresses | ◉ | ◉ | ◉ |
| ↳ Mailbox Access and Forwarding | ◉ | ○ | ◉ |
| ↳ Distribution List | ◉ | ◉ | ◉ |
| ↳ Advanced | ◉ | ○ | ◉ |
| ↳ ActiveSync | ◉ | ◉ | ◉ |
| ↳ Secure Mail | ◉ | ○ | ◉ |
| ↳ BlackBerry | ◉ | ○ | ◉ |
| **Lync** | ◉ | ○ | ◉ |

**Raul Del Forno**
*Director of Technology*

**United Realty Partners, LLC**
44 Wall Street | New York, NY 10005
Main: 212 388 6800 |Direct: 212 388 6808
Raul.D@URPa.com | www.URPa.com

*For Technical Support*
Phone:  212 388 6899
E-mail:  Support@URPa.com

DISCLAIMER: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please destroy it and notify us immediately via reply e-mail or by telephone. Thank you.

1

# EXHIBIT K

Q12000662

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

2017 SEP 25   PM 2: 24

THE PEOPLE OF THE STATE OF NEW YORK |
          v.       |
               |
ELIYAHU VERSCHLEISER (37Y)  |
      DEFENDANT      |
               |

STATE OF NEW YORK
COUNTY OF QUEENS

2012QN021085



POLICE OFFICER CHRISTOPHER RUPPENTHAL OF PORT AUTHORITY, TAX REG#:
442630, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT APRIL 16
2012  AT ABOUT 7:30PM, IN FRONT OF TERMINAL #8 ARRIVALS JFK AIRPORT,
COUNTY OF QUEENS, STATE OF NEW YORK

THE DEFENDANT COMMITTED THE OFFENSE OF:
PL 190.25-3 CRIMINAL IMPERSONATION SECOND DEGREE

IN THAT THE DEFENDANT DID:   (A) PRETEND TO BE A PUBLIC SERVANT, WEAR OR
DISPLAY WITHOUT AUTHORITY A UNIFORM, BADGE, INSIGNIA OR FACSIMILE
THEREOF BY WHICH SUCH PERSON IS LAWFULLY DISTINGUISHED, OR FALSELY
EXPRESSED BY WORDS OR ACTIONS THAT HE WAS A PUBLIC SERVANT OR WAS
ACTING WITH APPROVAL OR AUTHORITY OF A PUBLIC AGENCY OR DEPARTMENT, AND
(B) SO ACTED WITH INTENT TO INDUCE ANOTHER TO SUBMIT TO SUCH PRETENDED
OFFICIAL AUTHORITY TO SOLICIT FUNDS OR TO OTHERWISE CAUSE ANOTHER TO
ACT IN RELIANCE UPON THAT PRETENSE

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S
BELIEF ARE AS FOLLOWS:

DEPONENT STATES THAT HE IS INFORMED BY PHILIP DENT, AN AIRPORT
SECURITY GUARD, THAT AT THE ABOVE-MENTIONED DATE, TIME, AND PLACE OF
OCCURRENCE THE DEFENDANT, ELIYAHU VERSCHLEISER, REFUSED TO MOVE HIS
MOTOR VEHICLE, WHICH WAS DOUBLE-PARKED AND PARKED IN A CROSSWALK AT
THE ABOVE-MENTIONED AIRPORT, AND IDENTIFIED HIMSELF, IN SUM AND
SUBSTANCE, AS A FEDERAL OFFICER.

DEPONENT FURTHER STATES THAT THE DEFENDANT IDENTIFIED HIMSELF TO DEPONENT
AS A FEDERAL LAW ENFORCEMENT AGENT. . DEPONENT FURTHER STATES THAT HE
INFORMED THE DEFENDANT THAT IT IS A CRIME TO FALSELY CLAIM TO BE A
PUBLIC SERVANT AND THAT THE DEFENDANT AGAIN IDENTIFIED HIMSELF AS A
FEDERAL LAW ENFORCEMENT AGENT.

DEPONENT FURTHER STATES THAT THE DEFENDANT STATED TO HIM, IN SUM AND
SUBSTANCE, "I'M IN A PBA."

DEPONENT FURTHER STATES THAT HE HAS OBTAINED AND READ A PRINTOUT OF
THE DEFENDANT'S NATIONAL CRIME INFORMATION CENTER (NCIC) RECORDS,
WHICH ARE BASED UPON THE DEFENDANT'S PEDIGREE INFORMATION.  DEPONENT
FURTHER STATES THAT SAID RECORDS ARE MADE IN THE REGULAR COURSE OF

VERSCHLEISER,ELIYAHU  Q12000562

BUSINESS, THAT IT WAS THE REGULAR COURSE OF SUCH BUSINESS TO MAKE IT
AT THE TIME OF THE ACT, TRANSACTION, OCCURRENCE OR EVENT, OR WITHIN A
REASONABLE TIME THEREAFTER, AND THAT SAID RECORDS INDICATE THAT THE
DEFENDANT IS NOT EMPLOYED BY A FEDERAL AGENCY AND IS NOT A PUBLIC
SERVANT.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

04/17/12                              #2693
DATE      SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

DATE      SIGNATURE



CRIMINAL COURT OF THE CITY OF NEW YORK

ADJOURNMENT IN CONTEMPLATION OF DISMISSAL
CONDITIONAL DISCHARGE
PRE-SENTENCE CONDITIONS

| PEOPLE OF THE STATE OF NEW YORK | County/Court | QCC |
| against | Return Part | APS |
| **Eliyahu Verschleiser** | Docket No. | 2012QN021085 |
| Defendant | NYSID No. | 11847353J |

NATURE OF DISPOSITION:

☑ Defendant has received an Adjournment In Contemplation of Dismissal (ACD)   [CPL §170.55 or 170.56].
This case will be pending for a period of: ☑ SIX MONTHS  ☐ ONE YEAR  expiring on ` 11-15-12 `

OR

☐ Defendant was ☐ convicted of ☐ adjudicated a Youthful Offender for Vehicle and Traffic Law/Penal Law § _____
and is sentenced by the Court to a ONE YEAR Conditional Discharge, to expire on _____ and:
☐ a _____ term of imprisonment [for split sentence only]
☐ Defendant must pay a mandatory surcharge and other fees in the amount of $_____

OR

☐ Defendant was convicted of Penal Law §(§) _____ and _____ and the Court has adjourned
sentencing pursuant to CPL § 400.10 to the "compliance adjournment date" listed below for the defendant to comply
with the conditions listed below.

CONDITIONS OF DISPOSITION:
Further, as a condition(s) of the above disposition, defendant is required to lead a law-abiding life  and: ☑ Private
cs permit

☐  Pay a Fine in the amount of $___
☑  Perform Community Service ___5___ Days. ☐ DA ☐ OTHER _____
☐  Complete a Substance Abuse Program  :  NAME OF PROGRAM _____
☐  Complete a Batterer's Intervention Program  :  NAME OF PROGRAM _____
☐  Other Program:  ☐ DDP (B.A.C.) _____ ☐ Treatment Readiness Program ☐ Other
    NAME OF PROGRAM_____
☐  Pay Restitution:  The Court, having considered any victim impact statement, and having provided both the
    defendant and the District Attorney an opportunity to be heard, finds that the defendant must pay to the victim:
    a) Amount of restitution/reparation to be paid by the defendant through Safe Horizon  is:  $_____
    b) A ☐ 5% OR ☐ _____% designated surcharge, total amount of the surcharge is     $_____
    TOTAL AMOUNT TO BE PAID TO SAFE HORIZON IS      $_____
    Restitution Payment Schedule: The total amount owed by the defendant will be paid as follows:
    ☐ Pay entire amount by _____. [Enter date prior to expiration of sentence.]
    ☐ Partial payment of        $_____ on the date of sentencing, pay entire amount by _____.
    ☐ Pay equal installment of    $_____ per ☐ month ☐ week ☐ bi-weekly starting on _____
    Restitution for Benefit of: _____   _____
                                 Name of Victim(s)              Address

☐  IGNITION INTERLOCK DEVICE: The defendant shall install and maintain an ignition interlock device (IID) in any
    motor vehicle owned, operated or rented by the defendant for a period of ☐ six months, ☐ one year or ☐ _____
    and agree to comply with orders and conditions set forth on a separate IID conditions form.
☐  ADDITIONAL CONDITION(S): _____
☐  ORDER OF PROTECTION: ☐ Full   ☐ Limited

| COMPLIANCE ADJOURNMENT DATE: | Melendez |
| 7-18 QCP | _____  5-16-12 |
|  | Judge of the Criminal Court      Date |

I have received a copy of the conditions of the above sentence and agree to comply with the Court's order and any
authorized extensions.

I understand that a failure to comply with the aforementioned conditions or report on dates and times
scheduled may result in a bench warrant for my arrest   and imposition of a maximum alternative jail sentence of
_____, or in the case of an ACD, the restoring of this case to the Court's calendar.

DEFENDANT _____  DATE: 5-16-12  Interpreter: _____

DECLARATION OF DELINQUENCY

On the basis of the attached information, there is reasonable cause to believe that the defendant violated a condition of the
sentence in this case.  (CPL 410.30 & 410.40).  Accordingly, subject to a final declaration, it is hereby declared that the
defendant is delinquent and a warrant should be issued.

_____        _____
                                 Judge of the Criminal Court      Date

CRC 3131 (rev. 07/2010)

Criminal Court of the City of New York

County of _____ _____ 4-24 20 /2

_____ a true

_____ is Court

_____ Court Clerk

# Criminal Court of the City of New York

**MISDEMEANOR**

**County: QUEENS**

**Part:** ___

The People of the State of New York
vs.

