Jacob Frydman (FRAUD_man) on Twitter

9/8/2014



🔍 | Have an account? Sign in ∨



# FRAUD ALERT

**Jacob Frydman**
@FRAUD_man

Jacob Frydman - Real estate Fraud in NYC

📷 **3 Photos and videos**

| TWEETS | PHOTOS/VIDEOS | FOLLOWING | FAVORITES |
|--------|--------------|-----------|-----------|
| 3 | 3 | 14 | 1 |

**More ∨**     +⊙ **Follow**

**Tweets**     Tweets & replies



**Jacob Frydman** @FRAUD_man · Jun 29
THE TRUTH REVEALED! #Jacobfrydman #fraud #criminal #alert #realestate #NYC pic.twitter.com/GRbi5HF2sK

ing that he reneged on a joint-venture agreement. (Frydman denies that there ever was such an agreement.) Futterman definitely sees his wouldn't-be partner as a Donald Trump in the making. "I don't know if I'm the first body he's trying to climb over," Futterman says of Frydman, "but I'm certainly not going to take it lying

he first legal claim against rydman & Company. Frydman dismisses the suit—with rump-like bravado—as spurious and unfounded, nd we'll be seeking to have dismissed." All that the 39-ear-old, single Frydman eeds to do now is to find a londe wife.

View more photos and videos

↩ ⇄ ★ •••

**Jacob Frydman** @FRAUD_man · Jun 29
STOP Real Estate Fraud!! DON'T TRUST THAT SCUMBAG!





9/8/2014

Jacob Frydman (FRAUD_man) on Twitter



View more photos and videos


**Jacob Frydman** @FRAUD_man · Jun 29



View more photos and videos

★ 1



Don't miss any
updates from
Jacob Frydman

Full name

Email

Password

Sign up for Twitter

Worldwide Trends ·
Change

#PagiYlanissa
#fireproof
#ŞiirGibiTwt
NiceSenelere Metehan…
#HappyBdayCamCam
#WildanTamfanEpliwel
1DWorld'ジ OneDirecti…
Honorato
Without X
Cilic

https://twitter.com/FRAUD_man

9/8/2014

Jacob Frydman (FRAUD_man) on Twitter

© 2014 Twitter   About
Help   Ads info

# EXHIBIT Y

BLOG (/)     ABOUT (/ABOUT.HTML)     CONTACT (/CONTACT.HTML)

# JACOB FRYDMAN FRAUD (/)

**JACOB FRYDMAN - REAL ESTATE FRAUD**
BLOG (/)   ABOUT (/ABOUT.HTML)   CONTACT (/CONTACT.HTML)
**(/BLOG/JACOB-FRYDMAN-REAL-ESTATE-FRAUD)**
06/28/2014                          6 COMMENTS
                                    (/BLOG/JACOB-FRYDMAN-
                                    REAL-ESTATE-
                                    FRAUD#COMMENTS)



Tweet 0     Like 0

## COMMENTS

**JAKE THE SNAKE (HTTP://WWW.URPA.COM)**
**09/05/2014 8:23PM**

*The CEO Jacob Frydman (AKA Jake The Snake) has many lawsuits against him especially for FRAUD.*

*One lawsuit says that Jacob Frydman defaulted on his personal guaranty of a $12 million loan PAF Capital made to his company. The suit claims that after defaulting on his guaranty, Mr. Frydman represented to PAF Capital that he could not afford to honor his guaranty and provided PAF Capital with what they now believe are fraudulent financial statements in an effort to get PAF Capital to settle with Mr. Frydman for a significant haircut.*

Another lawsuit his ex-CFO in his Lambdastar Infrastructure fund
that failed in 2010 the CFO alleges that Jacob Frydman raided the
company for his own benefit and left the company broke. The CFO won
the lawsuit against them. The CFO writes in the lawsuit he used the
company as a "personal piggy bank by siphoning investor monies
from the company's coffers to distribute money to Frydman"

A case filed in 2013 alleges that Jacob Frydman got caught moving
nearly $7 million of investors' funds to an account under Frydman's
control. The documents show how Jacob Frydman only returned the
investor funds after being notified of the lawsuit.

Many lawsuits were filed in March of 2011 by Capital One Bank
against Jacob Frydman and his entities for breaches of contract,
recovery of funds owed under credit agreements, in the amounts of
$837,982.85, $370,141.75, and $341,558.06.

**REPLY**

**JAKE (HTTP://UNITEDREALTYTRUST.COM)**
**09/05/2014 8:39PM**

Everything in his United Realty Trust prospectus is bullshit. He claims
to have a track record. Look closely at each one.
The DHL building is only fractionally owned by him and he has many
lawsuits against him in that deal because he is a thief and a con
artists. He is not "the guy" who did the deal, he just lucked out and
owns a share in the deal.

A lawsuit against Jacob Frydman on June 28, 2010 filed by a law firm
once retained by Frydman for his failed senior care business, seeks to
recover the amount due it under a promissory note ($90,000.00) that
Frydman defaulted on. The court awarded judgment for the plaintiff.
Frydman moved the court on Aug. 21, 2012 to vacate said judgment.
Frydman served motion papers upon Plaintiff returnable a "mere" six

*business days later rather than the requisite thirteen days. The court*
BLOG ()     ABOUT (|ABOUT.HTML)     CONTACT (|CONTACT.HTML)
*also found that Frydman mailed the motion four days before July 4th*

*holiday weekend and made it returnable July 5th.*

### REPLY

**HIS ALIAS**

**09/05/2014 8:40PM**

*Jacob Frydman Alias when you took him up on Lexisnexis.*

*1: FRYDMAN, ABRAHAM*

*2: FRYDMAN, J*

*3: FRYDMAN, JACAB*

*4: FRYDMAN, JACOB*

*5: FRYDMAN, JACOB A*

*6: FRYDMAN, JACOB ABRAHAM*

*7: FRYDMAN, JACOB F*

*8: FRYDMAN, JAKAB*

*9: FRYDMAN, JAKE*

*10: FRYDMAN, JOCOB*

*11: FRYDMANN, JACOB*

*12: FRYDMN, JACOB*

*13: FRYDNAN, JACOB F*

*14: FRYEDMAN, JACOB A*

*15: FRYMAN, JACOB*

*16: FRYMAN, JACOB A*

### REPLY

**JAK**

**09/05/2014 9:15PM**

*Some of the Jacob Frydman Liens and Judgments ( United Realty*

*Trust )*

*As a master in LITIGATION the con man Jake the Snake mobster wanna*

JACOB FRYDMAN - REAL ESTATE FRAUD - JACOB FRYDMANFRAUD.      Page 5 of 17

be Frydman aka Jacob Frydman has so many liens against him
BLOG (/)    ABOUT (/ABOUT.HTML)    CONTACT (/CONTACT.HTML)
because he sues, loses in court and then still fights. the liens he may

ultimately settle as a way to get a discount. But the records show it

all. From the smallest few hundred dollars to the larger ones where he

screws lawyers and lawfirms that represent him.


Judgments / Liens Against Jacob Frydman-

(probably lots more in other databases)


1) NY Judgments and Liens Filings

Debtor Information

Name: FRYDMAN, JACOB

Address: 80 DONALD DR

HASTINGS HDSN, NY 10706-3621

WESTCHESTER COUNTY

Name: INTERNAL REVENUE SERVICE

Amount: $24,682

Filing Date: 3/4/2010

Type: FEDERAL TAX LIEN

Book: 50063

Page: 6002

Agency: WESTCHESTER COUNTY CLERK


2) Lien Information

FRYDMAN, JACOB A

SSN: 197-46-XXXX

Address: 111 FULTON ST

NEW YORK, NY 10038-2711

NEW YORK COUNTY

Creditor Information

Name: NET CONNECTIONS WEB INC

Filing Information

Amount: $29,311

Filing Date: 11/29/2005

Case Number: 3195805

Type: JUDGMENT

Agency State: NY
BLOG (/)    ABOUT (/ABOUT.HTML)    CONTACT (/CONTACT.HTML)

3) VA Judgments and Liens Filings

Debtor Information

Name: FRYDMANN, JACOB

SSN: 137-46-XXXX

Address: 111 FULTON ST FL 4TH

NEW YORK, NY 10038-2711

NEW YORK COUNTY

Creditor Information

Name: FRALIN FEINMAN COATES & KINNIER PC

Address: 2104 LANGHORNE RD

LYNCHBURG, VA 24501-1424

Filing Information

Jurisdiction: VA

Amount: $8,281.80

Filing Date: 10/18/2005

Case Number: JC-00618100-2005-DC

Number: 0500618100

Type: JUDGMENT

Agency: VIRGINIA CIRCUIT COURT

Agency State: VA


4) VA Judgments and Liens Filings

Debtor Information

Name: FRYDMANN, JACOB

SSN: 137-46-XXXX

Address: 111 FULTON ST

NEW YORK, NY 10038-2711

NEW YORK COUNTY

Creditor Information

Name: FRALIN FEINMAN COATES & KINNIER PC

Address: 2104 LANGHORNE RD

LYNCHBURG, VA 24501-1424

Jurisdiction: VA

Filing Date: 8/23/2005

Case Number: SC-00618100-2005-DC
BLOG ()    ABOUT (/ABOUT.HTML)    CONTACT (/CONTACT.HTML)

Filing Status: UPDATES MAY BE PRESENT ELSEWHERE IN THIS REPORT;
CHECK

THE COURT FOR THE CURRENT STATUS

Number: 0500618100

Type: CIVIL SUIT

Agency: VIRGINIA GENERAL DISTRICT COURT

Agency State: VA


Judgments and Liens Filings

Debtor Information

Name: FRYDMAN, JACOB

SSN: 137-46-XXXX

Address: 80 DONALD DR

HASTINGS HDSN, NY 10706-3621

WESTCHESTER COUNTY

Creditor Information

Name: NYS TAX COMMISSION

Filing Information

Amount: $22,059

Filing Date: 12/28/2004

Type: JUDGMENT

Agency State: NY


NY Judgments and Liens Filings

Debtor Information

Name: FRYDMAN, JACOB

SSN: 137-46-XXXX

Address: 80 DONALD DR

HASTINGS HDSN, NY 10706-3621

WESTCHESTER COUNTY

Creditor Information

Name: STATE OF NEW YORK

Filing Information

Jurisdiction: NY

Amount: $19,166

Original Filing Number: E022980627W0017

BLOG UP    ABOUT (/ABOUT.HTML)    CONTACT (/CONTACT.HTML)

