# EXHIBIT AO