UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/8/15

| | |
|---|---|
| JACOB FRYDMAN, UNITED REALTY ADVISORS, LP and PRIME UNITED HOLDINS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>ELI VERSCHLEISER, ALBERT AKERMAN, DAVID O. WRIGHT, ASHER GULKO, THE FISH OFF FAMILY FOUNDATION, BENJAMIN FISHOFF, STEVEN VEGH, JAFFA HOLDINGS, LLC, ELAN JAFFA, WHITEGATE FUNDING, LLC, PINCUS RAND, MARK APPEL, MULTI CAPITAL GROUP OF COMPANIES, LLC, ERIC FISCHGRUND, RAUL DELFORNO, OPHIR PINHASI, JOSEPH SPIEZIO, NTERMEDIA.NET, INC, ALEX ONICA, FRANK CHANDLER, CAESARS ENTERTAINMENT CORPORATION, and DOES 1 through 15 inclusive,<br><br>Defendants. | 14-cv-8084 (JGK)<br><br>**STIPULATION AND ORDER** |
| UNITED REALTY ADVISORS, LP and JACOB FRYDMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI VERSCHLEISER, RAUL DELFORNO, OPHIR PINHASI, and ALEX ONICA,<br><br>Defendants. | 14-cv-5903 (JGK)<br><br>**STIPULATION AND ORDER** |

WHEREAS, there are currently two actions pending before this Court, *United Realty Advisors, LP v. Verschleiser*, No. 14-cv-5903 (the "5903 Action") and *Frydman v. Verschleiser*, No. 14-cv-8084 (the "8084 Action"); and

WHEREAS, on January 7, 2015 Defendants Eli Verschleiser, Raul Delforno, Ophir Pinhasi, Alex Onica and the Multi Capital Group of Companies ("Defendants" in both of the above-referenced actions) filed a letter in further support of their motion requesting sanctions

1

against Plaintiffs. *See* United Realty Advisors v. Verschleiser, 14-cv-5903, ECF No. 37. Plaintiffs were permitted to file a two-page response, but the response was stayed pending mediation of both actions; and

WHEREAS, on March 13, 2015, Plaintiffs filed an Amended Complaint in the RICO Action.

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiffs, and so ordered by the Court, that:

1. On April 20, 2015, Defendants will respond to the Amended Complaint in the RICO Action.
2. On April 20, 2015, Plaintiffs will file their response to Defendants' letter in further support of sanctions.

Dated: April 7, 2015

**For the Plaintiffs**

By: _____
Jacob Frydman
*Appearing Pro Se*
60 Broad Street
34th Floor
New York, NY 10004
(212)388-6800

**For the Defendants**

By: _____
REED SMITH LLP
Steven Cooper
Samuel Kadosh
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
*Attorneys for Defendants Eli Verschleiser, Multi Capital Group of Companies, Raul Delforno, Ophir Parnasi and Alex Onica*

By: _____
LEWIS S. FISCHBEIN, P.C.
Lewis S. Fischbein
c/o United Realty Trust Incorporated
60 Broad Street
34th Floor
New York, NY 10004
(212) 752-3374
*Attorney for United Realty Advisors, LP* and *Prime United Holdings, LLC*

**SO ORDERED**

_____
Judge John G. Koeltl, USDJ
4/8/15