# **EXHIBIT G**

**From:** Ophir Pinhasi <ophir@pinhasi.org>
**Date:** October 13, 2016 at 12:13:55 PM CDT
**To:** 'Asher Gulko' <Asher@gulkoschwed.com>
**Subject: linked in**

Ophir Pinhasi on Feb 12, 5:39 AM
===============
Congrats on the anniversary! Hope you're doing well.

Alex Veen on Apr 12, 12:01 PM
===============
yo

Alex Veen on Apr 12, 12:01 PM
===============
Man you didnt know i decided to side with Jacob?

Alex Veen on Apr 12, 12:02 PM
===============
in the court case.

Alex Veen on Apr 12, 12:03 PM
===============
dont know if that makes us not to be able to talk with eachother

Alex Veen on Apr 12, 12:03 PM
===============
anyways i always thought you were cool guy, bit crazy, but cool

Alex Veen on Apr 12, 12:04 PM
===============
anyways eli is not your friend

Alex Veen on Apr 12, 12:04 PM
===============
he just refers to you as the junky

Alex Veen on Apr 12, 12:05 PM
===============
so just be careful not to sink with him....hope all is well other wise.

Ophir Pinhasi on Apr 12, 1:06 PM
===============
Didn't even realize you ever met Jacob. ..

Alex Veen on Apr 13, 5:59 AM
===============
i didnt , he tracked me down with a private eye and was suing me and my woman. Eli fucked me over hard a few years ago, and tbh i never got over it and i saw a way for me to get out of the scope of frydman and get back at eli at the same time. Anyways, i wasnt going to goto court and defend myself for Eli...i loved eli for many years but he never really cared about me , just uses people for some crumbs ....

Alex Veen on Apr 13, 6:05 AM
===============
how are you doing otherwise?

Alex Veen on Apr 13, 6:06 AM
===============
is he sueing you?

Alex Veen on Apr 13, 6:06 AM
===============
are you clean and clear of the stripper addiction?

Ophir Pinhasi on Apr 13, 3:07 PM
===============
Done with strippas and addiction...to my knowledge nobody is suing me...but then again, I've got nothing but air to compensate a civil judgement if any

Alex Veen on Sep 16, 9:48 PM
===============
Yo

Alex Veen on Sep 16, 9:48 PM
===============
I'm in new York

Alex Veen on Sep 16, 9:49 PM
===============
Want to meet?

Ophir Pinhasi on Sep 17, 6:12 PM
===============
hey

Ophir Pinhasi on Sep 17, 6:12 PM
===============
ya I can get together but not til mondayish

Alex Veen on Sep 17, 6:21 PM
===============
I leave on monday

Alex Veen on Sep 17, 6:21 PM
===============
I gave a deposition

Alex Veen on Sep 17, 6:22 PM
===============
Against Eli 2 days ago

Alex Veen on Sep 17, 6:22 PM
===============
Was extremely stressful

Ophir Pinhasi on Sep 17, 6:23 PM
===============
shit that sux. I think I'm cleared. ..my deposition was canceled

Ophir Pinhasi on Sep 17, 6:28 PM
===============
What time are you leaving Monday?

Alex Veen on Sep 17, 6:43 PM
===============
Your not cleared

Alex Veen on Sep 17, 6:43 PM
===============
You should talk with Jacob

Alex Veen on Sep 17, 6:44 PM
===============
I think you can walk away from it with some coin and no problems

Alex Veen on Sep 17, 6:44 PM
===============
I'm telling you I know Eli for 20 years

Alex Veen on Sep 17, 6:44 PM
===============
He just uses people

Alex Veen on Sep 17, 6:44 PM
===============
And talked shit about you

Ophir Pinhasi on Sep 17, 6:45 PM
===============
coin?

Alex Veen on Sep 17, 6:45 PM
===============
Called you the junky

Alex Veen on Sep 17, 6:45 PM
===============
Yes you can work out a settlement agreement

Alex Veen on Sep 17, 6:46 PM
===============
And he even pays me to reverse all the shit I put up and gave me immunity

Alex Veen on Sep 17, 6:46 PM
===============
Actually he is a cool guy

Alex Veen on Sep 17, 6:47 PM
===============
Maybe he said he would like to fuck your girl and that may have pissed you off

Alex Veen on Sep 17, 6:47 PM
===============
But he just said what everyone else was thinking))

Alex Veen on Sep 17, 6:47 PM
===============
Anyways

Alex Veen on Sep 17, 6:47 PM
===============
As I said before

Alex Veen on Sep 17, 6:47 PM
===============
Think it over

Alex Veen on Sep 17, 6:47 PM
===============
If you want we can all have dinner

Alex Veen on Sep 17, 6:48 PM
===============
Before I go

Alex Veen on Sep 17, 6:48 PM
===============
I don't get anything from this

Alex Veen on Sep 17, 6:48 PM
===============
I just want to see you out of any bullshit and possibly earn

Alex Veen on Sep 17, 6:48 PM
===============
So you decide

Ophir Pinhasi on Sep 17, 6:49 PM
===============
okay. what time is your flight tho?

