UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP and JACOB FRYDMAN,

        Plaintiffs,

vs.

ELI VERSCHLEISER, RAUL DELFORNO, OPHIR PINHASI, and ALEX ONICA,

        Defendants.

Index No.: 14-cv-5903 (JGK)

---

JACOB FRYDMAN, UNITED REALTY ADVISORS, LP, and PRIME UNITED HOLDINGS, LLC,

        Plaintiffs,

vs.

ELI VERSCHLEISER, ALBERT AKERMAN, DAVID O. WRIGHT, MULTI CAPITAL GROUP OF COMPANIES, LLC, RAUL DELFORNO, OPHIR PINHASI, ALEX ONICA, ALEX VEEN, SOFIA SVISCH, ALEXANDER MERCHANSKY, and DOES 1 through 15 inclusive,

        Defendants.

Index No.: 14-cv-8084 (JGK)

---

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE**, that upon the Declaration of Asher C. Gulko, Esq., dated April 5, 2019, your undersigned hereby moves this Court, before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, as soon as counsel may be heard, for an Order granting the instant motion in its entirety thereby allowing Asher C. Gulko,

Esq. to withdraw from this case and granting an extension and/or stay to allow for the defendants to obtain new counsel.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, opposition papers shall be filed no later than _____. Defendants shall be required to appear before this Court in connection with motion.

Dated: April 5, 2019
      New York, New York

**ASHER C. GULKO, ESQ.**

*/s Asher Gulko*
_____
499 Chestnut Street, Suite 202
New York, New York 10005
T: 212.500.1312
F: 212.678.0405