UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED REALTY ADVISORS, LP and JACOB
FRYDMAN,

                        Plaintiffs,         Index No.: 14-cv-5903 (JGK)

        vs.

ELI VERSCHLEISER, RAUL DELFORNO,
OPHIR PINHASI, and ALEX ONICA,

                        Defendants.
_____

JACOB FRYDMAN, UNITED REALTY ADVISORS,
LP, and PRIME UNITED HOLDINGS, LLC,

                        Plaintiffs,

        vs.                                        Index No.: 14-cv-8084 (JGK)

ELI VERSCHLEISER, ALBERT AKERMAN, DAVID
O. WRIGHT, MULTI CAPITAL GROUP OF
COMPANIES, LLC, RAUL DELFORNO, OPHIR
PINHASI, ALEX ONICA, ALEX VEEN, SOFIA
SVISCH, ALEXANDER MERCHANSKY, and DOES
1 through 15 inclusive,

                        Defendants.
_____

## DECLARATION OF ASHER C. GULKO, ESQ.

1.    I, Asher Gulko, being sworn, depose, state the following under the penalties of perjury and in support of the instant motion to withdraw as counsel.

2.    I am an attorney duly admitted to practice law before this Court and the courts located in the State of New York.

3. I represent defendants Alex Onica, Raul Del Forno, and Ophir Pinhasi in the above-referenced consolidated actions.

4. I submit this declaration in support of my motion to withdraw as counsel in this matter.

5. At this time, I have no choice but to withdraw from this representation because I am not trial counsel, and my clients can no longer afford to pay my fees.

6. The parties were involved in extensive settlement discussions, but at this point, it appears that a settlement is unlikely prior to trial in this matter.

7. Prior to and during settlement discussions, Mr. Isaac Neuberger, Esq., from the Baltimore based law firm of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. became involved in this matter.

8. Mr. Neuberger worked on behalf of defendant Eli Verschleiser and facilitated settlement negotiations as well as trial preparation.

9. However, in the recent weeks, when it became apparent that settlement was no longer a possibility, Mr. Neuberger's firm extricated themselves from their involvement in this action.

10. As I informed the Court previously, I am not trial counsel, nor did I ever intend to be trial counsel in this matter.

11. I, together with my partner, have a small boutique firm based in Long Island, where I am currently the only litigator with the firm.

12. I cannot afford to neglect other active litigations and clients for any period of time, let alone the extensive period of time that Plaintiffs are requesting for trial in this matter.

13. Moreover, I was just informed that my clients will be unable to pay my fees that are incurred for my time going forward.

14. I informed my clients that I intended to submit the instant motion to the Court seeking to withdraw as counsel. I also asked that they let me know if they had any opposition to same. To

date, I have not received any opposition from my clients and it is my understanding that they have consented to my request to withdraw.

**WHEREFORE**, in light of the foregoing, I respectfully ask that the Court issue an order granting your undersigned leave to withdraw as counsel of record for defendants Alex Onica, Raul Del Forno and Ophir Pinhasi. I would also respectfully request that the Court grant said defendants an extension of time or a stay in this matter to allow said defendants to obtain replacement counsel and for such other relief as the Court may deem just and proper.

Dated: April 5, 2019
      New York, New York

**ASHER C. GULKO, ESQ.**

*/s Asher Gulko*
_____
499 Chestnut Street, Suite 202
New York, New York 10005
T: 212.500.1312
F: 212.678.0405