UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, et al.,

        Plaintiffs,

- against -

ELI VERSCHLEISER et al.,

        Defendants.

14cv5903 (JGK)
14cv8084 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/3/19

---

JOHN G. KOELTL, District Judge:

As discussed at the hearing yesterday:

- Mr. Gulko shall provide courtesy copies to the Court of the defendants' fully briefed motions in limine by **May 10, 2019**;

- Plaintiffs shall provide courtesy copies to the Court of the plaintiffs' fully briefed motions in limine by **May 10, 2019**;

- The pretrial conference is scheduled for **September 26, 2019 at 4:00 p.m.**;

- Trial will begin on **November 12, 2019 at 9:00 a.m.**;

- Each side will be allotted 30 hours of testimony at the trial;

- The motion by Mr. Gulko to withdraw as counsel for defendants Alex Onica, Raul Del Forno, and Ophir Pinhasi, is **granted**;

- Defendants Alex Onica, Raul Del Forno, and Ophir Pinhasi shall file notices with the Court that they intend to represent themselves in this matter and should include the email address and physical address where they may be served.

**SO ORDERED.**

Dated:   New York, New York
         May 3, 2019

                          /s/ John G. Koeltl
                          John G. Koeltl
                       United States District Judge