

# GulkoSchwed LLP
### ATTORNEYS AT LAW

525 Chestnut Street, Suite 207
Cedarhurst, New York 11516

**ASHER GULKO**
asher@gulkoschwed.com
TEL 212.500.1312
FAX 212.678.0405
DIRECT 212.320.8946

October 16, 2019

Honorable Judge John G. Koeltl
*United States District Judge*
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-17-19
```

      Re:    *Frydman et al. v. Verschleiser et al.* **1:14-cv-08084**
            *United Realty et al. v. Verschleiser et al.* **1:14-cv-05903**

Dear Judge Koeltl:

      It was brought to my attention that the e-mail address for Mr. Del Forno that was previously provided to this court was spelled incorrectly. The following is the current contact information for Mr. Del Forno with his e-mail address corrected.

Raul Del Forno
90 Edgewater Street Apt 703
Coral Gables, Florida 33133
rauldelforno@gmail.com

                                  Respectfully Submitted,

                                  *Asher C. Gulko*
                                  _____
                                  Asher C. Gulko

*[Handwritten note:]* The Clerk should reflect the proper contact information for Mr. Del Forno.

So ordered.
*[Signature]* /s/ John G. Koeltl
U.S.D.J.
10/16/19