THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170

NEAL BRICKMAN
JUDITH L. GOLDSBOROUGH
ETHAN Y. LEONARD
VIRGINIA A. REILLY
JASON A. STEWART

TELEPHONE:
(212) 986-6840

TELECOPIER:
(212) 986-7691

September 20, 2021

**VIA ECF**

Hon. Bernard A. Friedman
United States District Judge
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

  Re:  **United Realty Advisors, et al. v. Eli Verschleiser, et al.,
    Case No. 14-CV-5903 (BAF)(JLC)
    <u>Jacob Frydman v. Eli Verschleiser, et al., Case No. 14-CV-8084 (BAF)(JLC)</u>**

Dear Judge Friedman:

  We represent the Plaintiffs in the above-referenced consolidated actions. The remaining four (4) defendants are proceeding <u>pro se</u>. Unfortunately, these consolidated cases prove the age-old adage that "justice delayed, is justice denied."

  These cases were commenced in 2014. After the submission of a detailed joint pre-trial order, his decision on the several <u>in limine</u> motions, and the setting of a specific trail date, in the 2019, on the eve of trial, Judge Koletl, (U.S.D.J) transferred these cases to you as a visiting judge. You then set a new trial date. It too was adjourned. We then heard nothing further from Your Honor during the entirety of the pandemic. There has been no communication from the court regarding this matter for the past two years.

  We have necessary witnesses who reside outside the country. We are unable to contact these witnesses, let alone produce them for a deposition.

  We require some guidance from the Court. Are you still the Judge assigned to this matter and, if so, when do you anticipate that we will be given a new trial date. Unchecked now for more than seven (7) years, the harm to the plaintiffs caused by defendants' wrongful acts, is immeasurable. Their businesses and personal reputations have effectively been ruined.

We respectful request some guidance in this regard.

Respectfully,

Neal Brickman, Esq.
(NB 0874)
Attorney for Plaintiffs

cc: Eli Verscheisler
    Alex Onica
    Raul Delforno
    Ophie Pinhasi