UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP and JACOB FRYDMAN,

                            Plaintiffs,            Index No.: 14-cv-5903 (JGK)

vs.

ELI VERSCHLEISER, RAUL DELFORNO, OPHIR PINHASI, and ALEX ONICA,

                            Defendants.           **NOTICE OF MOTION**

---

JACOB FRYDMAN, UNITED REALTY ADVISORS, LP, and PRIME UNITED HOLDINGS, LLC,

                            Plaintiffs,

vs.            Index No.: 14-cv-8084 (JGK)

ELI VERSCHLEISER, ALBERT AKERMAN, DAVID O. WRIGHT, MULTI CAPITAL GROUP OF COMPANIES, LLC, RAUL DELFORNO, OPHIR PINHASI, ALEX ONICA, ALEX VEEN, SOFIA SVISCH, ALEXANDER MERCHANSKY, and DOES 1 through 15 inclusive,

                            Defendants.

---

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law submitted by Eli Verschleiser, dated March 30, 2022, your undersigned hereby moves this Court, before the Honorable Bernard A. Friedman, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, as soon as counsel may be heard, for an Order granting the instant motion in its entirety

thereby allowing Eli Verschleiser to conduct additional discovery with respect to the new issues that have come to light in the recent months concerning certain missing and/or destroyed data.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, opposition papers shall be filed no later than April 15, 2022.

Dated: March 31, 2022
New York, New York

**ELI VERSCHLEISER**

_____