UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED REALTY ADVISORS, LP and JACOB FRYDMAN,

                      Plaintiffs,

   -against-

ELI VERSCHLEISER, RAUL DELFORNO, OPHIR PARNASI and ALEX ONICA,

                      Defendants.
-------------------------------------------------------------------x
JACOB FRYDMAN, UNITED REALTY ADVISORS, LP, and PRIME UNITED HOLDINGS, LLC,

                      Plaintiffs,

   -against-

ELI VERSCHLEISER, ALBERT AKERMAN, MULTI CAPITAL GROUP OF COMPANIES, LLC, RAUL DELFORNO, OPHIR PINHASI and ALEX VEEN, SOFIA SVISCH, ALEXANDER MERCHANSKY and DOES 1 through 15 inclusive,

                      Defendants.
-------------------------------------------------------------------x

14 Civ. 5903 (JGK) (JLC)

**NOTICE OF APPEARANCE**

14 Civ. 8084 (JGK) (JLC)

      The undersigned counsel, Stuart S. Zisholtz, hereby gives notice of his appearance in this case on behalf of defendants, ELI VERSCHLEISER, RAUL DELFORNO, OPHIR PARNASI and ALEX ONICA, and requests service of all notices, pleadings and other papers filed in this case as required by the applicable rules of procedure or by Order of the Court.

Dated: Garden City, New York
       June 9, 2022

                                                  Yours, etc.

                                                  ZISHOLTZ & ZISHOLTZ, LLP

                                    By:_____
                                        Stuart S. Zisholtz (7533)
                                        *Attorneys for Defendants*
                                        200 Garden City Plaza, Suite 408
                                        Garden City New York 11530
                                        (516) 741-2200