UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED REALTY ADVISORS, LP, et al.,

    Plaintiffs,

vs.

ELI VERSCHLEISER, et al.,

    Defendants.
_____/

Civil Action No. 14-CV-5903
Civil Action No. 14-CV-8084

HON. BERNARD A. FRIEDMAN

## ORDER ADJOURNING TRIAL

Due to a family health emergency, the June 13, 2022, trial date in this matter is adjourned. The Court will provide timely notice to the parties when a new trial date is assigned.

SO ORDERED.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION

Dated:  June 13, 2022
        Detroit, Michigan