# ZISHOLTZ & ZISHOLTZ, LLP
*Attorneys at Law*

200 GARDEN CITY PLAZA
GARDEN CITY, NEW YORK 11530
(516) 741-2200
FAX (516) 746-1024
WWW.ZISHOLTZLAW.COM

ONE PENN PLAZA
NEW YORK, NEW YORK 10119

PLEASE ADDRESS ALL CORRESPONDENCE
TO GARDEN CITY, NEW YORK

July 12, 2022

*Via ECF*

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **United Realty Advisors, LP et al v. Verschleiser, et al**
      <u>**Docket No. 1:14-cv-05903 (BAF)**</u>

Dear Judge Koeltl:

  This firm represents the Defendants in connection with the above referenced matter.

  Pursuant to a minute entry dated July 8, 2022, this Court scheduled a status conference for July 21, 2022 at 4:00 pm. Unfortunately, due to a previously scheduled vacation out of the country, I will be unable to participate in the conference.

  It is respectfully requested that the status conference be adjourned to a date in August, 2022.

  Thank you for your courtesy and cooperation in this matter.

            Respectfully submitted,

            ZISHOLTZ & ZISHOLTZ, LLP

            By: _____
              Stuart S. Zisholtz

SSZ:md

cc: Counsels for Parties appeared (*via ECF*)