UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB FRYDMAN et al.,

                    Plaintiffs,

              -against-

ELI VERSCHLEISER et al.

                    Defendants.

1:14-cv-08084 (JGK)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Asher C. Gulko hereby gives notice of his apearanc on behalf of defendants Eli Verschleiser, Raul Del Forno, Ophir Pinhasi, and Alex Onica, and requests that all notices and documents required to be given to, or served upon him at the office, address, telephone number, and email address provided below.

Dated:        October 25, 2022

                                                    By: */s/ Asher Gulko*
                                                         Asher C. Gulko
                                                         525 Chestnut Street, Suite 207
                                                         Cedarhurst, New York 11516
                                                         T: 212.500.1312
                                                          F: 212.678.0405
                                                         E: asher@gulkoschwed.com