UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

              Plaintiffs,

    - against -

ELI VERSCHLEISER, ET AL.,

              Defendants.

14-cv-5903 (JGK)

---

JACOB FRYDMAN, ET AL.,

              Plaintiffs,

    - against -

ELI VERSCHLEISER, ET AL.,

              Defendants.

14-cv-8084 (JGK)

CORRECTED
ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs should file a proposed judgment in this action by **November 14, 2022.** The defendants may respond by **November 17, 2022.**

SO ORDERED.

Dated:    New York, New York
           November 8, 2022

                             John G. Koeltl
                   United States District Judge