UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
UNITED REALTY ADVISORS, LP and JACOB FRYDMAN,

                              Plaintiffs,

vs.

ELI VERSCHLEISER, RAUL DELFORNO, OPHIR PINHASI, and ALEX ONICA,

                              Defendants.

**DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AND/OR FOR RELIEF FROM JUDGMENT AND/OR NEW TRIAL**

Index No.: 14- cv -5903 (JGK)

-------------------------------------------------------------------
JACOB FRYDMAN, UNITED REALTY ADVISORS, LP, and PRIME UNITED HOLDINGS, LLC,

                              Plaintiffs,

vs.

ELI VERSCHLEISER, et al.,

                              Defendants.

Index No.: 14 – cv – 8084 (JGK)
-------------------------------------------------------------------

      Defendant Eli Verschleiser ("Defendant") hereby moves this Court for relief pursuant to the Federal Rules of Civil Procedure Rule 50, and/or Rule 59, and/or Rule 60.

Dated:  December 27, 2022

      New York, New York

                                                Respectfully submitted,

| | |
|---|---|
| **ZISHOLTZ & ZISHOLTZ, LLP** | **GULKO SCHWED LLP** |
| /s Stuart Zisholtz | /s Asher Gulko |
| Stuart S. Zisholtz, Esq. | Asher C. Gulko, Esq. |
| 200 Garden City Plaza, Suite 408 | 525 Chestnut Street, Suite 207 |
| Garden City, New York 11530 | Cedarhurst, New York 11516 |
| T: 516-741-2200 / F: 516-746-1024 | T: 212.500.1312 / F: 212.678.0405 |
| *Attorneys for Defendants Eli Verschleiser* | *Attorneys for Defendants Eli Verschleiser* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2022, a true and correct copy of the foregoing DEFENDANTS' MOTION FOR AS A MATTER OF LAW AND/OR FOR RELIEF FROM JUDGMENT AND/OR NEW TRIAL was filed with the Court via the Court's electronic filing system and that a copy of the foregoing will be electronically served on all counsel of record.

Respectfully submitted,

**ZISHOLTZ & ZISHOLTZ, LLP**

/s Stuart Zisholtz
Stuart S. Zisholtz, Esq.
200 Garden City Plaza, Suite 408
Garden City, New York 11530
T: 516-741-2200 / F: 516-746-1024
*Attorneys for Defendants Eli Verschleiser and Ophir Pinhasi*

**GULKO SCHWED LLP**

*/s/ Asher Gulko*
Asher C. Gulko, Esq.
525 Chestnut Street, Suite 207
Cedarhurst, New York 11516
T: (212) 500-1312 / F: (212) 678-0405
*Attorneys for Defendants Eli Verschleiser and Ophir Pinhasi*