UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

        Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-5903(JGK)

---

JACOB FRYDMAN, ET AL.,

        Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-8084 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The plaintiffs are directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion for attorneys' fees (ECF No. 614).

SO ORDERED.

Dated:   New York, New York
          January 28, 2023

                                                John G. Koeltl
                                       United States District Judge