UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACOB FRYDMAN, ET AL.,
                Plaintiffs,      14-cv-8084 (JGK)

    - against -                   ORDER

ELI VERSCHLEISER, ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    Defendant Ophir Pinhasi's motion for attorney's fees and costs is denied for the reasons stated in the Court's October 11, 2024 Memorandum Opinion and Order filed in <u>United Realty Advisors, LP v. Verschleiser</u>, No. 14-cv-5903. <u>See</u> ECF No. 647.

    The Clerk is respectfully directed to close ECF No. 517.

SO ORDERED.
Dated:    New York, New York
            November 6, 2024

                                        John G. Koeltl
                                  United States District Judge