**#1  ELIYAHU VERSCHLEISER**
4211 N. 42 TERRAC
HOLLYWOOD FL
[ ]JAS/Other [ ]PVC [ ]18B [ ]Atr Only [ ]TROC
[ ]     Interpreter Required

**Age:** ___
**Arr#:** Q12000862
Reason for Adjournment: [ ]Charged [ ]Excluded

## DOCKET NUMBERS
2012QN021085

AP5

## ARREST
**Date:** April  16, 2012   **Time:** 07:40 pm

___ the defendant was furnished with a copy of the accusatory
instrument filed against him.

___ waived the requirement that he be informed
pursuant to section 180.10 of the CPL

## ARRAIGNMENT
The following notices were served at arraignment:

| | Def #1 | Def #2 | Def #3 | Def #4 | Def #5 |
|---|---|---|---|---|---|
| C.P.L 250.20 | ☑ | ☐ | ☐ | ☐ | ☐ |
| C.P.L 240.20 | ☑ | ☐ | ☐ | ☐ | ☐ |
| C.P.L 240.30 | ☐ | ☐ | ☐ | ☐ | ☐ |
| Vienna Convention | ☑ | ☐ | ☐ | ☐ | ☐ |
| C.P.L 710.30(1)(a) | ☐ | ☐ | ☐ | ☐ | ☐ |
| C.P.L 710.30(1)(b) | ☐ | ☐ | ☐ | ☐ | ☐ |
| P.L 450.10+15 days | ☐ | ☐ | ☐ | ☐ | ☐ |
| P.L 450.10-48 hours | ☐ | ☐ | ☐ | ☐ | ☐ |
| Cross Grand Jury | ☐ | ☐ | ☐ | ☐ | ☐ |

## DOCUMENTS

Needed for Conversion

| | Def #1 | Def #2 | Def #3 | Def #4 | Def #5 |
|---|---|---|---|---|---|
| Served at Arraignment | ☐ | ☐ | ☐ | ☐ | ☐ |
| Supporting Disposition | ☐ | ☐ | ☐ | ☐ | ☐ |
| DMV Abstract | ☐ | ☐ | ☐ | ☐ | ☐ |
| Lab Report/Field Test | ☐ | ☐ | ☐ | ☐ | ☐ |
| DWI Paperwork | ☐ | ☐ | ☐ | ☐ | ☐ |
| Domestic Incident Report | ☐ | ☐ | ☐ | ☐ | ☐ |
| Underlying TOP | ☐ | ☐ | ☐ | ☐ | ☐ |
| Deemed Information | ☐ | ☐ | ☐ | ☐ | ☐ |

Defendants are charged with violation of :
PL 195/25-3

## ADJOURNMENT
To Part: ___
To Date: ___

Notify 18B  [ ]#1  [ ]#2  [ ]#3  [ ]#4  [ ]#5
Def [TROC  [ ]#1  [ ]#2  [ ]#3  [ ]#4  [ ]#5

## BAIL CONDITION
| | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|
| #1 | INS, CO. BAIL BOND OR CASH BAIL | | | | |
| #2 | INS, CO. BAIL BOND OR CASH BAIL | | | | |
| #3 | INS, CO. BAIL BOND OR CASH BAIL | | | | |
| #4 | INS, CO. BAIL BOND OR CASH BAIL | | | | |
| #5 | INS. CO. BAIL BOND OR CASH BAIL | | | | |

NOTES/OFFER: ___

ORDER OF PROTECTION

| | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|
| Suicide Watch | ☐ | ☐ | ☐ | ☐ | ☐ |
| Protective Custody Ordered | ☐ | ☐ | ☐ | ☐ | ☐ |
| Medical Attention Required | ☐ | ☐ | ☐ | ☐ | ☐ |
| CPL 380 Exam | ☐ | ☐ | ☐ | ☐ | ☐ |
| CPL 730 Exam | ☐ | ☐ | ☐ | ☐ | ☐ |

## DISPOSITION

**#1** [ ] Dismissal [ ] ACD  [ ] Plea [ ] Reduced
Sentence: ___

**#2** [ ] Dismissal [ ] ACD  [ ] Plea [ ] Reduced
Sentence: ___

**#3** [ ] Dismissal [ ] ACD  [ ] Plea [ ] Reduced
Sentence: ___

**#4** [ ] Dismissal [ ] ACD  [ ] Plea [ ] Reduced
Sentence: ___

**#5** [ ] Dismissal [ ] ACD  [ ] Plea [ ] Reduced
Sentence: ___

## OTHER OPEN CASES
Def #1 ___
Def #2 ___
Def #3 ___
Def #4 ___
Def #5 ___

Date ___

Reporter ___

**RELATED CASES**      Co-Defendants

**Cross Complaint**      CRC 3201Q (12/07)

**Judge**

HON SERITA
AR1  4 - 17 - 12
OCR, SCHUETZ

Criminal Court of the City of New York

County of _____ Date _____ 20 __

I hereby certify that this within is a true
Copy of the Record on file at this Court

_____ Court Clerk

CRIMINAL COURT CITY OF NEW YORK
RECORD OF COURT ACTION

| Date | | Present | Absent | Adj.Request |
|---|---|---|---|---|
| | Defendant ☐ TOP | Officer Complainant Defendant Attorney | Officer Complainant Defendant Attorney | People Defense Consent Court |
| Part APÑ-MAY 16 2012 RPTR. JUDGE MELENDEZ | A c√ + 5-dcs (pvte cs) | Reason For Adjournment ☐ Charged ☐ Excluded 5 dcs (pvte) | | |
| Judge PERRY | | Notify Interpreter | | |
| Reporter | QCP 7/18/12 | Adj.Date QCP | Part 7/18/12 | Notify Defendant Attorney Defendant Excused |
| | Bail Condition       Judge | | | |

| Date 7-18-12 | | Present | Absent | Adj.Request |
|---|---|---|---|---|
| | Defendant ☐ TOP | Officer Complainant Defendant Attorney | Officer Complainant Defendant Attorney | People Defense Consent Court |
| Part QCP | CSC | Reason For Adjournment ☐ Charged ☐ Excluded | | |
| Judge | | Notify Interpreter | | |
| Reporter | | Adj.Date | Part | Notify Defendant Attorney Defendant Excused |
| | Bail Condition       Judge | | | |

| Date | | Present | Absent | Adj.Request |
|---|---|---|---|---|
| | Defendant ☐ TOP | Officer Complainant Defendant Attorney | Officer Complainant Defendant Attorney | People Defense Consent Court |
| Part | | Reason For Adjournment ☐ Charged ☐ Excluded | | |
| Judge | | Notify Interpreter | | |
| Reporter | | Adj.Date | Part | Notify Defendant Attorney Defendant Excused |
| | Bail Condition       Judge | | | |

| Date | | Present | Absent | Adj.Request |
|---|---|---|---|---|
| | Defendant ☐ TOP | Officer Complainant Defendant Attorney | Officer Complainant Defendant Attorney | People Defense Consent Court |
| Part | | Reason For Adjournment ☐ Charged ☐ Excluded | | |
| Judge | | Notify Interpreter | | |
| Reporter | | Adj.Date | Part | Notify Defendant Attorney Defendant Excused |
| | Bail Condition       Judge | | | |

CRC 3031 (12/93)   [CRC 151.1]

*Criminal Court of the City of New York*,

County of _____ Date _____ 20 _12_

*I hereby certify that the within is a true*
*Copy of the Record on file in this Court .*

*Court. Clerk*

# EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

      -v-                               :    INDICTMENT

MORDECHAI KOOGEL,                     :
SHAIKE SCHOENBERGER,
EREZ ALT,                            :
YOAV RIVLIN,
JOSH EINHORN, a/k/a "Shooky,"         :
FNU RABINOVITCH, a/k/a "Robby,"
SHALOM ZILBER,                       :
BARBARA MARIANI,
SIMCHA SHAIN,                        :
ELI VERSHLEISER,
JOHN DOE, a/k/a "Machi,"              :
RALPH SHAY, and
ALEX LNU,                            :

                       :

           Defendants.              :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

### The Conspiracy

1.  From on or about August 1991 up to and including on or about December 1992, in the Southern District of New York and elsewhere, MORDECHAI KOOGEL, SHAIKE SCHOENBERGER, EREZ ALT, YOAV RIVLIN, JOSH EINHORN, a/k/a "Shooky," FNU RABINOVITCH, a/k/a "Robby," SHALOM ZILBER, BARBARA MARIANI, SIMCHA SHAIN, ELI VERSHLEISER, JOHN DOE, a/k/a "Machi," RALPH SHAY, and ALEX LNU, the defendants, and others known and unknown, unlawfully, wilfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Section 1344 of Title 18, United States Code.

2.   It was a part and object of the conspiracy that the defendants, MORDECHAI KOOGEL, SHAIKE SCHOENBERGER, EREZ ALT, YOAV RIVLIN, JOSH EINHORN, a/k/a "Shooky," FNU RABINOVITCH, a/k/a "Robby," SHALOM ZILBER, BARBARA MARIANI, SIMCHA SHAIN, ELI VERSHLEISER, JOHN DOE, a/k/a "Machi," RALPH SHAY, and ALEX LNU, and others known and unknown, did execute and attempt to execute a scheme and artifice to defraud various financial institutions, to wit, a scheme to cause financial institutions to make payments upon forged, counterfeit and worthless checks, to obtain the proceeds of those checks and to conceal the proceeds of those checks, in violation of Section 1344 of Title 18, United States Code.

<u>Methods and Means of the Conspiracy</u>

3.   Among the methods and means used to carry out the conspiracy described herein were the following:

a.   The co-conspirators obtained counterfeit, forged, stolen and worthless checks.

b.   The checks were deposited into accounts at financial institutions controlled by one or more of the co-conspirators.

c.   Many of these accounts were opened in fictitious names using false identification.

d.   The co-conspirators withdrew and attempted to withdraw the proceeds of the counterfeit, forged, stolen and worthless checks through various devices.

e.   One of these devices was to use ATM machines to determine if a check had cleared and to withdraw funds if a portion

of a check had cleared.

f.  Another device was to draw a check on an account into which a counterfeit, forged or worthless check had been deposited, and subsequently present that check for payment or funnel the proceeds of such a check through additional accounts to conceal the source of the funds.

g.  This funneling of proceeds was carried out by, among other means, delivering checks from New York to Boston by express delivery so that the checks could be deposited through accounts controlled by other co-conspirators.

h.  The co-conspirators also wire transferred proceeds of forged and counterfeit checks into off-shore accounts located in Switzerland and Nigeria.

### Overt Acts

4.  In furtherance of said conspiracy and to effect the objects thereof, MORDECHAI KOOGEL, SHAIKE SCHOENBERGER, EREZ ALT, YOAV RIVLIN, JOSH EINHORN, a/k/a "Shooky," FNU RABINOVITCH, a/k/a "Robby," SHALOM ZILBER, BARBARA MARIANI, SIMCHA SHAIN, ELI VERSHLEISER, JOHN DOE, a/k/a "Machi," RALPH SHAY, and ALEX LNU, the defendants, and others known and unknown, committed the following overt acts in the Southern District of New York and elsewhere:

a.  In or about August 1991, MORDECHAI KOOGEL and SHAIKE SCHOENBERGER, the defendants, obtained a number of counterfeit checks purportedly drawn on an account of Shearson Lehman Brothers at Citibank (Delaware).