Filing Date: 5/26/2004

Number: E022980627W0017

Type: STATE TAX WARRANT

Agency: WESTCHESTER COUNTY CLERK

Agency State: NY

Agency County: WESTCHESTER


Judgments and Liens Filings

Debtor Information

Name: FRYDMAN, JACOB

SSN: 137-46-XXXX

Address: 80 DONALD DR

HASTINGS HDSN, NY 10706-3621

WESTCHESTER COUNTY

Creditor Information

Name: NYS TAX COMMISSION

Filing Information


Judgments and Liens Filings

Debtor Information

Name: FRYDMAN, JACOB A

SSN: 137-46-XXXX

Address: 111 FULTON ST

NEW YORK, NY 10038-2711

NEW YORK COUNTY

Creditor Information

Name: STEPHEN J FEIN

Filing Information

Amount: $510

Filing Date: 3/31/1998

Case Number: SCQ208998

Type: JUDGMENT

Agency State: NY


10: OH Judgments and Liens Filings

Debtor Information
BLOG (/)    ABOUT (/ABOUT.HTML)    CONTACT (/CONTACT.HTML)
Name: FRYDMAN, JACOB

SSN: 137-46-XXXX

Address: 111 FULTON ST

NEW YORK, NY 10038-2711

NEW YORK COUNTY

Address: 111 FULTON ST FL 4TH

NEW YORK, NY 10038-2711

NEW YORK COUNTY

Creditor Information

Name: EWC RETIREMENT PLAN

Name: EWC RITIREMENT PLAN

Filing Information

Jurisdiction: OH

Amount: $1,000,000

Filing Date: 3/25/1998

Eviction N

Number: CV351587

Type: CIVIL

Agency: CUYAHOGA COUNTY COMMON PLEAS

Agency State: OH

Agency County: CUYAHOGA

Number: CV351587

Type: CIVIL NEW FILING

Agency: CUYAHOGA COUNTY COMMON PLEAS

Agency State: OH

Agency County: CUYAHOGA


NJ Judgments and Liens Filings

Debtor Information

Name: FRYDMAN, JACOB A

SSN: 137-46-XXXX

Address: 111 FULTON ST

NEW YORK, NY 10038-2711

NEW YORK COUNTY

Creditor Information

*Name: ECKLAND CONSULTANTS INC*
BLOG (/)     ABOUT (/ABOUT.HTML)     CONTACT (/CONTACT.HTML)

*Filing Information*

*Jurisdiction: NJ*

*Amount: $9,300.00*

*Filing Date: 2/23/1998*

*Case Number: SC-00004671-1998-DC*

*Number: DC 004671 1998*

*Type: CIVIL SUIT*

*Agency: NEW JERSEY SUPERIOR COURT LAW DIVISION SPECIAL CIVIL PART*

*Agency State: NJ*

*Agency County: MIDDLESEX*

*Judgments and Liens Filings*

*Debtor Information*

*Name: FRYDMAN, JACOB*

*SSN: 137-46-XXXX*

*Address: 950 3RD AVE*

*NEW YORK, NY 10022-2705*

*NEW YORK COUNTY*

*Debtor 2*

*Name: FRYDMAN, JACOB A*

*SSN: 137-46-XXXX*

*Address: 950 3RD AVE*

*NEW YORK, NY 10022-2705*

*NEW YORK COUNTY*

*Creditor Information*

*Name: IRS*

*Filing Information*

*Amount: $29,687*

*Filing Date: 12/22/1997*

*Case Number: 4969*

*Type: FEDERAL TAX LIEN*

*Agency State: NY*

*NY Judgments and Liens Filings*

*Debtor Information*

*Debtor 1*
BLOG (/)   ABOUT (/ABOUT.HTML)   CONTACT (/CONTACT.HTML)
*Name: FRYDMAN, JACOB A*

*SSN: 137-46-XXXX*

*Address: 950 3RD AVE*

*NEW YORK, N*


**REPLY**


**JACOB FRYDMAN UNITED REALTY TRUST (ON IPHONE 6
UNAVAILABLE) (HTTP://WWW.UNITEDREALTYTRUST.COM)
09/05/2014 10:27PM**

*Dozens of litigations many many with Fraud. Makes you wonder whats
next.*

*Madoff ? Jake Frydman hires Architects, Contractors, Electricians, and
Plumbers etc, for his house he calls Ledge Rock and then sues them
all ...... Why? to scare them and not to pay them. Read these litigations
and you will be in shock!*

*He hires lawyers, leases copy machines, gets Internet service, hires
executives and employees (dozens of them) and SCREWS them ALL.
READ the lawsuits.*

*Just ask any lawyer to do a search on Lexisnexis*

*Frydman knows how to use LLC's and corporations to hide his fraud
and deception, but some (Dozens) we can still uncover in these
lawsuits.*

*Jake has screwed dozens of banks and lenders (yes on many
properties he bought and they took back, NOT in his SEC documents)*

*There are probably hundreds more in arbitration but just read these
and weep and your money is gone*

*Atlantic Concrete Foundation Inc. v. White Acre Equities LLC,*

1406/2013 (N.Y. Sup. Ct. Apr. 2014)
BLOG (/)    ABOUT (/ABOUT.HTML)    CONTACT (/CONTACT.HTML)

APF FIRE PROTECTION v. LEDGEROCK Docket No. 6641/2013

VINEYARD AVENUE v. LEDGEROCK, LLC., Docket 3493/2011

Parker Note v Parker Ave et al (NY State County of Dutchess INDEX NO.
2012 3020)

EVUNP V Frydman (INDEX NO. 650841/2014)

Frydman, Jacob v. Nasi Seed Investors I LP, 8759 (Del. Ch. July 30,
2013)

TRAVELERS INDEMNITY V JACOB FRYDMAN and WHITE ACRE EQUITIES,
LLC,
Index No.: 2010-2802

DJZV Holdings LLC v Jacob Frydman (Index No. 654346/2013)

WA Route 9, LLC v. PAF Capital LLC, 651688/2012

Kiphart Richard P v. Frydman, Jacob, 2012-L-010840

Capital One, N.A. v. Surrey Equities, (Frydman) 1:11-cv-01798 (S.D.N.Y.
Mar. 15, 2011)

Capital One, N.A. v. Frydman 1:11-cv-02231 (S.D.N.Y. Mar. 31, 2011)

Capital One, N.A. v. White Acre Equities, LLC 1:11-cv-02231

Andrew Sutton v. Lambdastar Infrastructure Partners LLC et Al.
653453/2011 – See
also Arbitration (AAA) case no. 13 116 03031 10

Barnes & Thornburg LLP v. Jacob A. Frydman, 108532/2010

BLOG (/)    ABOUT (/ABOUT.HTML)    CONTACT (/CONTACT.HTML)

*Guttman, Jack v. Diamond, Warren, 650592/2010 (N.Y. Sup. Ct. June 11, 2010)*

*Peckar & Abramson, P.C. v. Lyford Holdings, LTD., (Frydman) 100005/2009 (N.Y. Sup. Ct. Jan 02, 2009)*

*700 North Delaware, LLC (Frydman) v. Weinstein, 2:07-cv-02252 (E.D. Pa. Jun 04, 2007)*

*Savoy Senior Housing Corp (Frydman) v. TRBC Ministries, LLC. 1:08-cv-08874 (S.D.N.Y.Oct 16, 2008)*

*General Electric Capital Corp. v. Frydman and Company, 05.100709/2005*

*ROSENMAN & COLIN, LLP v. FRYDMAN, JACOB A., Docket No. 604674/1998 (NY Sup. Ct. Sept 1998)*

*BDO SEIDMAN, LLP v. FRYDMAN & CO., Docket No. 603077/1998 (NY Sup.Ct. June 1997)*

*SHELDON FELDMAN v. JACOB A. FRYDMAN, Docket No. 1986-1407 (OH. SUP. Ct. Aug. 1986)*

*NYS Department of Taxation and Finance v. Lambdastar Infrastructure Partners LLC, Docket No. 3124659*

*NYC Department of Finance v. Lambdastar Infrastructure Partners LLC, Docket No. 2619580*

*TELCO ASSOCIATES, LLC, Member of and on Behalf of 636 ELEVENTH V WHITE ACRE CAPITAL, LLC, through Jacob Frydman 04601949 N.Y. Sup Ct.*

*LEDGEROCK, LLC v. ADVANCED RADIANT DESIGN INC, Docket No. 11649/2010*

BLOG (/)     ABOUT (/ABOUT.HTML)     CONTACT (/CONTACT.HTML)

*LEDGEROCK, LLC v. AMERICAN ARCHITCTURAL INC., Docket No. 7979/2010 (NY Sup. Ct. Oct 2010)*

*FRYDMAN AND COMPANY v. AAA AUTO CARRIERS Docket No. 603924/2001 (NY Sup Ct. Aug. 2001)*

*FRYDMAN AND COMPANY v. CORBETT TOWING Docket No. 124043/2001*

*FRYDMAN AND CO. v. CREDIT SUISSE FIRST BOSTON, Docket No. 605549/1998 (N.Y. Sup. Ct. Nov. 1998)*

*Lo-Temp, Inc. V Jacob Frydman, d/b/a Jacob Frydman TV Enterprises Index No.26386/95*

*Kenneth Sustin v. Jacob A. Frydman*

*STEPHEN J. FEIN, V JACOB A. FRYDMAN, SCQ 2089/98*

*U.S.A. v. Best GC, Inc., et al*

*Ganfer & Shore V Frydman (AAA Case No. 13194174011)*

*Phillips Credit Co v. Frydman, Jacob, 1987-042915-CA-01 (Fla. Cir. Ct. Oct. 01, 1987)*