Alex Veen on Sep 17, 6:52 PM
===============
Tomorrow

Alex Veen on Sep 17, 6:54 PM
===============
I goto miami

Alex Veen on Sep 17, 6:54 PM
===============
Then I leave for Brazil on Monday

Alex Veen on Sep 17, 6:54 PM
===============
Then home

Alex Veen on Sep 17, 6:55 PM
===============
Lets try and meet tonight or tomorrow early

Alex Veen on Sep 17, 7:04 PM
===============
Or I can ask Jacob to meet with you on Monday

Alex Veen on Sep 17, 7:07 PM
===============
But I think you would fair better with me there with you

Alex Veen on Sep 17, 7:08 PM
===============
Well?

Ophir Pinhasi on Sep 17, 7:22 PM
===============
I'm working tomorrow. ..tonight should be good

Pinhasi 000014

Alex Veen on Sep 17, 7:24 PM
===============
1030 it's okay?

Ophir Pinhasi on Sep 17, 7:24 PM
===============
yup

Ophir Pinhasi on Sep 17, 7:34 PM
===============
where u staying?Manhattan?

Ophir Pinhasi on Sep 17, 8:35 PM
===============
lmk what's the plan

Ophir Pinhasi on Sep 17, 8:35 PM
===============
I'm downstairs in the village

Ophir Pinhasi on Sep 17, 8:57 PM
===============
hello?

Alex Veen on Sep 17, 9:04 PM
===============
Yo

Alex Veen on Sep 17, 9:04 PM
===============
Sorry

Alex Veen on Sep 17, 9:04 PM
===============
At a birthday party

Alex Veen on Sep 17, 9:04 PM
===============
Lets meet near by the old office

Alex Veen on Sep 17, 9:05 PM
===============
Wall

Ophir Pinhasi on Sep 17, 9:05 PM
===============
1030 or earlier?

Pinhasi 000015

Alex Veen on Sep 17, 9:05 PM
===============
My battery is at 1 percent

Ophir Pinhasi on Sep 17, 9:07 PM
===============
Haha mine is at 2%

Alex Veen on Sep 17, 10:21 PM
===============
Yo

Alex Veen on Sep 17, 10:21 PM
===============
With battery

Ophir Pinhasi on Sep 17, 10:22 PM
===============
hey

Alex Veen on Sep 17, 10:30 PM
===============
Where do you want to meet

Ophir Pinhasi on Sep 17, 10:30 PM
===============
anywhere but chelsea

Ophir Pinhasi on Sep 17, 10:31 PM
===============
bomb went off

Alex Veen on Sep 17, 10:31 PM
===============
Seriously?

Alex Veen on Sep 17, 10:31 PM
===============
Can we meet near wall?

Alex Veen on Sep 17, 10:32 PM
===============
Stone street?

Ophir Pinhasi on Sep 17, 10:32 PM
===============
yeah stone sounds good

Ophir Pinhasi on Sep 17, 10:32 PM
===============
lmk which spot

Ophir Pinhasi on Sep 17, 10:32 PM
===============
and in how long

Ophir Pinhasi on Sep 17, 10:33 PM
===============
I think i might have a tuff time with commute

Alex Veen on Sep 17, 10:35 PM
===============
39 min

Ophir Pinhasi on Sep 17, 10:37 PM
===============
ya I can walk it by then

Ophir Pinhasi on Sep 17, 10:38 PM
===============
cool

Alex Veen on Sep 17, 10:41 PM
===============
Kk)

Alex Veen on Sep 17, 10:41 PM
===============
Don't laugh at me I'm wearing a suit

Ophir Pinhasi on Sep 17, 10:42 PM
===============
sorry...I'm gonna laugh

Ophir Pinhasi on Sep 17, 10:42 PM
===============
I'm laughing already

Ophir Pinhasi on Sep 17, 10:42 PM
===============
haha

Alex Veen on Sep 17, 10:59 PM
===============
Well...I can deal with it

Alex Veen on Sep 17, 10:59 PM
===============
20 min

Ophir Pinhasi on Sep 17, 11:08 PM
===============
k me too

Alex Veen on Sep 17, 11:31 PM
===============
4 min

Alex Veen on Sep 17, 11:31 PM
===============
You know a place?