3

b.   KOOGEL and SCHOENBERGER agreed to deliver the counterfeit checks to various individuals who would agree to negotiate the checks and share the proceeds with KOOGEL and SCHOENBERGER.

c.   In or about August 1991, MORDECHAI KOOGEL, the defendant, provided an individual named Joseph Rafaelovitch with a forged and counterfeit check purportedly drawn on an account of Shearson Lehman Brothers at Citibank (Delaware) payable to "Michael Lindsey" in the amount of $49,785.55.

d.   MORDECHAI KOOGEL, Joseph Rafaelovitch and JOSH EINHORN, a/k/a "Shooky," agreed to deposit the check into an account controlled by Rafaelovitch and EINHORN, and to share any proceeds paid out on the forged and counterfeit check.

e.   On or about August 21, 1991, at Manufacturer's Hanover Trust Company, 177 Montague Street, Brooklyn, New York, Joseph Rafaelovitch deposited the forged and counterfeit check payable to "Michael Lindsey" in the amount of $49,785.55 into an account controlled by Rafaelovitch and EINHORN.

f.   In or about December 1991, Joseph Rafaelovitch and JOSH EINHORN, a/k/a "Shooky," agreed to share the proceeds of additional forged and counterfeit checks that would be deposited into an account they controlled at Dollar Dry Dock Bank, 1270 Lexington Avenue, New York, New York.

g.   In or about December 1991, MORDECHAI KOOGEL, the defendant, provided Joseph Rafaelovitch with two forged and counterfeit checks payable to "Isaac Mossery" in the respective

4

amounts of $97,957.00 and $99,052.00, purportedly drawn on an account of Trammell Crow Associated Companies at Chemical Bank, Syracuse, New York.

h. On or about December 6, 1992, at Dollar Dry Dock Bank, 1270 Lexington Avenue, New York, New York, Joseph Rafaelovitch deposited the forged and counterfeit checks payable to "Isaac Mossery" in the amount of $97,957.50 and $99,052.00 into an account he controlled with EINHORN.

i. In or about November 1991, in Brooklyn, New York, defendants SHAIKE SCHOENBERGER, ALEX LNU and RALPH SHAY agreed that SHAY would deposit a forged and counterfeit check into an account controlled by SHAY and that SHAY would share any proceeds paid out on the forged and counterfeit check with SCHOENBERGER and ALEX LNU.

j. In or about November 1991, SHAIKE SCHOENBERGER and ALEX LNU provided RALPH SHAY with a forged and counterfeit check payable to "Isaac Mossery" in the amount of $96,500.48 purportedly drawn on an account of Trammell Crow Associated Companies at Chemical Bank, Syracuse, New York.

k. On or about December 3, 1991, at Chemical Bank, 8418 Bay Parkway, Brooklyn, New York, RALPH SHAY deposited the forged and counterfeit check payable to "Isaac Mossery" in the amount of $96,500.48.

l. In or about December 1991, MORDECHAI KOOGEL and YOAV RIVLIN agreed to travel from New York to Florida to open accounts at financial institutions in fictitious names for the

5

purpose of depositing and withdrawing the proceeds of forged and counterfeit checks.

m.   In or about December 1991, MORDECHAI KOOGEL and YOAV RIVLIN traveled from New York to Florida and opened a number of bank accounts, including the following:

(1)  An account in the fictitious name "Abraham Mercer" at Barnett Bank, Miami, Florida.

(2)  An account in the fictitious name "Abraham Mercer" at First Nationwide Bank, Miami Beach, Florida;

(3)  Accounts in the fictitious name "Abraham Mercer" at additional financial institutions in Florida;

n.   In or about December 1991, MORDECHAI KOOGEL provided YOAV RIVLIN with a number of forged and counterfeit checks including four checks purportedly drawn on an account of Shearson Lehman Brothers at Citibank (Delaware) payable to "Abraham Mercer" in the respective amounts of $29,500.00, $29,750.00, $37,950.00 and $35,700.00.

o.   On or about January 2-3, 1992, YOAV RIVLIN deposited the following forged and counterfeit checks made payable to "Abraham Mercer" purportedly drawn on an account of Shearson Lehman Brothers at Citibank (Delaware):

(1)  a check in the amount of $29,750 at Barnett Bank, Miami, Florida;

(2)  a check in the amount of $37,500 at First Nationwide Bank, Miami Beach, Florida;

(3)  checks in the amount of $29,500 and

6

$35,950 at other financial institutions in Florida.

p.   In or about December 1991, in Brooklyn, New York, Joseph Rafaelovitch, FNU RABINOVITCH a/k/a "Robby," and JOSH EINHORN, a/k/a "Shooky," agreed that Rafaelovitch and RABINOVITCH would travel from New York to Florida for the purpose of attempting to deposit and withdraw the proceeds of forged and counterfeit checks and that they would share the proceeds.

q.   In or about December 1991, Joseph Rafaelovitch, JOSH EINHORN, a/k/a "Shooky," and FNU RABINOVITCH, a/k/a "Robby," drove from New York to New Jersey and obtained false identification in the fictitious names "David Batle" and "Henry Laggo" at an office of the New Jersey Department of Motor Vehicles.

r.   In or about December 1991, MORDECHAI KOOGEL provided Joseph Rafaelovitch with a forged and counterfeit check payable to "David Batle" in the amount of $37,500 purportedly drawn on an account of HIP at Citibank, New York, New York, and a forged and counterfeit check payable to "David Batle" in the amount of $39,000 purportedly drawn on an account of Big Apple Associates at Midlantic National Bank, Newark, New Jersey.

s.   In or about December 1991, JOSH EINHORN, a/k/a "Shooky," provided FNU RABINOVITCH, a/k/a "Robby," with forged checks payable to "Henry Laggo" in the respective amounts of $17,305 and $15,150 drawn on an account of "Daniel Melamud" at Garden State Bank, Lakewood, New Jersey.

t.   In or about January 1992, FNU RABINOVITCH, a/k/a "Robby," and Joseph Rafaelovitch traveled from New York to Florida

7

to open accounts at financial institutions in fictitious names for the purpose of depositing and withdrawing the proceeds of forged and counterfeit checks.

u. From on or about January 3, 1992 through and including on or about January 6, 1992, RABINOVITCH and Rafaelovitch opened the following accounts at the following banks:

(1) an account in the fictitious name "Henry Laggo" opened on January 3, 1992 at Chase Federal Bank, Miami, Florida;

(2) an account in the fictitious name "David Batle" opened on January 6, 1992 at Citibank, Surfside, Florida;

(3) an account in the fictitious name "David Batle" opened on January 6, 1992 at Great Western Bank, Surfside, Florida.

v. On or about January 7, 1992, at Citibank, Surfside, Florida, Joseph Rafaelovitch deposited into the "David Batle" account the forged and counterfeit check payable to "David Batle" in the amount of $37,500 purportedly drawn on the account of HIP at Citibank, New York, New York.

w. On or about January 7, 1992, at Great Western Bank, Miami, Florida, Joseph Rafaelovitch deposited the forged and counterfeit check payable to "David Batle" in the amount of $39,000 purportedly drawn on the account of Big Apple Associates at Midlantic National Bank, Newark, New Jersey.

x. On or about January 6, 1992, at Chase Federal Bank, Miami Florida, FNU RABINOVITCH, a/k/a "Robby," deposited into

8

the "Henry Laggo" account the forged check payable to "Henry Laggo" in the amount of $17,305.00 drawn an account of "Daniel Melamud" at Garden State Bank, Lakewood, New Jersey.

      y.  On or about January 7, 1992, at Chase Federal Bank, Miami Florida, FNU RABINOVITCH, a/k/a "Robby," deposited into the "Henry Laggo" account, the forged check payable to "Henry Laggo" in the amount of $15,150.00 drawn on an account of "Daniel Melamud" at Garden State Bank, Lakewood, New Jersey.

      z.  In or about December 1991, during meetings in Brooklyn, New York and elsewhere, MORDECHAI KOOGEL, SIMCHA SHAIN, ELI VERSHLEISER and JOHN DOE, a/k/a "Machi," agreed that they would deposit and withdraw the proceeds of counterfeit, stolen and forged checks at financial institutions and share the proceeds.

      aa.  In or about December 1991, SIMCHA SHAIN, ELI VERSHLEISER and JOHN DOE, a/k/a "Machi," obtained a stolen check from an account of Project OHR at Republic National Bank, New York, New York.

      ab.  In or about December 1991, SIMCHA SHAIN, ELI VERSHLEISER and JOHN DOE, a/k/a "Machi," traveled from New York to New Jersey to open accounts at financial institutions in the fictitious name "Daniel Melamud" for the purpose of depositing and withdrawing the proceeds of stolen and forged checks.

      ac.  On or about December 26, 1991, SIMCHA SHAIN, ELI VERSHLEISER and JOHN DOE, a/k/a "Machi," opened an account at Garden State Bank, Lakewood, New Jersey in the fictitious name "Daniel Melamud" (the "Melamud Garden State Bank Account").

ad.   On or about December 26, 1991, SIMCHA SHAIN, ELI VERSHLEISER and JOHN DOE, a/k/a "Machi," opened an account at First State Bank, Lakewood, New Jersey in the fictitious name "Daniel Melamud" (the "Melamud First State Bank Account").

ae.   On or about December 27, 1991, in Lakewood, New Jersey, JOHN DOE, a/k/a "Machi," deposited into the Melamud Garden State Bank Account a stolen and forged check drawn on the account of Project OHR at Republic National Bank, New York, New York, made payable to "Daniel Melamud" in the amount of $147,500.00.

af.   In or about December 1991, MORDECHAI KOOGEL and EREZ ALT had telephone conversations during which they discussed an account in Boston, Massachusetts through which the proceeds of the stolen and forged Project OHR check could be funnelled.

ag.   In or about December 1991, EREZ ALT had telephone conversations from Israel with SHALOM ZILBER in Boston, Massachusetts during which they discussed using an account controlled by SHALOM ZILBER and BARBARA MARIANI in Boston, Massachusetts for the purpose of rapidly funneling the proceeds of checks.