*Willis Trevor v. Pier House Motel Inc., 1988-042076-CA-01 (Fla. Cir. Ct. Oct. 05, 1988)*

*Federal Savings v. Frydman, 8:94-mc-00011 (E.D.N.Y. Jan 25, 1994)*

*Sunny Isle Dvlmt, Corp. v. Frydman, Jacob, 602854/1997 (N.Y. Sup. Ct. June 04, 1997)*

*Doral Money Inc. v. Savoy at Staten Island LP., 602854/2003 (N.Y. Sup. Ct. Sept. 10, 2003)*

BLOG (/)    ABOUT (/ABOUT.HTML)    CONTACT (/CONTACT.HTML)

*Home Design Services v. Lake Diamond Association, (Frydman) 5:03-cv-00347 (M.D. Fla.*

*Central States, et al v. Joseph Feldman, et al., 1:90-cv-01920 (N.D. Ill. Mar. 06, 1990)*

*Savoy Senior Housing Corp (Frydman) v. TRBC Ministries, LLC, 1:08-cv-08874 (S.D.N.Y. Oct 16, 2008)*

*JC Studios Brooklyn II, LLC, (Jacob Frydman) v. Chase Home Finance LLC, 115626/2010 (N.Y. Sup. Ct. Dec. 02, 2010)*

*Bank of America, N.A. v. J.C.S. Realty, LLC, 30596/2010*

*Diamond, Scott v. Tunnel Associates, LLC 156800/2012 (N.Y. Sup. Ct. June 24, 2012)*

*Kiphart Richard P v. Frydman, Jacob, 2012-L-010840 (Ill. Cir. Ct. Sept. 24, 2012)*

*AND THE LIST GOES ON AND ON AND ON.....................................*

*This is ALL research done by someone Jacob Frydman Screwed in the 90's.*
*The world will see who Jake really is when he is in Jail.*

*Jake the Rat Snake Frydman, the story of Greed and Wanna Bees.*

*The man Who Wears A Full Length Fur Coat and drives aroun*

**REPLY**

EXHIBIT Z

LENDERS SCREWED BY JACOB FRYDMAN
BLOG (/)     ABOUT (/ABOUT.HTML)     CONTACT (/CONTACT.HTML)
(HTTP://WWW.UNITEDREALTYCOS.COM)

**09/12/2014 10:54PM**

*Would a lender make a loan to Jacob Frydman and his United Realty*

*Trust ?*

*Many lenders have been alledaagly screwed by United Realty Trust s*

*CEO Jacob Frydman. MANY.*

*Capital One Bank*

*North Fork Bank*

*Doral Bank*

*Chase Home Morgages*

*BAC Florida Bank (under his wifes name)*

*Wachovia Bank / Now Wells Fargo*

*Park Avenue Bank (NYC) (PAF Capital) (Fraud Case)*

*Metro Bank / Formally Commerce Bank Harrisburg*

*Bank of America (Foreclosure on his JC Studio building he touts in the*

*United Realty Trust Inc prospectus)*

*This is all public record just look in Lexisnexis a software every*

*attorney has access to.*

**REPLY**

# LEAVE A COMMENT

**NAME (REQUIRED)**

BLOG (/)    ABOUT (/ABOUT.HTML)    CONTACT (/CONTACT.HTML)

**EMAIL (NOT PUBLISHED)**

**WEBSITE**

**COMMENTS**

☐ NOTIFY ME OF NEW COMMENTS TO THIS POST BY EMAIL.

l://UTM_SOURCE=INTERNAL&UTM_MEDIUM=FOOTER&UTM_CAMPAIGN=3)

SUBMIT

# EXHIBIT AA

- Home
- About
- Subscribe
- Forum
- Subscribe to the Forum by email or RSS

      Light**in**thebox.com



## REIT Wrecks

- Board index ‹ The Non-Traded REIT Forum
- Change font size
- Print view

- FAQ
- Register
- Login

## United Realty Trust Jacob Frydman Fraud

Post a reply

| Search this topic… | Search |

1 post • Page **1** of **1**

### United Realty Trust Jacob Frydman Fraud

▫by **PutJacobInJail** » Sat Jul 12, 2014 12:05 am

look into the CEO before giving them money. He clearly has many issues relating to FRAUD. Jacob Frydman of http://www.urpa.com has been sued many times for fraud

One lawsuit alleges that Mr. Frydman defaulted on his personal guaranty of a $12 million loan PAF Capital made to McDonald Ave. Acquisition LLC. The suit claims that after defaulting on his guaranty, Mr. Frydman represented to PAF Capital that he could not afford to honor his guaranty and provided PAF Capital with what they now believe are fraudulent financial statements in an effort to get PAF Capital to settle with Mr. Frydman for a significant haircut. He can end up in Jail.

http://finance.yahoo.com/news/paf-capit ... 00609.html

## Commercial Real Estate

rcscapital.com/
Help Protect Yourself From Volatile Times. Use Alternative Investments.

0

PutJacobInJail

**Posts:** 4
**Joined:** Fri Jul 11, 2014 11:48 pm

Top

Post a reply
1 post • Page **1** of **1**

Return to The Non-Traded REIT Forum

Jump to: | The Non-Traded REIT Forum ⌄ |   Go

- Board index
- The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

No content published on this Site constitutes a recommendation that any particular security, portfolio of securities or investment strategy is suitable for any specific person. The Site is not intended to provide tax, legal, insurance or investment advice, and nothing on the Site should be construed as an offer to sell, a solicitation of an offer to buy, or a recommendation for any security by REIT Wrecks or any third party.
All content © 2010-2012 by REIT Wrecks.
Powered by phpBB® Forum Software © phpBB Group

# EXHIBIT AC

- Home
- About
- Subscribe
- Forum
- Subscribe to the Forum by email or RSS

     



**REIT Wrecks**

- Board index ‹ The Non-Traded REIT Forum
- Change font size
- Print view

- FAQ
- Register
- Login

## United Realty Trust Jacob Frydman Fraud

Post a reply

| Search this topic… | Search |

1 post • Page **1** of **1**

### United Realty Trust Jacob Frydman Fraud

by **PutJacobInJail** » Sat Jul 12, 2014 12:05 am

look into the CEO before giving them money. He clearly has many issues relating to FRAUD. Jacob Frydman of http://www.urpa.com has been sued many times for fraud

One lawsuit alleges that Mr. Frydman defaulted on his personal guaranty of a $12 million loan PAF Capital made to McDonald Ave. Acquisition LLC. The suit claims that after defaulting on his guaranty, Mr. Frydman represented to PAF Capital that he could not afford to honor his guaranty and provided PAF Capital with what they now believe are fraudulent financial statements in an effort to get PAF Capital to settle with Mr. Frydman for a significant haircut. He can end up in Jail.

http://finance.yahoo.com/news/paf-capit ... 00609.html

## Commercial Real Estate

 rcscapital.com/
**Help Protect Yourself From Volatile Times. Use Alternative Investments.**

<u>0</u>

<u>PutJacobInJail</u>

     **Posts:** 4
     **Joined:** Fri Jul 11, 2014 11:48 pm

<u>Top</u>

---

<u>Post a reply</u>
1 post • Page **1** of **1**

<u>Return to The Non-Traded REIT Forum</u>

Jump to: | The Non-Traded REIT Forum ⌄ | | Go |

- <u>Board index</u>
- <u>The team</u> • <u>Delete all board cookies</u> • All times are UTC - 8 hours [ DST ]

No content published on this Site constitutes a recommendation that any particular security, portfolio of securities or investment strategy is suitable for any specific person. The Site is not intended to provide tax, legal, insurance or investment advice, and nothing on the Site should be construed as an offer to sell, a solicitation of an offer to buy, or a recommendation for any security by REIT Wrecks or any third party.
All content © 2010-2012 by REIT Wrecks.
Powered by <u>phpBB</u>® Forum Software © phpBB Group

# EXHIBIT AD

Case 1:14-cv-08084-JGK Document 40-8 Filed 03/13/15 Page 30 of 70





### Jacob Frydman and United Realty - Beware: The too good to be true United Realty - Frydman new scam

UnitedRealtyTrust.com (2 Complaints)

**Amount: $1,100,000.00**

Country: USA
State: NY
Added: Jul 15, 2014
Report ID:#: 8516

# Commercial Real Estate

 rcscapital.com/

Help Protect Yourself From Volatile Times.
Use Alternative Investments.

The CEO has many lawsuits against him especially FRAUD.
In one example his ex-CFO for his Lambdastar Infranstructure
fund that failed in 2010 the CFO alleges that Jacob Frydman
raided the company for his own benefit and left the company
broke. The CFO won the lawsuit against them. The CFO writes in
the lawsuit he used the company as a "personal piggy bank by
siphoning investor monies from the company's coffers to
distribute money to Frydman"
Another case and lawsuit alleges that Jacob Frydman defaulted
on his personal guaranty of a $12 million loan PAF Capital made
to his company. The suit claims that after defaulting on his
guaranty, Mr. Frydman represented to PAF Capital that he could
not afford to honor his guaranty and provided PAF Capital with
what they now believe are fraudulent financial statements in an
effort to get PAF Capital to settle with Mr. Frydman for a
significant haircut.
In Another Lawsuit A case filed in 2013 alleges that Jacob
Frydman got caught moving nearly $7 million of investors' funds

to an account under Frydman's control. The documents show how Jacob Frydman only returned the investor funds after being notified of the lawsuit.

Many lawsuits were filed in March of 2011 by Capital One Bank against Jacob Frydman and his entities for breaches of contract, recovery of funds owed under credit agreements, in the amounts of $637,982.85, $370,141.75, and $341,558.06.

Jacob Frydman steals peoples money to buy notes and real estate. Look into his record as an (ex)attorney in Ohio in the 1980's too.

**Complaint resolution:** 1100000

# Cheaper than Hard Money

◉ privatemoneygoldmine.com

Real Estate Investors: Borrow at 6-12% from these private lenders.





**0 Comments**     ScamGuard

 Login ▾

Sort by Best ▾                                          Share

    Start the discussion…

                        Be the first to comment.

ALSO ON SCAMGUARD                                          WHAT'S THIS?