Alex Veen on Sep 17, 11:32 PM
===============
There some Irish bar there

Ophir Pinhasi on Sep 17, 11:33 PM
===============
I'm stuck in traffic on fdr and houston

Ophir Pinhasi on Sep 17, 11:33 PM
===============
looks bad

Alex Veen on Sep 17, 11:34 PM
===============
Ok np we wait

Ophir Pinhasi on Sep 17, 11:34 PM
===============
I only remember addriens and vintry wine n whisky bar

Alex Veen on Sep 17, 11:48 PM
===============
My phone died

Alex Veen on Sep 17, 11:49 PM
===============
Can you come to 75 wall

Alex Veen on Sep 17, 11:49 PM
===============
To his apartment

Ophir Pinhasi on Sep 17, 11:49 PM
===============
fuck okay

Alex Veen on Sep 17, 11:49 PM
===============
We can just talk comfortably

Alex Veen on Sep 17, 11:50 PM
===============
32 floor

Alex Veen on Sep 17, 11:50 PM
===============
Apartment o

Ophir Pinhasi on Sep 17, 11:50 PM
===============
k

Alex Veen on Sep 17, 11:50 PM
===============
32/o

Alex Veen on Sep 17, 11:50 PM
===============
Cool

Alex Veen on Sep 18, 12:02 AM
===============
Are you off the fdr?

Ophir Pinhasi on Sep 18, 12:02 AM
===============
yes

Ophir Pinhasi on Sep 18, 12:03 AM
===============
in elevator

Ophir Pinhasi on Sep 18, 12:03 AM
===============
coming up

Alex Veen on Sep 18, 12:04 AM
===============
Kk

Ophir Pinhasi on Sep 18, 1:11 AM
===============
where u?

Alex Veen on Sep 18, 1:13 AM
===============
I thought you would continue talking

Alex Veen on Sep 18, 1:15 AM
===============
Did you finish?

Ophir Pinhasi on Sep 18, 1:15 AM
===============
No he wanted us to get coffee so that you can fill me in on more details

Ophir Pinhasi on Sep 18, 1:15 AM
===============
Did you leave?

Alex Veen on Sep 18, 1:15 AM
===============
Can we talk tomorrow

Alex Veen on Sep 18, 1:16 AM
===============
I need to get up in 5 hours

Ophir Pinhasi on Sep 18, 1:17 AM
===============
ok

Alex Veen on Sep 18, 1:17 AM
===============
I need like 10 hours of sleep))

Alex Veen on Sep 18, 1:17 AM
===============
But I'm sure you can work out a nice settlement with him

Alex Veen on Sep 18, 1:18 AM
===============
I work with him on reversing the negative seo or reputation management

Alex Veen on Sep 18, 1:19 AM
===============
And to be honest you would be better then me at this

Alex Veen on Sep 18, 1:19 AM
===============
But I have a small company of guys I hired for this and also for penetration testers using kali

Ophir Pinhasi on Sep 18, 1:54 PM
===============
hey I'm working downtown now til 6ish. hows your evening looking ?

Alex Veen on Sep 18, 7:59 PM
===============
Yo

Alex Veen on Sep 18, 8:00 PM
===============
What's your number?

Alex Veen on Sep 18, 8:00 PM
===============
Still the same?

Ophir Pinhasi on Sep 18, 8:00 PM
===============
yup

Alex Veen on Sep 18, 8:26 PM
===============
Can you talk?

Ophir Pinhasi on Sep 18, 8:35 PM
===============
5 min. in car w client

Alex Veen on Sep 18, 8:37 PM
===============
Kk

Alex Veen on Sep 19, 1:35 PM
===============
Yo

Alex Veen on Sep 19, 1:35 PM
===============
Can you meet in a couple hours

Alex Veen on Sep 19, 1:37 PM
===============

I spoke with him and he said if all is agreed you can be payed and never see him again if that's what you want, he will explain how your have assurances that you won't be prosecuted in either case, civil or otherwise

Alex Veen on Sep 24, 8:52 PM
===============
Yo

Alex Veen on Sep 24, 8:52 PM
===============
What's up?

Alex Veen on Sep 24, 8:52 PM
===============
Change your mind?

Alex Veen on Sep 27, 3:03 PM
===============
Yoooo

Alex Veen on Sep 27, 3:03 PM
===============
I'm trying to call you.

Alex Veen on Sep 27, 3:03 PM
===============
Text

Alex Veen on Sep 27, 3:04 PM
===============
You just too busy or change your mind or what?

Alex Veen on Sep 27, 3:04 PM
===============
I don't care actually but I do care that you just don't bother to reply

Alex Veen on Sep 27, 3:05 PM
===============
If you don't want to have anything to do with them just say so

Alex Veen on Sep 27, 3:05 PM
===============
I won't bring it up ever again

*Best Regards,*

**Ophir Pinhasi**
ophir@pinhasi.org

7West 45th Street, Suite 600 |  New York, NY 10036
Direct: 917.757.8114

**"If I had eight hours to chop down a tree, I'd spend six hours sharpening my axe."**
Abraham Lincoln, 16th US President

 **Please consider the environment before printing this email**

Pinhasi 000023