ah.   During those telephone conversations, ALT and ZILBER agreed that ALT would arrange the delivery to ZILBER of a check in the approximate amount of $140,000, that ZILBER would deposit the check into an account in Boston that he controlled, and that ZILBER would then wire transfer the proceeds to foreign accounts.

ai.   On or about January 6, 1992, a check was

10

written on the Melamud Garden State Bank Account payable to SHALOM ZILBER in the amount of $140,000 (the "Melamud-Zilber" check).

aj. On or about January 9, 1992, in Malden, Massachusetts, SHALOM ZILBER received by UPS next-day delivery from Brooklyn, New York, the Melamud-Zilber check.

ak. On or about January 10, 1992, SHALOM ZILBER deposited the Melamud-Zilber check into an account at Dean Witter Reynolds in Boston, Massachusetts (the "Dean Witter Account") controlled by BARBARA MARIANI and SHALOM ZILBER.

al. On or about January 14, 1992, at the offices of Dean Witter Reynolds in Boston, Massachusetts, BARBARA MARIANI requested and received a Dean Witter check payable to MARIANI and ZILBER in the amount of $140,000.00 drawn on the Dean Witter Account.

am. On or about January 14, 1992, BARBARA MARIANI deposited the Dean Witter check in the amount of $140,000 into an account controlled by SHALOM ZILBER and BARBARA MARIANI at First National Bank of Boston, Boston, Massachusetts.

an. On or about January 14, 1992, BARBARA MARIANI faxed a deposit slip to EREZ ALT to confirm that the proceeds had been deposited at First National Bank of Boston and were ready to be wire transferred.

ao. On or about January 14, 1992, SHALOM ZILBER and BARBARA MARIANI received by fax in Malden, Massachusetts, written instructions to wire transfer the proceeds to accounts in Switzerland and Nigeria.

11

ap.  On or about January 15, 1992, pursuant to the instructions received from EREZ ALT, BARBARA MARIANI arranged the wire transfer from Boston, Massachusetts of $35,000 to an account at the Union Bank of Switzerland and $100,000 to the account of Julius Adoca at Access Bank of Nigeria through correspondent accounts in New York, New York.

aq.  On or about January 2, 1992, in Lakewood, New Jersey, JOHN DOE, a/k/a "Machi," deposited into the Melamud First State Bank Account a counterfeit and forged check payable to "Daniel Melamud" in the amount of $80,500 purportedly drawn on an account of Shearson Lehman Brothers at Citibank (Delaware).

ar.  On or about January 4, 1992, a check was drawn on the Melamud First State Bank Account payable to "M. Weisz" in the amount of $98,000.00.

as.  On or about January 9, 1992, at Banque Indosuez in Zurich, Switzerland, an individual attempted to negotiate the M. Weisz check in the amount of $98,000.00.

at.  On or about January 7, 1992, checks were drawn on the Melamud First State Bank Account payable to "Charlie Brown" in the respective amounts of $43,000.00 and $25,000.00.

au.  On or about January 8, 1992, at Midlantic National Bank in Lakewoood, New Jersey, an individual attempted to negotiate the "Charlie Brown" checks in the respective amounts of $43,000.00 and $25,000.00.

av.  In or about November 1992, EREZ ALT and SHALOM ZILBER had telephone conversations during which they discussed

12

depositing and funneling out the proceeds of additional checks.

aw.  During those telephone conversations, ZILBER and ALT agreed that ALT would arrange the delivery to ZILBER of checks in the approximate amount of $2 million, that ZILBER would deposit the checks into a bank account he controlled in Boston, and that ZILBER would wire transfer a portion of the proceeds to foreign accounts and keep a percentage of the proceeds.

ax.  In or about November 1992, MORDECHAI KOOGEL obtained two checks purportedly drawn on Nova Bank (W.I.) Limited of Anguilla in the amounts of $1,130,000 and $987,000 payable to SHALOM ZILBER (the "Nova Bank Checks").

ay.  On or about November 5, 1992, in Brooklyn, New York, MORDECHAI KOOGEL arranged for the delivery of the Nova Bank Checks to SHALOM ZILBER in Malden, Massachusetts by Federal Express.

az.  On or about November 6, 1992, in Malden, Massachusetts, SHALOM ZILBER received the Nova Bank Checks by Federal Express.

ba.  In or about November 1992, MORDECHAI KOOGEL and Joseph Rafaelovitch discussed depositing and withdrawing the proceeds of worthless checks written on Nova Bank (W.I.) Limited of Anguilla.

bb.    On or about November 10, 1992, at First National Bank of Boston, Boston, Massachusetts, SHALOM ZILBER deposited one of the Nova Bank Checks into an account controlled by SHALOM ZILBER and BARBARA MARIANI.

(Title 18, United States Code, Section 371.)

COUNT TWO

The Grand Jury further charges:

5.    From in or about August 1991 up to and including in or about December 1992, in the Southern District of New York and elsewhere, MORDECHAI KOOGEL, SHAIKE SCHOENBERGER, EREZ ALT, YOAV RIVLIN, JOSH EINHORN, a/k/a "Shooky," FNU RABINOVITCH, a/k/a "Robby," SHALOM ZILBER, BARBARA MARIANI, SIMCHA SHAIN, ELI VERSHLEISER, JOHN DOE, a/k/a "Machi," RALPH SHAY, and ALEX LNU, the defendants, unlawfully, wilfully, and knowingly did execute and attempt to execute a scheme and artifice to defraud various financial institutions, to wit, a scheme to cause financial institutions to make payments upon forged, counterfeit and worthless checks, to obtain the proceeds of those checks and to conceal the proceeds of those checks.

(Title 18, United States Code, Sections 1344 and 2.)

_____
FOREPERSON

_____
ROGER S. HAYES
United States Attorney

14



U.S. Department of Justice

United States Attorney
Southern District of New York

#34



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 29, 1994

Jacob Laufer, Esq.
Laufer & Farkash
101 E. 52nd Street
New York, New York   10022

Re: ELI VERSHLEISER

Dear Mr. Laufer:

On the understandings specified below, the Office of
the United States Attorney for the Southern District of New York
("this Office") will accept a guilty plea from ELI VERSHLEISER to
a superseding information charging him with failure to appear, in
violation of Title 18, United States Code, Section 3146(a)(1) and
(b)(1)(B). This charge carries a maximum sentence of one year's
imprisonment, a maximum term of one year's supervised release, a
maximum fine of of $100,000, and a mandatory $25 special
assessment, which special assessment ELI VERSHLEISER agrees to
pay before sentencing.

If ELI VERSHLEISER fully complies with the
understandings specified in this Agreement, except for criminal
tax violations (as to which this Office cannot and does not make
any agreement), he will not be further prosecuted by this Office
for any crimes related to his participation, from in or about
Fall 1991 until in or about mid-1993, in a scheme to cause
financial institutions to make payments upon forged, counterfeit
and worthless checks, to obtain the proceeds of those checks and
to conceal the proceeds of those checks and, from in or about
Fall 1991 until in or about mid-1993, in a scheme to use stolen
and counterfeit credit cards. In addition, he will not be
further prosecuted by this Office for any crimes related to his
failure to appear, as required by the May 14, 1992 order of the
Honorable Charles E. Stewart. In addition, if ELI VERSHLEISER
fully complies with the understandings specified in this
Agreement, the Government will, at the time of sentence,  move to
dismiss Indictments 93 Cr. 他 (LES) and S1 93 Cr. 他 (LES).

In addition, if ELI VERSHLEISER fully complies with the

-1-

02/24/94

understandings specified in this Agreement, no testimony or other information given by him (or any other information directly or indirectly derived from such testimony or other information) will be used against him in any criminal tax prosecution. This Agreement does not provide any protection against prosecution for any crimes except as set forth above.

The understandings are that ELI VERSHLEISER shall truthfully disclose all information with respect to the activities of himself and others concerning all matters about which this Office inquires of him, shall cooperate fully with this Office, the Federal Bureau of Investigation, the New York City Department of Investigation, and any other law enforcement agency so designated by this Office, shall attend all meetings at which his presence is requested with respect to the matters about which this Office inquires of him, and further, shall truthfully testify before the grand jury and/or at any trial or other court proceeding with respect to any matters about which this Office may request his testimony. Any assistance ELI VERSHLEISER may provide to federal criminal investigators shall be pursuant to the specific instructions and control of this Office and those investigators. This obligation of truthful disclosure includes an obligation upon ELI VERSHLEISER to provide to this Office, upon request, any document, record or other tangible evidence relating to matters about which this Office or any designated law enforcement agency inquires of him.

It is further understood that the sentence to be imposed upon ELI VERSHLEISER is within the sole discretion of the sentencing judge. This Office cannot and does not make any promise or representation as to what sentence ELI VERSHLEISER will receive, nor will it recommend any specific sentence to the sentencing judge. However, this Office will inform the sentencing judge and the Probation Department of (1) this Agreement; (2) the nature and extent of ELI VERSHLEISER's activities with respect to this case; (3) the nature and extent of any and all other activities of ELI VERSHLEISER which this Office deems relevant to sentencing; and (4) the full nature and extent of ELI VERSHLEISER's cooperation with this Office and the date when such cooperation commenced. In so doing, this Office will use any and all information it deems relevant, including information and statements provided by ELI VERSHLEISER both prior to and subsequent to the signing of this Agreement. In addition, if it is determined by this Office that ELI VERSHLEISER has provided substantial assistance in an investigation or prosecution, and if ELI VERSHLEISER has otherwise complied with the terms of this Agreement, this Office will file a motion, pursuant to Section 5K1.1 of the Sentencing Guidelines, advising the sentencing judge of all relevant facts pertaining to that determination and requesting the Court to sentence ELI VERSHLEISER in light of the factors set forth in Section

-2-

5K1.1(a)(1)-(5).

It is also understood that, should this Office determine that ELI VERSHLEISER has not provided substantial assistance in an investigation or prosecution, or has otherwise breached this Agreement, such a determination will release this Office from any obligation to file a motion pursuant to Section 5K1.1 of the Sentencing Guidelines as described in the preceding paragraph, but will not entitle ELI VERSHLEISER to withdraw ELI VERSHLEISER's guilty plea once it has been entered.