**Email scams - Scam Report ID: #7759 |**
**Received am e-mail from SitterCity**

2 comments • 2 months ago

A    Jody — I also received the exact same
     email from richardbailey50@outlook.com
     via the Sittercity.com website.

**Poptopshop - Scam Report ID: #8041 |**
**Never Got my Shirt from**

1 comment • a month ago

A    Jelissa Ulloa — They changed their
     website to cultureshock.tictail.com
     because of all complaints :)

**RentReadyProfessionals.com - Scam**
**Report ID: #7753 | Referring via email**

2 comments • a month ago

A    Crystal Paulk — Also, we have been
     trying to resolve this complaint. But Ms
     Collins refuses to answer calls,emails or

**978-406-7145 - Scam Report ID: #7799 |**
**Not returning my call after I paid him …**

2 comments • 2 months ago

A    Ron — Please make sure that you don't
     hire Glenn Hardcastle from Sailsbury, MA
     to do any work for you. Two weeks ago,

 

© ScamGuard.com | All Rights Reserved 2012-2014          

Case 1:14-cv-08084-JPO Document 42-8 Filed 03/13/15 Page 33 of 70

All rights, titles and interests (including all copyrights, trademarks and other intellectual property rights) on this site belong to ScamGuard.com. No part of this site may be reproduced, republished, copied, transmitted, or distributed in any manner without the express written permission of ScamGuard.com.

EXHIBIT AE

Search

**SCAM**ORG

REPORT SCAM

# United Realty Trust Inc

Created: Jul 15, 2014

Like {0}    Tweet {0}

| | |
|---|---|
| **Country** | United States |
| **State** | New York |
| **City** | New York |
| **Address** | 60 Broad Street |
| **Phone** | 2123886800 |
| **Website** | www.unitedRealtyTrust.com |

# Comments

Sep 6, 2014

This is the Filing the REIT just filed. This means that NONE of the money raised is going to real estate. It means he took out loans, preffered loans, and outside investors (NOT THE REIT) to buy the property, and put in a few dollars from the REIT.

So you ask WHERE IS THE money Jake Frydman raises???????????

He pays it to his other companies.

United Realty Capital, United Realty Advisors, and all the other United Realty Companies he can suck cash from.

READ AND UNDERSTAND THE FINANCIALS OF THIS COMPANY

PLEASE PROTECT YOURSELF FROM FRAUD

Closing costs were approximately $669,700, prepaid expenses and escrows were approximately $196,000 and fees paid to the Advisor were approximately $248,000. Closing costs included $362,000 in supplemental transaction-based advisory fees for financing and equity placement paid to United Realty Partners, LLC ("URP"), an entity controlled and indirectly owned by the Company's chief executive officer and secretary. We funded the acquisition as follows: (i) $10.3 million with a new first mortgage loan secured by the property; (ii) cash from our OP of approximately $3.2 million; and (iii) a $2.1 million preferred loan from a third party. The 10-year preferred loan yields a preferred return of 15% per annum, compounded monthly (increasing to 24% per annum upon the occurrence of certain events of default) and requires monthly distributions to the preferred lender. The property-holding entity must redeem the preferred loan by June 6, 2024, and has the right to do so at any time upon 30 days prior written notice. Additionally, the lender of the preferred loan may require the OP to redeem the preferred loan at any time after April 21, 2015 upon 30 days prior written notice. The cash from the OP included $1.7 million in proceeds from the OP's issuance to two third parties of an aggregate of 17 class MB units (the "MB Units") of limited partnership interest. The OP issued 12 MB Units to one of the two investors in consideration for a capital contribution of $1.2 million. Such 12 MB Units must be redeemed by the Company in November 2014 for $1.32 million. The OP issued five MB Units to the other investor in consideration for a capital contribution of $500,000. Such five MB Units entitle the holder thereof to an annualized preferred return of 10% on the amount of the capital contribution, and must be redeemed by the Company in May 2015.

Mark as Useful

Post Reply

Jul 15, 2014

The CEO has many lawsuits against him especially FRAUD.

One lawsuit alleges that Jacob Frydman defaulted on his personal guaranty of a $12 million loan PAF Capital made to his company. The suit claims that after defaulting on his guaranty, Mr. Frydman represented to PAF Capital that he could not afford to honor his guaranty and provided PAF Capital with what they now believe are fraudulent financial statements in an effort to get PAF Capital to settle with Mr. Frydman for a significant haircut.

Another Lawsuit his ex-CFO in his Lambdastar Infrastructure fund that failed in 2010 the CFO alleges that Jacob Frydman raided the company for his own benefit and left the company broke. The CFO won the lawsuit against them. The CFO writes in the lawsuit he used the company as a "personal piggy bank by siphoning investor monies from the company's coffers to distribute money to Frydman"

A case filed in 2013 alleges that Jacob Frydman got caught moving nearly $7 million of investors' funds to an account under Frydman's control. The documents show how Jacob Frydman only returned the investor funds after being notified of the lawsuit.

Many lawsuits were filed in March of 2011 by Capital One Bank against Jacob Frydman and his entities for breaches of contract, recovery of funds owed under credit agreements, in the amounts of $637,982.85, $370,141.75, and $341,558.06.

Mark as Useful

Post Reply

# Write a Review about United Realty Trust Inc

Review Title:

Your Rating (1 star is bad, 5 stars is good):

Review Details

Security Code:

3496

Submit Review

Contact us | © Scamorg.com

EXHIBIT AF

United Realty Trust Jacob Frydman Fraud • REIT Wrecks

1

PutJacobInJail

    Posts: 4
    Joined: Fri Jul 11, 2014 11:48 pm

Top
_____

## Re: United Realty Trust Jacob Frydman Fraud

☐by **United Realty Trust** » Tue Sep 09, 2014 12:53 am

**Ask Yourself** why the CEO Jacob Frydman http://en.wikipedia.org/wiki/Jacob_Frydman(aka Jake the Snake )
has dozens of lawsuits against him for fraud and stealing.

Dozens of litigations many many with Fraud. Makes you wonder whats next. Madoff ????
Jake Frydman hires Architects, Contractors, Electricians, and Plumbers etc, for his house he calls Ledge Rock
and then sues them all ...... Why? to scare them and not to pay them. Read these litigations and you will be in
shock!

As a master in LITIGATION the con man Jake the Snake mobster wanna be Frydman aka Jacob Frydman has
so many liens against him because he sues, loses in court and then still fights, the liens he may ultimately settle
as a way to get a discount. But the records show it all. From the smallest few hundred dollars to the larger ones
where he screws lawyers and lawfirms that represent him.

He hires lawyers, leases copy machines, gets Internet service, hires executives and employees (dozens of them)
and SCREWS them ALL. READ the lawsuits.

There are probably hundreds more in arbitration but just have your lawyer get you a copy of these lawsuits and
weep for those that their money is gone already.
THE PARTIAL LIST (when you read them highlight the word FRAUD

Atlantic Concrete Foundation Inc. v. White Acre Equities LLC., 1406/2013 (N.Y. Sup. Ct. Apr. 2014)
APF FIRE PROTECTION v. LEDGEROCK Docket No. 6641/2013
VINEYARD AVENUE v. LEDGEROCK, LLC., Docket 3493/2011
Parker Note v Parker Ave et al (NY State County of Dutchess INDEX NO. 2012 3020)
BVUNP V Frydman (INDEX NO. 650841/2014)
Frydman, Jacob v. Nasi Seed Investors I LP, 8759 (Del. Ch. July 30, 2013)
TRAVELERS INDEMNITY V JACOB FRYDMAN and WHITE ACRE EQUITIES, LLC, Index No.: 2010-
2802
DJZV Holdings LLC v Jacob Frydman (Index No. 654346/2013)
WA Route 9, LLC v. PAF Capital LLC, 651688/2012
Kiphart Richard P v. Frydman, Jacob, 2012-L-010840
Capital One, N.A. v. Surrey Equities, (Frydman) 1:11-cv-01798 (S.D.N.Y. Mar. 15, 2011)
Capital One, N.A. v. Frydman 1:11-cv-02231 (S.D.N.Y. Mar. 31, 2011)
Capital One, N.A. v. White Acre Equities, LLC 1:11-cv-02231
Andrew Sutton v. Lambdastar Infrastructure Partners LLC et Al. 653453/2011 also Arbitration (AAA) case no.
13 116 0303110
Barnes & Thornburg LLP v. Jacob A. Frydman, 108532/2010
Guttman, Jack v. Diamond, Warren, 650592/2010 (N.Y. Sup. Ct. June 11, 2010)
Peckar & Abramson, P.C. v. Lyford Holdings, LTD., (Frydman) 100005/2009 (N.Y. Sup. Ct. Jan 02, 2009)
700 North Delaware, LLC (Frydman) v. Weinstein, 2:07-cv-02252 (E.D, Pa. Jun 04, 2007)