It is understood that, even if such a motion is filed, the sentence to be imposed on ELI VERSHLEISER remains within the sole discretion of the sentencing judge. Furthermore, this Office retains the right to present to the sentencing judge and Probation Department, either orally or in writing, any and all facts and arguments relevant to sentencing. It is further understood that this Agreement in no way affects or limits this Office's right to respond to and take positions on post-sentencing motions or requests for information which relate to reduction or modification of sentence.

It is further understood that, except as specified above with respect to criminal tax prosecutions, this Agreement is limited to the United States Attorney's Office for the Southern District of New York, and cannot bind other federal, state or local prosecuting authorities, although this Office will bring the cooperation of ELI VERSHLEISER to the attention of other prosecuting offices, if requested by ELI VERSHLEISER's counsel.

It is further understood that ELI VERSHLEISER must at all times give complete, truthful, and accurate information and testimony and must not commit any further crimes whatsoever. Should ELI VERSHLEISER commit any further crimes or should it be determined that he has given false, incomplete, or misleading testimony or information, or should he otherwise violate any provisions of this Agreement, ELI VERSHLEISER shall thereafter be subject to prosecution for any federal criminal violation of which this Office has knowledge, including, but not limited to, perjury and obstruction of justice. Any such prosecutions may be premised upon any information and statements provided by ELI VERSHLEISER both prior to and subsequent to the signing of this agreement. Moreover, any such prosecutions that are not time-barred by the applicable statute of limitations on the date of the signing of this Agreement may be commenced against ELI VERSHLEISER in accordance with this Agreement, notwithstanding the expiration of the statute of limitations between the signing of this Agreement and the commencement of any such prosecutions. It is the intent of this Agreement to waive any and all defenses based on the statute of limitations with respect to any

-3-

prosecutions which are not time-barred on the date this Agreement is signed.

Furthermore, it is agreed that in the event that it is determined that ELI VERSHLEISER has violated any provision of this Agreement, (i) all statements made by ELI VERSHLEISER to this Office or other designated law enforcement agents, or any other testimony given by ELI VERSHLEISER before a grand jury or other tribunal, whether prior to or subsequent to this Agreement, or any leads from such statements or testimony, shall be admissible in evidence in any and all criminal proceedings hereafter brought against ELI VERSHLEISER and (ii) ELI VERSHLEISER shall assert no claim under the United States Constitution, any statute, Rule 11(e)(6) of the Federal Rules of Criminal Procedure, Rule 410 of the Federal Rules of Evidence, or any other federal rule, that statements made by him prior to or subsequent to this Agreement, or any leads therefrom, should be suppressed.  It is the intent of this Agreement to waive any and all rights in the foregoing respects.

With respect to this matter, this Agreement supersedes all prior, if any, understandings, promises and/or conditions between this Office and ELI VERSHLEISER.  No additional promises, agreements, and conditions have been entered into other than

-4-

02/24/94

those set forth in this letter and none will be entered into
unless in writing and signed by all parties.

Very truly yours,

MARY JO WHITE
United States Attorney

By: _Susan E. Brune_
SUSAN E. BRUNE
Assistant United States Attorney
(212) 791-9156

APPROVED:

_Paul Shechtman_
PAUL SHECHTMAN
Chief, Criminal Division

AGREED AND CONSENTED TO:

_Vershleiser_
ELI VERSHLEISER

_3/30/94_
DATE

APPROVED:

_Jacob Laufer_
JACOB LAUFER
Attorney for ELI VERSHLEISER

_4/21/94_
DATE

-5-

02/24/94



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 21, 1994

RECEIVED
JUN 2 1 1994
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S. D. N. Y.

Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
Foley Square
New York, New York

Re: United States v. Eli Vershleiser
    S2 93 Cr. 175

Dear Judge Dolinger:

Your Honor has scheduled the sentencing of defendant
Eli Vershleiser for June 29, 1994. Mr. Vershleiser pleaded
guilty to a misdemeanor before Your Honor, pursuant to a
cooperation agreement. Since Mr. Vershleiser's cooperation is
not yet complete, the government respectfully requests that Mr.
Vershleiser's sentencing be adjourned to September. The defense
joins in this request.

Respectfully submitted,

MARY JO WHITE
United States Attorney

By: *Susan E. Brune*
    SUSAN E. BRUNE
    Assistant United States Attorney
    Tel. No.: (212) 791-9156

cc: Jacob Laufer, Esq.
    Probation Officer Mark Brooks

SEB:rmb

# EXHIBIT M

AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

DOC. # 6

# United States District Court

SOUTHERN _____ District of __ NEW YORK _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | **(For Offenses Committed On or After November 1, 1987)** |
| | Case Number:   S2 93cr 175-10 (LLS) |
| ELI VERSHLEISER | JACOB LAUFER |
| (Name of Defendant) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   COUNT ONE OF THE INFORMATION _____ after a

☐ was found guilty on count(s) _____
   plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC sec 5032 | FAILURE TO APPEAR | 5/20/92 | 1 |

#94,236 8
12/6/94

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
   and is discharged as to such count(s).

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

☒ It is ordered that the defendant shall pay a special assessment of $ __25.00_____, for count(s)
   _____, which shall be due ☒ immediately  ☐ as follows:

   IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. ▮▮▮▮▮▮

Defendant's Date of Birth:   6/29/74

Defendant's Mailing Address:

   520 FOREST AVENUE
   LAKEWOOD, NJ 08701

Defendant's Residence Address:
   SAME AS ABOVE

NOVEMBER 14 1994
Date of Imposition of Sentence

Signature of Judicial Officer

MICHAEL H. DOLINGER   U.S.M.J.
Name & Title of Judicial Officer

NOVEMBER 21 1994
Date

U.S. DISTRICT COURT
FILED
NOV 29 1994
S.D. OF N.Y.

MICROFILM   3:00 PM   NOV 29 1994

AO 245 S (Rev. 4/80) Sheet 4 - Probation

Defendant:    ELY VERSHLEISER

Case Number: s2 93cr 175 (LLS)          PROBATION

Judgment—Page  2  of  2

The defendant is hereby placed on probation for a term of _____ 1 year _____

While on probation, the defendant shall not commit another Federal, state, or local crime, shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The defendant also shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution. The defendant shall comply with the following additional conditions:

The defendant is to engage in community service of 100 hours.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

EXHIBIT N

**UNITED REALTY ADVISORS, LP**
44 Wall Street
Second Floor
New York, NY 10005

December 2, 2013

Mr. Eli Verschleiser
44 Wall Street
Second Floor
New York, NY 10005

_Via: Hand Delivery_

Dear Mr. Verschleiser:

     Reference is made to that certain employment agreement entered into by and between you and United Realty Advisors, LP (the "Company") dated January 4, 2012 (the "Agreement"). Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Agreement.

     This letter is intended to advise you that the General Partner of the Company has determined that you have failed to adequately perform your Company Duties in that, among other things:

    (i)  You are excessively absent which prevents you from fulfilling the obligations of your position;

    (ii)  You have made unauthorized distributions of Company funds to yourself and/or your affiliates;

    (iii)  You have failed to attend scheduled weekly meetings of the Company's Real Estate team and Investment Committee;

    (iv)  You have wrongfully caused employees of the Company to prepare marketing materials and other promotional materials for your Affiliates Our Place and Magenu without proper authorization, and without any compensation therefore, thereby wasting Company assets;

    (v)  You have wrongfully caused employees of the Company to create and administer web sites for your Affiliates Our Place and Magenu without proper authorization, and without any compensation therefore, thereby wasting Company assets;

(vi) You have wrongfully caused the Company's computer servers to act as computer servers for Our Place and Magenu, without authority for same, both wasting company assets and putting the Company at risk for violations of law and subjecting the Company to potential claims;

(vii)   You have wrongfully caused employees of the Company to provide IT services for you and your Affiliates Our Place, Magenu and Multi-Capital Group, without proper authorization, and without any compensation therefore, thereby wasting Company assets;

(viii)   You have failed to follow Company protocol with respect to underwriting potential real estate transactions, and have unilaterally made offers to purchase assets on behalf of the Company or its affiliates without proper authorization for same;

(ix) You have failed to attend due diligence meetings hosted by the Company as advisor to United Realty Trust Incorporated (the "REIT") where your presence was required;

(x) You have failed to attend board of director meetings of the REIT;

(xi) You have committed fraud with respect to a member of the Group in connection with the application of Cabot Lodge Securities, LLC with the Florida Division of Securities by misrepresenting that you had not been arrested and charged of a crime when in fact you were arrested and charged with a crime (impersonating a police officer) and failing to disclose same to the Florida Division of Securities in response to a direct question regarding same;

(xii)   You have provided Company business cards and Company email addresses to persons who are not employees of the Company;

(xiii)   You have caused the Company to hire vendors who installed telephone systems and/or technologies in your home and/or for your Affiliates, at the Company's costs;

(xiv)   You have advertised the sale of Company equipment on internet based web sites, sold same, and failed to remit the proceeds thereof to the Company;

(xv)   You made a personal pledge to contribute $5,000 to a charity called the Menachem Foundation, and then wrongfully caused the Company to make payment of same;

(xvi)   the foregoing constitutes breaches of your fiduciary duty to the Company and the Group in connection with the performance of your Company Duties; and

(xvii)    the foregoing constitute wilful acts of misconduct or gross neglect in the conduct of your Company Duties.

As a result of the foregoing, the General Partner has determined that your employment with the Company should be, and is hereby terminated, effective immediately.

Very truly yours,
URTI GP LLC,
By: United Realty Advisor Holdings, LLC
Its Manager

By: _____ Manager
Jacob Frydman, Manager

**Winter 866 UN LLC**
**c/o Jacob Frydman**
**46 Ledgerock Lane**
**Hyde Park, New York, 12538**

December 2, 2013

Mr. Eli Verschleiser
44 Wall Street
Second Floor
New York, NY 10005

*Via: Hand Delivery*

<u>**NOTICE OF REMOVAL FOR CAUSE**</u>

Please take notice that pursuant to Section 3.1.3 of that certain Operating Agreement of United 866 Management, LLC (the "Company") made as of September 27, 2013, by and among Winter 866 UN LLC ("JF"), EVUNP Holdings LLC ("EV"), Jacob Frydman ("Frydman") and Eli Verschleiser ("Verschleiser") (the "Agreement") JF hereby notices the removal of Verschleiser as a Manager for Cause. Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Agreement.