United Realty Trust Jacob Frydman Fraud • REIT Wrecks

Savoy Senior Housing Corp (Frydman) v. TRBC Ministries, LLC, 1:08-cv-08874 (S.D.N.Y. Oct 16, 2008)
General Electric Capital Corp. v. Frydman and Company, 05100709/2005
ROSENMAN & COLIN, LLP v. FRYDMAN, JACOB A., Docket No. 604674/1998 (NY Sup. Ct. Sept 1998)
BDO SEIDMAN, LLP v. FRYDMAN & CO., Docket No. 603077/1998 (NY Sup.Ct. June 1997)
SHELDON FELDMAN v. JACOB A. FRYDMAN, Docket No. 1986-1407 (OH. SUP. Ct. Aug. 1986)
NYS Department of Taxation and Finance v. Lambdastar Infrastructure Partners LLC, Docket No. 3124659
NYC Department of Finance v. Lambdastar Infrastructure Partners LLC, Docket No. 2619560
TELCO ASSOCIATES, Member & on Behalf of 636 ELEVENTH V WHITE ACRE CAPITAL, /Jacob
Frydman 04601349 NY Sup Ct.
LEDGEROCK, LLC v. ADVANCED RADIANT DESIGN INC, Docket No. 11649/2010
LEDGEROCK, LLC v. AMERICAN ARCHITECTURAL INC., Docket No. 7979/2010 (NY Sup. Ct. Oct 2010)
FRYDMAN AND COMPANY v. AAA AUTO CARRIERS Docket No. 124043/2001
FRYDMAN AND COMPANY v. CORBETT TOWING Docket No. 605549/1998 (N.Y. Sup. Ct. Nov.
1998)
FRYDMAN AND CO. v. CREDIT SUISSE FIRST BOSTON, Docket No. 605549/1998 (N.Y. Sup. Ct. Dec.
1998)
Lo-Temp, Inc. V Jacob Frydman, d/b/a Jacob Frydman TV Enterprises Index No.26386/95
Kenneth Sustin v. Jacob A. Frydman
STEPHEN J. FEIN, V JACOB A. FRYDMAN, SCQ 2089/98
U.S.A. v. Best GC, Inc., et al
Ganfer & Shore V Frydman (AAA Case No. 13194174011)
Phillips Credit Co v. Frydman, Jacob, 1987-042915-CA-01 (Fla. Cir. Ct. Oct. 01, 1987)
Willis Trevor v. Pier House Motel Inc., 1988-042078-CA-01 (Fla. Cir. Ct. Oct. 05, 1988)
Federal Savings v. Frydman, 9:94-mc-00011 (E.D.N.Y. Jan 25, 1994)
Sunny Isle Dvlmt, Corp. v. Frydman, Jacob, 602854/1997 (N.Y. Sup. Ct. June 04, 1997)
Doral Money Inc. v. Savoy at Staten Island LP., 602854/2003 (N.Y. Sup. Ct. Sept. 10, 2003)
Home Design Services v. Lake Diamond Association, (Frydman) 5:03-cv-00347 (M.D. Fla.
Central States, et al v. Joseph Feldman, et al., 1:90-cv-01920 (N.D. Ill. Mar. 06, 1990)
Savoy Senior Housing Corp (Frydman) v. TRBC Ministries, LLC., 1:08-cv-08874 (S.D.N.Y. Oct 16, 2008)
JC Studios Brooklyn II, LLC, (Jacob Frydman) v. Chase Home Finance LLC, 115626/2010 (N.Y. Sup. Ct. Dec.
02, 2010)
Bank of America, N.A. v. J.C.S. Realty, LLC, 30596/2010
Diamond, Scott v. Tunnel Associates, LLC 156600/2012 (N.Y. Sup. Ct. June 24, 2012)
Kiphart Richard P v. Frydman, Jacob, 2012-L-010840 (Ill. Cir. Ct. Sept. 24, 2012)

Just ask any lawyer to do a search on Lexisnexis

Frydman knows how to use LLC's and corporations to hide his fraud and deception, but some (Dozens) we can
still uncover in these lawsuits,

Jake has screwed dozens of banks and lenders (yes on many properties he bought and they took back, NOT
disclosed in his SEC documents)

AND THE LIST GOES ON AND ON AND ON.....................................

The world will see who Jake really is when he is in Jail.

http://www.marketwired.com/press-releas ... 673348.htm

http://jacobfrydmanfraud.weebly.com/blo ... tate-fraud

http://www.cbosswatch.com/Company/Revie ... 97280050/0

http://www.investmentnews.com/article/2 ... al-health#

United Realty Trust Jacob Frydman Fraud • REIT Wrecks

http://www.1eagle.com/decision/19941365 ... %20FELDMAN

http://finance.yahoo.com/news/paf-capit ... 00609.html

# FTI Technology©

ftitechnology.com/E-Discovery
Industry Leading E-Discovery Tools. Learn More About FTI Technology©.

1

United Realty Trust

Posts: 12
Joined: Fri Sep 05, 2014 10:42 pm

Top

## Re: United Realty Trust Jacob Frydman Fraud

by United Realty Trust » Tue Sep 09, 2014 12:56 am

One lawsuit says that Jacob Frydman defaulted on his personal guaranty of a $12 million loan PAF Capital made to his company. The suit claims that after defaulting on his guaranty, Mr. Frydman represented to PAF Capital that he could not afford to honor his guaranty and provided PAF Capital with what they now believe are fraudulent financial statements in an effort to get PAF Capital to settle with Mr. Frydman for a significant haircut.

Another Lawsuit his ex-CFO in his Lambdastar Infrastructure http://lambdastar.com/partners.phpfund that failed in 2010 the CFO alleges that Jacob Frydman raided the company for his own benefit and left the company broke. The CFO won the lawsuit against them. The CFO writes in the lawsuit he used the company as a "personal piggy bank by siphoning investor monies from the company's coffers to distribute money to Frydman"

A case filed in 2013 alleges that Jacob Frydman got caught moving nearly $7 million of investors' funds to an account under Frydman's control. The documents show how Jacob Frydman only returned the investor funds after being notified of the lawsuit.

Many lawsuits were filed in March of 2011 by Capital One Bank against Jacob Frydman and his entities for breaches of contract, recovery of funds owed under credit agreements, in the amounts of $637,982.85, $370,141.75, and $341,558.06.

http://jacobfrydmanfraud.weebly.com/blog/jacob-frydman-real-estate-fraud

# False Arrest Lawyers

falsearrestny.com
We win cases for you! Free, we get paid when you get paid

1

1

United Realty Trust Jacob Frydman Fraud • REIT Wrecks

<u>United Realty Trust</u>

Posts: 12
Joined: Fri Sep 05, 2014 10:42 pm

Top

### <u>Re: United Realty Trust Jacob Frydman Fraud</u>

☐by <u>United Realty Trust</u> » Tue Sep 09, 2014 1:08 am

Everything in his United Realty Trust http://www.urpa.com/bio_frydman.html prospectus is bullshit. He claims to have a track record. Look <u>VERY</u> closely at each one.

The DHL building is only fractionally owned by him and he has many lawsuits against him in that deal because he is a thief and a con artists. He is not "the guy" who did the deal, he just lucked out and owns a share in the deal.

He pretends to have done the old global crossing building <u>**BUT**</u> once again the guy only got a small piece of the deal as he was at the right place at the right time. He was even sued by the main owners of these two deal BOTH of the DEALS the Majority partners sued him. JUST read the "Tunnel Associates, LLC" litigation and see for yourself who did the DHL deal and who owns and controls it....... not to difficult to read english. The global crossing deal he claims he did, just take one look at the article and lawsuits http://www.nydailynews.com/archives/money/nypd-horses-ousted-building-dispute-article-1.639493

ask yourself, <u>Is my money safe here?</u>

A lawsuit against Jacob Frydman on June 28, 2010 filed by a law firm once retained by Frydman for his failed senior care business, seeks to recover the amount due it under a promissory note ($90,000.00) that Frydman defaulted on. The court awarded judgment for the plaintiff. Frydman moved the court on Aug. 21, 2012 to vacate said judgment. Frydman served motion papers upon Plaintiff returnable a "mere" six business days later rather than the requisite thirteen days. The court also found that Frydman mailed the motion four days before July 4th holiday weekend and made it returnable July 5th. https://twitter.com/FRAUD_man

http://www.unitedrealtycos.com/aboutus.html

http://jacobfrydmancriminal.wordpress.com/tag/jacob-frydman-real-estate-fraud-criminal-scam-alert/

http://www.linkedin.com/pub/jacob-frydman/8b/258/34a

## IRS Problems-Get Relief

☆ taxreliefcenter.org/Free-Consult
$10,000 to $100K+ back taxes? See how much tax relief could save you.

1

<u>United Realty Trust</u>

Posts: 12
Joined: Fri Sep 05, 2014 10:42 pm

Top

United Realty Trust Jacob Frydman Fraud • REIT Wrecks

## Re: United Realty Trust Jacob Frydman Fraud

□□by United Realty Trust » Tue Sep 09, 2014 1:12 am

Ask yourself, Do you want to invest with a company that the CEO has or had dozens of LIENS against him (as small as a few hundred dollars?

Some of the Jacob Frydman Liens and Judgments ( United Realty Trust ) http://www.urpa.com

As a master in LITIGATION the con man Jake the Snake mobster wanna be Frydman aka Jacob Frydman has so many liens against him because he sues, loses in court and then still fights. the liens he may ultimately settle as a way to get a discount. But the records show it all. From the smallest few hundred dollars to the larger ones where he screws lawyers and lawfirms that represent him.

Judgments / Liens Against Jacob Frydman-
(probably lots more in other databases)

1) NY Judgments and Liens Filings
Debtor Information
Name: FRYDMAN, JACOB
Address: 80 DONALD DR
HASTINGS HDSN, NY 10706-3621
WESTCHESTER COUNTY
Name: INTERNAL REVENUE SERVICE
Amount: $24,682
Filing Date: 3/4/2010
Type: FEDERAL TAX LIEN
Book: 50063
Page: 6002
Agency: WESTCHESTER COUNTY CLERK

2) Lien Information
FRYDMAN, JACOB A
SSN: 137-46-XXXX
Address: 111 FULTON ST
NEW YORK, NY 10038-2711
NEW YORK COUNTY
Creditor Information
Name: NET CONNECTIONS WEB INC
Filing Information
Amount: $29,311
Filing Date: 11/29/2005
Case Number: 3195805
Type: JUDGMENT
Agency State: NY

3) VA Judgments and Liens Filings
Debtor Information
Name: FRYDMANN, JACOB
SSN: 137-46-XXXX
Address: 111 FULTON ST FL 4TH
NEW YORK, NY 10038-2711
NEW YORK COUNTY

United Realty Trust Jacob Frydman Fraud • REIT Wrecks

Creditor Information
Name: FRALIN FEINMAN COATES & KINNIER PC
Address: 2104 LANGHORNE RD
LYNCHBURG, VA 24501-1424
Filing Information
Jurisdiction: VA
Amount: $6,281.80
Filing Date: 10/19/2005
Case Number: JC-00618100-2005-DC
Number: 0500618100
Type: JUDGMENT
Agency: VIRGINIA CIRCUIT COURT
Agency State: VA