The reasons for said removal include:

(i) the commission of fraud affecting the Group or property of any member of the Group in representing to Frydman that Verschleiser has sourced at least $7 million of equity from investors for United Realty 866 UN Plaza, LLC to be timely invested by such investors as Investor Members in United Realty 866 UN Plaza, LLC so as to meet United Realty 866 UN Plaza, LLC's obligations with respect to depositing into escrow at least 12.5% of the equity capital of 866 UN Plaza Venture LLC pursuant to the Operating Agreement of 866 UN Plaza Venture LLC;

(ii) the commission of fraud affecting the Group or property of any member of the Group in representing to Barry Funt that if Frydman consented to giving Verschleiser the controlling vote among the Managers of the Company in event of a deadlock in the decisions of the Managers, Verschleiser would fund $1,000,000 on November 29, 2013 in order for United Realty 866 UN Plaza, LLC to meet its obligations with respect to depositing into escrow at least 12.5% of the equity capital of 866 UN Plaza Venture LLC pursuant to the Operating Agreement of 866 UN Plaza Venture LLC, and then failing to do so when Frydman consented to same;

(iii) the commission by Verschleiser of a willful act of misconduct or gross neglect in the conduct of his duties by failing to fund $650,000 on November 29, 2013 to the capital of 866 UN Plaza Venture LLC in breach of his agreement to do so; .

(iv) the breach of fiduciary duty in connection with the performance of Verschleiser's duties to the Group in his capacity as Manager, or otherwise in any other capacity which such person may be associated with the Group in failing to raise any equity capital in a timely fashion in order for United Realty 866 UN Plaza, LLC to meet its obligations with respect to depositing into escrow at least 12.5% of the equity capital of 866 UN Plaza Venture LLC pursuant to the Operating Agreement of 866 UN Plaza Venture LLC, and then failing to do so when Frydman consented to same;

(v) the commission by Verschleiser of a willful act of misconduct or gross neglect in the conduct of his duties by failing to raise any equity capital in a timely fashion in order for United Realty 866 UN Plaza, LLC to meet its obligations with respect to depositing into escrow at least 12.5% of the equity capital of 866 UN Plaza Venture LLC pursuant to the Operating Agreement of 866 UN Plaza Venture LLC; and

(vi) the commission by Verschleiser of a "Bad Boy Act" pursuant to Section 3.1.6 of the Agreement by acting in bad-faith in connection with his demand that only if he became the sole manager of the Company to the exclusion of Frydman as communicated by Verschleiser to Martin Bell who communicated same to Frydman on November 27, 2013 would he fund the balance of monies required for United Realty 866 UN Plaza, LLC to meet its obligations with respect to depositing into escrow at least 12.5% of the equity capital of 866 UN Plaza Venture LLC pursuant to the Operating Agreement of 866 UN Plaza Venture LLC.

Please take further notice that upon Verschleiser's removal for Cause, then, in addition to any other rights which the Company, the other Manager or the Members may have against Verschleiser, Verschleiser shall not be entitled to any indemnification by the Company or any company of which the Company is a manager or general partner, and Verschleiser shall be liable to the Company or any company of which the Company is a manager or general partner, for all damages suffered by the Company or any company of which the Company is a manager or general partner, resulting from Verschleiser's wrongful actions or failures to act. In addition, pursuant to Section 3.7.3 of the Agreement, upon removal, a removed Manager shall no longer be entitled to receive any compensation as manager or any salary as an employee, from the Company, the General Partner, the Partnership, or any company of which the Company is a manager or general partner.

Very truly yours,

Winter 866 UN LLC

By: _____ Manager

Jacob Frydman, Manager

**JFURTI, LLC**
c/o Jacob Frydman
46 Ledgerock Lane
Hyde Park, New York, 12538

December 2, 2013

Mr. Eli Verschleiser
44 Wall Street
Second Floor
New York, NY 10005

*Via: Hand Delivery*

## NOTICE OF REMOVAL FOR CAUSE

Please take notice that pursuant to Section 3.1.3 of that certain Operating Agreement of United Realty Advisor Holdings LLC (the "Company") made as of August 1, 2011, by and among JFURTI, LLC ("JF"), EVURTI, LLC ("EV"), Jacob Frydman ("Frydman") and Eli Verschleiser ("Verschleiser") (the "Agreement") JF hereby removes Verschleiser as a Manager for Cause, effective immediately. Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Agreement.

The reasons for said removal include:

(i) breaches by Verschleiser of the provisions of Section 3.1.5 (h) of the Agreement by failing to obtain the prior written approval of Frydman for, and then making unauthorized distributions to himself or his affiliates from the Partnership on or about August 18, 2013 and on November 7, 2013 in the aggregate sum of $117,058.51 which have not been cured by repaying same to the Company within five (5) business days of written notice given to Verschleiser by Frydman on November 13, 2013, which also constitutes a breach of Section 3.1.4 (c) by drawing upon checking and other accounts of the Company or any company of which the Company is a manager or general partner, where the sum involved exceeds $50,000, without the signature of Frydman. To the extent that any portion of the foregoing is claimed by Verschleiser to be a payment of "interest" in connection with a loan made by Verschleiser or his Affiliate to the Company or any company of which the Company is a manager or general partner, then the same constitutes a breach by Verschleiser of Section 3.1.5 (d) by failing to obtain the prior written approval of Frydman for, and then entering into an unauthorized agreement with any Member or any Affiliate of any Member, as well as a breach of Section 3.14 (a) by negotiating, executing, delivering and/or performing on behalf and in the name of the Company or any company of which the Company is a manager or general partner, of one or more promissory notes and/or other evidences of

indebtedness where the sum involved exceeds $50,000, and without the signature of Frydman, as well as a breach of Section 3.1.4 (b) by borrowing money by the Company or any company of which the Company is a manager or general partner, and where the sum involved exceeds $50,000, without the signature of Frydman, and also a breach of Section 3.1.4 (c) by drawing upon checking and other accounts of the Company or any company of which the Company is a manager or general partner, where the sum involved exceeds $50,000, without the signature of Frydman.

(ii) breaches by Verschleiser of the provisions of Section 3.10 of the Agreement by failing to devote at least 90% of his normal, professional business time (subject to limited charitable endeavors and, retention of all of their existing other business interests which exist on the date hereof) to the business and affairs of the Group and such other joint enterprises that Frydman and Verschleiser have agreed to undertake jointly;

(iii) breaches by Verschleiser of the provisions of Section 3.7.1 of the Agreement by failing to present all REIT Opportunities of which he becomes aware to the REIT for consideration, and specifically, failing to present that certain joint venture with an affiliate of Sam Boymelgreen opportunity to the REIT; and without the REIT determining that said REIT Opportunity should not be pursued by the REIT, pursuing said REIT Opportunity on his own;

(iv) breaches by Verschleiser of the provisions of Section 3.10 of the Agreement by pursuing that certain joint venture with an affiliate of Sam Boymelgreen to the exclusion of Frydman, and devoting time to said opportunity;

(v) breaches by Verschleiser of the provisions of Section 3.10 of the Agreement by pursuing the Chester Greens transaction to the exclusion of Frydman, and devoting time to said opportunity;

(vi) breaches by Verschleiser of the provisions of Section 3.1.7 of the Agreement by causing transactions between the Partnership and Verschleiser' affiliates, and specifically Our Place and Magenu, to use the services of employees of the Partnership to prepare marketing materials and other promotional materials for Our Place and Magenu and creating web sites for same without any compensation therefore, and without disclosing same to the other Manager and the Members, and without having obtained the unanimous written affirmative consent of all of the Managers and Members to same and the transactions being unfair to the Advisor;

(vii) breaches by Verschleiser of the provisions of Section 3.1.7 of the Agreement by causing transactions between the Partnership and Verschleiser' affiliates, and specifically Our Place and Magenu, to use the Partnership's computer servers as the computer servers for Our Place and Magenu, without any compensation therefore, and without disclosing same to the other Manager and the Members, and without having obtained the unanimous written affirmative consent

of all of the Managers and Members to same and the transactions being unfair to the Partnership;

(viii)      as a member of the board of directors of the REIT, by failing to attend or participate in scheduled board meetings and telephonic meeting of the board of directors;

(ix) as a member of the Advisor's Investment Committee, by failing to attend or participate in scheduled Investment Committee Meetings;

(x)  by committing fraud with respect to a member of the Group in connection with the application of Cabot Lodge Securities, LLC with the Florida Division of Securities by misrepresenting that he had not been arrested and charged of a crime when in fact he was arrested and charged with the crime of impersonating a police officer and failing to disclose same to the Florida Division of Securities in response to a direct question regarding same;

(xi)  the foregoing constituting a breach of fiduciary duty by Verschleiser in connection with the performance of his duties to the Group; and

(xii)      the foregoing constituting wilful acts of misconduct or gross neglect in the conduct of his duties by Verschleiser.

Please take further notice that as a result of the immediate removal of Verschleiser for Cause, then, in addition to any other rights which the Company, the other Manager or the Members may have against Verschleiser, Verschleiser shall not be entitled to any indemnification by the Company or any company of which the Company is a manager or general partner, and Verschleiser shall be liable to the Company or any company of which the Company is a manager or general partner, for all damages suffered by the Company or any company of which the Company is a manager or general partner, resulting from Verschleiser's wrongful actions or failures to act. In addition, pursuant to Section 3.7.3 of the Agreement, upon removal, a removed Manager shall no longer be entitled to receive any compensation as manager or any salary as an employee, from the Company, the General Partner, the Partnership, or any company of which the Company is a manager or general partner.

Very truly yours,
JFURTI, LLC

By: _____ Manager
Jacob Frydman, Manager

EXHIBIT O

**Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™**

By consumers, for consumers...

**Ripoff Report Verified Business Directory™**

Ripoff Report
Verified or safe
...businesses you can trust!          **See It Now**

Don't let them get away with it.® Let the truth be known!™

Home      Help                                                              Register to File a Report    Login

Total Visits since 1998: **8,856,944,680**    Estimated money Consumers saved since 1998: **$15,499,653,189.52**    Reports filed: **1,798,302**

FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Corporate Advocacy *Repair your reputation the right way* | Company Name or Report #

⚠ Ripoff Report protects consumers first amendment right to free speech

Review Latest Reports    Advanced Search    Browse Categories

**Guided New York Tours**
TripAdvisor Cert. of Excellence. Tour Guide Hops Off With You at stops.
NewYorkTours.OnBoardTours.com

**49 Trades, 49 Winners**
This analyst has a 100% win rate so far and 59% average annual returns.
www.ProfitableTrading.com

ads by Yahoo!