4) VA Judgments and Liens Filings
Debtor Information
Name: FRYDMANN, JACOB
SSN: 137-46-XXXX
Address: 111 FULTON ST
NEW YORK, NY 10038-2711
NEW YORK COUNTY
Creditor Information
Name: FRALIN FEINMAN COATES & KINNIER PC
Address: 2104 LANGHORNE RD
LYNCHBURG, VA 24501-1424
Jurisdiction: VA
Filing Date: 8/23/2005
Case Number: SC-00618100-2005-DC
Filing Status: UPDATES MAY BE PRESENT ELSEWHERE IN THIS REPORT; CHECK
THE COURT FOR THE CURRENT STATUS
Number: 0500618100
Type: CIVIL SUIT
Agency: VIRGINIA GENERAL DISTRICT COURT
Agency State: VA

Judgments and Liens Filings
Debtor Information
Name: FRYDMAN, JACOB
SSN: 137-46-XXXX
Address: 80 DONALD DR
HASTINGS HDSN, NY 10706-3621
WESTCHESTER COUNTY
Creditor Information
Name: NYS TAX COMMISSION
Filing Information
Amount: $22,059
Filing Date: 12/28/2004
Type: JUDGMENT
Agency State: NY

NY Judgments and Liens Filings
Debtor Information
Name: FRYDMAN, JACOB
SSN: 137-46-XXXX

United Realty Trust Jacob Frydman Fraud ∘ REIT Wrecks

Address: 80 DONALD DR
HASTINGS HDSN, NY 10706-3621
WESTCHESTER COUNTY
Creditor Information
Name: STATE OF NEW YORK
Filing Information
Jurisdiction: NY
Amount: $19,166
Original Filing Number: E022980627W0017
Filing Date: 5/26/2004
Number: E022980627W0017
Type: STATE TAX WARRANT
Agency: WESTCHESTER COUNTY CLERK
Agency State: NY
Agency County: WESTCHESTER

Judgments and Liens Filings
Debtor Information
Name: FRYDMAN, JACOB
SSN: 137-46-XXXX
Address: 80 DONALD DR
HASTINGS HDSN, NY 10706-3621
WESTCHESTER COUNTY
Creditor Information
Name: NYS TAX COMMISSION
Filing Information

Judgments and Liens Filings
Debtor Information
Name: FRYDMAN, JACOB A
SSN: 137-46-XXXX
Address: 111 FULTON ST
NEW YORK, NY 10038-2711
NEW YORK COUNTY
Creditor Information
Name: STEPHEN J FEIN
Filing Information
Amount: $510
Filing Date: 3/31/1998
Case Number: SCQ208998
Type: JUDGMENT
Agency State: NY

10: OH Judgments and Liens Filings
Debtor Information
Name: FRYDMAN, JACOB
SSN: 137-46-XXXX
Address: 111 FULTON ST
NEW YORK, NY 10038-2711
NEW YORK COUNTY
Address: 111 FULTON ST FL 4TH
NEW YORK, NY 10038-2711
NEW YORK COUNTY
Creditor Information

10/2/2014

United Realty Trust Jacob Frydman Fraud • REIT Wrecks

Name: EWC RETIREMENT PLAN
Name: EWC RITIREMENT PLAN
Filing Information
Jurisdiction: OH
Amount: $1,000,000
Filing Date: 3/25/1998
Eviction N
Number: CV351587
Type: CIVIL
Agency: CUYAHOGA COUNTY COMMON PLEAS
Agency State: OH
Agency County: CUYAHOGA
Number: CV351587
Type: CIVIL NEW FILING
Agency: CUYAHOGA COUNTY COMMON PLEAS
Agency State: OH
Agency County: CUYAHOGA

NJ Judgments and Liens Filings
Debtor Information
Name: FRYDMAN, JACOB A
SSN: 137-46-XXXX
Address: 111 FULTON ST
NEW YORK, NY 10038-2711
NEW YORK COUNTY
Creditor Information
Name: ECKLAND CONSULTANTS INC
Filing Information
Jurisdiction: NJ
Amount: $9,300.00
Filing Date: 2/23/1998
Case Number: SC-00004671-1998-DC
Number: DC 004671 1998
Type: CIVIL SUIT
Agency: NEW JERSEY SUPERIOR COURT LAW DIVISION SPECIAL CIVIL PART
Agency State: NJ
Agency County: MIDDLESEX

Judgments and Liens Filings
Debtor Information
Name: FRYDMAN, JACOB
SSN: 137-46-XXXX
Address: 950 3RD AVE
NEW YORK, NY 10022-2705
NEW YORK COUNTY
Debtor 2
Name: FRYDMAN, JACOB A
SSN: 137-46-XXXX
Address: 950 3RD AVE
NEW YORK, NY 10022-2705
NEW YORK COUNTY
Creditor Information
Name: IRS
Filing Information

Amount: $29,687
Filing Date: 12/22/1997
Case Number: 4969
Type: FEDERAL TAX LIEN
Agency State: NY

NY Judgments and Liens Filings
Debtor Information
Debtor 1
Name: FRYDMAN, JACOB A
SSN: 137-46-XXXX
Address: 950 3RD AVE
NEW YORK, NY

1

United Realty Trust

    Posts: 12
    Joined: Fri Sep 05, 2014 10:42 pm

Top

## Re: United Realty Trust Jacob Frydman Fraud

by **United Realty Trust** » Tue Sep 09, 2014 1;14 am

Why so many aliases?

Jacob Frydman Alias when you look him up on Lexisnexis.

    1: FRYDMAN, ABRAHAM
    2: FRYDMAN, J
    3: FRYDMAN, JACAB
    4: FRYDMAN, JACOB
    5: FRYDMAN, JACOB A
    6: FRYDMAN, JACOB ABRAHAM
    7: FRYDMAN, JACOB F
    8: FRYDMAN, JAKAB
    9: FRYDMAN, JAKE
    10: FRYDMAN, JOCOB
    11: FRYDMANN, JACOB
    12: FRYDMN, JACOB
    13: FRYDNAN, JACOB F
    14: FRYEDMAN, JACOB A
    15: FRYMAN, JACOB
    16: FRYMAN, JACOB A

_I_

United Realty Trust

       **Posts:** 12
       **Joined:** Fri Sep 05, 2014 10:42 pm

Top

## Re: United Realty Trust Jacob Frydman Fraud

by **United Realty Trust** » Tue Sep 09, 2014 1:23 am

Did you read the wall street journal article?
http://online.wsj.com/articles/nontraded-reits-offer-high-returns-but-critics-cite-fees-and-illiquidity-1402670753

What else do you want to see?
Its all about whos getting PAID
WALL Street never changes
At this year annual REISA event https://www.reisa.org/Home The REIT Jacob Frydman runs is the large big
shot sponsor and guest speaker, DOES REISA do their homewirk? https://www.reisa.org/Events/2014-Annual-Conference/Full-Agenda

REISA IS THE LEADING ALTERNATIVE INVESTMENTS ASSOCIATION PROVIDING
EDUCATION, NETWORKING AND ADVOCACY FOR MEMBERS.
Perhaps American Realty will buy United Realty....
as the plot thickens
And you wouldnt belive it but the lawyers for this REIT is Peter Fass from
http://www.proskauer.com/professionals/peter-fass/
The Accounting Firm is http://www.ey.com
would think it must be 100% legit now.....

1

United Realty Trust

       **Posts:** 12
       **Joined:** Fri Sep 05, 2014 10:42 pm

EXHIBIT AG

Top

## Re: United Realty Trust Jacob Frydman Fraud

by **United Realty Trust** » Fri Sep 12, 2014 11:09 pm

Would a lender make a loan to Jacob Frydman and his United Realty Trust http://www.unitedrealtytrust.com ?
Many lenders have been alledangly screwed by United Realty Trust s CEO Jacob Frydman. MANY.

**Capital One Bank** http://www.capitalone.com
**North Fork Bank**
**Doral Bank** http://www.doralbank.com
**Chase Home Morgages** https://www.chase.com
**BAC Florida Bank** (under his wifes name) http://www.bacflorida.com
**Wachovia Bank** / Now Wells Fargo http://www.wellsfargo.com
**Park Avenue Bank** (NYC) (PAF Capital) (Fraud Case)
**Metro Bank** / Formally Commerce Bank Harrisburg
**Bank of America** (Foreclosure on his JC Studio building he touts in the United Realty Trust Inc prospectus)

**This is all public record just look in Lexisnexis software every attorney has access to.**

http://www.urpa.com
http://www.unitedrealtytrust.com
http://jacobfrydmanfraud.weebly.com/blog/jacob-frydman-real-estate-fraud

1

United Realty Trust

    Posts: 12
    Joined: Fri Sep 05, 2014 10:42 pm

Top

## Re: United Realty Trust Jacob Frydman Fraud

by **United Realty Trust** » Fri Sep 12, 2014 11:11 pm

*United Realty Trust wrote:* Ask Yourself why the CEO Jacob Frydman
http://en.wikipedia.org/wiki/Jacob_Frydman (aka Jake the Snake ) has dozens of lawsuits against
him for fraud and stealing.

Dozens of litigations many many with Fraud. Makes you wonder whats next. Madoff ????
Jake Frydman hires Architects, Contractors, Electricians, and Plumbers etc, for his house he calls
Ledge Rock and then sues them all ...... Why? to scare them and not to pay them. Read these

United Realty Trust Jacob Frydman Fraud • REIT Wrecks                    Page 13 of 15

litigations and you will be in shock!

As a master in LITIGATION the con man Jake the Snake mobster wanna be Frydman aka Jacob
Frydman has so many liens against him because he sues, loses in court and then still fights. the liens
he may ultimately settle as a way to get a discount. But the records show it all. From the smallest
few hundred dollars to the larger ones where he screws lawyers and lawfirms that represent him.

He hires lawyers, leases copy machines, gets Internet service, hires executives and employees
(dozens of them) and SCREWS them ALL. READ the lawsuits.