**SEE ALSO**

*1.* Personal Banking

*2.* Savings Account

*3.* Mail Order Prescriptions

*4.* USA LLC

ads

Report: #1132636

# Complaint Review: Jacob Frydman

Related Reports

YoufitMemphis-Jacob asst Manager This Company is

Is there a Ripoff Report about you? SEO Reputation Management WARNIN

Jacob Frydman , Winter Investors, Summer Investors, Parker Note Always tries to warn and use others money to take properties New York New York

T & M Commercial Funding Todd Johnson, Jacob Machaud Hard Money Lender Operating Out of House; No Formal Education; Doesn't Understand BPO's Auburn Maine

Jacob Joey Lozada Joey, Joey Lozada, Jacob Lozada Scam, fraud, SEX OFFENDER, liar, very mentally unstable, LIES about having HIV+ San Diego California

Columbus Police Department Officer Jacob Cook Is a sorry police officer I was trying to sell two computer monitors on craigslist this one guy texted me asking for pictures I sent him pics he agreed to buy one the next day he backed out I told him thanks a lot for wasting my time then he threaten me with this officer friend jacob cook he called me saying they're would be harassment charges filed if I don't stop texting his friend this is why I hate cops people think they are friends with a officer they can threaten people like this they contacted me first his friend was leaving me hateful voicemails and calling me a mf columbus Georgia

http://www.lsatcafe.com Jacob Erez, The Unorthodox Reading Comprehension LSAT Course, The Unorthodox Reading Comprehension LSAT Course, SCAM Jacksonville Florida

Jacob Frydman ,Jake Frydman, Jake the snake Frydman, Jacob A Frydman, United Realty Partners, United Realty Trust, LambdaStar, Hudson York, Hudson-York Capital LLC, White Acre Equities, Senergy USA LLC, Surrey Equities, LLC, Tivoli Partners LLC, Master of deception, Megalomaniac, Scam, Fraud,

**Submitted:** Fri, March 21, 2014   **Updated:**      rch 21, 2014
**Reported By:** Ex Employee Whistle Blower     tionwide

Click Here Now!   rk
USA

ﬁed:

Category: Financial Services

**Jacob Frydman, Jake Frydman, Jake the snake Frydman, Jacob A Frydman, United Realty Partners, United Realty Trust, LambdaStar, Hudson York, Hudson-York Capital LLC, White Acre Equities, Senergy USA LLC, Surrey Equities, LLC, Tivoli Partners LLC, Master of deception, Megalomaniac, Scam, Fraud, Thief, Criminal, Ponzi New York New York**

Like  0     g+1     Recommend this on Google     Tweet  0

REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | Arbitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

**Jacob Frydman** is trying to raise money from the public through a Non Traded REIT, **United Realty Trust**. He has induced many to work for his failing company by promising them stock as an incentive which he never delivers. His partner who funded the company resigned and sued him for stealing and fraud. Jacob Frydman will wine you, dine you, then screw you. He does not pay his bills, even the smallest of them. He will not reimburse you. He will sign documents and then completely ignore and define them to his liking. Look closely at his track record. You will see the truth by doing some simple homework on Jacob Frydman or the dozens of failed businesses and companies he has created every few years and over the

← Is this **Ripoff Report** About you?

**Ripoff Report** A business' first line of defense **on the Internet.**

If your business is



Quickly File a Legal **Name Change**
**Change Your Name**
Ripoff Report Verified
LEGALCENTRAL   Faster, Better, Legal Solutions for Less
Ripoff Report Verified ...businesses you can trust!
Only $399!   CLICK HERE!   Get the cash you and keep your

Advertisers above have met our strict standards for business conduct.


LEAR CAPITAL IS "A GOOD HONEST BUSINESS" COMMITTED TO "100% CUSTOMER SATISFACTION"


The Forex Market is a Centralized Exchange.
OR TRUE   FALSE
Submit

Thief, Criminal, Ponzi New York New York

ALAN HIRSCHKORN / CURRENT OFFERRINGS , PEABODY VACATIONS , AAVF OF GREATER NY AND VIC., IPOMONITOR , George cooper , Jacob Goldstein , OLD LINKS HAVE BEEN REPLACED BELOW I Must See for Florida residents .....orlando Florida

Usa dept of financial institute Rob Adams Jacob Black and Frands Floyd  new jersey

Zuupe Media, Zuupe, Jacob Zepeda, www.zuupe.com, Jake Zepeda, SEO, Search Engine Optimization, Zuupe, Managing Director seo, keyword optimized, Reputation Marketing, custom reporting, Video creation, tracking and metrics, marketing services Orange California

Featured Ripoff Reports



**Ben Smith Sac County Iowa Attorney prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie, Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts, Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.**

**The New "Digital Extortion"**
Is there a Ripoff Report on you?



**Reputation Management SEO WARNING!**
They might contact you next!

BBB: What consumers need to know



2020 exposes the real BBB

Past Featured Reports

Ripoff Reports

Xufii, Xefiy REVIEW: Xufii, Xefiy dedicated to customer satisfaction, standing up for small businesses. Offering marketing for local businesses

---

course of his career. He may have one or two success stories, but when digging deeper the truth of the success is ultimately uncovered as a failure. Can it be a scam? Is it like Madoff on a small scale? Is there a fraud taking place? How many banks are screwed? Is there a criminal hiding within? Protect yourself as the poor innocent people get hurt daily in this fictitious wor... wannabes. Ask your lawyer to do... investing with any suspect.

This report was posted on Ripoff Report on 03/21/2014 09:44 PM and is a permanent record located here: ... The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

**Click Here to read other Ripoff Reports on Jacob Frydman**

### Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

Jacob Frydman  [Search]  Search Tips

### Report & Rebuttal
**Respond to this report!** | **Also a victim?** | **Repair Your Reputation!**
[File a Rebuttal] | [File a Report] | [Get Started]

### Arbitrate
**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!

---

willing to make a commitment to customer satisfaction **Click here now.**

Does your business have a bad reputation? Fix it the right way. **Corporate Advocacy Program™**

SEO Reputation Management at its best!

**Related Topics**

**Checking Accounts Online**

**Financial Career**

**Mail Order Prescriptions**

**USALLC**

ads


LEAR CAPITAL IS "A GOOD HONEST BUSINESS" COMMITTED TO "100% CUSTOMER SATISFACTION" - ED MAGEDSON FOUNDER OF RIPOFF REPORT

*SEE ALSO*

1. Personal Banking
2. Savings Account
3. Mail Order Prescriptions
4. USA LLC

ads

**Ripoff Report**
**LEGAL DIRECTORY**

**Business's (11)**
**Lawyers and Law Firms (5312)**
- Administrative Law (11)
- Admiralty & Maritime Law (27)
- Agricultural Law (2)
- Alternative Dispute Resolution (10)
- Antitrust & Trade Regulation (1)
- Appellate Practice (72)
- Aviation & Aerospace (4)
- Banking Law (90)
- Bankruptcy (380)
- Business Law (232)
- Civil Rights (55)
- Class Actions (30)
- Commercial Law (13)
- Communications Law (1)
- Constitutional Law (1)
- Construction Law (83)
- Contracts (7)
- Corporate Law (75)
- Criminal Law (668)
- Debtor & Creditor (51)
- Education Law (14)
- Elder Law (77)
- ElectionCampaign & Political (0)
- Eminent Domain (5)
- Employee Benefits (7)
- Energy (0)

EXHIBIT P



**COMPLAINTS BOARD**
Made by the people for the people | The most trusted and popular consumer complaints website

Company or Product Name | Everything

Home    News & Stories    Tips & Tricks    Questions    Videos    Photos    Groups    Submit Co

Connect With    | Login

NEW TECH Lighting 2014 Collection
Shop Now >>

## Garcinia Cambogia Warning

consumereview.org/Garcinia

Shocking! Here's What We Found When We Researched Garcinia Cambogia.

**Recently Discussed Complaints**

1. (10 mins ago)
Umatilla County Police Dept

united realty trust / Jacob Frydman, New York Complaints & Reviews - dishonest / fraud

united realty trust / Jacob Frydman Contacts & Informations

### united realty trust / Jacob Frydman

Posted 2014-04-12 by If, scammed by them too

**dishonest / fraud**
Complaint Rating

**Contact information:**
United realty Trust
44 wall street
United States
Phone: 212-388-6800
urpa.com

this company will not give you back your money when you ask them to do so. they have taken hundreds of thousand from people and act like they are honest but they will not return your money when you ask for it back. be aware. look up the ceo jacob frydman and it seems like he is not honest or a wall street thief.

Confidential                                    Plaintiff

# EXHIBIT Q

Sign-in | Register (/register/)

SCAMGUARD (/)
SCAMS | REVIEWS | COMPLAINTS

Home (/) Report a Scam (/report-scam/) All Companies (/companies/) Categories (/categories/) FAQ (/faq/)
Contact (/contacts/)

Search by company name, phone or keyword: Search

Home (/) > Categories (/categories/) > Investments (/categories/investment-scams-complaints/) >
UnitedRealtyTrust.com (/categories/investment-scams-complaints/unitedrealtytrustcom/) >
They take your investment in the stock they sell and then dont let you get the money back

Amount: $250,000.00

Country: USA
State: NY
Added: Apr 12, 2014
Report ID:#: 6887

Follow Report

Contact Me

Resolve It (/resolve-it/)

## They take your investment in the stock they sell and then dont let you get the money back

**Company: UnitedRealtyTrust.com (/companies/unitedrealtytrustcom/) (1 Complaint)**

CrashPlan Data Backup
code42.com/CrashPlan
Space for every file & a plan for every budget. Get Started!

Smith System 17213 Black
REIT Magazine
NYC-Area Investor Deals

This company is supposed to be public and audited by eamst and young. they promise to give you your money back and when you request it they say you can not get it back. it is a non- traded reit that i now see has many problems. i will call the sec to complain. please help me it is all of my retirement money

**Complaint resolution:** we asked them for a repayment as they tell you can have when you need it

Timeshare Cancellation
finnlawgroup.com/TakeAction
Learn How to Cancel Your Timeshare. Free Consultations. Call us Today!