There are probably hundreds more in arbitration but just have your lawyer get you a copy of these
lawsuits and weep for those that their money is gone already.
THE PARTIAL LIST (when you read them highlight the word FRAUD

Atlantic Concrete Foundation Inc. v. White Acre Equities LLC., 1406/2013 (N.Y. Sup. Ct. Apr.
2014)
APF FIRE PROTECTION v. LEDGEROCK Docket No. 6641/2013
VINEYARD AVENUE v. LEDGEROCK, LLC., Docket 3493/2011
Parker Note v Parker Ave et al (NY State County of Dutchess INDEX NO. 2012 3020)
EVUNP V Frydman (INDEX NO. 650841/2014)
Frydman, Jacob v. Nasi Seed Investors I LP, 8759 (Del. Ch. July 30, 2013)
TRAVELERS INDEMNITY V JACOB FRYDMAN and WHITE ACRE EQUITIES, LLC, Index
No.: 2010-2802
DJZV Holdings LLC v Jacob Frydman (Index No. 654346/2013)
WA Route 9, LLC v. PAF Capital LLC, 651688/2012
Kiphart Richard P v. Frydman, Jacob, 2012-L-010840
Capital One, N.A. v. Surrey Equities, (Frydman) 1:11-cv-01798 (S.D.N.Y. Mar. 15, 2011)
Capital One, N.A. v. Frydman 1:11-cv-02231 (S.D.N.Y. Mar. 31, 2011)
Capital One, N.A. v. White Acre Equities, LLC 1:11-cv-02231
Andrew Sutton v. Lambdastar Infrastructure Partners LLC et Al. 653453/2011 also Arbitration
(AAA) case no. 13 116 0303110
Barnes & Thornburg LLP v. Jacob A. Frydman, 108532/2010
Guttman, Jack v. Diamond, Warren, 650592/2010 (N.Y. Sup. Ct. June 11, 2010)
Peckar & Abramson, P.C. v. Lyford Holdings, LTD., (Frydman) 100005/2009 (N.Y. Sup. Ct. Jan
02, 2009)
700 North Delaware, LLC (Frydman) v. Weinstein, 2:07-cv-02252 (E.D. Pa. Jun 04, 2007)
Savoy Senior Housing Corp (Frydman) v. TRBC Ministries, LLC. 1:08-cv-08874 (S.D.N.Y.Oct 16,
2008)
General Electric Capital Corp. v. Frydman and Company, 05100709/2005
ROSENMAN & COLIN, LLP v. FRYDMAN, JACOB A., Docket No. 604674/1998 (NY Sup. Ct.
Sept 1998)
BDO SEIDMAN, LLP v. FRYDMAN & CO., Docket No. 603077/1998 (NY Sup.Ct. June 1997)
SHELDON FELDMAN v. JACOB A. FRYDMAN, Docket No. 1986-1407 (OH. SUP. Ct. Aug.
1986)
NYS Department of Taxation and Finance v. Lambdastar Infrastructure Partners LLC, Docket No.
3124659
NYC Department of Finance v. Lambdastar Infrastructure Partners LLC, Docket No. 2619560
TELCO ASSOCIATES, Member & on Behalf of 636 ELEVENTH V WHITE ACRE
CAPITAL, /Jacob Frydman 04601349 NY Sup Ct.
LEDGEROCK, LLC v. ADVANCED RADIANT DESIGN INC, Docket No. 11649/2010
LEDGEROCK, LLC v. AMERICAN ARCHITCTURAL INC., Docket No. 7979/2010 (NY Sup.
Ct. Oct 2010)
FRYDMAN AND COMPANY v. AAA AUTO CARRIERS Docket No. 603924/2001 (NY Sup Ct.
Aug. 2001)

FRYDMAN AND COMPANY v. CORBETT TOWING Docket No. 124043/2001
FRYDMAN AND CO. v. CREDIT SUISSE FIRST BOSTON, Docket No. 605549/1998 (N.Y. Sup. Ct. Nov. 1998)
Lo-Temp, Inc. V Jacob Frydman, d/b/a Jacob Frydman TV Enterprises Index No.26386/95
Kenneth Sustin v. Jacob A. Frydman
STEPHEN J. FEIN, V JACOB A. FRYDMAN, SCQ 2089/98
U.S.A. v. Best GC, Inc., et al
Ganfer & Shore V Frydman (AAA Case No. 13194174011)
Philips Credit Co v. Frydman, Jacob, 1987-042915-CA-01 (Fla. Cir. Ct. Oct. 01, 1987)
Willis Trevor v. Pier House Motel Inc., 1988-042078-CA-01 (Fla. Cir. Ct. Oct. 05, 1988)
Federal Savings v, Frydman, 9:94-mc-00011 (E.D.N.Y. Jan 25, 1994)
Sunny Isle Dvlmt, Corp. v. Frydman, Jacob, 602854/1997 (N.Y. Sup. Ct. June 04, 1997)
Doral Money Inc. v. Savoy at Staten Island LP., 602854/2003 (N.Y. Sup. Ct. Sept. 10, 2003)
Home Design Services v. Lake Diamond Association, (Frydman) 5:03-cv-00347 (M.D. Fla.
Central States, et al v. Joseph Feldman, et al., 1:90-cv-01920 (N.D. Ill. Mar. 06, 1990)
Savoy Senior Housing Corp (Frydman) v. TRBC Ministries, LLC., 1:08-cv-08874 (S.D.N.Y. Oct 16, 2008)
JC Studios Brooklyn II, LLC, (Jacob Frydman) v. Chase Home Finance LLC, 115626/2010 (N.Y. Sup. Ct. Dec. 02, 2010)
Bank of America, N.A. v. J.C.S. Realty, LLC, 30596/2010
Diamond, Scott v. Tunnel Associates, LLC 156600/2012 (N.Y. Sup. Ct. June 24, 2012)
Kiphart Richard P v. Frydman, Jacob, 2012-L-010840 (Ill. Cir. Ct. Sept. 24, 2012)

Just ask any lawyer to do a search on Lexisnexis

Frydman knows how to use LLC's and corporations to hide his fraud and deception, but some (Dozens) we can still uncover in these lawsuits.

Jake has screwed dozens of banks and lenders (yes on many properties he bought and they took back, NOT disclosed in his SEC documents)

AND THE LIST GOES ON AND ON AND ON.................................

The world will see who Jake really is when he is in Jail.

http://www.marketwired.com/press-releas ... 673348.htm

http://jacobfrydmanfraud.weebly.com/blo ... tate-fraud

http://www.ebosswatch.com/Company/Revie ... 97280050/0

http://www.investmentnews.com/article/2 ... al-health#

http://www.leagle.com/decision/19941365 ... %20FELDMAN

http://finance.yahoo.com/news/paf-capit ... 00609.html

1

United Realty Trust

Posts: 12
Joined: Fri Sep 05, 2014 10:42 pm

Top

Display posts from previous: [All posts ▼] Sort by [Post time ▼] [Ascending ▼] [Go]

Post a reply
9 posts • Page 1 of 1

Return to The Non-Traded REIT Forum

Jump to: [The Non-Traded REIT Forum ▼] [Go]

- Board index
- The team • Delete all board cookies • All times are UTC - 8 hours [ DST ]

No content published on this Site constitutes a recommendation that any particular security, portfolio of
securities or investment strategy is suitable for any specific person. The Site is not intended to provide tax, legal,
insurance or investment advice, and nothing on the Site should be construed as an offer to sell, a solicitation of
an offer to buy, or a recommendation for any security by REIT Wrecks or any third party.
All content © 2010-2012 by REIT Wrecks.
Powered by phpBB® Forum Software © phpBB Group

EXHIBIT AH

9/8/2014                                   United Realty Trust REIT



|                          | | Site Navigation          ▼ |

scams Scam Message Board> Investment Scams>
United Realty Trust REIT

User Name  User Name     Remember Me?
Password                  | Log In |

Register       Contact Us        Advanced Search         Mark Search        Todays Posts





**Click Here To Register**

Want To Reply? Click Here

Thread Tools ▽   Display Modes ▽

#1

09-06-2014, 01:21 AM

**United Realty Trust**

Join Date: Sep 2014
Posts: 1

Scams Newbie

**United Realty Trust REIT**

The CEO Jacob Frydman (AKA Jake The Snake) has many lawsuits against him **mostly** doing **FRAUD**.

If you just write in google search Jacob Frydman Fraud , or Jacob Frydman Lawsuit you will see so many that you will save your money.
Please do not get hurt and give them your money.
You worked for it. Don't let the liar salesman sell you his big return on real estate.

One lawsuit says that Jacob Frydman http://jacobfrydmanfraud.weebly.com/...l-estate-fraud defaulted on his personal guaranty of a $12 million loan PAF Capital made to his company. The suit claims that after defaulting on his guaranty, Mr. Frydman represented to PAF Capital that he could not afford to honor his guaranty and provided PAF Capital with what they now believe are fraudulent financial statements in an effort to get PAF Capital to settle with Mr. Frydman for a significant haircut.

Another Lawsuit his ex-CFO in his Lambdastar Infransructure fund that failed in 2010 the CFO alleges that Jacob Frydman raided the company for his own benefit and left the company broke. The CFO won the lawsuit against them. The CFO writes in the lawsuit he used the company as a "personal piggy bank by siphoning investor monies from the company's coffers to distribute money to Frydman"

A case filed in 2013 alleges that Jacob Frydman got caught moving nearly $7 million of investors' funds to an account under Frydman's control. The documents show how Jacob Frydman only returned the investor funds after being notified of the lawsuit.

Many lawsuits were filed in March of 2011 by Capital One Bank against Jacob Frydman and his entities for breaches of contract, recovery of funds owed under credit agreements, in the amounts of $637,982.85, $370,141.75, and $341,558.06.

Everything in his United Realty Trust prospectus is bullshit. He claims to have a track record. Look closely at each one.
The DHL building is only fractionally owned by him and he has many lawsuits against him in that deal because he is a thief and a con artists. He is not "the guy" who did the deal, he just lucked out and owns a share in the deal.

A lawsuit against Jacob Frydman on June 28, 2010 filed by a law firm once retained by Frydman for his failed senior care business, seeks to recover the amount due it under a promissory note ($90,000.00) that Frydman defaulted on. The court awarded judgment for the plaintiff. Frydman moved the court on Aug. 21, 2012 to vacate said judgment. Frydman served motion papers upon Plaintiff returnable a "mere" six business days later rather than the requisite thirteen days. The court also found that Frydman mailed the motion four days before July 4th holiday weekend and made it returnable July 5th.