Did you find this complaint useful? ✓ Yes (2) ✗ No (0)

Reported by: theygotme

Post a comment Private message

Report a Scam (/report-scam/)

Resolve It! (/resolve-it/)

**Complaint Status:**

**UNRESOLVED**

**Total amount reported:**

**$38,149,007.83**

**Follow Us:**

(http://www.facebook.com/reportfraud)

(http://twitter.com/guardscam)

(https://plus.google.com/117154342624165!

**Additional Information:**

10 Signs of a Scam (/signs-of-scam/)
Avoiding Dating Scams (/how-to-avoid-dating-scams/)
FAQ (Consumer & Business) (/faq/)
Identity Theft Protection (/identity-theft/)
Privacy Policy (/privacy-policy/)
Resolving Complaints (/how-to-resolve-complaints/)
Types of Fraud (2014) (/types-of-fraud/)

**Recent Comments:**

Company: CoffeeVendingBusi...
SCAM WRITTEN ALL OVER IT...

Company: CoffeeVendingBusi...

They take your investment in the stock they sell and then dont let you get the money back...   Page 2 of 2



| | |
|---|---|
| Company Website: | www.unitedrealtytrust.com (http://www.unitedrealtytrust.com) |
| Company Emails: | Info@UnitedRealtyTrust.com |
| Company Phone: | 212-368-6600 |
| Sales Person: | Jacob Frydman |
| Company Address: | 60 Broad Street 34th Floor |
| Managers: | Jacob Frydman |

As of 4/29/2014 this is his information: Ryan Lano.... Lipos... Phone number 347-357-2050, (888) 228-1289, (973) 510-0370

**Company:** CoffeeVendingBusi.... Ryan Lano.... Lipos... Phone number 347-357-2050, (888) 228-1289, (973) 510-0370

**Company:** WakeupNow.com (/... Lokd. That was a funny episode, but that was basically the EXACT opposite of what WUN does. Nobody is forced ...

**Company:** CraigsList Scams (/... Hello, has your complaint been resolved?

Share this complaint with friends:                          0

Official company response:                  Company Representative? Click here (/resolve-it/)

No official response yet.

0 Comments       ScamGuard                                          Login

Sort by Best                                          Share      Favorite

Start the discussion...

Be the first to comment

ALSO ON SCAMGUARD                                          WHAT'S THIS?

**Violation of Federal Banking Regulation. Collateral Cheque Fraud. Theft by ...**
Jarrod Doulet — Jarrod- I got an email word for word from what that guy on here said & charged with all 3 charges!!! I found ...

**Claiming we owed money | Scam Report ID: #7075**
Guest — I have also received the same email but from Adam Thomas 229-516-7471 Ext 108

**No Delivery of ATV after I paid for it.**
p.bo — mine started at trumpet ads got me for 5675.00 contact IC3.gov and file a report.

**Demanding the balance | Scam Report ID: #6859**
Power buddies — I received this email after responding by calling 406-219-7454 and getting a text telling me she couldn't ...

International Real Estate (IREX) Real Estate Long Short (IREAX) Select Income (INFAX)   Learn more   FORWARD   The new standard in investing

© ScamGuard.com | All Rights Reserved 2012-2014

Home (/)     Report a Scam (/report-scam/)     All Companies (/companies/)     Categories (/categories/)     FAQ (/faq/)     Contact (/contacts/)

All rights, titles and interests (including all copyrights, trademarks and other intellectual property rights) on this site belong to ScamGuard.com. No part of this site may be reproduced, republished, copied, transmitted, or distributed in any manner without the express written permission of ScamGuard.com.

| From: | ScamGuard Office |
|---|---|
| To: | Daniel Edelman |
| Subject: | Re: ATTN: LEGAL |
| Date: | Tuesday, July 22, 2014 6:57:40 PM |
| Attachments: | image001.png |

Hi Daniel,

Here is the information you have requested. I did not want to involve our lawyer, it costs too much. The complaints have been taken down long ago, I was just waiting for the information from the programer.

This is everything we've got:

Complaint #8516
Username: upstateperson
First Name: upstate
Last Name: person
Email address: upstate@mailtothis.com (confirmed by verification code)
Phone number: 917-578-3300
Date joined: 07/15/2014
Time: 00:48:56
IP: 172.56.18.186


Complaint #6887
Username: theygotme
First Name: scammedbyunited
Last Name: scammedbyunited
Email address: scammedbyunited@mailinator.com (confirmed by verification code)
Phone number: 310-555-1212
Date joined: 04/12/2014
Time: 01:22:56
IP: 108.29.11.176


**Please confirm that you have received the information.**


Hope this helps your case.

Sincerely,
Boris


**Attention:** If you are a victim of a fraudulent organization or an unlawful individual, your credit history and identity may be at risk. Learn how to keep your credit safe from identity theft and unauthorized changes. Read the article **here**.

Most dangerous scams of 2014 - **Read article**.

Regards,
ScamGuard Team

# EXHIBIT R



**REIT Wrecks**

- Board index ‹ The Non-Traded REIT Forum
- Change font size
- Print view

- FAQ
- Register
- Login

## United Realty Trust

Post a reply

| Search this topic… | Search |

1 post • Page 1 of 1

### United Realty Trust

□by **anotherloser** » Mon Apr 14, 2014 2:14 am

being denied a redemption of 300k.
anyone know more about this reit?
i searched Jacob Frydman and see fraud cases with this ceo of united realty
http://www.unitedrealtytrust.com http://www.urpa.com

# EXHIBIT S

Report: #1139786

# Complaint Review: Jacob Frydman

**Related Reports**

YoutliMemphis: Jacob and Manage
This Company is running a scam into
none at a Very Racet visit BEWARE
Memphis Tennessee

Jacob Frydman, Winter investors,
Summer investors, Parker Note
Always tries to scam and use others
money to take properties New York
New York

T & H Commercial Funding Todd
Johnson Jacob Mackaml Hard
Money Lender Operating Out of
Home No Formal Education,
Doesall Understand BPO's Auburn
Maine

Jacob Joey Lozada Joey, Joey
Lozada Jacob Lozada Scam, fraud,
SEX OFFENDER, liar, very mentally
unstable, UB's about having HIV+
San Diego California

Columbus Police Department Officer
Jacob Cook is a corru police officer I
was losing to sell her computer
monitor on craterlist the one guy
to dad me asking for pictures I sent
him pics he agreed to buy and the
next day he backed out I told him
thanks a lot by wasting my time then
he threaten me with his office friend
Jacob cook he called me saying
they're would be harassment
charges filed if I don't stop texting
his friend the is why I hate cops
people think they are friends with a
officer then can this stun people the
they contacted me first he friend
was having me helpful voicemails
and calling me a mf columbus
Georgia

http://www.lcatcafe.com Jacob Enez,
The Unortholez Reading
Comprehension LSAT Course, The
Unortholez Reading
Comprehension LSAT Course,
SCAM Jacksonville Florida

Jacob Frydman, John Frydman,
John the state of Frydman, Jacob A

Submitted: Thu, April 17, 2014   Updated: Thu, April 17, 2014
Reported By: Jury — Yonkers New York

Jacob Frydman            Phone:
Wall Street              Web:
New York, New York       Category: Financial Services
USA

## Jacob Frydman , Winter Investors, Summer Investors, Parker Note Always tries to scam and use others money to take properties New York New York

Like  {0}  |  8+1  Recommend this on Google    Tweet  {0}

REBUTTAL BOX™ | Respond to this Report!

| Add Rebuttal to this Report | Aribitrate & Set Record Straight |
| File New Report | Repair Your Reputation |

Jacob Frydman will do anything to hurt anyone. He has tried to steal properties by using money from others to buy mortgages and then tries to foreclose. He tries to take from investors and investments.

⟵ Is this
**Ripoff Report**
About you?

He will soon be in Jail for this and check the records back to his role as an attorney in Ohio.

**Ripoff Report**
A business' first
line of defense
on the Internet.

# EXHIBIT T

# jacobfrydmanfraud

## FRAUD ALERT



Biggest real estate FRAUD man – Jacob Frydman

# Jacob Frydman

JUNE 27, 2014  /  JACOBFRYDMANFRAUD  /  LEAVE A COMMENT
Uncategorized
#ALERT        #FRAUD        #JACOB FRYDMAN        #REAL ESTATE

CREATE A FREE WEBSITE OR BLOG AT WORDPRESS.COM.  |  THE HEMINGWAY
REWRITTEN THEME.

Follow

Jacob Frydman | jacobfrydmanfraud

# Follow "jacobfrydmanfraud"

Powered by WordPress.com

# EXHIBIT U



**IMAGES**





# JACOB FRYDMAN

**FOLLOW "JACOB FRYDMAN CRIMINAL"**

Get every new post delivered to your Inbox.

Posted on 27.06.2014 Tagged #Jacob Frydman #Real estate #Fraud #Criminal
Leave a comment

Enter your email address

Sign me up

Powered by WordPress.com

BLOG AT WORDPRESS.COM. | THE TONAL THEME.

# EXHIBIT V

acobfrydmanfraud | FRAUD ALERT





Biggest real estate FRAUD man – Jacob Frydman

jacobfrydmanfraud | FRAUD ALERT

## JACOB FRYDMAN

JUNE 27, 2014     LEAVE A COMMENT

Follow "jacobfrydmanfraud"

Get every new post delivered to your Inbox.

Enter your email address

Sign me up

Powered by WordPress.com

BLOG AT WORDPRESS.COM.  |  THE HEMINGWAY REWRITTEN THEME.

# EXHIBIT W

JACOB FRYDMAN SCAM

More ▾   Next Blog»                                                    Create Blog   Sign In



Saturday, June 28, 2014

Don't Become A Victim Of Real Estate & Mortgage Fraud!!
REMEMBER THIS FACE!

About Me

jacob_frydman_scam
View my complete profile

Blog Archive

▼ 2014 (1)
  ▼ June (1)
    Don't Become A Victim Of Real Estate
    & Mortgage Fr...



Posted by jacob-frydman_scam at 2:32 PM    No comments:

Labels: #alerts, #fraud, #jacob-frydman, #nyc, #real-estate, #scam

Home

Subscribe to: Posts (Atom)

Travel template. Powered by Blogger.

# EXHIBIT X