# Real Estate Investments

citivest.com

## Access institutional property deals
## Simply: Browse / Invest / Benefit.

QUOTE

Want To Reply

«  Previous Thread | Next Thread  »



| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| Yatch Crew Scam--Do NOT trust | voynich | Business Scams | 10 | 12-10-2010 01:08 PM |
| Stephane' Lambert Zurich Trader | Trusty | Investment Scams | 46 | 04-16-2009 10:30 AM |
| Here's a typical Obama supporter | Grim17 | Political Chat | 62 | 11-02-2008 10:42 AM |
| Locations of FEMA "Detetion" Centers | California Surfin | Political Chat | 15 | 01-09-2008 10:11 PM |
| education and trust | Fizban "The Fabulous" | Chat Here | 14 | 05-31-2007 06:52 AM |

9/8/2014                                        United Realty Trust REIT

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**

**Forum Jump**

| Investment Scams | ▼ | Go |

[ Search field ] [ Search ]

This site may contain advice, opinions and statements of various information providers. Scam.com does not represent or endorse the accuracy or reliability of any advice, opinion, statement or other information provided by any information provider, any User of this Site or any other person or entity. Reliance upon any such advice, opinion, statement, or other information shall also be at the User's own risk. Neither Scam.com nor its affiliates, nor any of their respective agents, employees, information providers or content providers, shall be liable to any User or anyone else for any inaccuracy, error, omission, interruption, deletion, defect, alteration of or use of any content herein, or for its timeliness or completeness, nor shall they be liable for any failure of performance, computer virus or communication line failure, regardless of cause, or for any damages resulting therefrom. Just because a business, person, or entity is listed on scam.com does not necessarily constitute they are scammers. This is a free open forum where people can debate the merits from the consumer's or business owner's perspective. Registration and participation is always FREE.

All times are GMT −5. The time now is 05:05 PM.

Contact Us - Scams - - Advertising- Members Listing- Webmasters -Images- Top

**Scam.com Is Proudly Hosted By Rackco**

Scams Message Board - Copyright 2004-2099 Scam.com , All Rights Reserved.

EXHIBIT AI

9/8/2014                                           Jacob Frydman | LinkedIn

⊞ ·  Search for people, jobs, companies, and more...        🔍  Advanced

Home      Profile      Connections      Jobs      Interests                    Business Services      Upgrade

Contract Management Guide - Have an urgent issue that demands a new contract mgmt solution? Find out. | Read More »



# Jacob Frydman
SCAM at REAL ESTATE
New York, New York | Real Estate

Current    Self-employed, REAL ESTATE, SCAM

| Send Jacob InMail |                                        **0**
                                                        connections

www.linkedin.com/pub/jacob-frydman/9a/389/626

## Background

 **Summary**

JACOB FRYDMAN - REAL ESTATE FRAUD, SCAM, NYC.

 **Experience**

**CEO**
Self-employed
January 2014 – Present (9 months)

**SCAM**
REAL ESTATE
April 2011 – Present (3 years 6 months)

**SCAMBAG**
SCAM
March 2010 – Present (4 years 7 months) | nyc

Don't Become A Victim Of Real Estate & Mortgage Fraud

## Following

**People Similar to Jacob**



**Ed Kamenitzer** 3rd
Kam Hospitality Group LLC - Real Estate Sp...
Connect

**Ads You May Be Interested In**

 **Cold Calling is Dead...**
Thanks to LinkedIn. Free eBook
from InsideSales.com.
Download Now!                    ›

 **IP Counsel Inner Circle**
Network & Benchmark Best
Practices with America's Top IP
Counsel

 **Are You A Director?**
Apply to The National
Association of Professionals. No
Cost to Apply!

**People Also Viewed**

 **Brett Wilderman**
Owner, Forstone Capital

**ALAN KESLER**
TRADE SUPPORT SPECIALIST
SEEKING OPPORTUNITIES

**Elvis Stout**
Professional Landman at Dixon
Services Inc

**Bill Montgomery**
President, Multifamily Acquisitions at
Sares-Regis Group

**Jesse Keyes**
Owner, recappartners

**John Shannon Jr**
Director of Acquisitions at HFZ Capital
Group

**Granvil Tracy**
President

**Jim Gatlin**
Managing Partner at Austin Capital
Advisors

 **Gavin Campbell**
Founder and Managing Principal at
Steelbridge Capital

**Grant Epstein**
Owner, Community Three
Development

https://www.linkedin.com/pub/jacob-frydman/9a/389/626                          1/2

EXHIBIT AJ

9/9/2014 United Realty Trust employee review - 'Bad boss'



HOME    RATE YOUR BOSS    BOSS SEARCH    COMPANY SEARCH    LAWYER SEARCH    SEARCH

## Best Reviewed Mattress

saatvamattress.com/BuyOnlineAndSave

Rated 4.9/5 From 2,663 Reviews. The Best Reviewed Mattress of

## United Realty Trust Employee Review

Rate this Company

Tweet   Like  Sign Up to see what your friends like.

### United Realty Trust - "Bad boss"

United Realty Partners is run by a fellow named Jacob Frydman who is guaranteed to fire you or push you out within 9 months. Jacob Frydman will never let you do the job you know how to do as he always knows better. There may be some fraud going on there as well.

When I was employed at United Realty Partners and Cabot Lodge Securities (a Broker Dealer owned by Jacob Frydman and his partners) It was nice when Jacob did not show up or was travelling. those days everyone at our offices was relaxed and also was able to get work done. As soon as Jacob Frydman came in the entire situation went bad. He tried to control everything. Thinking he was the best thing since sliced bread. Also he gets drunk and talks crap to the girls, which is possible sexual harassment.

Back to all United Realty Trust reviews

Rate this Company

EXHIBIT AK



HOME    RATE YOUR BOSS    BOSS SEARCH    COMPANY SEARCH    LAWYER SEARCH    SEARCH JOBS    BAD BOSSES

## Finish New York CLE
1,500 Hours of Online Courses. Start today.

### United Realty Trust Employee Review    [Rate this Company]

Tweet    Like    Sign Up to see what your friends like.

**United Realty Trust - "Feel under pressure waiting for FBI to raid the company"**

Everything is a secret amongst the CEO Jacob Frydman and his couple of just graduated law school son in law and other kid. All they are busy with (by seeing what they mistakenly leave on the printer and copy machine) are defending lawsuits for fraud. It's kind of interesting that the Fraud on Wall Street still goes on and nothing is done about it. United Realty Trust has E&Y and a large law firm that represents them. Did anyone do their homework on Jacob Frydman.

Back to all United Realty Trust reviews

[Rate this Company]

### Rate Your Boss

## Reporting Medicare Fraud?

### Specialized Investigators & Lawyers Help You Prove Fraud Nationwide.

### Search Jobs

### Find a Lawyer

*Ex. Boston employment lawyer*

### Recent News

- Coping with a Toxic Boss 1 ©ExEAGGIE THE AGREER≤E
- Coping with a Toxic Boss 1 ©ExEVIRGIL THE VIRTUAL BOSS≤E
- Alabama Taco Bell General Manager Chanda Burrell accused of race discrimination
- The 10 largest sexual harassment lawsuits of 2013
- The 7 biggest sex discrimination lawsuits of 2013
- St. Francis Medical Center and HR manager Laura James sued for disability discrimination and wrongful termination
- Alabama prison warden Leon Forniss sued for sexual harassment and retaliation
- Former Johns Hopkins CIO George Petasis sued for race discrimination and assault/battery
- Race discrimination lawsuit filed against Aerotek and Honeywell Technology Solutions
- Restoration Hardware call center director Christopher Dapolito sued for sexual harassment and retaliation

| Rate My Boss | Workplace Bullying | Bad Bosses | News | About |
|---|---|---|---|---|
| Boss Search | Sexual Harassment | America's Worst Bosses 2012 | Bosses in the News | About eBossWatch |
| Boss Background Check | Employment Discrimination | America's Worst Bosses 2011 | Media Coverage | Blog |
| | Hostile Work Environment | America's Worst Bosses 2010 | Toxic Boss Column | Contact eBossWatch |
| | Retaliation | America's Worst Bosses 2009 | | |
| | EEOC | Sexual Harassment Registry | | |

Copyright © 2007-2013 eBossWatch. All rights reserved.

# EXHIBIT AL

9/17/2014

United Realty Trust employee review - "Under Investigation for Fraud by FINRA and SEC"

# eBossWatch

HOME    RATE YOUR BOSS    BOSS SEARCH    COMPANY SEARCH    LAWYER SEARCH    SEARCH

## Best Reviewed Mattress

saatvamattress.com/BuyOnlineAndSave

Rated 4.9/5 From 2,663 Reviews. The Best Reviewed Mattress of

Rate this company

## United Realty Trust Employee Review

[ Tweet ]    Like    Sign Up to see what your friends like.

### United Realty Trust - "Under Investigation for Fraud by FINRA and SEC"

The company is run by a man who has been sued for fraud over 20 times by 20 different parties all in the past 10 years. Jacob Frydman seems to only know how to get by by stealing from others.

Back to all United Realty Trust reviews

Rate this Company

1/1

# EXHIBIT AM



HOME          RATE YOUR BOSS          BOSS SEARCH          COMPANY SEARCH          LAWYER SEARCH          SEARCH

# Forever Stocks 2015

Buy these 6 stocks for a lifetime of high dividend returns.

○  ○

# United Realty Trust Employee Review

Rate this Company

Tweet     Like   Sign Up to see what your friends like.

## United Realty Trust - "A public company with bad CEO that is likely a target of investigations with the government and the SEC"

If the CEO jacob frydman would leave it would be wonderful place to work.

Back to all United Realty Trust reviews

Rate this Company

EXHIBIT AN

Would You Invest with a fraudster?

Google:

# Jacob Frydman Fraud

And save yourself from this

lowlife.

**BTW, He is the CEO of United Realty Trust**